IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GUILLERMO HERRERAIII,<br><br>               Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>               Defendant. | **8:15CV426**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on November 27, 2017, or as soon thereafter as the case may be called, for a duration of nine (9) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on November 13, 2017 at 10:00 a.m. (CST), and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 14) to participate in the conference The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 10, 2017.

3) Plaintiff's motion to compel 30(b)(6) deposition responses shall be filed on or before March 1, 2017.

4) A status conference with the undersigned magistrate judge will be held on April 25, 2017 at 10:00 a.m.(CST) to discuss the status of case progression and the parties' interest in settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 14), to participate in the call.

2

5) The deposition deadline is October 2, 2017.

6) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is June 1, 2017.[1]

January 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.