Page 2

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF NEBRASKA
3              AT OMAHA, NEBRASKA
4
5
6
7
8
9   GUILLERMO HERRERA, III,    )
                              )
10       Plaintiff,    )
                      )
11   VS.          )Case No.
                  )8:15-cv-426-JMG-CRZ
12   UNION PACIFIC RAILROAD    )
     COMPANY, a Delaware       )
13   corporation,              )
                               )
14       Defendant.   )
15
16
17
18       DEPOSITION OF JOSEPH LINFORD,
19   taken on behalf of the Plaintiff, at 9431 Haven
20   Avenue in the City of Rancho Cucamonga,
21   California, commencing at 9:02 a.m. and concluding
22   at 11:12 a.m. on JUNE 9, 2016, before VICTORIA
23   IMHOF WERTZ, RPR, CSR No. 7999.
24
25

Page 3

1              APPEARANCES
2   For the Plaintiff:  BRENT COON & ASSOCIATES, PC
                BY:  JAMES L. COX, JR., ESQ.
3               3801 East Florida Avenue
                Suite 905
4               Denver, Colorado 80210
                (303) 756-3243
5
       For the Defendant,   UNION PACIFIC RAILROAD COMPANY
6   Union Pacific      LAW DEPARTMENT
    Railroad:       BY:  TORRY N. GARLAND, ESQ.
7               1400 West 52nd Avenue
                Denver, Colorado 80221
8               (303) 405-5402
                - AND -
9               LAMSON DUGAN & MURRAY, LLP
                BY:  DAVID J. SCHMITT, ESQ.
10              10306 Regency Parkway Drive
                Omaha, Nebraska  68114
11              (402) 397-7300
12
    Also present:   Jerry R. Pritchett;
13                 Christobal Rivero,
                   video technician
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              I N D E X
2   WITNESS    EXAMINATION         PAGE
3   JOSEPH LINFORD
4        BY MR. COX         7
5        BY MR. SCHMITT       84
6
7        FURTHER EXAMINATION      PAGE
8        BY MR. COX          102,
                            108
9
10       BY MR. SCHMITT       106
11
12
13           EXHIBITS
14   PLAINTIFF'S              PAGE
15   5 - Laser color photograph       21
16   6 - Laser color photograph       22
17   7 - Document captioned, "Detailed Gang      27
        Production Report"
18
     8 - Document captioned, "Production      36
19       Reporting Details Production Milestone"
20   9 - Document captioned, "Production      38
         Reporting Details Production Milestone"
21
     10 - Copies of text messages       50
22
     11 - Memo from the Health & Medical Services   62
23       Department of Union Pacific Railroad,
         dated April 28, 2016
24
     12 - E-mails provided by Union Pacific      64
25       Railroad

Page 5

1           EXHIBITS
2          (Continued)
3   PLAINTIFF'S              PAGE
4   13 - Union Pacific document on Heat Stress    83
        Prevention, Topic:  "Preventing
5       Illnesses due to Heat Stress,"
        dated May 2014
6
7       (Previously attached Exhibit 4 was
8      attached for witness' perusal only)
9
10       INFORMATION REQUESTED
11          (None)
12
13       UNANSWERED QUESTIONS
14          (None)
15
16
17
18
19
20
21
22
23
24
25

| | | Page 6 |
|---|---|---|
| 09:04:20 | 1 | RANCHO CUCAMONGA, CALIFORNIA |
| 09:04:20 | 2 | THURSDAY, JUNE 9, 2016 |
| 09:04:20 | 3 | 9:02 A.M. |
| 09:04:20 | 4 | |
| 09:04:32 | 5 | THE VIDEOGRAPHER:  Good morning.  We are |
| 09:04:33 | 6 | on the record at 9:02 a.m.  Today's date is |
| 09:04:38 | 7 | June 9th, 2016.  My name is Christobal Rivero.  I |
| 09:04:42 | 8 | am the video technician with Imhof & Associates |
| 09:04:46 | 9 | located in Yorba Linda, California. |
| 09:04:49 | 10 | We are recording these proceedings at 9431 |
| 09:04:53 | 11 | Haven Avenue, Rancho Cucamonga, California. |
| 09:04:57 | 12 | This is media one for the videoed |
| 09:04:59 | 13 | deposition of Joe Linford in the action entitled, |
| 09:05:01 | 14 | "Guillermo Herrera, III, versus Union Pacific |
| 09:05:04 | 15 | Railroad Company." |
| 09:05:05 | 16 | This deposition is being taken on behalf |
| 09:05:07 | 17 | of the Defendants (sic).  And the case number is |
| 09:05:09 | 18 | 8:15-cv-426-JMG. |
| 09:05:15 | 19 | Now, may I please have introductions for |
| 09:05:17 | 20 | the record beginning with counsel? |
| 09:05:18 | 21 | MR. COX:  I'm Jim Cox. |
| 09:05:22 | 22 | I'm Guillermo Herrera's lawyer.  And |
| 09:05:25 | 23 | deposition being taken on behalf of the |
| 09:05:27 | 24 | Plaintiff. |
| 09:05:28 | 25 | MR. SCHMITT:  I am Jim Schmitt on behalf |

| | | Page 7 |
|---|---|---|
| 09:05:31 | 1 | the of the Union Pacific Railroad Company. |
| 09:05:44 | 2 | THE VIDEOGRAPHER:  Thank you. |
| 09:05:45 | 3 | Ms. Reporter, please administer the oath. |
| 09:05:45 | 4 | |
| 09:05:45 | 5 | JOSEPH LINFORD, |
| 09:05:45 | 6 | called as a witness herein, having |
| 09:05:45 | 7 | first been duly sworn, was examined |
| 09:05:45 | 8 | and testified as follows: |
| 09:05:45 | 9 | |
| 09:05:45 | 10 | DIRECT EXAMINATION |
| 09:05:45 | 11 | BY MR. COX: |
| 09:05:47 | 12 | Q  Mr. Linford, good morning. |
| 09:05:48 | 13 | A  Good morning. |
| 09:05:49 | 14 | Q  Give us your full name, please. |
| 09:05:52 | 15 | A  Joseph Robert Linford. |
| 09:05:54 | 16 | Q  Where do you live?  I just need the town. |
| 09:05:57 | 17 | A  Acton, Wyoming. |
| 09:05:59 | 18 | Q  Who do you work for now? |
| 09:06:00 | 19 | A  Union Pacific. |
| 09:06:00 | 20 | Q  What is your job position with the UP now? |
| 09:06:03 | 21 | A  It is a track supervisor for the Rail |
| 09:06:04 | 22 | Northwest. |
| 09:06:05 | 23 | Q  All right. |
| 09:06:05 | 24 | What was your job in July 2015? |
| 09:06:07 | 25 | A  Same job.  Same position. |

| | | Page 8 |
|---|---|---|
| 09:06:09 | 1 | Q  And can you tell the jury a little bit |
| 09:06:11 | 2 | about what gang 8501 is?  What it does?  What it |
| 09:06:16 | 3 | consists of? |
| 09:06:17 | 4 | Just briefly.  We will get into it much -- |
| 09:06:20 | 5 | A  Sure. |
| 09:06:22 | 6 | 8501 is considered a steel gang, so one of |
| 09:06:24 | 7 | our main jobs is going around replacing steel track |
| 09:06:27 | 8 | throughout the railroad.  We also do a pad |
| 09:06:30 | 9 | replacement jot.  We worked with Karsco equipment, |
| 09:06:30 | 10 | replacing pads, as well, on concrete ties. |
| 09:06:36 | 11 | Q  Okay. |
| 09:06:36 | 12 | We are going to talk about that a little |
| 09:06:38 | 13 | more detail. |
| 09:06:39 | 14 | This accident happened in Kansas.  And we |
| 09:06:42 | 15 | are taking your deposition in Cucamonga, |
| 09:06:45 | 16 | California. |
| 09:06:46 | 17 | Can you explain to the jury how 85 -- gang |
| 09:06:51 | 18 | 8501 moves around the UP system? |
| 09:06:55 | 19 | A  We are called a system gang.  So anywhere |
| 09:06:58 | 20 | within the rail northwest, we can travel and do |
| 09:07:01 | 21 | different work locations.  So a variety of states |
| 09:07:04 | 22 | that we work in. |
| 09:07:05 | 23 | Q  What states comprise rail northwest on the |
| 09:07:09 | 24 | Union Pacific Railroad? |
| 09:07:11 | 25 | A  Oh, Jeez.  Name them all? |

| | | Page 9 |
|---|---|---|
| 09:07:14 | 1 | Q  Just, like, is it a region? |
| 09:07:15 | 2 | A  It is.  Pretty much everything on rail |
| 09:07:18 | 3 | northwest territory besides Texas. |
| 09:07:23 | 4 | Q  How long have you worked for the UP? |
| 09:07:26 | 5 | A  I have worked for UP for over 19 years. |
| 09:07:29 | 6 | Q  Tell me a little bit about the jobs that |
| 09:07:32 | 7 | you have had. |
| 09:07:32 | 8 | A  I started as a track man.  I came up as a |
| 09:07:34 | 9 | machine operator.  I followed suit to an assistant |
| 09:07:38 | 10 | foreman, foreman and then to an ARSA. |
| 09:07:42 | 11 | Q  Is your position now an ARSA position? |
| 09:07:45 | 12 | A  Yes, ARSA/supervisor, same title. |
| 09:07:50 | 13 | Q  All right. |
| 09:07:53 | 14 | Now, in July of 2015, the period of time |
| 09:07:55 | 15 | that we are interested in, the gang is working in |
| 09:08:00 | 16 | Onaga, Kansas. |
| 09:08:04 | 17 | Am I pronouncing that right? |
| 09:08:06 | 18 | A  You are. |
| 09:08:07 | 19 | Q  And my understanding is the gang had moved |
| 09:08:10 | 20 | from California to Onaga, Kansas, over a half.  And |
| 09:08:18 | 21 | that July 24th, 2015 was the first day the gang was |
| 09:08:24 | 22 | back to, work -- back to work in working in Onaga, |
| 09:08:24 | 23 | Kansas? |
| 09:08:29 | 24 | A  I believe if my memory serves me |
| 09:08:31 | 25 | correctly, the 24th was not for the entire gang. |

Page 10

| | | |
|---|---|---|
| 09:08:35 | 1 | It was a travel day.  I believe we brought 10 to 12 |
| 09:08:39 | 2 | guys in to start the unloading process, unloading |
| 09:08:41 | 3 | equipment off our train and getting ready, so I |
| 09:08:44 | 4 | think the majority of the gang showed up the 25th. |
| 09:08:49 | 5 | Q  Explain to the jury how this gang 8501, |
| 09:08:52 | 6 | this steel gang works. |
| 09:08:53 | 7 | What I'm working for here is the T-1, T-2 |
| 09:08:54 | 8 | halves. |
| 09:08:55 | 9 | Could you explain that to the jury how |
| 09:08:55 | 10 | that works? |
| 09:08:55 | 11 | A  How the halves work? |
| 09:08:57 | 12 | Q  Yes, sir. |
| 09:08:57 | 13 | A  So a T-1 or T-2, you basically compress |
| 09:09:01 | 14 | your hours into a workweek.  So the majority would |
| 09:09:04 | 15 | be average workweek would be the first eight days |
| 09:09:07 | 16 | to the month or the second eight days of the month |
| 09:09:09 | 17 | followed by seven rest days. |
| 09:09:13 | 18 | Q  When you say you compress your hours, what |
| 09:09:14 | 19 | do you mean? |
| 09:09:15 | 20 | A  Take a 40-hour week for two weeks and |
| 09:09:15 | 21 | compress your hours if you have got an 80-hour |
| 09:09:16 | 22 | half, pay half or 88 half, pay half.  And we will |
| 09:09:20 | 23 | compress that down into eight days. |
| 09:09:24 | 24 | Q  I see. |
| 09:09:24 | 25 | So that means in those eight days, they |

Page 11

| | | |
|---|---|---|
| 09:09:26 | 1 | will either work ten hours a day or 11 hours? |
| 09:09:29 | 2 | A  Correct. |
| 09:09:30 | 3 | Q  And that's straight time? |
| 09:09:32 | 4 | A  Correct. |
| 09:09:32 | 5 | Q  Are there circumstances where employees on |
| 09:09:35 | 6 | that gang will have to work more than the 10 or 11 |
| 09:09:38 | 7 | hours straight time? |
| 09:09:40 | 8 | A  Sure.  There is some overtime involved in |
| 09:09:42 | 9 | construction work. |
| 09:09:44 | 10 | Q  What creates the need for overtime on a |
| 09:09:48 | 11 | steel gang? |
| 09:09:48 | 12 | A  It could be depending on -- we work under |
| 09:09:50 | 13 | curfews.  Say you are curfew late, and you are |
| 09:09:53 | 14 | trying to button up the track.  Of course, we can't |
| 09:09:56 | 15 | be done with our job until our work is complete. |
| 09:09:59 | 16 | So if you are running late that day, you still have |
| 09:10:01 | 17 | to complete the job at hand before you are |
| 09:10:04 | 18 | off-duty -- is what drives overtime law. |
| 09:10:06 | 19 | Q  You are the first witness I have done |
| 09:10:08 | 20 | today, so you are going to have to do a lot of |
| 09:10:10 | 21 | explaining to the jury, but you are good at it, so |
| 09:10:13 | 22 | I'm going to ask you to do it. |
| 09:10:15 | 23 | When you say "curfew," what do you mean by |
| 09:10:17 | 24 | "curfew"? |
| 09:10:19 | 25 | A  Curfew is we worked on tracks and we are |

Page 12

| | | |
|---|---|---|
| 09:10:22 | 1 | still trying to run track.  So the Harriman |
| 09:10:22 | 2 | Dispatch Center develops curfew for us to work |
| 09:10:25 | 3 | where they are not running trains. |
| 09:10:26 | 4 | Q  Is that the same as a window? |
| 09:10:28 | 5 | A  Correct. |
| 09:10:28 | 6 | Q  Or a period of track and time? |
| 09:10:31 | 7 | A  Correct. |
| 09:10:31 | 8 | Q  All right. |
| 09:10:32 | 9 | Explain that to the jury a little bit |
| 09:10:33 | 10 | about how -- obviously when the steel gang is |
| 09:10:35 | 11 | working on the track, you are picking up old rails |
| 09:10:39 | 12 | and laying down new rails -- |
| 09:10:42 | 13 | A  Correct. |
| 09:10:43 | 14 | Q  -- essentially? |
| 09:10:43 | 15 | A  Correct. |
| 09:10:44 | 16 | Q  So obviously, trains can't move on that |
| 09:10:46 | 17 | track? |
| 09:10:46 | 18 | A  Correct.  So we will pick up a block and |
| 09:10:49 | 19 | track of time, say, usually from a CP point to a CP |
| 09:10:54 | 20 | point, approximately five miles, 10 miles and we |
| 09:10:56 | 21 | will own that period of railroad where trains |
| 09:10:59 | 22 | cannot come in on us, but we have to finish our |
| 09:11:01 | 23 | work to get the trains moving through that log or |
| 09:11:01 | 24 | give up your track and time. |
| 09:11:02 | 25 | Q  At the end of your curfew or window or |

Page 13

| | | |
|---|---|---|
| 09:11:05 | 1 | track and time, you have to have the track buttoned |
| 09:11:08 | 2 | up so that trains can again move on it for the |
| 09:11:12 | 3 | period of time that day that you all are not |
| 09:11:15 | 4 | working on it? |
| 09:11:16 | 5 | A  Correct. |
| 09:11:17 | 6 | Q  All right. |
| 09:11:17 | 7 | And then where are the machines stored? |
| 09:11:19 | 8 | A  Usually in siding tracks. |
| 09:11:23 | 9 | Q  So in a typical day, once you get your |
| 09:11:29 | 10 | curfew or window of time on the track, you have to |
| 09:11:33 | 11 | bring the machines from the siding to where you are |
| 09:11:36 | 12 | going to be -- begin working, do your work for that |
| 09:11:40 | 13 | period of time, stop working in time to get the |
| 09:11:43 | 14 | machines off the track and back into the siding |
| 09:11:45 | 15 | within that window? |
| 09:11:46 | 16 | A  That is correct. |
| 09:11:59 | 17 | Q  What -- let's say -- all right -- 8501, |
| 09:12:06 | 18 | steel gang 8501 -- look, were you all working T-1 |
| 09:12:13 | 19 | or T-2?  Or am I mixing?  How -- |
| 09:12:17 | 20 | A  It would have been on -- if it was the |
| 09:12:18 | 21 | 25th, it would have been a T-2 schedule. |
| 09:12:21 | 22 | Q  Okay. |
| 09:12:23 | 23 | Does anybody on the UP do any work while |
| 09:12:27 | 24 | the 8501 steel gang is off work to prepare for the |
| 09:12:33 | 25 | next 10 or 11 days that the gang will be back |

Page 14

```
09:12:38   1   working?
09:12:38   2       A   I think your term on that would be, like,
09:12:41   3   an "off cycle gang."  And no, we do not have an
09:12:45   4   off-cycle gang that helps us out.
09:12:47   5           Now, there are gangs outside of the
09:12:47   6   Union Pacific that are working an opposite
09:12:50   7   schedule, but they are not doing anything that
09:12:55   8   requires what we are doing.
09:12:56   9       Q   All right.
09:12:57  10           Now let's talk a little bit about -- how
09:12:58  11   long have you been on steel gang 8501?
09:13:05  12       A   I can't remember the exact time frame, but
09:13:07  13   it would have been around the 2002 to 2003 to
09:13:11  14   current date.
09:13:12  15       Q   Define for me a little better what your
09:13:14  16   job responsibilities are on steel gang 8501?
09:13:18  17       A   So I'm a track supervisor.  So anywhere
09:13:21  18   from the planning communication with Harriman,
09:13:28  19   ensuring the employees are following the correct
09:13:31  20   procedures, correct rules.
09:13:35  21       Q   Are you on-the-job, on-site supervisor?
09:13:38  22       A   Yes, sir.
09:13:39  23       Q   Give me the chain of command on this gang.
09:13:45  24           You know, today we are going to talk to
09:13:47  25   Mr. Rolow or -- today Mr. Diaz, tomorrow,
```

Page 15

```
09:13:51   1   Mr. Rolow, Bobby Herrera, Bobby Steely.
09:13:57   2           What's the chain of command on steel gang
09:14:00   3   8501?
09:14:01   4       A   On the steel gang as a whole?  Or those
09:14:03   5   employees you mentioned?
09:14:04   6       Q   Let's do as a whole to start.
09:14:07   7       A   Okay.
09:14:08   8           So you will have a director.  Let's start
09:14:10   9   there.  You can go all of the way up into Omaha,
09:14:13  10   but we will start with the director level, then the
09:14:16  11   manager level, ARSA level, supervisor, foremans,
09:14:21  12   assistant foremans.
09:14:23  13       Q   Got it.
09:14:24  14           All right.
09:14:25  15           In July of 2015, who was the director?
09:14:30  16       A   Louis Martinez.
09:14:34  17       Q   Who was the manager?
09:14:36  18       A   Michael Rolow.
09:14:38  19       Q   You were the ARSA supervisor?
09:14:41  20       A   Yes.  And there's two of us on this crew,
09:14:44  21   so it would be also Carlos Diaz -- is the other
09:14:48  22   supervisor.
09:14:49  23       Q   And are you and Carlos Diaz of equal
09:14:51  24   authority?
09:14:53  25       A   Yes, sir.  Yes, sir.
```

Page 16

```
09:14:53   1       Q   The foreman -- are the foremen in charge
09:14:57   2   of a certain portion or segment of the gang?
09:15:00   3       A   Yes, I have several foremen.  The name
09:15:03   4   foreman would be a steel gang foreman.  And I also
09:15:06   5   have a welding gang foreman, Surfacing Gang
09:15:09   6   foreman.
09:15:14   7       Q   Okay.
09:15:14   8           And who was the steel gang foreman on
09:15:17   9   July 24, 25, 26?
09:15:21  10       A   Steve Gallop.
09:15:25  11       Q   Surfacing Gang foreman?
09:15:27  12       A   That was Robert Herrera.
09:15:29  13       Q   And if I happen to call him "Bobby" -- he
09:15:33  14   is known as "Bobby Herrera" on the gang?
09:15:35  15       A   Yes, correct.
09:15:36  16       Q   And the welding gang foreman?
09:15:38  17       A   That's been a revolving door.  I don't
09:15:41  18   remember who the welding gang foreman was.  I would
09:15:44  19   have to look at the record.
09:15:46  20       Q   All right.
09:15:47  21           Then the assistant foreman, can you recall
09:15:48  22   any of the assistant foremen that were on the gang
09:15:52  23   at that time?
09:15:53  24       A   Another revolving door.  I can't remember
09:15:54  25   them all.  I know there's a Mr. Nichols because he
```

Page 17

```
09:15:58   1   was involved in the area.  He was on -- I don't
09:16:03   2   remember the rest of them.
09:16:05   3       Q   Okay.
09:16:06   4           Is it your memory that Mr. Nichols -- is
09:16:10   5   it "Nichols" or "Nicholson"?
09:16:11   6       A   "Nicholson."  There you go.  There you
09:16:13   7   go.
09:16:13   8       Q   No problem.
09:16:14   9           Was Mr. Nicholson the assistant foreman or
09:16:17  10   have some supervisory authority over the cleanup
09:16:21  11   gang?
09:16:22  12       A   Quality control, yes.
09:16:25  13       Q   Quality control.
09:16:27  14           And another kind of nickname, I guess, on
09:16:29  15   the gang for that is "cleanup"?
09:16:32  16       A   Yes, correct.
09:16:38  17       Q   Okay.
09:16:39  18           Because you've been on this gang quite a
09:16:41  19   while and are good at explaining stuff, I need you
09:16:44  20   to explain to the jury what machines are on 8501
09:16:50  21   and what employees and what the machines do all
09:16:56  22   through the gang.
09:16:56  23           Let's start with this:  How many gangs are
09:16:58  24   there in July of 2015?  How many machines were
09:17:02  25   there?  This is essentially a mechanized gang,
```

Page 18

| | | |
|---|---|---|
| 09:17:05 | 1 | right? |
| 09:17:06 | 2 | A   Yeah.  It's a big assembly line, if you |
| 09:17:08 | 3 | will.  It's how we appropriate. |
| 09:17:11 | 4 | Anywhere from -- I don't have the exact |
| 09:17:13 | 5 | number of machines, but anywhere from 24, 26, 27 |
| 09:17:17 | 6 | pieces of equipment.  During this process, we were |
| 09:17:19 | 7 | just doing -- I can't remember if we were doing a |
| 09:17:22 | 8 | rail relay or a pad, but the operation is the same. |
| 09:17:28 | 9 | The first machines go out, if there's any |
| 09:17:30 | 10 | slew ties, we have to straighten them out.  So we |
| 09:17:35 | 11 | have a big curbing machine, it will curb the |
| 09:17:36 | 12 | ballast away.  We have other little machines that |
| 09:17:36 | 13 | will grab a tie to make sure they are straight.  We |
| 09:17:37 | 14 | have a "mini surfacing gang," they call it, tamper, |
| 09:17:37 | 15 | regulator, ball through, squeeze the tie so |
| 09:17:45 | 16 | everything is nice and tight, bring the ballast |
| 09:17:47 | 17 | back in. |
| 09:17:48 | 18 | Q   So those first gangs are straightening any |
| 09:17:51 | 19 | rails that are -- |
| 09:17:52 | 20 | A   Any ties. |
| 09:17:53 | 21 | Q   Any ties that are out of alignment? |
| 09:17:56 | 22 | A   Yes, sir, any ties. |
| 09:17:57 | 23 | Q   And them tamping the ballast, basically |
| 09:18:00 | 24 | establishing a foundation for the ties and the |
| 09:18:03 | 25 | ballast? |

Page 19

| | | |
|---|---|---|
| 09:18:04 | 1 | A   Correct. |
| 09:18:04 | 2 | Q   For the new rails you all are going to put |
| 09:18:08 | 3 | in? |
| 09:18:09 | 4 | A   Correct.  New rails or pads that we are |
| 09:18:11 | 5 | going to put on.  Either way, we have got to pick |
| 09:18:13 | 6 | the rails up. |
| 09:18:14 | 7 | After that process, we start a "declipping |
| 09:18:17 | 8 | process," we call it.  It's removing the fasteners |
| 09:18:19 | 9 | that are holding the rail onto the ties -- we |
| 09:18:20 | 10 | declip those off, gather up the clips, pile them up |
| 09:18:23 | 11 | in the piles so they are not loose material laying |
| 09:18:27 | 12 | everywhere.  Then we start in the Harsco equipment |
| 09:18:30 | 13 | where they are actually picking up the old rail and |
| 09:18:33 | 14 | then either lay a new rail into the old track at |
| 09:18:35 | 15 | the same time so we can change out the material, |
| 09:18:37 | 16 | the "OTM," we call it, the pads and biscuits. |
| 09:18:41 | 17 | After that, we will have a machine that we |
| 09:18:44 | 18 | named the "trash machine."  That's to pick up, |
| 09:18:46 | 19 | gathering up all of the old pads coming out from |
| 09:18:50 | 20 | underneath from the rail on the ties. |
| 09:18:52 | 21 | After that, we start in the clipping |
| 09:18:54 | 22 | process.  You will have a big Harsco machine, |
| 09:18:58 | 23 | that's actually putting the rail back into a |
| 09:19:01 | 24 | neutral temperature state and applying insulators |
| 09:19:04 | 25 | and clips and clipping the rail back up. |

Page 20

| | | |
|---|---|---|
| 09:19:07 | 1 | Further back is when we get into the |
| 09:19:09 | 2 | quality control area, our cleanup area. |
| 09:19:13 | 3 | This operation works at a pretty normal |
| 09:19:16 | 4 | 85, 90 percent clip rate, where you are always |
| 09:19:19 | 5 | going to have a clip that didn't get clipped on |
| 09:19:22 | 6 | because the tie was slewed or a biscuit popped out. |
| 09:19:25 | 7 | That crew is working on a five, ten percent |
| 09:19:28 | 8 | finishing up, so everything is 100 percent behind |
| 09:19:31 | 9 | us. |
| 09:19:31 | 10 | Q   What machine is a -- what machines are |
| 09:19:35 | 11 | assigned to the cleanup gang? |
| 09:19:37 | 12 | A   We have got a P-Car that's the machine |
| 09:19:41 | 13 | that will be up in front that clips the clips.  And |
| 09:19:41 | 14 | we also have a camp car which would -- it will |
| 09:19:45 | 15 | apply the clips.  It's not as big of a machine as |
| 09:19:47 | 16 | what we call the "eight-man."  It's just a |
| 09:19:51 | 17 | single -- |
| 09:19:53 | 18 | Q   What does the P-car do again? |
| 09:19:55 | 19 | A   Declips. |
| 09:19:56 | 20 | Q   Declips? |
| 09:19:57 | 21 | A   Yes. |
| 09:19:57 | 22 | Q   And camp car reclips? |
| 09:20:00 | 23 | A   Correct. |
| 09:20:00 | 24 | Q   All right. |
| 09:20:01 | 25 | Now let's see if we can give the jury some |

Page 21

| | | |
|---|---|---|
| 09:20:04 | 1 | idea of what we are talking about here. |
| 09:20:20 | 2 | If you could mark that for me. |
| 09:20:51 | 3 | (Plaintiff's Exhibit 5 was marked |
| 09:20:51 | 4 | for identification, a copy of which is |
| 09:20:51 | 5 | attached hereto.) |
| 09:20:51 | 6 | MR. SCHMITT:  Did you want to start at 1? |
| 09:20:54 | 7 | MR. COX:  Good point.  Thank you, Dave. |
| 09:20:57 | 8 | Let's go off the record a second. |
| 09:20:59 | 9 | Where are we? |
| 09:21:02 | 10 | THE VIDEOGRAPHER:  We are going off the |
| 09:21:03 | 11 | record, the time is 9:18. |
| 09:21:41 | 12 | (Recess taken.) |
| 09:21:41 | 13 | THE VIDEOGRAPHER:  We are back on the |
| 09:21:42 | 14 | record.  The time is 9:19 a.m. |
| 09:21:45 | 15 | BY MR. COX: |
| 09:21:45 | 16 | Q   Mr. Linford, let me hand you what I have |
| 09:21:47 | 17 | marked as Exhibit 5. |
| 09:21:50 | 18 | Can you tell me what that is? |
| 09:21:51 | 19 | A   That would be a P-car. |
| 09:21:53 | 20 | Q   And it's identified on the -- at the top |
| 09:21:56 | 21 | of the cab there with "P-car" and the number. |
| 09:22:00 | 22 | A   Correct, 1401. |
| 09:22:00 | 23 | Q   Is that a UP P-car? |
| 09:22:03 | 24 | A   Yes. |
| 09:22:03 | 25 | Q   Union Pacific? |

Page 22

```
09:22:04   1      A  Yes.
09:22:04   2      Q  Now, if I can get you to hold that up and
09:22:07   3  the court reporter to focus on it a little bit and
09:22:10   4  tilt it back so we have got a little light on it.
09:22:13   5  By pointing to it, can you describe what on this
09:22:16   6  machine does what?
09:22:20   7      A  I don't know if you can see it.  Here is
09:22:22   8  the heads that come down (indicating) and remove
09:22:25   9  the clips, which would be these clips over here
09:22:28  10  (indicating) on this side (indicating).  So the
09:22:31  11  jaws will come down, grab a clip and pull it off.
09:22:36  12      Q  We see a cab where the operator sits.  And
09:22:40  13  that's right here (indicating).
09:22:42  14         Is that cab air conditioned?  Do you know?
09:22:44  15      A  It is.
09:22:45  16      Q  Let me show you Exhibit 6.
09:23:03  17         (Plaintiff's Exhibit 6 was marked
09:23:03  18         for identification, a copy of which is
09:23:03  19         attached hereto.)
09:23:03  20  BY MR. COX:
09:23:04  21      Q  Now, I understand that this gang was
09:23:05  22  working on concrete ties at the time.
09:23:08  23      A  Correct.
09:23:09  24      Q  Exhibit 6 -- Exhibit 6, let's start here
09:23:12  25  (indicating).  This is the ballast?
```

Page 23

```
09:23:14   1      A  Correct.
09:23:14   2      Q  Those are rocks that are used to support
09:23:16   3  the ties and rail so that the track will have
09:23:21   4  stability.  And there are loose rocks so the track
09:23:25   5  will drain.
09:23:27   6      A  Correct.
09:23:28   7      Q  These are the concrete ties that I'm
09:23:30   8  pointing to?
09:23:31   9      A  Yes, they are.
09:23:31  10      Q  That's the rail?
09:23:33  11      A  Yes, it is.
09:23:34  12      Q  And what are these things right here?
09:23:36  13      A  These are the clips.
09:23:37  14      Q  And in the old days, with wooden ties, you
09:23:41  15  would use spikes to hold the rail in place.
09:23:45  16         Nowadays with concrete ties, you use these
09:23:47  17  clips that are attached to the concrete tie to hold
09:23:51  18  the rail in place on the concrete tie?
09:23:54  19      A  Correct.
09:23:55  20      Q  And it is these clips that are removed or
09:24:00  21  installed with the various machines on the gang.
09:24:03  22  And this P-car 1401 in Exhibit 5, can that machine
09:24:08  23  clip and declip?
09:24:10  24      A  Yes, it can.
09:24:11  25      Q  It can do both?
```

Page 24

```
09:24:12   1      A  It can do both.
09:24:14   2      Q  All right.
09:24:14   3         But when it's functioning on the cleanup
09:24:16   4  crew, it is declipping?
09:24:18   5      A  The primary purpose of the machines is
09:24:20   6  declipping.
09:24:21   7      Q  All right.
09:24:22   8         So behind this machine in the gang will be
09:24:25   9  another machine that you called the eight-man that
09:24:28  10  will reclip the clips --
09:24:33  11      A  Yeah, the eight-man would be in the
09:24:36  12  natural production process.  There's also a machine
09:24:40  13  called the "camp car" that would be behind this
09:24:44  14  machine in the quality control area, and it
09:24:46  15  applies.
09:24:47  16      Q  Okay.  I see.
09:24:49  17         And then what else applies -- after the
09:24:51  18  quality control or cleanup crew goes through, is
09:24:54  19  there another part of the gang behind there?
09:24:55  20      A  That would be the servicing gang.
09:24:56  21      Q  What is the servicing gang?
09:24:58  22      A  The servicing gang is the big tamper
09:25:01  23  that's squeezing the ties, putting the curvature
09:25:01  24  correctly back in the track, raising the track, and
09:25:03  25  then a regulator to bring in the ballast.
```

Page 25

```
09:25:06   1      Q  All right.
09:25:07   2         I have heard that called, "surfacing" or
09:25:10   3  "smoothing gang"?
09:25:10   4      A  I have never heard "smoothing."  I heard
09:25:14   5  "surfacing."
09:25:16   6      Q  All right.
09:25:17   7         Basically, this is the last crew that will
09:25:19   8  go through to finish off the track?
09:25:21   9      A  Correct.
09:25:21  10      Q  And as I understand it, the machines in
09:25:23  11  this gang must work in that order?  The order that
09:25:27  12  we have discussed?
09:25:28  13      A  Yes, yes.
09:25:29  14      Q  Okay.
09:25:32  15         Give me a second here.
09:25:40  16         Let's talk about the Harsco machine that
09:25:45  17  clips the -- clips back on to the rail.
09:25:53  18         Insulators and clips, you said it has an
09:25:55  19  85 to 90 percent clip-on accuracy rate, I guess.
09:26:00  20      A  On an average day, yep -- "yes."
09:26:02  21      Q  What do you mean by that?
09:26:02  22      A  It means -- so if you want every tie to
09:26:06  23  have an insulator and clip applied correctly, it
09:26:10  24  would be 100 percent.  So throughout your day, if
09:26:12  25  you walk a quarter mile and you have 10 off or so,
```

## Page 26

09:26:16 1 there's 80 percent or 90 percent -- just a rough
09:26:20 2 guess how much it's doing on 100 percent coming out
09:26:23 3 of the machine.
09:26:24 4     Q   And what determines the percentage of
09:26:27 5 accuracy of the percentage of completion or
09:26:31 6 accuracy with which the clips are put on?
09:26:35 7        For example, is it the condition of the
09:26:37 8 ties? Orientation of the ties? Skill of the
09:26:41 9 people working on the gang on that crew?  What
09:26:44 10 determines the accuracy?
09:26:46 11    A   Pretty much all of the above.  So there's
09:26:47 12 two independent satellite machines, an eight
09:26:51 13 machine, eight operators -- that's where we get the
09:26:52 14 term, "eight-man."
09:26:55 15       First guys in the first seats apply the
09:26:58 16 biscuit.  Machine has got to operate and manipulate
09:27:01 17 the rail to apply the biscuit.  If the operators
09:27:03 18 fail to get it in there, it could cause an issue
09:27:06 19 that it doesn't get it applied.
09:27:08 20       If the machine can't move the rail because
09:27:09 21 the ties are slewed, the biscuit doesn't get
09:27:11 22 applied, which can create problems in the quality
09:27:13 23 control.  And then same process for the clips.  The
09:27:16 24 clips -- the rail doesn't move, because the guy
09:27:18 25 doesn't put the clips right, and then after that

## Page 27

09:27:22 1 machine goes through, there's clips that squeeze
09:27:25 2 the clips on.  So anywhere from all of the above,
09:27:27 3 basically.
09:27:27 4     Q   So this is a big machine?
09:27:29 5     A   Yes.
09:27:29 6     Q   And it's got eight operators.  And does it
09:27:32 7 have people on the ground, laborers on the ground
09:27:35 8 positioning clips and pads, insulators?
09:27:38 9     A   No, no.
09:27:39 10    Q   Okay.
09:27:39 11       That's all done by the operators on the
09:27:40 12 machine?
09:27:41 13    A   Uh-huh.
09:27:41 14    Q   All right.
09:27:44 15       This gang -- this complete gang, once it
09:27:49 16 started working or when it resumes work that
09:27:52 17 morning, it can be spread out over what distance?
09:27:56 18    A   Depending on if we have any skips in our
09:27:59 19 work process or not.  It's -- if we are just out of
09:28:05 20 face and everything is just right there in front of
09:28:07 21 us, we can be stretched out to three quarters of a
09:28:10 22 mile -- half a mile.
09:28:12 23    Q   Okay.
09:28:13 24       And that's if the gang is all working
09:28:15 25 together?

## Page 28

09:28:15 1     A   Correct.
09:28:16 2     Q   There will be times when there's a section
09:28:17 3 of track you all don't have to do anything to, you
09:28:20 4 just ride over that and move to another section and
09:28:23 5 then when the back part of the gang catches up to
09:28:27 6 the part of the track you don't have to work on,
09:28:28 7 they will drive to catch up?
09:28:32 8     A   That's correct.
09:28:32 9     Q   And all of these machines are track
09:28:35 10 mounted?
09:28:36 11    A   Yes.
09:28:47 12    Q   Okay.
09:28:50 13       Now, were you there on -- at the gang on
09:28:52 14 July 26th?
09:28:55 15    A   Yes, I was.
09:28:56 16    Q   Did you have anything to do with
09:29:00 17 Mr. Herrera and his injury, an investigation into
09:29:06 18 why he got hurt?
09:29:08 19       Did you have anything to do with
09:29:09 20 Mr. Herrera's injury?
09:29:11 21    A   No, I did not.
09:29:12 22    Q   All right.
09:29:15 23       In that case, I'm going to use you to
09:29:17 24 continue our education process.
09:29:30 25       Now, how does the gang and the supervisors

## Page 29

09:29:33 1 of this steel gang 8501 -- how does the UP keep
09:29:38 2 track of what work is done by that gang?
09:29:44 3       In other words, are you required to
09:29:46 4 daily -- you or someone on the gang required daily
09:29:50 5 to report to -- I'm guessing Mr. Martinez or
09:29:55 6 someone above him, what work the gang has
09:29:59 7 accomplished that day?
09:30:00 8     A   We went out a daily report on our
09:30:03 9 production report.
09:30:03 10    Q   Let me hand you a couple of things and see
09:30:06 11 if you can tell me which of these would document
09:30:09 12 for us -- first take a look at that (indicating).
09:30:20 13 That (indicating).
09:30:31 14       Are any of those documents that we do use
09:30:34 15 to discuss what production occurred on that gang?
09:30:41 16    A   Yeah, let me familiarize myself.  I don't
09:30:43 17 put the reports in.
09:30:45 18    Q   Take your time.
09:30:46 19    A   Let me look at them and make sure they
09:30:48 20 are -- yeah, you could dissect what we did
09:31:03 21 production-wise on these days through that one.
09:31:06 22    Q   Show me what you have got there.
09:31:08 23       Does this one (indicating) help, also?
09:31:17 24    A   Yeah, it looks like it's pretty much the
09:31:19 25 same thing.

Page 30

| | | |
|---|---|---|
| 09:31:20 | 1 | Q  All right.  So let's see.  If you can mark |
| 09:31:22 | 2 | that whatever is next. |
| 09:31:34 | 3 | And if you could, Mr. Linford, identify |
| 09:31:36 | 4 | for us what Exhibit 7 is. |
| 09:31:47 | 5 | A  Well, it says on the highlighted portion |
| 09:31:49 | 6 | we have got up here on top, "Detailed gang |
| 09:31:52 | 7 | production report." |
| 09:31:53 | 8 | (Plaintiff's Exhibit 7 was marked |
| 09:31:53 | 9 | for identification, a copy of which is |
| 09:31:53 | 10 | attached hereto.) |
| 09:31:53 | 11 | BY MR. COX: |
| 09:31:53 | 12 | Q  Sorry.  I need to highlight it -- guide |
| 09:31:57 | 13 | me. |
| 09:31:59 | 14 | Detailed gang production report.  And we |
| 09:32:00 | 15 | see in the report date -- these are reports for |
| 09:32:03 | 16 | July 24, July 25, July 26, July 27, July 28, 29, 30 |
| 09:32:13 | 17 | of 2015? |
| 09:32:14 | 18 | A  Correct. |
| 09:32:15 | 19 | Q  What does the work code on Exhibit 7 |
| 09:32:19 | 20 | mean? |
| 09:32:23 | 21 | A  Best way to explain -- 1005 is kind of |
| 09:32:28 | 22 | a -- you know, I don't have the exact answer for |
| 09:32:30 | 23 | you on that one.  It's more of a timekeeping -- |
| 09:32:34 | 24 | Q  I understand. |
| 09:32:36 | 25 | A  -- where the time goes on the 1205.  But I |

Page 31

| | | |
|---|---|---|
| 09:32:39 | 1 | don't have the exact answer. |
| 09:32:40 | 2 | Q  Fair enough. |
| 09:32:41 | 3 | Then we can see on there a work order |
| 09:32:44 | 4 | project number, budget reference number.  That's |
| 09:32:48 | 5 | probably a little above your pay grade, where the |
| 09:32:51 | 6 | money is coming from for the job? |
| 09:32:53 | 7 | A  Sure, sure. |
| 09:32:54 | 8 | Q  Project type:  New rail; subdivision: |
| 09:32:58 | 9 | Kansas subdivision; Service unit, Kansas City; |
| 09:33:04 | 10 | Supervisor name:  Linford, J.R." |
| 09:33:07 | 11 | That's you? |
| 09:33:08 | 12 | A  Yes. |
| 09:33:08 | 13 | Q  All right. |
| 09:33:09 | 14 | This tells us how many men were working on |
| 09:33:11 | 15 | 8501 on these various days? |
| 09:33:14 | 16 | A  Correct. |
| 09:33:15 | 17 | Q  Do you have any knowledge of a foreman or |
| 09:33:19 | 18 | an assistant foreman having a heat injury illness |
| 09:33:23 | 19 | on the 24th, Charles Turner? |
| 09:33:36 | 20 | A  On the 24th? |
| 09:33:38 | 21 | Q  Or 25th. |
| 09:33:39 | 22 | A  No, he didn't have a heat illness or |
| 09:33:42 | 23 | injury that I'm aware of on the 24th. |
| 09:33:45 | 24 | Q  Okay. |
| 09:33:46 | 25 | Do you know why the drop in number of men |

Page 32

| | | |
|---|---|---|
| 09:33:48 | 1 | from 38 to 37 on July 24th to July 25th? |
| 09:33:53 | 2 | A  No, that would be -- it's a big gang, so |
| 09:33:55 | 3 | anybody from not showing up to work, vacation or |
| 09:33:58 | 4 | anything like that. |
| 09:33:59 | 5 | Q  Okay. |
| 09:34:00 | 6 | Then the permit hours, what does that tell |
| 09:34:02 | 7 | us? |
| 09:34:05 | 8 | A  That's how many hours on track.  That's |
| 09:34:08 | 9 | how many hours we were working on track. |
| 09:34:11 | 10 | Q  All right. |
| 09:34:11 | 11 | And track, what does "SIMN" mean? |
| 09:34:14 | 12 | A  "Single main." |
| 09:34:16 | 13 | Q  And milepost -- "MP" -- "From MP to"? |
| 09:34:20 | 14 | That's "milepost"? |
| 09:34:21 | 15 | A  Correct. |
| 09:34:22 | 16 | Q  How does the UP measure its mileposts in |
| 09:34:25 | 17 | the Kansas Sub, from what city and in what |
| 09:34:30 | 18 | direction? |
| 09:34:30 | 19 | A  I do not know. |
| 09:34:32 | 20 | Q  "Gang production LF"? |
| 09:34:35 | 21 | A  "Linear feet." |
| 09:34:36 | 22 | Q  So now this is what was actually |
| 09:34:38 | 23 | accomplished on each of these days, this is how |
| 09:34:43 | 24 | many linear feet of new rail that was laid on each |
| 09:34:49 | 25 | of these days? |

Page 33

| | | |
|---|---|---|
| 09:34:50 | 1 | A  Correct. |
| 09:34:51 | 2 | Q  Now, if we look down at the track miles, |
| 09:34:54 | 3 | linear feet converts to how many track miles, and |
| 09:34:57 | 4 | the reason 6120 is not more than a mile is because |
| 09:35:01 | 5 | you all are laying rail on the left side and right |
| 09:35:06 | 6 | side of the track, both pieces of rail are being |
| 09:35:10 | 7 | replaced? |
| 09:35:10 | 8 | A  That's correct. |
| 09:35:10 | 9 | Q  All right. |
| 09:35:11 | 10 | And then "weld count," what does that tell |
| 09:35:14 | 11 | us? |
| 09:35:14 | 12 | A  How many welds were made that day. |
| 09:35:17 | 13 | Q  Why would you make a weld as you were |
| 09:35:20 | 14 | laying this new rail? |
| 09:35:21 | 15 | A  When we are laying new rail, we have to |
| 09:35:24 | 16 | lay everything out continuous in the front of the |
| 09:35:27 | 17 | machine that applies it.  And then you have got the |
| 09:35:30 | 18 | switches, everything that you would cut out, you |
| 09:35:33 | 19 | have got to go. |
| 09:35:34 | 20 | Q  So the jury will understand, again, in the |
| 09:35:36 | 21 | old days, the clickety clack of a railroad train |
| 09:35:40 | 22 | was when the wheels would go over a joint in a |
| 09:35:44 | 23 | rail; is that right? |
| 09:35:44 | 24 | A  That's right. |
| 09:35:46 | 25 | Q  And in those days, the distance between |

Page 34

```
09:35:48   1   the joints or an average rail was how long?
09:35:51   2      A  I do not know.
09:35:53   3      Q  Okay.
09:35:54   4         Nowadays, it's continuous welding?
09:35:56   5      A  Yes.
09:35:56   6      Q  No joints, no clickety clack?
09:35:59   7      A  For the most part.  You are still going to
09:36:03   8   have some joints on the railroad.  We try to make
09:36:05   9   it continuous welded rail, but there's still joints
09:36:11  10   out there.
09:36:11  11      Q  Okay.
09:36:13  12         Like a temporary place in a weld or in a
09:36:13  13   rail or something?
09:36:13  14      A  Yes.
09:36:14  15      Q  Now, "rail weight 141," what does that
09:36:17  16   mean?
09:36:19  17      A  That's the class of railroad we are
09:36:21  18   putting in.  The "size" of the rail we are putting
09:36:24  19   in is a better way to put it, I guess.
09:36:26  20      Q  Does that mean that every three feet of
09:36:28  21   rail weighs 141 pounds?
09:36:31  22      A  I think so, I think so.
09:36:32  23      Q  What is the "A" with a little thing on top
09:36:35  24   of it?  What does that mean under "rail weight"?
09:36:40  25      A  I don't know.  I'm not familiar with
```

Page 35

```
09:36:41   1   that.
09:36:42   2      Q  Okay.
09:36:42   3         All right.  So if we look at Exhibit 7, I
09:36:45   4   understand that July 24th was a travel day.  The
09:36:48   5   machines show up.
09:36:49   6         They are hauled on flatcars?
09:36:51   7      A  Yes.
09:36:51   8      Q  Loaded up on flatcars?
09:36:53   9      A  Pulled by a train.
09:36:54  10      Q  Pulled by a train.  And when they get to a
09:36:57  11   location, they are unloaded.  And these flatcars
09:37:00  12   actually have rails on them so that the machines
09:37:03  13   can be driven up onto the flatcars?
09:37:06  14      A  That is correct.
09:37:06  15      Q  So July 24 is a moving day.  And you all
09:37:08  16   had moved -- where had you been last before --
09:37:12  17      A  We had been on the canyon subject in
09:37:13  18   California -- Northern California.
09:37:14  19      Q  And then July 25th looks like the first
09:37:17  20   day that the gang works.  And on that day, you work
09:37:22  21   11 -- you are on the track 11 hours.  And you lay
09:37:25  22   6,120 feet of rail?
09:37:29  23      A  Yes.  That's what it says.
09:37:32  24      Q  And then July 26th, you are on the track
09:37:36  25   12 hours and you lay 6,679 feet of rail?
```

Page 36

```
09:37:43   1      A  That's what the number says.
09:37:44   2      Q  July 27, you are on the track 10 and a
09:37:47   3   half hours and you lay 6,840 feet of rail?
09:37:51   4      A  Again, that's what it says here.
09:37:53   5      Q  I don't expect you to have a memory --
09:37:56   6      A  Just going off what it says here.
09:37:58   7      Q  Absolutely.  That's why I'm trying to
09:38:01   8   clarify weights.  Okay.
09:38:20   9         MR. COX:  If you would mark that for me,
09:38:22  10   please.
09:38:22  11         (Plaintiff's Exhibit 8 was marked
09:38:25  12         for identification, a copy of which is
09:38:25  13         attached hereto.)
09:39:00  14   BY MR. COX:
09:39:00  15      Q  Let me hand you what has been marked as
09:39:03  16   Exhibit 8.  And this is another "Production
09:39:11  17   Reporting Details Production Milestone."
09:39:16  18         What does "production milestone" mean, if
09:39:20  19   you know?
09:39:20  20      A  I'm not familiar with that, either.
09:39:22  21      Q  All right.
09:39:22  22         See, this is reported by Matthew Hughes?
09:39:26  23      A  Correct.  He is my timekeeper.
09:39:27  24      Q  I got it.  Okay.
09:39:29  25         It falls to him to do all of the
```

Page 37

```
09:39:31   1   paperwork, basically?
09:39:32   2      A  Correct.
09:39:33   3      Q  But if we look at 8, it tells us a little
09:39:36   4   bit more about what happened on July 26th, 2015.
09:39:40   5   There at the bottom, it says, "Report date."
09:39:42   6      A  Okay.  Circled.
09:39:43   7      Q  "Gang 8501," date and time entered -- it's
09:39:47   8   Matthews entered this information the next morning,
09:39:51   9   it looks like.
09:39:52  10         Is that his practice?
09:39:55  11      A  After his shift or the morning.
09:39:57  12      Q  Got it.
09:39:58  13         So this production milestone exhibit talks
09:40:00  14   about precurfew activities.  Those are things that
09:40:04  15   are done, I gather, before the gang gets on the
09:40:10  16   track?
09:40:10  17      A  That is correct.
09:40:11  18      Q  "Job briefing, arrive at machines,
09:40:14  19   equipment check, comp, permit okay.  Then ramp-up
09:40:20  20   activities, first spike is pulled" -- your target
09:40:23  21   was to pull it at 7:00, but the first spike was
09:40:27  22   pulled at 7:40 on the morning of July 26th?
09:40:31  23      A  Yeah.  And what this is is kind of a CPI
09:40:34  24   document.  And it's -- we don't have a program
09:40:37  25   built for us, so we are not pulling actual spikes
```

## Page 38

| | | |
|---|---|---|
| 09:40:41 | 1 | that we would take that term as pulling a clip. |
| 09:40:44 | 2 | Okay? |
| 09:40:45 | 3 | Q  I got it. |
| 09:40:46 | 4 | In other words, this is the first work |
| 09:40:48 | 5 | that's done? |
| 09:40:49 | 6 | A  Correct. |
| 09:40:49 | 7 | Q  So since we are on concrete ties, even |
| 09:40:52 | 8 | though it says, "First spike pulled," it would be |
| 09:40:55 | 9 | first clip? |
| 09:40:56 | 10 | A  Correct. |
| 09:40:57 | 11 | Q  And that occurs 7:40 in the morning.  And |
| 09:41:01 | 12 | then, "Production, last spike driven" -- that would |
| 09:41:04 | 13 | have been last clip installed -- it looks like it |
| 09:41:07 | 14 | was 4:30?  "1630"? |
| 09:41:11 | 15 | A  Correct.  It says "1630." |
| 09:41:13 | 16 | Q  And then "ramp-down activities"?  What are |
| 09:41:16 | 17 | "ramp-down activities"? |
| 09:41:17 | 18 | A  That would be if you needed to travel to a |
| 09:41:20 | 19 | siding to clear up the track. |
| 09:41:21 | 20 | Q  So it looks like the gang has cleared the |
| 09:41:24 | 21 | track at seven o'clock? |
| 09:41:25 | 22 | A  Okay.  That's what it says.  1900. |
| 09:41:28 | 23 | Q  Okay. |
| 09:41:57 | 24 | (Plaintiff's Exhibit 9 was marked |
| 09:41:57 | 25 | for identification, a copy of which is |

## Page 39

| | | |
|---|---|---|
| 09:41:57 | 1 | attached hereto.) |
| 09:41:58 | 2 | BY MR. COX: |
| 09:41:58 | 3 | Q  I'm going to back up on you today and let |
| 09:42:01 | 4 | me hand you what we have marked as Exhibit 9.  It's |
| 09:42:09 | 5 | the same form as we have just talked about on 8. |
| 09:42:12 | 6 | Except this is what occurred on July 25th. |
| 09:42:15 | 7 | A  Okay. |
| 09:42:15 | 8 | Q  Do you see at the bottom? |
| 09:42:16 | 9 | A  It does say, "July 25th." |
| 09:42:19 | 10 | Q  All right. |
| 09:42:20 | 11 | On July 25th, start of shift at 6:00 a.m. |
| 09:42:23 | 12 | same precurfew activities that we talked about. |
| 09:42:29 | 13 | You had planned on pulling the -- pulling the first |
| 09:42:35 | 14 | clip at 7:30, but it happened at 10:00 a.m. |
| 09:42:41 | 15 | A  That's what it says. |
| 09:42:42 | 16 | Q  You wouldn't have any memory why the |
| 09:42:44 | 17 | delay, would you? |
| 09:42:45 | 18 | A  I would not.  I would not. |
| 09:42:46 | 19 | Q  Fair enough. |
| 09:42:47 | 20 | And then it looks like the last clip -- it |
| 09:42:50 | 21 | says, "Last spike," but we understand it is the |
| 09:42:54 | 22 | clip -- was pulled at 1800 -- six o'clock at night? |
| 09:42:58 | 23 | A  Or applied at 1800. |
| 09:43:00 | 24 | Q  Correct.  Yeah, I'm sorry. |
| 09:43:02 | 25 | A  That's okay.  It does say, "1800." |

## Page 40

| | | |
|---|---|---|
| 09:43:05 | 1 | Q  All right. |
| 09:43:08 | 2 | So the gang showed up at 6:00, job |
| 09:43:14 | 3 | briefing at 6:50, arrive at machines at 7:00, first |
| 09:43:19 | 4 | clip pulled 10:08.  And then it looks like the gang |
| 09:43:26 | 5 | worked from 10:00 until 6:00, which would have been |
| 09:43:31 | 6 | eight hours? |
| 09:43:32 | 7 | A  That's what it shows. |
| 09:43:34 | 8 | Q  Oh, here.  The next page may explain why |
| 09:43:39 | 9 | some of the delays. |
| 09:43:51 | 10 | All right. |
| 09:43:51 | 11 | Do you see here where it says, "Morning |
| 09:43:53 | 12 | report DPR comments"? |
| 09:43:55 | 13 | A  I do. |
| 09:43:56 | 14 | Q  Do you know what that means? |
| 09:43:56 | 15 | A  That's just a comment box.  I don't know |
| 09:43:58 | 16 | what the "DPR" stands for.  But just a comment box |
| 09:44:02 | 17 | for the timekeeper to put some comments in |
| 09:44:05 | 18 | throughout the day. |
| 09:44:05 | 19 | Q  All right. |
| 09:44:06 | 20 | Then we see above that, we see "quality |
| 09:44:09 | 21 | audit," what does that mean?  Quality audit? |
| 09:44:14 | 22 | A  Not sure.  Not familiar with that. |
| 09:44:16 | 23 | Q  Then it says, "temp of rail," that's the |
| 09:44:18 | 24 | temperature of the rail and degrees Fahrenheit? |
| 09:44:22 | 25 | A  Correct. |

## Page 41

| | | |
|---|---|---|
| 09:44:23 | 1 | Q  "106"?  106 degrees? |
| 09:44:25 | 2 | A  Yes. |
| 09:44:25 | 3 | Q  And ambient temperature was 93 degrees? |
| 09:44:29 | 4 | A  Yes. |
| 09:44:29 | 5 | Q  And here we are talking about July 25th. |
| 09:44:34 | 6 | Can you decipher for us any of the notes |
| 09:44:35 | 7 | in the morning report DPR comments? |
| 09:44:39 | 8 | A  "T and T" would be -- I'm assuming "track |
| 09:44:43 | 9 | and time" -- that doesn't make any sense because it |
| 09:44:45 | 10 | says ".50 hours."  Let me read it just a second. |
| 09:44:52 | 11 | Q  Study it.  I don't want you to guess. |
| 09:44:54 | 12 | Just if you know.  You are not required to know |
| 09:44:57 | 13 | everything. |
| 09:45:16 | 14 | A  So the "T and T," a lot of times stands |
| 09:45:19 | 15 | for "track and travel."  I'm assuming on this one, |
| 09:45:22 | 16 | if you follow it down, it says "TT miles," I assume |
| 09:45:26 | 17 | that's the track travel.  That's the distance we |
| 09:45:28 | 18 | probably had to travel to the closest siding. |
| 09:45:31 | 19 | Q  Got it. |
| 09:45:33 | 20 | A  Closest tie up would be a "Y" for "Yes." |
| 09:45:33 | 21 | We relayed 12,240 feet that day. |
| 09:45:35 | 22 | "Delays" -- things that would delay us, it |
| 09:45:40 | 23 | looks like 30 minutes on mid year 101s.  2.5 hours |
| 09:45:44 | 24 | on prep gang due to rail placement."  And then it's |
| 09:45:49 | 25 | got two IJ's -- insulated joints, 26, in tracks |

Page 42

| | | |
|---|---|---|
| 09:45:53 | 1 | wells -- is how I read that. |
| 09:45:55 | 2 | Q  Okay. |
| 09:46:05 | 3 | This one I'm not clear on. |
| 09:46:11 | 4 | Okay. Let's go back to 7. Let me see if |
| 09:46:14 | 5 | I can clear something up. |
| 09:46:20 | 6 | 7/25, it's got "6120." Is that 6120 and |
| 09:46:25 | 7 | 6120? |
| 09:46:26 | 8 | A  It's left and right rail because you are |
| 09:46:29 | 9 | laying both left and right at the same time. |
| 09:46:31 | 10 | Q  I got it. |
| 09:46:32 | 11 | So that day, the gang essentially moves |
| 09:46:37 | 12 | 6,120 feet, but because it laid rail on both rail, |
| 09:46:42 | 13 | it laid -- on July 25th, for example -- let me do |
| 09:46:52 | 14 | some quick math here -- 12,240? |
| 09:46:56 | 15 | A  Yeah, add the two together. If you go |
| 09:46:59 | 16 | further, you can see "left rail." "L and L," is |
| 09:47:02 | 17 | left rail and right rail. |
| 09:47:07 | 18 | Q  I got you. |
| 09:47:07 | 19 | That's why on Exhibit 9 when it says, |
| 09:47:09 | 20 | "Relay 12,240 feet" -- |
| 09:47:13 | 21 | A  Correct. |
| 09:47:14 | 22 | Q  All right. |
| 09:47:16 | 23 | Thanks for helping me with that. All |
| 09:47:18 | 24 | right. |
| 09:47:20 | 25 | Now, I'm going to ask you to go back to |

Page 43

| | | |
|---|---|---|
| 09:47:23 | 1 | July 26th -- that's Exhibit 8. |
| 09:47:29 | 2 | A  Okay. |
| 09:47:30 | 3 | This one (indicating)? |
| 09:47:30 | 4 | Q  Yes, sir. Flip one more page. |
| 09:47:33 | 5 | I'm led to believe by the UP -- and |
| 09:47:36 | 6 | correct me if I'm wrong -- because these are |
| 09:47:37 | 7 | Batesed consecutively -- do you see the Bates |
| 09:47:41 | 8 | number at the bottom? -- that these are related |
| 09:47:43 | 9 | documents. |
| 09:47:45 | 10 | So the first page -- they are numbered 1, |
| 09:48:44 | 11 | 2, 3 -- so if we look at the second page of |
| 09:47:57 | 12 | Exhibit 8 for July 26th, 2015, up here in the |
| 09:48:01 | 13 | morning report, BPR comments, you re-layed 13,358 |
| 09:48:08 | 14 | feet of rail. The delays -- when he -- when |
| 09:48:12 | 15 | Mr. Hughes uses "delays," what's he talking about |
| 09:48:15 | 16 | there? |
| 09:48:16 | 17 | A  "Delays" is anything that happens |
| 09:48:17 | 18 | throughout the assembly process that would inhibit |
| 09:48:21 | 19 | production. |
| 09:48:21 | 20 | Q  So we have 2.5 hours on the Harsco |
| 09:48:24 | 21 | eight-man losing hydraulic power to satellite? |
| 09:48:30 | 22 | What does that mean? |
| 09:48:31 | 23 | A  Your eight-man broke down. |
| 09:48:32 | 24 | Q  "45 minutes on Holland blowing a hydraulic |
| 09:48:35 | 25 | truck," what does that mean? |

Page 44

| | | |
|---|---|---|
| 09:48:36 | 1 | A  Pretty self-explanatory. Holland would be |
| 09:48:39 | 2 | welding truck, so he has got his head down trying |
| 09:48:39 | 3 | to make a weld, but he can't make a weld, which |
| 09:48:39 | 4 | causes the assembly line to come to complete stop. |
| 09:48:44 | 5 | Q  Because of the hydraulic coast brakes? |
| 09:48:48 | 6 | A  Yes. |
| 09:48:48 | 7 | Q  All right. |
| 09:48:49 | 8 | Then 30 minutes on distribution of |
| 09:48:51 | 9 | T-rails -- what are "T-rails"? |
| 09:48:53 | 10 | A  "T-rails" is an abbreviation for |
| 09:48:55 | 11 | "transition rails," which need to be welded into |
| 09:48:57 | 12 | the track. Any time you get your 141 rail down to |
| 09:49:02 | 13 | maybe a 133 rail, the transition rails -- it's |
| 09:49:04 | 14 | self-explanatory -- transition that part. |
| 09:49:08 | 15 | Q  Then 45-minute heat break, what does that |
| 09:49:11 | 16 | mean? |
| 09:49:12 | 17 | A  That would be mandatory heat breaks |
| 09:49:16 | 18 | throughout the day following our heat charts. |
| 09:49:18 | 19 | Q  All right. |
| 09:49:19 | 20 | So there were 45 minutes of mandatory heat |
| 09:49:23 | 21 | breaks in this on July 26th on the gang that worked |
| 09:49:29 | 22 | from 7:40 in the morning until 4:30 in the morning |
| 09:49:38 | 23 | or 4:30 in the afternoon? |
| 09:49:41 | 24 | Go back to the cover page. |
| 09:49:45 | 25 | First clip is pulled at 7:40. Last clip |

Page 45

| | | |
|---|---|---|
| 09:49:48 | 1 | installed says, "Driven" -- but we have cleared |
| 09:49:51 | 2 | that up. 4:30. |
| 09:49:53 | 3 | So the gang works from 7:40 -- I guess |
| 09:49:59 | 4 | until they clear the track at 7:00. And 45 minutes |
| 09:50:05 | 5 | of minimum heat breaks? |
| 09:50:05 | 6 | A  Okay. That sounds like how it is reading, |
| 09:50:09 | 7 | how it's showing. |
| 09:50:10 | 8 | Q  Okay. |
| 09:50:16 | 9 | Thank you for that. Now don't panic, |
| 09:50:19 | 10 | Ms. Court Reporter. I will straighten all of these |
| 09:50:22 | 11 | out for you. |
| 09:50:24 | 12 | All right. |
| 09:50:25 | 13 | Let's look at what has previously been |
| 09:50:30 | 14 | marked as Exhibit 4. This is a job briefing, 8501 |
| 09:50:36 | 15 | work group. |
| 09:50:37 | 16 | Can you explain to us what this document |
| 09:50:38 | 17 | is? |
| 09:50:41 | 18 | A  It's a daily sheet that we hand out to our |
| 09:50:44 | 19 | employees for their job briefing as they -- we also |
| 09:50:48 | 20 | got a verbal. But then they have a physical copy |
| 09:50:51 | 21 | of kind of what's going on for the day. |
| 09:50:55 | 22 | Q  If we look on the second page -- not going |
| 09:50:56 | 23 | to spend a lot of time there, but that basically |
| 09:50:59 | 24 | confirms in the worker's mind their track |
| 09:51:02 | 25 | protection? |

12  (Pages 42 to 45)

Page 46

| | |
|---|---|
| 09:51:03 | 1    A  That is their track and time. |
| 09:51:05 | 2    Q  When we talk about "track and time" and |
| 09:51:08 | 3  "track protection," what we talked about earlier, |
| 09:51:12 | 4  it's to keep trains off the track while you all are |
| 09:51:15 | 5  working? |
| 09:51:15 | 6    A  That's correct. |
| 09:51:16 | 7    Q  Okay. |
| 09:51:17 | 8       Then at the bottom, it gives us the |
| 09:51:19 | 9  supervisors, Mr. Linford, Mr. Diaz, Dave Birt, was |
| 09:51:22 | 10  the mechanical -- |
| 09:51:24 | 11    A  He is the mechanical supervisor. |
| 09:51:27 | 12    Q  Carrie Stephens, Troy Passey, |
| 09:51:28 | 13  Steve Gallop -- you mentioned -- Bobby Herrera, |
| 09:51:32 | 14  Matt Hughes.  Okay.  Bobby Steely, Red Block Peer |
| 09:51:36 | 15  Support.  Okay. |
| 09:51:37 | 16       Let's go back to the front page of this. |
| 09:51:40 | 17       Now, this form, I understand, is printed |
| 09:51:41 | 18  out, but each day some additions are made to it. |
| 09:51:47 | 19  How is this form generated for each individual day? |
| 09:51:50 | 20    A  Once again, this is the timekeeper's |
| 09:51:52 | 21  duties, so I don't know what he has got as a base |
| 09:51:55 | 22  and what he actually types in, but it does change |
| 09:51:59 | 23  from day to day -- certain things on it. |
| 09:52:01 | 24    Q  Okay. |
| 09:52:02 | 25       And this is dated, we see in the top, |

Page 47

| | |
|---|---|
| 09:52:04 | 1  July 26th, 2015. |
| 09:52:08 | 2       Now, is this a form that will be reviewed |
| 09:52:10 | 3  with the gang members at the job briefing? |
| 09:52:13 | 4    A  Yes. |
| 09:52:16 | 5    Q  "Heat Index Forecast, UP site, 102." |
| 09:52:23 | 6       Is that right? |
| 09:52:23 | 7    A  That's what it says. |
| 09:52:25 | 8    Q  Now, to whom -- who has -- strike that. |
| 09:52:28 | 9       Who has the responsibility on the gang for |
| 09:52:30 | 10  determining the heat index forecast for the day? |
| 09:52:34 | 11    A  The timekeeper is the one who gets on the |
| 09:52:36 | 12  UP site and types that in. |
| 09:52:39 | 13    Q  Okay. |
| 09:52:40 | 14       Is there anybody on site on the gang that |
| 09:52:42 | 15  updates it during the day? |
| 09:52:44 | 16    A  Gang foreman would be monitoring that |
| 09:52:46 | 17  throughout the day. |
| 09:52:46 | 18    Q  And who is that? |
| 09:52:48 | 19    A  Steve Gallop. |
| 09:52:49 | 20    Q  All right. |
| 09:52:50 | 21       Did Bobby Steely have a role in that as |
| 09:52:53 | 22  safety captain? |
| 09:52:54 | 23    A  Not necessarily a role, but he is very |
| 09:52:56 | 24  aware of the situation and can help out in any way. |
| 09:52:59 | 25    Q  Got it. |

Page 48

| | |
|---|---|
| 09:53:01 | 1    A  How about that? |
| 09:53:02 | 2    Q  Okay. |
| 09:53:10 | 3       Now, is he -- there's a line that |
| 09:53:18 | 4  says -- sorry it's such a poor copy on this -- but |
| 09:53:24 | 5  it's about ten lines down, and it says, "Hospital |
| 09:53:27 | 6  from job site to" something "Onaga Community |
| 09:53:30 | 7  Hospital," and its address. |
| 09:53:32 | 8       Why is that on there? |
| 09:53:33 | 9    A  It's part of our emergency response |
| 09:53:35 | 10  protocol to know where the nearest hospital is. |
| 09:53:38 | 11    Q  And what is the emergency response |
| 09:53:41 | 12  protocol, ERP on that steel gang like this? |
| 09:53:46 | 13    A  Emergency response is so all of our |
| 09:53:46 | 14  employees have some information in case something |
| 09:53:47 | 15  happens, where to go and what are the locations |
| 09:53:49 | 16  for -- for example, ADD, where it's located in the |
| 09:53:52 | 17  the gang, your trauma kits, where they are at. |
| 09:53:56 | 18  It's just a visual so if something happened, |
| 09:53:59 | 19  everybody could look at it and know where the |
| 09:54:00 | 20  closest accident places are. |
| 09:54:02 | 21    Q  And this form actually identifies the |
| 09:54:04 | 22  hospital and gives directions to it? |
| 09:54:06 | 23    A  It does. |
| 09:54:08 | 24    Q  And its phone number? |
| 09:54:10 | 25    A  That's what's on the paper, yeah. |

Page 49

| | |
|---|---|
| 09:54:22 | 1    Q  All right. |
| 09:54:24 | 2       And then see I'm down here on "Team Track |
| 09:54:28 | 3  Work Description." |
| 09:54:31 | 4       The work description, "Relay milepost |
| 09:54:34 | 5  92.22 to milepost 92.90" on one main.  And then on |
| 09:54:41 | 6  the other side of the two-rail track, "Relay |
| 09:54:47 | 7  milepost 99.42 to milepost 100." |
| 09:54:52 | 8       Does that mean that the -- one side of the |
| 09:54:54 | 9  track has had more or less done on it the previous |
| 09:54:56 | 10  day than another? |
| 09:54:58 | 11    A  No, that's just your milepost relay.  You |
| 09:55:02 | 12  see you are working two separate locations.  You |
| 09:55:05 | 13  are working from 92.22 to 92.90 -- and then you |
| 09:55:08 | 14  skip -- you skip up to milepost 99 and start work |
| 09:55:12 | 15  again. |
| 09:55:13 | 16    Q  All right. |
| 09:55:14 | 17       Do you know when during the day on |
| 09:55:15 | 18  July 26th that gap occurred? |
| 09:55:17 | 19       In other words, when was some of the gang |
| 09:55:20 | 20  working 92.22 to 92.90 and some of the gang working |
| 09:55:27 | 21  99.42 to 100? |
| 09:55:28 | 22    A  I can't recall.  We are spread out through |
| 09:55:32 | 23  the day and I can't recall exactly what time each |
| 09:55:34 | 24  group was where. |
| 09:55:35 | 25    Q  All right. |

Page 50

| | | |
|---|---|---|
| 09:55:36 | 1 | Today's goal for first column was to lay |
| 09:55:39 | 2 | 7,180 feet of rail and 6,124 feet of rail, so the |
| 09:55:44 | 3 | goal for July 26th was 13,304? |
| 09:55:48 | 4 | A  That's what it shows. |
| 09:55:49 | 5 | Q  And yesterday's actual -- in other words, |
| 09:55:52 | 6 | for July 25th, 2015 the actual laid was 12,240 |
| 09:55:57 | 7 | feet? |
| 09:55:57 | 8 | A  Again, that's what it shows. |
| 09:56:33 | 9 | MR. COX:  Let me ask you to mark that one, |
| 09:56:34 | 10 | please. |
| 09:56:36 | 11 | (Record read.) |
| 09:56:48 | 12 | (Plaintiff's Exhibit 10 was marked |
| 09:56:48 | 13 | for identification, a copy of which is |
| 09:56:48 | 14 | attached hereto.) |
| 09:56:48 | 15 | BY MR. COX: |
| 09:56:48 | 16 | Q  Mr. Linford, I have handed you what has |
| 09:56:50 | 17 | been marked as Exhibit 10.  And I doubt if you have |
| 09:56:55 | 18 | seen this before.  Let me just tell you what it is |
| 09:56:57 | 19 | so we can talk about it intelligently. |
| 09:57:01 | 20 | I asked Union Pacific Railroad to provide |
| 09:57:02 | 21 | to me copies of texts -- text messages between the |
| 09:57:08 | 22 | supervisors on gang 8501 relating in any fashion to |
| 09:57:13 | 23 | Mr. Herrera's injury. |
| 09:57:15 | 24 | A  Okay. |
| 09:57:15 | 25 | Q  Do you have a memory of providing your |

Page 51

| | | |
|---|---|---|
| 09:57:18 | 1 | text messages to a representative of risk |
| 09:57:21 | 2 | management, or anything like that?  Or did someone |
| 09:57:24 | 3 | come to you and ask you for those? |
| 09:57:26 | 4 | A  No. |
| 09:57:26 | 5 | Q  Do you know how they would have gotten |
| 09:57:27 | 6 | them? |
| 09:57:28 | 7 | A  I do not. |
| 09:57:30 | 8 | Q  Do you use a company phone? |
| 09:57:31 | 9 | A  I do. |
| 09:57:32 | 10 | Q  Primarily.  Okay. |
| 09:57:34 | 11 | So UP pays the bill on it? |
| 09:57:36 | 12 | A  Correct. |
| 09:57:37 | 13 | Q  All right. |
| 09:57:38 | 14 | I want to start on Exhibit 10. |
| 09:57:44 | 15 | Do you see the first one there? |
| 09:57:45 | 16 | It says, "7/25/15, 4:34."  And I don't |
| 09:57:52 | 17 | know what "UTC plus zero" means, but is (307) |
| 09:57:57 | 18 | 248-2055, is that your phone number? |
| 09:58:02 | 19 | A  It is. |
| 09:58:03 | 20 | Q  Understand this will remain confidential. |
| 09:58:06 | 21 | It's not like I'm going to blab this to everybody |
| 09:58:06 | 22 | in the state -- |
| 09:58:06 | 23 | A  Sometimes I think everybody has already |
| 09:58:10 | 24 | got it. |
| 09:58:11 | 25 | Q  Fair enough. |

Page 52

| | | |
|---|---|---|
| 09:58:12 | 1 | Now, the attachment to that text is a |
| 09:58:16 | 2 | photograph.  And if I can just have a minute.  I |
| 09:58:22 | 3 | think I have a copy of that. |
| 09:58:39 | 4 | MR. COX:  Forgive me.  I may have to go |
| 09:58:41 | 5 | off the record for a minute. |
| 09:58:43 | 6 | Dave, is it okay if I go off the record a |
| 09:58:46 | 7 | minute? |
| 09:58:46 | 8 | THE VIDEOGRAPHER:  We are going off the |
| 09:58:48 | 9 | record.  The time is 9:56 a.m. |
| 10:07:49 | 10 | (Recess) |
| 10:07:50 | 11 | THE VIDEOGRAPHER:  We are back on the |
| 10:07:50 | 12 | record. |
| 10:07:55 | 13 | BY MR. COX: |
| 10:07:55 | 14 | Q  We are back, Mr. Linford. |
| 10:07:57 | 15 | I know somewhere I have a bigger picture |
| 10:08:00 | 16 | of that little attachment, but I couldn't find it. |
| 10:08:03 | 17 | It will show up. |
| 10:08:05 | 18 | But we were back to the texts that the UP |
| 10:08:07 | 19 | had provided me.  And take a minute and look at |
| 10:08:11 | 20 | this because it -- assuming I'm reading this right, |
| 10:08:16 | 21 | July 25th, 2015, 4:34 in the afternoon, did you |
| 10:08:16 | 22 | send somebody a photo of this tent with the -- can |
| 10:08:28 | 23 | you tell what that is?  Take a close look at it. |
| 10:08:31 | 24 | A  It looks like one of our cooling stations. |
| 10:08:34 | 25 | Q  All right. |

Page 53

| | | |
|---|---|---|
| 10:08:34 | 1 | Did you send a photograph of that?  Or did |
| 10:08:36 | 2 | someone send one to you? |
| 10:08:37 | 3 | A  No, I believe I took that picture and sent |
| 10:08:39 | 4 | it to Michael. |
| 10:08:40 | 5 | Q  To Mike Rolow? |
| 10:08:42 | 6 | A  Yes. |
| 10:08:42 | 7 | Q  All right. |
| 10:08:45 | 8 | And then his response, "Perfect.  How hot |
| 10:08:50 | 9 | today?" |
| 10:08:51 | 10 | And you sent back, "Not bad yet." |
| 10:08:55 | 11 | Then July 25th, Mr. Rolow says, "Get more |
| 10:08:59 | 12 | if you need them." |
| 10:09:01 | 13 | Is he referencing these tents? |
| 10:09:03 | 14 | A  I assume so. |
| 10:09:04 | 15 | Q  Then he says, "What was the heat index |
| 10:09:07 | 16 | today?" -- no, sorry.  We have now shifted to the |
| 10:09:11 | 17 | next day -- wait.  Before we do that, still on |
| 10:09:14 | 18 | July 25th, it says, "Get more if you need them," do |
| 10:09:20 | 19 | you have a memory -- was this the first tent that |
| 10:09:25 | 20 | you had bought and then Rolow -- Mr. Rolow says, |
| 10:09:28 | 21 | "Get more if you need them"? |
| 10:09:30 | 22 | A  I don't remember if it was the first or |
| 10:09:32 | 23 | just some additional ones.  I don't remember. |
| 10:09:34 | 24 | Q  All right. |
| 10:09:35 | 25 | So it may have been the first? |

## Page 54

| | | |
|---|---|---|
| 10:09:36 | 1 | A  It could have been.  I'm not sure. |
| 10:09:38 | 2 | Q  All right. |
| 10:09:39 | 3 | And then Mr. Rolow e-mails you back, "Get |
| 10:09:42 | 4 | more if you need them"? |
| 10:09:44 | 5 | A  That's what it says. |
| 10:09:45 | 6 | Q  All right. |
| 10:09:46 | 7 | Did you, between July 25th and 26th, get |
| 10:09:51 | 8 | more tents? |
| 10:09:52 | 9 | A  I don't remember if we did or not. |
| 10:09:54 | 10 | Q  Then on the July 26th, Mr. Rolow texts you |
| 10:10:01 | 11 | at 10:20 in the morning, "What was the heat index |
| 10:10:06 | 12 | today?" |
| 10:10:08 | 13 | July 26th, you tell him, "It's 105." |
| 10:10:13 | 14 | And then it looks like you send him |
| 10:10:15 | 15 | another one about four minutes later, 10:31, "Where |
| 10:10:20 | 16 | I'm standing, my phone says it feels like 103, so |
| 10:10:24 | 17 | probably 10 degrees hotter on the track." |
| 10:10:29 | 18 | Now, of course I want to ask you -- the, |
| 10:10:31 | 19 | "Where I'm standing, my phone says" -- forgive my |
| 10:10:34 | 20 | ignorance here, I'm going to embarrass myself. |
| 10:10:38 | 21 | Do you have an app on your phone or |
| 10:10:38 | 22 | something on your phone that will give you the heat |
| 10:10:38 | 23 | index? |
| 10:10:38 | 24 | A  I do.  It's just a weather channel app.  I |
| 10:10:41 | 25 | can show you the weather and what it feels like |

## Page 55

| | | |
|---|---|---|
| 10:10:43 | 1 | right here. |
| 10:10:44 | 2 | Q  Perfect. |
| 10:10:46 | 3 | A  For some reasons.  It will load up here. |
| 10:10:48 | 4 | But yes, that's what I was using was my phone at |
| 10:10:51 | 5 | the time. |
| 10:10:52 | 6 | Q  All right. |
| 10:10:54 | 7 | That's -- I have a were on my phone and |
| 10:10:56 | 8 | I'm certainly no expert -- that tells me the |
| 10:10:59 | 9 | weather. |
| 10:10:59 | 10 | A  Correct. |
| 10:10:59 | 11 | Q  This dials it down closer and gives you |
| 10:11:03 | 12 | the heat index? |
| 10:11:04 | 13 | A  It will give you the heat of the day and |
| 10:11:06 | 14 | kind of what it feels like outside, but heat index, |
| 10:11:10 | 15 | but it won't load up heat. |
| 10:11:13 | 16 | Q  Don't worry about it. |
| 10:11:14 | 17 | A  Okay. |
| 10:11:15 | 18 | Q  Then you make the statement, "So probably |
| 10:11:17 | 19 | ten degrees hotter on the track." |
| 10:11:20 | 20 | What do you mean by that? |
| 10:11:21 | 21 | A  When you are putting the rails on the |
| 10:11:22 | 22 | ballast, it usually feels a little bit hotter on |
| 10:11:26 | 23 | the track than probably where I'm standing, because |
| 10:11:26 | 24 | you can't have your cell phones on the track, so |
| 10:11:26 | 25 | I'm sure I was off the tracks when I was sending |

## Page 56

| | | |
|---|---|---|
| 10:11:30 | 1 | him these texts. |
| 10:11:32 | 2 | That was a guess on my part.  I don't know |
| 10:11:33 | 3 | if it was officially 10 degrees hotter.  It just |
| 10:11:37 | 4 | usually feels a little hotter on the track. |
| 10:11:40 | 5 | Q  Okay. |
| 10:11:41 | 6 | Then July 26th, at 11:52 you send another |
| 10:11:44 | 7 | one that says, "Night corridor, finally came on |
| 10:11:47 | 8 | duty and is letting us stay cut in.  Shutting it |
| 10:11:54 | 9 | down." |
| 10:11:54 | 10 | What does that mean?  If you recall. |
| 10:11:56 | 11 | A  I'm going to back you up a little bit. |
| 10:11:59 | 12 | These times can't be correct on your notes.  That |
| 10:12:03 | 13 | wouldn't have happened -- at 11:25, I would have |
| 10:12:07 | 14 | been off duty -- 11:25 p.m.  I question the 10:30 |
| 10:12:11 | 15 | in the morning and 103.  I don't think it was 103. |
| 10:12:14 | 16 | I don't believe it was 103 at 10:30 in the morning. |
| 10:12:17 | 17 | I think the times are off on your documents. |
| 10:12:20 | 18 | Q  They are not my documents.  They are what |
| 10:12:23 | 19 | I was sent by the UP. |
| 10:12:23 | 20 | A  I would have been fastly asleep at 11:25. |
| 10:12:23 | 21 | Anyway, back to question -- night corridor came on |
| 10:12:30 | 22 | duty and letting us stay cut in -- that means that |
| 10:12:31 | 23 | we were able to stay cut in on the track because we |
| 10:12:34 | 24 | were in between switches on the siding where trains |
| 10:12:36 | 25 | would be able to run around us on the siding. |

## Page 57

| | | |
|---|---|---|
| 10:12:38 | 1 | Q  Were you all working on the siding part of |
| 10:12:41 | 2 | the 26th? |
| 10:12:42 | 3 | A  We were working on a main -- we were |
| 10:12:44 | 4 | adjacent to a siding, so the trains could go around |
| 10:12:44 | 5 | us. |
| 10:12:44 | 6 | Q  I see. |
| 10:12:46 | 7 | So you could move into the siding to let |
| 10:12:48 | 8 | the trains go around? |
| 10:12:49 | 9 | A  We could stay on the main and trains go |
| 10:12:52 | 10 | around us on the siding. |
| 10:12:53 | 11 | Q  So it's a siding that has switches above |
| 10:12:56 | 12 | them? |
| 10:12:56 | 13 | A  Yes, sir. |
| 10:12:56 | 14 | Q  So they can go around your work on the |
| 10:12:58 | 15 | main by going around on the siding? |
| 10:13:02 | 16 | A  Correct. |
| 10:13:02 | 17 | Q  Got it. |
| 10:13:04 | 18 | Okay. |
| 10:13:15 | 19 | Now, there is a document published by the |
| 10:13:18 | 20 | UP that tells us that on a sunny day, the rail |
| 10:13:28 | 21 | temperature can be 30 degrees more than the ambient |
| 10:13:34 | 22 | temperature. |
| 10:13:35 | 23 | Are you familiar with that from the |
| 10:13:37 | 24 | Union Pacific Railroad Field Maintenance Handbook? |
| 10:13:40 | 25 | A  Yes. |

Page 58

| | | |
|---|---|---|
| 10:13:41 | 1 | Q Okay. |
| 10:13:41 | 2 | So on a sunny day, the rail can be up to |
| 10:13:44 | 3 | 30 degrees hotter than the ambient temperature? |
| 10:13:48 | 4 | A The rail itself? |
| 10:13:49 | 5 | Q Correct. |
| 10:13:50 | 6 | A Just the rail? |
| 10:13:51 | 7 | Q Correct. |
| 10:13:52 | 8 | MR. SCHMITT: The steel? |
| 10:13:54 | 9 | BY MR. COX: |
| 10:13:54 | 10 | Q Am I right? |
| 10:13:55 | 11 | A The steel. Not in between the ballast, |
| 10:13:57 | 12 | just the steel. |
| 10:13:58 | 13 | Q Right. |
| 10:14:00 | 14 | A Correct. |
| 10:14:00 | 15 | Q Okay. |
| 10:14:30 | 16 | Earlier, I had asked you about the |
| 10:14:32 | 17 | assistant foreman, Charles Turner. |
| 10:14:39 | 18 | Did he have any kind of injury or event |
| 10:14:41 | 19 | that made it so that he couldn't work? Do you have |
| 10:14:44 | 20 | any memory of that? |
| 10:14:46 | 21 | A On the 24th? |
| 10:14:47 | 22 | Q Or the 25th. |
| 10:14:48 | 23 | A 25th? I believe he worked the 25th. On |
| 10:14:51 | 24 | the 24th, he may have got put into the -- got back |
| 10:14:55 | 25 | from his job briefing because he wasn't feeling |

Page 59

| | | |
|---|---|---|
| 10:14:58 | 1 | very well. |
| 10:14:58 | 2 | Q What was he not feeling well about? |
| 10:15:01 | 3 | A The heat. |
| 10:15:02 | 4 | Q Okay. |
| 10:15:02 | 5 | That's Mr. Turner? |
| 10:15:04 | 6 | A Yeah. |
| 10:15:04 | 7 | Q So instead of the being out on the track, |
| 10:15:06 | 8 | he goes back into the cooling station? |
| 10:15:08 | 9 | A Correct, correct. |
| 10:15:10 | 10 | Q What part of the day? If you remember. |
| 10:15:11 | 11 | A I don't remember the exact part. If my |
| 10:15:13 | 12 | memory serves me correctly, it was the last part of |
| 10:15:15 | 13 | the day, because after he got cooled down, he was |
| 10:15:19 | 14 | feeling better and wanted to go back out and work. |
| 10:15:22 | 15 | And I told him, "No, it's too close to the end of |
| 10:15:23 | 16 | the day. You weren't feeling well. We will just |
| 10:15:23 | 17 | keep you cooled off." So I kept him in the cooling |
| 10:15:23 | 18 | station, working -- right there the last two jobs |
| 10:15:26 | 19 | of the day. |
| 10:15:27 | 20 | Q And what day was that? |
| 10:15:28 | 21 | A I believe it was the 24th. I'm not 100 |
| 10:15:30 | 22 | percent certain on that. |
| 10:15:36 | 23 | Q All right. |
| 10:15:38 | 24 | And do you have a memory -- did he return |
| 10:15:40 | 25 | to work regular duty the 26th or 27th or 28th? |

Page 60

| | | |
|---|---|---|
| 10:15:46 | 1 | A Yeah, as far as I remember, yeah, that was |
| 10:15:48 | 2 | the only -- just a cooling break for a couple |
| 10:15:52 | 3 | hours. |
| 10:15:52 | 4 | Q All right. |
| 10:15:53 | 5 | A Which is very common. |
| 10:15:55 | 6 | Q Right. |
| 10:15:56 | 7 | Now, the -- well, let me go back to |
| 10:16:01 | 8 | that -- is it common that a person will have to |
| 10:16:05 | 9 | spend several hours in a cooling station? |
| 10:16:08 | 10 | A Not several hours. But it's very common |
| 10:16:11 | 11 | for somebody to go into a cooling station, a |
| 10:16:13 | 12 | vehicle. The cooling stations we set up, sometimes |
| 10:16:17 | 13 | back to job briefing to cool down -- so not several |
| 10:16:21 | 14 | hours. And one of the reasons that Turner was in |
| 10:16:24 | 15 | there longer is because I did not need him to go |
| 10:16:27 | 16 | back out on the track that day even though he |
| 10:16:31 | 17 | wanted to return, so I just left him in there. |
| 10:16:34 | 18 | Q You were just looking out for his |
| 10:16:36 | 19 | safety? |
| 10:16:36 | 20 | A Absolutely. |
| 10:16:37 | 21 | Q Okay. |
| 10:16:38 | 22 | Now, were you ever on July 25th or 26th, |
| 10:16:41 | 23 | back with the cleanup crew to watch what they were |
| 10:16:45 | 24 | doing? Do you have a memory of that? |
| 10:16:46 | 25 | A On the 25th or 26th -- |

Page 61

| | | |
|---|---|---|
| 10:16:48 | 1 | Q Yes. |
| 10:16:49 | 2 | A I don't have a memory of that, so I |
| 10:16:51 | 3 | wouldn't recall. I'm sure I was at some point, but |
| 10:16:53 | 4 | I don't have a recollection of it. |
| 10:16:54 | 5 | Q All right. |
| 10:16:55 | 6 | Can you think of a reason why an assistant |
| 10:16:57 | 7 | foreman on the cleanup crew would not use the P-car |
| 10:17:01 | 8 | to clip the clips back on if it were operating |
| 10:17:06 | 9 | properly? |
| 10:17:07 | 10 | A If it was operating properly, because we |
| 10:17:10 | 11 | have a camp car that would perform that duty. |
| 10:17:13 | 12 | Q What does the P-car do again? |
| 10:17:15 | 13 | A It mainly declips. |
| 10:17:17 | 14 | Q Okay. |
| 10:17:17 | 15 | If the P-car is working properly, do you |
| 10:17:20 | 16 | expect it to be used? |
| 10:17:22 | 17 | A Yes. Absolutely. |
| 10:17:23 | 18 | Q All right. |
| 10:17:24 | 19 | Now, your name showed up on one other |
| 10:17:26 | 20 | document I wanted to ask you about. |
| 10:17:30 | 21 | If you could mark that. |
| 10:17:47 | 22 | We marked the highlighted one -- but |
| 10:17:49 | 23 | that's okay. |
| 10:17:51 | 24 | This is a memo from the Health & Medical |
| 10:17:52 | 25 | Services Department of Union Pacific Railroad. |

Page 62

| | | |
|---|---|---|
| 0:17:55 | 1 | Do you see that there in the top left |
| 0:17:57 | 2 | corner? |
| 0:17:58 | 3 | A   Okay. |
| 0:17:58 | 4 | Q   Dated April 28th, 2016, and you are copied |
| 0:18:01 | 5 | on it, Joseph Linford. |
| 0:18:03 | 6 | A   Okay. |
| 0:18:05 | 7 | (Plaintiff's Exhibit 11 was marked |
| 0:18:05 | 8 | for identification, a copy of which is |
| 0:18:05 | 9 | attached hereto.) |
| 0:18:06 | 10 | BY MR. COX: |
| 0:18:06 | 11 | Q   And it's a fitness for duty determination |
| 0:18:09 | 12 | about Guillermo Herrera.  And he is -- "medical |
| 0:18:12 | 13 | review on duty" -- it's checked "on duty" -- "Based |
| 0:18:16 | 14 | on medical information available to Health & |
| 0:18:18 | 15 | Medical Services at this time, this employee is not |
| 0:18:22 | 16 | medically cleared temporary effective April 28th, |
| 0:18:24 | 17 | 2016, MLOA" -- that's "medical leave of absence"; |
| 0:18:28 | 18 | is that right? |
| 0:18:29 | 19 | A   That's what I take it for.  Not sure. |
| 0:18:31 | 20 | Q   "Recommended effective April 18, 2016 |
| 0:18:34 | 21 | through June 30, 2016." |
| 0:18:37 | 22 | "In accordance with Union Pacific |
| 0:18:39 | 23 | medical" -- "Union Pacific Railroad |
| 0:18:40 | 24 | medical rules, this employee will require |
| 0:18:44 | 25 | a fitness for duty review prior to his or |

Page 63

| | | |
|---|---|---|
| 0:18:47 | 1 | her return to work. |
| 0:18:49 | 2 | "Please be sure that the employee |
| 0:18:50 | 3 | contacts the FFD, fitness for duty, nurse |
| 0:18:54 | 4 | upon their request to return to work." |
| 0:18:57 | 5 | Are you familiar with this notification |
| 0:18:59 | 6 | form from the Health Services Department? |
| 0:19:01 | 7 | A   I am familiar with the form.  I'm not |
| 0:19:03 | 8 | familiar with this exact form. |
| 0:19:04 | 9 | Q   All right. |
| 0:19:05 | 10 | A   This is the first time looking at this |
| 0:19:07 | 11 | exact form. |
| 0:19:08 | 12 | Q   Right. |
| 0:19:09 | 13 | Why are you copied on this? |
| 0:19:11 | 14 | A   I do not know.  I imagine because I'm a |
| 0:19:13 | 15 | supervisor. |
| 0:19:13 | 16 | Q   Just to update you on the condition of one |
| 0:19:16 | 17 | of your employees? |
| 0:19:17 | 18 | A   More than likely.  I would be guessing to |
| 0:19:19 | 19 | know for sure why.  But that would be my guess. |
| 0:19:22 | 20 | Q   Okay. |
| 0:19:41 | 21 | Now, I'm handing you what is marked as |
| 0:19:43 | 22 | Exhibit 12. |
| 0:19:48 | 23 | This is also information that I was |
| 0:19:50 | 24 | provided by the Union Pacific Railroad.  And you |
| 0:19:55 | 25 | did not -- on July 26th, the day of Mr. Herrera's |

Page 64

| | | |
|---|---|---|
| 0:20:02 | 1 | heat injury, did you ever talk with him during the |
| 0:20:04 | 2 | day or observe him during the day? |
| 0:20:07 | 3 | A   Not that I recall. |
| 0:20:09 | 4 | (Plaintiff's Exhibit 12 was marked |
| 0:20:09 | 5 | for identification, a copy of which is |
| 0:20:09 | 6 | attached hereto.) |
| 0:20:10 | 7 | BY MR. COX: |
| 0:20:10 | 8 | Q   I gather, then, you did not go to the |
| 0:20:11 | 9 | hospital with him? |
| 0:20:13 | 10 | A   No, I did not. |
| 0:20:16 | 11 | Q   Did you see him at all when he had |
| 0:20:16 | 12 | returned briefly to the cooling station? |
| 0:20:18 | 13 | A   No, I did not. |
| 0:20:19 | 14 | Q   All right. |
| 0:20:20 | 15 | The record will establish, I think, that |
| 0:20:21 | 16 | that fell to Carlos Diaz? |
| 0:20:24 | 17 | A   It did. |
| 0:20:25 | 18 | Q   All right. |
| 0:20:31 | 19 | Now, Exhibit 12 is information that I was |
| 0:20:36 | 20 | furnished by the Union Pacific Railroad containing |
| 0:20:39 | 21 | what I believe are e-mails between the supervisors |
| 0:20:45 | 22 | on the gang 8501.  And I don't see you copied on |
| 0:20:53 | 23 | any of them and I'm not going to ask you about any |
| 0:20:56 | 24 | except this one. |
| 0:20:58 | 25 | If you will go to Bates 00497, do you see |

Page 65

| | | |
|---|---|---|
| 0:21:02 | 1 | in the bottom right-hand corner there? |
| 0:21:05 | 2 | A   Uh-huh. |
| 0:21:11 | 3 | 507? |
| 0:21:12 | 4 | Q   No, sorry.  497? |
| 0:21:14 | 5 | A   497? |
| 0:21:20 | 6 | Q   And this is from Louis Martinez, who we |
| 0:21:24 | 7 | understand from your description of the chain of |
| 0:21:26 | 8 | command, is the director for rail northwest? |
| 0:21:29 | 9 | A   Correct. |
| 0:21:29 | 10 | Q   He is above Mr. Mike Rolow in the chain of |
| 0:21:33 | 11 | command? |
| 0:21:33 | 12 | A   Yes. |
| 0:21:34 | 13 | Q   And he sends it to several people, |
| 0:21:39 | 14 | including -- I thought I saw your name -- yes, |
| 0:21:46 | 15 | "Joe R. Linford" on about the third line.  This |
| 0:21:49 | 16 | e-mail comes from Louis Martinez to a bunch of |
| 0:21:52 | 17 | people on the UP, one of whom is you. |
| 0:21:55 | 18 | Do you see your name on there? |
| 0:21:56 | 19 | A   I do. |
| 0:21:59 | 20 | Q   And the subject is "8501 cut Kansas Sub |
| 0:22:03 | 21 | incident." |
| 0:22:04 | 22 | And if we look earlier in exhibit, for |
| 0:22:04 | 23 | example, on UP e-mail 0003 Bates 488 -- right there |
| 0:22:16 | 24 | I think it is -- Kansas City sub 8501 incident, |
| 0:22:22 | 25 | July 26th, 2015." |

Page 66

| | | |
|---|---|---|
| 10:22:24 | 1 | It's basically a description of what had |
| 10:22:26 | 2 | occurred. |
| 10:22:28 | 3 | If you will go to 490, you see it says at |
| 10:22:34 | 4 | approximately -- we are looking at Bates 490. |
| 10:22:39 | 5 | A  Let me find it here for you.  There we go. |
| 10:22:46 | 6 | There we go.  Okay. |
| 10:22:47 | 7 | Q  At approximately 11:30 a.m. on July 26th |
| 10:22:53 | 8 | 2015 at milepost 92.80 on Kansas sub, this got |
| 10:22:56 | 9 | cleared 113 heat index. |
| 10:23:00 | 10 | Do you know?  Are you familiar with this |
| 10:23:01 | 11 | form?  This incident report either in test -- |
| 10:23:05 | 12 | A  I have seen these before.  It's pretty |
| 10:23:08 | 13 | common protocol across the Union Pacific.  I did |
| 10:23:11 | 14 | not create this form, no. |
| 10:23:13 | 15 | Q  Understood. |
| 10:23:14 | 16 | Let's go back, then, to the e-mail on page |
| 10:23:21 | 17 | Bates 503.  And I'm just going to review this with |
| 10:23:27 | 18 | you and sort of get your response to it. |
| 10:23:30 | 19 | A  Excuse me. |
| 10:23:31 | 20 | Where are we at here again? |
| 10:23:32 | 21 | Q  Right here. |
| 10:23:34 | 22 | If you go to 503 -- Bates 503? |
| 10:23:41 | 23 | A  Okay.  Trying to keep up. |
| 10:23:44 | 24 | Q  I understand. |
| 10:23:45 | 25 | Believe me, sometimes it's hard to do. |

Page 67

| | | |
|---|---|---|
| 10:23:49 | 1 | This is an e-mail on July 26th, 2015, at |
| 10:23:54 | 2 | 8:25 p.m. |
| 10:23:57 | 3 | "Attached is an incident write-up on |
| 10:23:59 | 4 | team 8501 working on the Kansas Sub. |
| 10:24:03 | 5 | Today the team had an employee who |
| 10:24:06 | 6 | experienced heat stress symptoms and was |
| 10:24:08 | 7 | taken to the hospital and was given an IV |
| 10:24:10 | 8 | with fluids and prescribed potassium. |
| 10:24:14 | 9 | Team got track time at 7Am and incident |
| 10:24:17 | 10 | occurred approximately 11AM.  Employee was |
| 10:24:20 | 11 | a PCAR operator working behind the team |
| 10:24:22 | 12 | doing cleanup.  Therefore, overexertion is |
| 10:24:25 | 13 | not the cause of this incident.  The cause |
| 10:24:27 | 14 | is the employee was not acclimated to the |
| 10:24:31 | 15 | humidity and possibly not fit for the |
| 10:24:32 | 16 | conditions." |
| 10:24:34 | 17 | Do you have any idea where Mr. Martinez |
| 10:24:37 | 18 | got that information? |
| 10:24:38 | 19 | MR. SCHMITT:  Foundation. |
| 10:24:39 | 20 | BY MR. COX: |
| 10:24:39 | 21 | Q  Did Mr. Martinez ever talk to you about |
| 10:24:43 | 22 | Guillermo Herrera's acclimation or physical |
| 10:24:46 | 23 | fitness? |
| 10:24:47 | 24 | A  No, he didn't. |
| 10:24:49 | 25 | Q  Did you know Guillermo? |

Page 68

| | | |
|---|---|---|
| 10:24:50 | 1 | A  He has worked for me somewhere around a |
| 10:24:54 | 2 | year. |
| 10:24:55 | 3 | Q  How would you describe his level of |
| 10:24:57 | 4 | fitness? |
| 10:24:59 | 5 | A  Mr. Herrera was not the fittest person by |
| 10:25:01 | 6 | any means.  Also, Mr. Guillermo (sic) was kind of |
| 10:25:03 | 7 | hard to understand sometimes.  Sometimes, like, |
| 10:25:07 | 8 | English will be his second language.  Mr. Guillermo |
| 10:25:10 | 9 | had also had a lisp when you talked to him.  And |
| 10:25:14 | 10 | one time, in fact, in talking to Mr. Guillermo, you |
| 10:25:18 | 11 | will notice half his face was not quite working |
| 10:25:20 | 12 | right, so I was concerned.  I asked him what was |
| 10:25:23 | 13 | wrong.  He stated he got bell's palsy.  He almost |
| 10:25:27 | 14 | acted kind of embarrassed about it.  So I kind of |
| 10:25:30 | 15 | ended the situation there. |
| 10:25:32 | 16 | Long story short, not the fittest guy out |
| 10:25:35 | 17 | there. |
| 10:25:36 | 18 | Q  Wow, I feel like we are talking about two |
| 10:25:38 | 19 | different people here. |
| 10:25:40 | 20 | You are sure this is Guillermo, nicknamed |
| 10:25:42 | 21 | "Superman"? |
| 10:25:44 | 22 | A  Yeah, yeah. |
| 10:25:44 | 23 | Q  He told you he had a bell's palsy? |
| 10:25:47 | 24 | A  Yes, sir. |
| 10:25:47 | 25 | Q  In his face? |

Page 69

| | | |
|---|---|---|
| 10:25:49 | 1 | A  Yes.  One time when I was talking to him, |
| 10:25:51 | 2 | half his face was kind of paralyzed, not working, |
| 10:25:56 | 3 | so it made it a concern for me.  And he shrugged it |
| 10:25:59 | 4 | off saying it was bell's palsy.  I could be wrong |
| 10:26:02 | 5 | on the medical term on this, but a palsy something |
| 10:26:06 | 6 | condition, and it would go away in a short time. |
| 10:26:10 | 7 | Q  And it would go away in a short time? |
| 10:26:13 | 8 | A  Yeah. |
| 10:26:14 | 9 | Q  Did it ever cause you any concern about |
| 10:26:15 | 10 | his ability to do his job? |
| 10:26:17 | 11 | A  No, like I said, he was more embarrassed |
| 10:26:19 | 12 | about it, the talking and confrontation about it. |
| 10:26:23 | 13 | That's the only time I remember it occurring. |
| 10:26:24 | 14 | Q  When was that? |
| 10:26:25 | 15 | A  You asked -- I don't recall.  It would |
| 10:26:29 | 16 | have been six months prior to this incident, |
| 10:26:30 | 17 | perhaps. |
| 10:26:31 | 18 | Q  Did it clear?  Did it go away? |
| 10:26:33 | 19 | A  Yeah, it was the one time isolated.  To |
| 10:26:36 | 20 | overall help, I'm trying to get you a description. |
| 10:26:38 | 21 | But other than that, Guillermo was able to do his |
| 10:26:41 | 22 | duties.  He just wasn't maybe the fittest person in |
| 10:26:45 | 23 | the world. |
| 10:26:46 | 24 | Q  My experience on these gangs is that |
| 10:26:49 | 25 | everybody -- most of the guys get a nickname out |

Page 70

| | | |
|---|---|---|
| 10:26:52 | 1 | there. Guillermo's nickname was "Superman." Where |
| 10:26:56 | 2 | would he get a name like "Superman"? A nickname |
| 10:27:00 | 3 | like "Superman"? |
| 10:27:02 | 4 | A I would be guessing if I told you. I have |
| 10:27:03 | 5 | an opinion, but I don't have any facts on where he |
| 10:27:05 | 6 | would get a nickname like "Superman." |
| 10:27:08 | 7 | Q All right. |
| 10:27:10 | 8 | Had -- |
| 10:27:10 | 9 | A Can I go ahead and guess? Is it fine for |
| 10:27:13 | 10 | me to guess? |
| 10:27:15 | 11 | Q If you want to guess. |
| 10:27:16 | 12 | A Sometimes nicknames can be the opposite. |
| 10:27:20 | 13 | You might call a big, heavy guy "Slim" -- "Big |
| 10:27:27 | 14 | Slim." "Superman" could be the opposite of |
| 10:27:31 | 15 | "Superman" -- if you are following me. |
| 10:27:32 | 16 | Q Do you know how his coworkers described |
| 10:27:34 | 17 | his work ethic? |
| 10:27:37 | 18 | A No, sir. |
| 10:27:37 | 19 | Q Do you know that their nickname for |
| 10:27:40 | 20 | Guillermo was "Superman" because he worked harder |
| 10:27:43 | 21 | or at least as hard as anyone on that gang? |
| 10:27:45 | 22 | MR. SCHMITT: Objection, foundation. |
| 10:27:46 | 23 | THE WITNESS: No, just giving my opinion |
| 10:27:48 | 24 | where it comes from, just my opinion. |
| 10:27:51 | 25 | /// |

Page 71

| | | |
|---|---|---|
| 10:27:51 | 1 | BY MR. COX: |
| 10:27:51 | 2 | Q All right. |
| 10:27:52 | 3 | So other than this isolated incident where |
| 10:27:55 | 4 | there was some problem with his face, did he have |
| 10:27:56 | 5 | any other physical problems that you observed -- |
| 10:28:00 | 6 | A No. |
| 10:28:00 | 7 | Q -- that year? |
| 10:28:01 | 8 | A No, no, just the face. |
| 10:28:03 | 9 | Q And you recall Guillermo has good sized |
| 10:28:05 | 10 | arms, wears a T-shirt, big chest? |
| 10:28:08 | 11 | A Bigger guy, yeah. Not very tall. |
| 10:28:12 | 12 | Q Okay. |
| 10:28:20 | 13 | Well, other than what -- for example, did |
| 10:28:22 | 14 | you ever observe him work? |
| 10:28:23 | 15 | A Yes, of course I did. |
| 10:28:25 | 16 | Q And how was his work ethic? |
| 10:28:27 | 17 | A It was fine. |
| 10:28:31 | 18 | Q Was he a complainer? |
| 10:28:33 | 19 | A At times, yes. |
| 10:28:34 | 20 | Q Was everybody on the gang a complainer at |
| 10:28:37 | 21 | times? |
| 10:28:37 | 22 | A No, not everybody. |
| 10:28:38 | 23 | Q What would he complain about? |
| 10:28:40 | 24 | A Various things. And I can't remember the |
| 10:28:42 | 25 | exact details of complaints. But there has been |

Page 72

| | | |
|---|---|---|
| 10:28:45 | 1 | complaints. I'm trying to think of one. |
| 10:28:48 | 2 | Q Let me prompt you. |
| 10:28:49 | 3 | A Okay. |
| 10:28:50 | 4 | Q Did he ever complain to you about |
| 10:28:51 | 5 | Scott Nicholson and his performance as an assistant |
| 10:28:55 | 6 | foreman on a cleanup crew? |
| 10:28:59 | 7 | A Not to me directly. |
| 10:28:59 | 8 | Q To whom? |
| 10:29:00 | 9 | A I don't know. |
| 10:29:00 | 10 | Q Do you know that he complained to someone |
| 10:29:01 | 11 | about Scott Nicholson and his performance as an |
| 10:29:04 | 12 | assistant foreman? |
| 10:29:05 | 13 | A After the fact. |
| 10:29:06 | 14 | Q How did you learn that? |
| 10:29:07 | 15 | A Hearsay, I guess. |
| 10:29:09 | 16 | Q Talking to the guys? |
| 10:29:10 | 17 | Did you talk to other guys that were |
| 10:29:12 | 18 | working on the cleanup crew with him? |
| 10:29:14 | 19 | Mr. Davidson? Jeremy Mansing? Those fellows? |
| 10:29:21 | 20 | Did you ever talk to them after this |
| 10:29:21 | 21 | incident to learn how Scott Nicholson was running |
| 10:29:26 | 22 | the cleanup crew? |
| 10:29:27 | 23 | A Not to my knowledge on how Scott was |
| 10:29:30 | 24 | running it. I'm sure I talked to them about the |
| 10:29:32 | 25 | incidents and how he was doing and if they saw any |

Page 73

| | | |
|---|---|---|
| 10:29:35 | 1 | signs or things like that. But I don't remember |
| 10:29:38 | 2 | anything on Scott Nicholson's performance with |
| 10:29:40 | 3 | them. |
| 10:29:40 | 4 | Q Did you ever talk to them about whether or |
| 10:29:42 | 5 | not they had asked Scott Nicholson to use the P-car |
| 10:29:45 | 6 | to declip the ties rather than making them do it by |
| 10:29:49 | 7 | hand? |
| 10:29:51 | 8 | A I don't recall that conversation. |
| 10:29:52 | 9 | Q Okay. |
| 10:29:54 | 10 | Now, if you have any concern about |
| 10:29:57 | 11 | employee's ability to do their job safely, you have |
| 10:30:00 | 12 | the right, under the UP medical rules, to call that |
| 10:30:03 | 13 | person in for a fitness-for-duty evaluation? |
| 10:30:06 | 14 | A That's correct. |
| 10:30:09 | 15 | Q Did you ever do anything like that on |
| 10:30:09 | 16 | Guillermo Herrera? |
| 10:30:10 | 17 | A No, no. |
| 10:30:11 | 18 | Q All right. |
| 10:30:14 | 19 | I'm back on Mr. Martinez's e-mail to all |
| 10:30:18 | 20 | of those people. |
| 10:30:20 | 21 | It says: |
| 10:30:20 | 22 | "This is not the way we wanted to |
| 10:30:23 | 23 | start our work half!" with an exclamation |
| 10:30:28 | 24 | point. "This is the third heat incident |
| 10:30:31 | 25 | we have had in the last four weeks, which |

Page 74

| | | |
|---|---|---|
| 10:30:32 | 1 | indicates we are doing a poor job with our |
| 10:30:35 | 2 | heat prevention plans and just going |
| 10:30:37 | 3 | through the motions." |
| 10:30:39 | 4 | Let me ask you this: Do you know who any |
| 10:30:43 | 5 | of the other three heat incident employees were? |
| 10:30:47 | 6 | A I do not. |
| 10:30:48 | 7 | Q Was Charles Turner one of them? |
| 10:30:50 | 8 | A I do not know. |
| 10:30:59 | 9 | Q Mr. Martinez continues, "Therefore, I want |
| 10:31:00 | 10 | each of you to send your summer spike plan to your |
| 10:31:04 | 11 | manager with a copy to me." |
| 10:31:06 | 12 | What is a "summer spike plan"? |
| 10:31:12 | 13 | A Yeah, I don't know. I would be guessing |
| 10:31:14 | 14 | for sure. I kind of know what it is. I don't know |
| 10:31:16 | 15 | what he is referring to exactly on the "summer |
| 10:31:20 | 16 | spike plan." |
| 10:31:22 | 17 | We get documents, at times, come down from |
| 10:31:26 | 18 | directors on a summer spike agenda. Not sure what |
| 10:31:29 | 19 | he is referring to exactly on that e-mail. |
| 10:31:31 | 20 | Q Is a summer spike plan a memo to pay |
| 10:31:35 | 21 | particular or greater attention to an issue? |
| 10:31:39 | 22 | Particularly in the summer? |
| 10:31:41 | 23 | MR. SCHMITT: Objection, form. Don't |
| 10:31:42 | 24 | guess if you don't know. |
| 10:31:45 | 25 | THE WITNESS: Yeah, I don't know. |

Page 75

| | | |
|---|---|---|
| 10:31:45 | 1 | BY MR. COX: |
| 10:31:46 | 2 | Q Did you ever prepare a summer spike plan |
| 10:31:48 | 3 | based on estimates you -- this is sent to you. Did |
| 10:31:50 | 4 | you ever prepare a summer spike plan and submit it |
| 10:31:53 | 5 | to your manager? |
| 10:31:54 | 6 | A Not that I remember. |
| 10:31:57 | 7 | Q Did you ever see a summer spike plan |
| 10:32:00 | 8 | prepared by your manager? And that is Mike Rolow? |
| 10:32:05 | 9 | A Uh-huh. |
| 10:32:05 | 10 | Q Did you ever see a summer spike plan |
| 10:32:07 | 11 | prepared by Mike Rolow in response to |
| 10:32:11 | 12 | Mr. Martinez's e-mail? |
| 10:32:12 | 13 | A Once again, not that I remember. |
| 10:32:14 | 14 | Q Then he goes on to say, "Each manager will |
| 10:32:20 | 15 | develop one plan for his teams to ensure heat |
| 10:32:24 | 16 | mitigation action is being done consistently on a |
| 10:32:28 | 17 | daily basis." |
| 10:32:31 | 18 | Did you ever see a heat mitigation action |
| 10:32:33 | 19 | plan provided to you by Mike Rolow? |
| 10:32:38 | 20 | A Again, I may or may not have. I just |
| 10:32:40 | 21 | don't remember right now. |
| 10:32:42 | 22 | Q Then it says, "Thereafter, managers and |
| 10:32:44 | 23 | all supervisors are to follow up daily to ensure |
| 10:32:47 | 24 | plan is being executed." |
| 10:32:51 | 25 | What was done, in your memory, afterward, |

Page 76

| | | |
|---|---|---|
| 10:32:55 | 1 | to ensure that heat mitigation action was being |
| 10:33:00 | 2 | done consistently on a daily basis? |
| 10:33:04 | 3 | A Nothing out of the -- what we were doing |
| 10:33:06 | 4 | before. Nothing changed. Basically, we were doing |
| 10:33:10 | 5 | all of the procedures correctly before. |
| 10:33:12 | 6 | Q So do you take exception with |
| 10:33:14 | 7 | Mr. Martinez's appraisal of the conduct of your |
| 10:33:21 | 8 | gang as it relates to heat mitigation? |
| 10:33:27 | 9 | A Well, no, not right now, I don't. |
| 10:33:30 | 10 | Q Okay. |
| 10:34:12 | 11 | Oh, when the cleanup crew is fully manned, |
| 10:34:15 | 12 | how many people and machines are there on the |
| 10:34:16 | 13 | cleanup crew? |
| 10:34:17 | 14 | A It varies. There's two machines. Your |
| 10:34:20 | 15 | P-car and cab car. And the employees vary from day |
| 10:34:25 | 16 | to day. |
| 10:34:26 | 17 | Q Why is that? |
| 10:34:27 | 18 | A Well, cleanup -- quality control parts is |
| 10:34:30 | 19 | kind of separate of the production part. It's kind |
| 10:34:34 | 20 | of the overflow process because we are able to give |
| 10:34:36 | 21 | the track back and run trains regardless of what |
| 10:34:40 | 22 | your quality is -- because you are able to run |
| 10:34:43 | 23 | trains. The quality does not have to finish the |
| 10:34:45 | 24 | finish line to run the trains. But it also needs |
| 10:34:48 | 25 | to be done. It just doesn't need to be done on a |

Page 77

| | | |
|---|---|---|
| 10:34:51 | 1 | time crunch basis. |
| 10:34:53 | 2 | So as a group in the front would get done, |
| 10:34:55 | 3 | we can send some guys in the back. If we have got |
| 10:34:58 | 4 | a full consist, there will be some more guys in |
| 10:35:01 | 5 | there. If we have got some vacation or people |
| 10:35:04 | 6 | missing for the day, it could be a little less. |
| 10:35:06 | 7 | On an average, there's two operators and |
| 10:35:09 | 8 | at least two people on the ground. And that's on |
| 10:35:12 | 9 | an average. But you can have anywhere from six |
| 10:35:16 | 10 | people to 20 people back there. |
| 10:35:17 | 11 | Q So an operator for the P-car, operator for |
| 10:35:20 | 12 | the cab car and two people on the ground and an |
| 10:35:23 | 13 | assistant foreman? |
| 10:35:24 | 14 | A On an average, yes. |
| 10:35:26 | 15 | Q But that number can go up if people are |
| 10:35:29 | 16 | freed up from their tasks ahead -- earlier in the |
| 10:35:37 | 17 | game? |
| 10:35:38 | 18 | A Correct. |
| 10:35:45 | 19 | Q Was Scott Nicholson present at the |
| 10:35:51 | 20 | foreman's meeting on the morning of July 26th, |
| 10:35:55 | 21 | 2015? |
| 10:35:56 | 22 | A I'm sure he was if he was there that day. |
| 10:36:00 | 23 | Q And was he that day assigned as the |
| 10:36:02 | 24 | assistant foreman of the cleanup crew? |
| 10:36:05 | 25 | A Yes, he was. |

Page 78

| | | |
|---|---|---|
| 10:36:06 | 1 | Q  How long had Mr. Nicholson been on the |
| 10:36:09 | 2 | 8501 -- gang 8501? |
| 10:36:13 | 3 | A  I don't remember the exact day. |
| 10:36:14 | 4 | Q  Was he a fairly new guy? |
| 10:36:16 | 5 | A  To my knowledge, he was fairly new, within |
| 10:36:19 | 6 | probably a month or two, if I was to guess. |
| 10:36:21 | 7 | Q  Do you have any knowledge of his level of |
| 10:36:24 | 8 | experience as a foreman on a steel gang working on |
| 10:36:28 | 9 | concrete ties? |
| 10:36:30 | 10 | A  Assistant foreman. |
| 10:36:31 | 11 | Q  "Assistant foreman."  Sorry. |
| 10:36:33 | 12 | A  If I -- if I remember right, he didn't |
| 10:36:36 | 13 | have much experience on a steel gang.  I believe he |
| 10:36:39 | 14 | came from a curve gang.  But once again, I don't |
| 10:36:42 | 15 | know for sure.  I'm just using my best guess there. |
| 10:36:53 | 16 | Q  Do you know what a work ratio was? |
| 10:36:56 | 17 | In other words, how much work one does, |
| 10:36:56 | 18 | versus how much one rests when working in hot or |
| 10:37:03 | 19 | extreme heat conditions?  Do you know what I mean |
| 10:37:06 | 20 | by that? |
| 10:37:06 | 21 | A  Do I know what it's supposed to be in? |
| 10:37:10 | 22 | Q  What a work ratio is? |
| 10:37:12 | 23 | A  I think I'm following you, how much he |
| 10:37:14 | 24 | works versus how much he rests, time period. |
| 10:37:18 | 25 | Q  Right. |

Page 79

| | | |
|---|---|---|
| 10:37:19 | 1 | Now we knew that the heat index was, I |
| 10:37:22 | 2 | think, going to be 102 on July 26th.  At least 102 |
| 10:37:25 | 3 | on July 26th. |
| 10:37:28 | 4 | What was -- what is your understanding of |
| 10:37:29 | 5 | what the work/rest ratio would be for employees |
| 10:37:34 | 6 | doing heavy physical work in a 102 heat index? |
| 10:37:38 | 7 | A  You would have to -- I would have to |
| 10:37:40 | 8 | reference back to the UP heat index chart.  It's |
| 10:37:43 | 9 | either going to be in the yellow or red there.  I'm |
| 10:37:45 | 10 | assuming it would probably be in the red -- which |
| 10:37:48 | 11 | would be 15-minute breaks every hour -- but I would |
| 10:37:55 | 12 | have to double-check to make sure on that. |
| 10:37:56 | 13 | Q  Where -- have you ever seen any documents |
| 10:37:59 | 14 | published on the UP that say that -- that say you |
| 10:38:02 | 15 | have to have a 15-minute break every hour when the |
| 10:38:05 | 16 | heat index is in the red?  Do you see that in the |
| 10:38:05 | 17 | documents? |
| 10:38:05 | 18 | A  Yes.  I see that, yes. |
| 10:38:09 | 19 | Q  What would those be? |
| 10:38:11 | 20 | A  I don't know what those are -- yeah, I |
| 10:38:13 | 21 | would be guessing if I did. |
| 10:38:15 | 22 | Q  Okay. |
| 10:38:17 | 23 | So how does the gang take -- is that true |
| 10:38:19 | 24 | for everybody on the gang? |
| 10:38:21 | 25 | A  Yes. |

Page 80

| | | |
|---|---|---|
| 10:38:21 | 1 | Q  So if laborers, for example, stop and take |
| 10:38:25 | 2 | a 15-minute break every hour, that stops the gang, |
| 10:38:31 | 3 | essentially?  Or are the 15 minutes staggered? |
| 10:38:35 | 4 | A  It's up to the assistant foreman to watch |
| 10:38:38 | 5 | his clock to make sure from their last time period |
| 10:38:42 | 6 | that they get another break within the next hour is |
| 10:38:46 | 7 | what handles that.  To make sure -- and the |
| 10:38:48 | 8 | employees can take more breaks, that's just the |
| 10:38:52 | 9 | minimum they need to take. |
| 10:38:54 | 10 | Q  If they take those breaks, do they take |
| 10:38:56 | 11 | them as a group? |
| 10:38:58 | 12 | In other words, if the crew -- cleanup |
| 10:39:00 | 13 | crew is supposed to take a 15-minute break every |
| 10:39:06 | 14 | hour, would the whole crew take it at the same |
| 10:39:08 | 15 | time? |
| 10:39:09 | 16 | A  Not necessarily.  Again, the call is in |
| 10:39:11 | 17 | the assistant foreman's hands.  If he has four guys |
| 10:39:14 | 18 | there, he can put one person at a time on a |
| 10:39:16 | 19 | break -- if you are following me -- or he could |
| 10:39:19 | 20 | have all of them take a break at the same time, |
| 10:39:21 | 21 | depending where they are at. |
| 10:39:24 | 22 | If they go by a cooling station, he will |
| 10:39:26 | 23 | try to get everybody in the cooling station.  If |
| 10:39:28 | 24 | there's a bus where they see it, they try to -- if |
| 10:39:31 | 25 | one guy needs a break longer -- it's up to them, |

Page 81

| | | |
|---|---|---|
| 10:39:36 | 1 | but there's different ways they can manage that. |
| 10:39:38 | 2 | Q  So if 15 minutes an hour is work/rest |
| 10:39:41 | 3 | ratio in place on that gang, that means in an |
| 10:39:43 | 4 | eight-hour day, they take two hours worth of |
| 10:39:46 | 5 | breaks? |
| 10:39:47 | 6 | A  Not necessarily.  You have to be in the |
| 10:39:48 | 7 | heat index in the red.  You may have been at 101. |
| 10:39:53 | 8 | You are not going to be at 101 at 6:00 in the |
| 10:39:56 | 9 | morning.  You may hit that at 3 o'clock in the |
| 10:39:57 | 10 | afternoon to 5 o'clock, so you might have it the |
| 10:39:58 | 11 | last two hours of the day.  Depending how the |
| 10:40:01 | 12 | weather is. |
| 10:40:02 | 13 | Q  When the heat index is in the red, it's |
| 10:40:04 | 14 | your understanding that the employees are to be |
| 10:40:06 | 15 | given by their supervisor, or foreman or assistant |
| 10:40:09 | 16 | foreman, a 15-minute break every hour? |
| 10:40:11 | 17 | A  Correct.  And the employees know if their |
| 10:40:13 | 18 | assistant foreman forgets them, that they need to |
| 10:40:16 | 19 | make sure they are getting their break in.  It's |
| 10:40:18 | 20 | not just the foreman's responsibility to make sure |
| 10:40:20 | 21 | they are because we are working and could lose |
| 10:40:23 | 22 | track of time. |
| 10:41:08 | 23 | Q  If the heat index is in the extreme danger |
| 10:41:11 | 24 | zone, in your experience, does the Union Pacific |
| 10:41:17 | 25 | Railroad give any consideration to not working? |

Page 82

| | | |
|---|---|---|
| 10:41:19 | 1 | A To not working? |
| 10:41:22 | 2 | Yeah, I'm sure they would, absolutely. If |
| 10:41:24 | 3 | it got too extreme out there, the conditions |
| 10:41:27 | 4 | weren't -- were dangerous, then absolutely. |
| 10:41:29 | 5 | Q Okay. |
| 10:41:33 | 6 | And in your experience, how hot would it |
| 10:41:35 | 7 | have to be for that to occur? Where on the heat |
| 10:41:38 | 8 | index would that have to be for that to occur? |
| 10:41:39 | 9 | A I don't know. There's no line on this |
| 10:41:41 | 10 | that says, "Once it hits this, shut down |
| 10:41:45 | 11 | operations" or anything. |
| 10:42:10 | 12 | Q Has that policy of possibly not working in |
| 10:42:14 | 13 | extreme heat changed in the past couple of years? |
| 10:42:18 | 14 | A Not to my knowledge. |
| 10:42:27 | 15 | Q There is a -- let me get that out -- let's |
| 10:42:34 | 16 | go off the record for just a second. |
| 10:42:39 | 17 | THE VIDEOGRAPHER: We are going off the |
| 10:42:39 | 18 | record. |
| 10:43:50 | 19 | (Pause in the proceedings.) |
| 10:43:50 | 20 | THE VIDEOGRAPHER: We are back on the |
| 10:43:52 | 21 | record. |
| 10:43:56 | 22 | BY MR. COX: |
| 10:43:56 | 23 | Q Maybe I can find it. Sorry. Let's go |
| 10:43:59 | 24 | back off. I don't want you to have to use your |
| 10:44:03 | 25 | memory. Let me find that. |

Page 83

| | | |
|---|---|---|
| 10:44:05 | 1 | THE VIDEOGRAPHER: Going off the record. |
| 10:44:56 | 2 | (Pause in the proceedings.) |
| 10:44:56 | 3 | THE VIDEOGRAPHER: We are back on the |
| 10:44:57 | 4 | record. |
| 10:44:59 | 5 | MR. COX: Could you mark that for me, |
| 10:45:00 | 6 | please, ma'am. |
| 10:45:12 | 7 | (Plaintiff's Exhibit 13 was marked |
| 10:45:12 | 8 | for identification, a copy of which is |
| 10:45:12 | 9 | attached hereto.) |
| 10:45:13 | 10 | BY MR. COX: |
| 10:45:13 | 11 | Q Mr. Linford, I'm going to hand you what I |
| 10:45:16 | 12 | have marked as Exhibit 13. This is a Union Pacific |
| 10:45:21 | 13 | Railroad document, "Quality Safety Meeting Process |
| 10:45:21 | 14 | Heat Stress Prevention, Topic: Preventing |
| 10:45:25 | 15 | Illnesses due to Heat Stress," dated May 2014. |
| 10:45:30 | 16 | "This information is provided to assist |
| 10:45:33 | 17 | supervisors in refocusing our safety efforts." |
| 10:45:37 | 18 | Do you see that? |
| 10:45:38 | 19 | A I do. |
| 10:45:39 | 20 | Q "Contents: Leader's Guide." |
| 10:45:44 | 21 | And I just want to move to part of it |
| 10:45:47 | 22 | here. |
| 10:45:48 | 23 | Are you familiar with this document? |
| 10:45:49 | 24 | A Yes, I'm very familiar with this document. |
| 10:45:51 | 25 | Q Okay. |

Page 84

| | | |
|---|---|---|
| 10:45:52 | 1 | Let's go to page 10 in the document, which |
| 10:45:55 | 2 | is Bates 306. These are documents that I received |
| 10:45:58 | 3 | from the Union Pacific Railroad. |
| 10:46:00 | 4 | That's the heat index table that we were |
| 10:46:02 | 5 | talking about. |
| 10:46:02 | 6 | A Yes, it is the chart I referred to. |
| 10:46:04 | 7 | Q And when we were talking about a heat |
| 10:46:07 | 8 | index in the red, we can see that on the form. |
| 10:46:10 | 9 | Just hold it up because the jury will |
| 10:46:12 | 10 | be -- they will have a copy in front of them when |
| 10:46:14 | 11 | we are talking about this. |
| 10:46:16 | 12 | A (Witness complies.) |
| 10:46:18 | 13 | Q But the red, we can tell by the code at |
| 10:46:21 | 14 | the bottom is "Extreme heat procedures to be |
| 10:46:25 | 15 | implemented." |
| 10:46:27 | 16 | Do you see that? |
| 10:46:27 | 17 | A I do see that. |
| 10:46:28 | 18 | Q And if we look at the document that |
| 10:46:34 | 19 | contained the memo from -- or the e-mail from |
| 10:46:45 | 20 | Mr. Martinez, you see on Exhibit 3 there, it says, |
| 10:46:49 | 21 | "Clear and 101 heat index"? |
| 10:46:54 | 22 | A I see that. |
| 10:46:55 | 23 | Q "Clear" would mean it was "clear weather"? |
| 10:46:58 | 24 | A I assume that. |
| 10:47:00 | 25 | Q And 113 heat index? |

Page 85

| | | |
|---|---|---|
| 10:47:02 | 1 | A Okay. |
| 10:47:03 | 2 | Q If we look on this document, 113 heat |
| 10:47:06 | 3 | index in the red. |
| 10:47:09 | 4 | A Correct. |
| 10:47:10 | 5 | Q And that requires extreme heat procedures |
| 10:47:13 | 6 | to be implemented. |
| 10:47:14 | 7 | A Correct. |
| 10:47:16 | 8 | Q And if we go to page 12 of the document, |
| 10:47:22 | 9 | UP Herrera Bates 308, Appendix C, "High Heat |
| 10:47:30 | 10 | Procedures." |
| 10:47:32 | 11 | It says, "Ensure that all employees |
| 10:47:34 | 12 | exposed to the high heat take a rest break for at |
| 10:47:38 | 13 | least five minutes every hour." |
| 10:47:41 | 14 | That's why I had asked you earlier if you |
| 10:47:43 | 15 | had seen anywhere where it said 15 minutes an hour? |
| 10:47:46 | 16 | A Okay. Nope. I must not have. Like I |
| 10:47:49 | 17 | said earlier, I would have to refer to the chart on |
| 10:47:53 | 18 | actual protocols. |
| 10:47:55 | 19 | Q I'm not trying to give you a pop quiz. |
| 10:47:58 | 20 | A Right. And this -- the 15 minutes is in |
| 10:48:00 | 21 | there. Sometimes we can take extreme measures. |
| 10:48:03 | 22 | Q Okay. |
| 10:48:03 | 23 | A There you go -- I read it somewhere. |
| 10:48:06 | 24 | Q Hang on. I'm going to get to that. |
| 10:48:08 | 25 | A Sorry. |

Page 86

| | | |
|---|---|---|
| 10:48:08 | 1 | Q   Then it says under Appendix C, the last |
| 10:48:12 | 2 | bullet: |
| 10:48:14 | 3 | "When practicable, schedule work |
| 10:48:15 | 4 | in hot areas for cooler months and/or |
| 10:48:18 | 5 | cooler parts of the day." |
| 10:48:22 | 6 | Do you see that? |
| 10:48:22 | 7 | A   Okay. |
| 10:48:22 | 8 | Q   That's under high heat procedures. |
| 10:48:26 | 9 | Appendix D is extreme heat procedures. |
| 10:48:28 | 10 | "Extreme heat procedures will be |
| 10:48:28 | 11 | initiated when the heat index is in the |
| 10:48:31 | 12 | red as shown on the Heat Index Table |
| 10:48:33 | 13 | (Appendix A).  In addition to those |
| 10:48:37 | 14 | procedures in Appendix B and C, |
| 10:48:40 | 15 | supervisors will ensure that all employees |
| 10:48:42 | 16 | exposed to the extreme heat take a rest |
| 10:48:45 | 17 | break for at least 15 minutes every hour." |
| 10:48:48 | 18 | Correct? |
| 10:48:48 | 19 | A   That's what it says.  Yes, you did. |
| 10:48:51 | 20 | Q   So C, High Heat Procedures says, "When |
| 10:48:57 | 21 | practicable, schedule work in hot areas for cooler |
| 10:49:01 | 22 | months and/or cooler parts of the day." |
| 10:49:04 | 23 | My question is I had asked you about that |
| 10:49:07 | 24 | earlier in another deposition -- and let me hand |
| 10:49:11 | 25 | this to you.  First, let me show you the cover. |

Page 87

| | | |
|---|---|---|
| 10:49:18 | 1 | This is a deposition of you in another case, |
| 10:49:22 | 2 | Jared Whitt versus Union Pacific Railroad taken |
| 10:49:26 | 3 | April 30, 2013.  And I want to direct your |
| 10:49:30 | 4 | attention to page 41. |
| 10:49:38 | 5 | And I had asked you earlier whether or not |
| 10:49:39 | 6 | any consideration was given to not working or |
| 10:49:41 | 7 | cutting back on the work when the heat index is |
| 10:49:44 | 8 | going to be high or in the "extreme danger" part on |
| 10:49:50 | 9 | the heat index. |
| 10:49:54 | 10 | And in there, you said -- I asked you this |
| 10:49:57 | 11 | question -- I'm going to -- I'm going to have to |
| 10:50:01 | 12 | kind of read it with you here because I didn't |
| 10:50:03 | 13 | bring another copy of it.  But it says, "When |
| 10:50:06 | 14 | practicable, schedule work for cooler months and/or |
| 10:50:11 | 15 | cooler parts of the day." |
| 10:50:14 | 16 | "Were you provided, by the UP, the |
| 10:50:15 | 17 | option of working 6:00 to 11:00, 5:00 to |
| 10:50:18 | 18 | 8:00, 6:00 in the morning until sometime |
| 10:50:21 | 19 | taking a break during the heat of the day, |
| 10:50:24 | 20 | working on your machines, gassing your |
| 10:50:29 | 21 | machines -- working on your machines and |
| 10:50:29 | 22 | then resuming work -- I don't know, 5:00 |
| 10:50:33 | 23 | to eight o'clock in the morning, something |
| 10:50:36 | 24 | like that? |
| 10:50:37 | 25 | "Answer: No. |

Page 88

| | | |
|---|---|---|
| 10:50:37 | 1 | "And would that create a problem for |
| 10:50:39 | 2 | train movement?" |
| 10:50:41 | 3 | And your answer was, "Sure, if you were |
| 10:50:42 | 4 | able to do that."  And then read me your answer, if |
| 10:50:48 | 5 | you would, please. |
| 10:50:48 | 6 | A   Okay. |
| 10:50:49 | 7 | MR. SCHMITT:  Just a minute.  I need to |
| 10:50:50 | 8 | object to the form, foundation.  This is from a |
| 10:50:53 | 9 | different deposition, different circumstances than |
| 10:50:55 | 10 | this case. |
| 10:50:56 | 11 | MR. COX:  This is witness' testimony. |
| 10:50:57 | 12 | MR. SCHMITT:  But it has nothing to do |
| 10:50:59 | 13 | with this case or these circumstances. |
| 10:51:01 | 14 | MR. COX:  Make your objection. |
| 10:51:03 | 15 | MR. SCHMITT:  Well, I have. |
| 10:51:04 | 16 | BY MR. COX: |
| 10:51:04 | 17 | Q   What was your answer? |
| 10:51:04 | 18 | A   I still read it? |
| 10:51:06 | 19 | Q   Yes. |
| 10:51:06 | 20 | A   Okay. |
| 10:51:08 | 21 | It says, "Yeah, our work isn't designed to |
| 10:51:11 | 22 | work that way." |
| 10:51:13 | 23 | Q   Slow down a little bit. |
| 10:51:14 | 24 | Read it again, please. |
| 10:51:15 | 25 | A   "Yeah, our work isn't designed to work |

Page 89

| | | |
|---|---|---|
| 10:51:18 | 1 | that way.  We can't just work and then shut down, |
| 10:51:21 | 2 | go back out and work again.  We need to get our job |
| 10:51:24 | 3 | done from time A to time B so we can start traffic |
| 10:51:29 | 4 | moving again." |
| 10:51:32 | 5 | MR. COX:  All right. |
| 10:52:04 | 6 | Mr. Linford, that's all of the questions I |
| 10:52:06 | 7 | have.  Thank you, sir. |
| 10:52:07 | 8 | |
| 10:52:07 | 9 | EXAMINATION |
| 10:52:08 | 10 | BY MR. SCHMITT: |
| 10:52:08 | 11 | Q   Mr. Linford, just a little follow-up in |
| 10:52:10 | 12 | regards to then this testimony that you were asked |
| 10:52:13 | 13 | to read from a different lawsuit filed by |
| 10:52:17 | 14 | Mr. Cox -- |
| 10:52:18 | 15 | MR. COX:  I don't file lawsuits, my client |
| 10:52:20 | 16 | does. |
| 10:52:21 | 17 | BY MR. SCHMITT: |
| 10:52:21 | 18 | Q   Well, this transcript that we are looking |
| 10:52:23 | 19 | at says that the lawyer asking the questions was |
| 10:52:29 | 20 | James Cox, Jr. |
| 10:52:29 | 21 | Do you see that? |
| 10:52:32 | 22 | A   Yes, I do. |
| 10:52:34 | 23 | Q   What you weren't asked to read -- let's |
| 10:52:36 | 24 | begin with the answer you gave, "Question by |
| 10:52:39 | 25 | Mr. Cox:  Let's talk a little bit about that.  Is |

Page 90

| | | |
|---|---|---|
| 10:52:41 | 1 | it true that there was a constant tension between |
| 10:52:44 | 2 | the Operating Department that moves the trains, the |
| 10:52:47 | 3 | dispatcher and the Maintenance of Way Department |
| 10:52:50 | 4 | that maintains the tracks? |
| 10:52:53 | 5 | "Answer:  No, sir. |
| 10:52:53 | 6 | "Question:  Okay.  In your view, everybody |
| 10:52:54 | 7 | works well to get that done? |
| 10:52:57 | 8 | "Answer:  Yes, sir." |
| 10:52:59 | 9 | Here is my question, then -- in regards to |
| 10:53:01 | 10 | this comment about, "When practicable, schedule |
| 10:53:04 | 11 | work in hotter areas, cooler months, and/or cooler |
| 10:53:07 | 12 | parts of the day" -- just tell us what do you mean |
| 10:53:10 | 13 | by -- just explain for us, how does it work on the |
| 10:53:13 | 14 | Union Pacific Railroad in regards to scheduling |
| 10:53:16 | 15 | your work in regards to the heat and things like |
| 10:53:18 | 16 | that? |
| 10:53:18 | 17 | A  Well, I have no say in scheduling work or |
| 10:53:22 | 18 | times.  That's from higher above my level.  I'm |
| 10:53:24 | 19 | following suit on, "We need to show up at this job, |
| 10:53:28 | 20 | work this time frame," trying to get the work done. |
| 10:53:31 | 21 | I can mitigate into the workload of the day, make |
| 10:53:35 | 22 | sure safe practices are going on, make sure there's |
| 10:53:38 | 23 | cooling stations available, things like that.  But |
| 10:53:40 | 24 | I have no decision-making on what times we start |
| 10:53:42 | 25 | work or where we work at, for the most part. |

Page 91

| | | |
|---|---|---|
| 10:53:45 | 1 | Q  All right. |
| 10:53:46 | 2 | Do you have then a procedure where -- do |
| 10:53:49 | 3 | you have a goal for a particular amount of work to |
| 10:53:53 | 4 | be done in a day and then you try to work towards |
| 10:53:55 | 5 | that goal? |
| 10:53:55 | 6 | A  Absolutely.  I think any construction crew |
| 10:53:59 | 7 | would have a production goal for the day, so we set |
| 10:54:03 | 8 | our standards at a production goal what we want to |
| 10:54:07 | 9 | accomplish for the day. |
| 10:54:08 | 10 | Q  The fact that you have a goal, does that |
| 10:54:10 | 11 | mean that you disregard the heat conditions or |
| 10:54:13 | 12 | whatever the conditions may be that day? |
| 10:54:15 | 13 | A  Oh, no, no.  Absolutely not.  Just because |
| 10:54:15 | 14 | it's a goal -- that's exactly what it is.  It's a |
| 10:54:16 | 15 | goal.  We are not going to make sure -- we don't |
| 10:54:17 | 16 | have to hit that.  It's very common we don't hit |
| 10:54:22 | 17 | our goals.  It could be from anything from |
| 10:54:25 | 18 | mechanical breakdowns, high heat slowing us down, |
| 10:54:28 | 19 | things like that. |
| 10:54:28 | 20 | Q  So that I'm clear, when you discussed that |
| 10:54:30 | 21 | and you are into this extreme heat procedure, that |
| 10:54:33 | 22 | the minimum is the gangs are taking at least |
| 10:54:36 | 23 | 15-minute-an-hour breaks every hour -- the |
| 10:54:39 | 24 | employees are? |
| 10:54:40 | 25 | A  Yes. |

Page 92

| | | |
|---|---|---|
| 10:54:40 | 1 | Q  And you commented also to Mr. Cox that |
| 10:54:44 | 2 | then employees can also take additional breaks? |
| 10:54:48 | 3 | In other words, if this was a member? |
| 10:54:50 | 4 | Tell us what you mean by that. |
| 10:54:52 | 5 | A  That's true.  I want to make sure that the |
| 10:54:54 | 6 | employees get at least their 15-minute breaks when |
| 10:54:56 | 7 | it's hot and that's why we assign the assistant |
| 10:54:59 | 8 | foreman to do that.  It's up to the individual |
| 10:55:02 | 9 | themselves to know how they are feeling.  They can |
| 10:55:05 | 10 | request at any time to take a break and they will |
| 10:55:05 | 11 | never be denied that, as well. |
| 10:55:06 | 12 | Q  That would apply for Mr. Herrera? |
| 10:55:09 | 13 | A  Oh, absolutely. |
| 10:55:10 | 14 | Q  All right. |
| 10:55:12 | 15 | You indicated that all employees or all |
| 10:55:14 | 16 | individuals have some responsibility. |
| 10:55:15 | 17 | Tell us what you mean by that. |
| 10:55:17 | 18 | A  Well, I can't physically know how that |
| 10:55:19 | 19 | person is feeling.  They have to take some |
| 10:55:21 | 20 | accountability on themselves, how they are feeling |
| 10:55:23 | 21 | for the day and manage themselves.  We can only put |
| 10:55:27 | 22 | the procedures in place for them to try to help |
| 10:55:30 | 23 | them out.  We can't physically do what needs to be |
| 10:55:33 | 24 | done for them on how they are feeling, their |
| 10:55:35 | 25 | preparation the night before, how much rest they |

Page 93

| | | |
|---|---|---|
| 10:55:38 | 1 | got and things like that.  They need to be |
| 10:55:40 | 2 | accountable at some level for that. |
| 10:55:42 | 3 | Q  All right. |
| 10:55:47 | 4 | In regards to this cleanup crew issue, you |
| 10:55:49 | 5 | had indicated that -- you gave us some averages on |
| 10:55:52 | 6 | the number of people that may be on the quality |
| 10:55:56 | 7 | control. |
| 10:55:57 | 8 | A  Sure. |
| 10:55:57 | 9 | Q  Right. |
| 10:55:59 | 10 | When you used the term, "quality control," |
| 10:56:02 | 11 | just explain to us, what is that?  Quality |
| 10:56:05 | 12 | control? |
| 10:56:05 | 13 | A  Quality control -- we want to leave a |
| 10:56:08 | 14 | product that's 100 percent complete.  Quality |
| 10:56:10 | 15 | control ensures that product is 100 percent |
| 10:56:14 | 16 | complete. |
| 10:56:14 | 17 | Q  So if Mr. Herrera was working on quality |
| 10:56:16 | 18 | control on the day of his incident, then, is he |
| 10:56:19 | 19 | going through and if you find the occasion |
| 10:56:20 | 20 | where -- I think you said the one machine had about |
| 10:56:24 | 21 | a 90 percent accuracy, so he is looking for those |
| 10:56:27 | 22 | situations where maybe a clip was not completely |
| 10:56:29 | 23 | applied, and then he is taking care of that? |
| 10:56:32 | 24 | A  Correct.  And -- it wouldn't be every |
| 10:56:35 | 25 | single tie.  You may go 25, 30 ties before you find |

## Page 94

```
10:56:39   1   a clip off.  And then that's where we try to have
10:56:42   2   the machine pull the clip off.  There could be some
10:56:44   3   hand work in -- for example, if the insulator gets
10:56:47   4   broken, you need to take it out with the chisel,
10:56:52   5   chisel it up.  If it gets taken out with an
10:56:56   6   insulator, sometimes you have to try to manipulate
10:56:58   7   it by hand.
10:56:59   8        If the next machine can't clip it on and
10:57:01   9   does the same thing, we have to try to manipulate
10:57:04  10   it by hand to get it on, so there's a little hand
10:57:07  11   work on there.  If that helps you out.
10:57:09  12        Q   You indicated that individual employees at
10:57:10  13   the front of the gang -- because this gang is
10:57:12  14   moving along down a track --
10:57:14  15        A   Correct.
10:57:15  16        Q   -- and as people at the front are
10:57:17  17   finishing up, they can come back and work into the
10:57:21  18   quality control area?
10:57:22  19        A   Yes.
10:57:22  20        Q   If during the day -- if the quality
10:57:22  21   control people -- it turns out that they are, for
10:57:27  22   whatever reason -- maybe there's more work that
10:57:30  23   needs to be done -- because an inordinate number of
10:57:35  24   clips need to be properly applied -- can other
10:57:37  25   people from other parts of the gang also come in
```

## Page 95

```
10:57:40   1   and assist in those situations as needed?
10:57:43   2        A   Oh, absolutely.
10:57:44   3        Q   All right.
10:57:45   4        I mean, do all of the members on the
10:57:47   5   gang -- do you all work together and help each
10:57:48   6   other out to address any needs that arise?
10:57:51   7        A   Yes, in fact, one of the terms I love
10:57:54   8   using -- especially in new guys coming in, "If we
10:57:56   9   all do a little, nobody does a lot."  We try to
10:58:00  10   have that across the board.
10:58:03  11        Nobody should have to be doing a lot
10:58:03  12   because everybody can do a little.  Just do
10:58:06  13   yourself what you can do yourself.
10:58:09  14        Q   And Mr. Herrera would have been aware of
10:58:11  15   all of those types of procedures?
10:58:13  16        A   Sure.  He would have had heard those
10:58:15  17   things before.
10:58:15  18        Q   Is that something that's repeatedly
10:58:17  19   discussed as part of your -- or routinely discussed
10:58:18  20   as part of your job briefings every morning?
10:58:21  21        A   It's brought up by myself every once in a
10:58:23  22   while, foremen, safety captains have brought it up,
10:58:27  23   yes.
10:58:27  24        Q   What is just the general focus of these
10:58:29  25   gangs -- in your gang -- in regards to discussing
```

## Page 96

```
10:58:32   1   heat indexes for the day, when you have your
10:58:35   2   morning discussions?
10:58:37   3        Just generally, what does -- because I
10:58:38   4   don't think you were asked any of this.
10:58:41   5        What's normally covered by those?
10:58:42   6        A   Well, in our morning job briefings, I
10:58:45   7   think it was asked of the timekeeper -- he puts the
10:58:48   8   heat index -- what it's forecast to be -- on there.
10:58:51   9   So we will cover that with the gang in the morning.
10:58:54  10   So everybody is basically aware that it's going to
10:58:56  11   get hot during the day, so they can start managing
10:58:59  12   themselves, start drinking their water early, start
10:59:01  13   taking care of themselves because it's going to be
10:59:05  14   hot that day.
10:59:06  15        Q   What are employees like Mr. Herrera then
10:59:08  16   told with regards to projected high heat indexes
10:59:11  17   and what should they be doing during the day?
10:59:12  18   What's the advice given?
10:59:13  19        A   Drink water.
10:59:15  20        MR. COX:  Foundation.
10:59:16  21        THE WITNESS:  Drink water is one of our
10:59:17  22   favorites.
10:59:18  23   BY MR. SCHMITT:
10:59:18  24        Q   Okay.
10:59:18  25        A   Make sure you are drinking your water.
```

## Page 97

```
10:59:21   1        Q   Are you employees routinely reminded of
10:59:23   2   that throughout the day, also?
10:59:25   3        A   Oh, absolutely.
10:59:26   4        Q   All right.
10:59:34   5        Where is the water coming from when you
10:59:36   6   say that employees are to be drinking water?  How
10:59:39   7   does that work?
10:59:40   8        A   Every machine out there has a cooler on it
10:59:43   9   full of water.  All of the trucks have water in it,
10:59:47  10   mechanics' booms, supervisors' trucks.  So there's
10:59:50  11   water spread out through the gang.
10:59:52  12        On these big machines, these Harsco
10:59:55  13   machines, there could be seven or eight coolers
10:59:57  14   spread out through the consist -- so water is
10:59:59  15   readily available anywhere.
11:00:00  16        Q   Is water readily available to all
11:00:04  17   employees on these gangs?
11:00:05  18        A   Oh, yeah, absolutely.
11:00:06  19        Q   And these machines that they circulate,
11:00:08  20   you said there's anywhere from 23 to 27 machines
11:00:12  21   spread throughout the gang?
11:00:13  22        A   Correct.  Then usually that machines are
11:00:15  23   within 50 to 100 feet apart throughout the gang.
11:00:19  24        Q   All right.
11:00:20  25        So would you have expected that
```

Page 98

```
1:00:21   1   Mr. Herrera would have had water accessible to him
1:00:25   2   at all times?
1:00:25   3      A  Yes, there would have been water.
1:00:27   4        MR. COX:  Form and foundation.
1:00:29   5   BY MR. SCHMITT:
1:00:29   6      Q  Was that the practice, that all employees
1:00:31   7   have water accessible to them at all times?
1:00:35   8      A  Absolutely.
1:00:35   9        MR. COX:  Same objection.  Form and
1:00:36  10   foundation.
1:00:37  11   BY MR. SCHMITT:
1:00:37  12      Q  What other types of things are
1:00:39  13   available -- routinely available to these gangs in
1:00:40  14   addition to water to help address when there's high
1:00:43  15   heat conditions on a particular day?
1:00:45  16      A  We set up -- and he showed me a picture of
1:00:47  17   one of the cooling stations.  Creating shade when
1:00:51  18   there's no shade in the environment readily
1:00:51  19   available.  There's plenty of vehicles throughout
1:00:54  20   the gang that are always around.  They can jump in
1:00:57  21   the AC.  The big Harsco actually can carry 12 to 15
1:01:04  22   employees and it has AC, as well.  We try to make
1:01:07  23   it as much as we can that they go get out of the
1:01:11  24   temperature, they can.
1:01:12  25      Q  So in addition to these 23 to 27 machines,
```

Page 99

```
1:01:14   1   are there trucks or other vehicles in addition to
1:01:17   2   those?
1:01:18   3      A  That's what I said, trucks -- "vehicles,"
1:01:20   4   I should say.
1:01:21   5      Q  Trucks, vans, things like that?
1:01:24   6      A  Trucks, vans, busses have AC, yeah.
1:01:26   7      Q  How many additional pieces of equipment
1:01:29   8   like that, tax returns and vans and busses can be
1:01:32   9   available or are commonly available on your gang?
1:01:36  10      A  Well, on a big gang like this, we have got
1:01:40  11   two busses, two boom trucks, four or five mechanic
1:01:45  12   trucks, two supervisors' trucks, a foreman truck.
1:01:49  13   Quite a few.
1:01:50  14        In addition, probably nowadays a quarter
1:01:52  15   to half of the machines had AC, as well.
1:01:56  16      Q  So is the AC running in all of these
1:01:58  17   vehicles and all of this equipment?
1:01:59  18      A  Sure.
1:02:01  19        MR. COX:  Form and foundation.
1:02:02  20   BY MR. SCHMITT:
1:02:02  21      Q  What are employees like Mr. Herrera
1:02:04  22   advised in regards to having access to any of these
1:02:06  23   other trucks and vans and busses and machines?
1:02:11  24      A  Employees are advised, when they are
1:02:13  25   starting to feel any symptoms, that they can take a
```

Page 100

```
1:02:15   1   break, hold themselves down, whatever they need,
1:02:17   2   because it's readily available for them.
1:02:20   3      Q  Are there -- now, does your gang -- does
1:02:24   4   it have a safety captain?
1:02:24   5      A  We do.
1:02:25   6      Q  Who was the safety captain on your gang?
1:02:29   7      A  Robert Steely -- or "Bobby" Steely.
1:02:32   8      Q  What other types of things does Mr. Steely
1:02:35   9   have available, as the safety captain, to address
1:02:37  10   when you have hot conditions?
1:02:39  11      A  Bobby has basically -- he has got all of
1:02:42  12   the resources available.  His main job is just to
1:02:45  13   go throughout, make sure -- help us, the
1:02:48  14   supervisors, following procedures, talking to the
1:02:50  15   guys, what he is doing.  He has got access to his
1:02:53  16   vehicle, he has the cooling stations, loaded with
1:02:56  17   extra fruit, Gatorade, cooling towels, neck shades.
1:03:02  18   Everything we can get for them, basically.
1:03:04  19      Q  So Mr. Steely would have those types of
1:03:06  20   things available for any --
1:03:08  21      A  Yes.
1:03:08  22      Q  -- members on the crew, gangs?
1:03:11  23      A  Yes.  We assigned the truck to Mr. Steely
1:03:13  24   so he has got everything available throughout the
1:03:17  25   gang.
```

Page 101

```
1:03:17   1      Q  You said fruit, Gatorade --
1:03:20   2      A  Sqwinchers you put in your water, sleeves
1:03:22   3   you can put on your arms so your arms don't get
1:03:25   4   burned.  He has got neck shades, cooling towels to
1:03:28   5   put around -- so several different items.
1:03:30   6      Q  If an employee like Mr. Herrera wanted to
1:03:32   7   use any of these resources available, would they
1:03:35   8   just have to ask?
1:03:36   9      A  Yes, they are readily available for
1:03:38  10   morning job briefing every day and also in a truck
1:03:41  11   with Mr. Steely.
1:03:43  12        MR. SCHMITT:  Okay.
1:03:44  13        That's all.  Thank you very much.
1:03:46  14        MR. COX:  All right.
1:03:47  15        That prompts a few questions.  But we have
1:03:48  16   only got five minutes left on this tape, so we are
1:03:52  17   going to change the tape.
1:03:54  18        THE VIDEOGRAPHER:  This is the end of
1:03:55  19   media number 1.  We are off the record.
1:04:24  20          (Pause in the proceedings.)
1:04:28  21        MR. COX:  Mr. Smith and I agree that the
1:04:30  22   video portion does not have to have the time or
1:04:34  23   date on it.
1:04:35  24        MR. SCHMITT:  Agreed.
1:05:20  25          (Pause in the proceedings.)
```

| | | |
|---|---|---|
| 11:05:20 | 1 | THE VIDEOGRAPHER: This is the beginning |
| 11:05:21 | 2 | of media number 2. We are back on the record. |
| 11:05:23 | 3 | |
| 11:05:23 | 4 | FURTHER EXAMINATION |
| 11:05:23 | 5 | BY MR. COX: |
| 11:05:23 | 6 | Q Mr. Linford, I'm going to work backwards |
| 11:05:25 | 7 | on some of the questions that Mr. Smith asked you |
| 11:05:28 | 8 | about the trucks and vans and machines, those |
| 11:05:33 | 9 | trucks and machines can be spread out anywhere from |
| 11:05:36 | 10 | a quarter to three quarters of a mile, correct? |
| 11:05:39 | 11 | A Correct. |
| 11:05:39 | 12 | Q So they are not readily accessible, they |
| 11:05:42 | 13 | are a half mile away? |
| 11:05:44 | 14 | If you are on the cleanup crew, you are at |
| 11:05:47 | 15 | the tail end of the gang? |
| 11:05:48 | 16 | A Not necessarily. They can be readily |
| 11:05:50 | 17 | accessible. If we have radio communication, they |
| 11:05:52 | 18 | could go talk to the assistant foreman, and the |
| 11:05:53 | 19 | assistant foreman could say, "Hey, mechanic gang, |
| 11:05:53 | 20 | can you come over here for a second?" So it could |
| 11:05:57 | 21 | be there readily available. |
| 11:05:59 | 22 | Q Bring his truck to give the employee an |
| 11:06:02 | 23 | opportunity to get out of the heat and into the |
| 11:06:03 | 24 | cool and into the air conditioning? |
| 11:06:05 | 25 | A Yes. |

| | | |
|---|---|---|
| 11:06:05 | 1 | Q And you would expect an employee or |
| 11:06:07 | 2 | supervisor to do that if he needed that? |
| 11:06:10 | 3 | A Oh, absolutely. |
| 11:06:10 | 4 | Q All right. |
| 11:06:10 | 5 | But the machines cannot move? |
| 11:06:12 | 6 | A The machines can move backwards and |
| 11:06:14 | 7 | forwards. |
| 11:06:14 | 8 | Q Do they move backwards to provide air |
| 11:06:17 | 9 | conditioning for members of the gang behind them? |
| 11:06:20 | 10 | A Do they? No. But can they? Yes. |
| 11:06:24 | 11 | Q But is it a normal practice on a gang for |
| 11:06:26 | 12 | machines to back up for somebody to -- |
| 11:06:29 | 13 | A Let me throw a situation out. |
| 11:06:30 | 14 | Q No, no, just answer the question. |
| 11:06:32 | 15 | MR. SCHMITT: He is answering the |
| 11:06:32 | 16 | question. |
| 11:06:33 | 17 | THE WITNESS: I am answering. But let me |
| 11:06:34 | 18 | ask you this -- if there's an employee back there |
| 11:06:36 | 19 | working and cleaning up, and say, there's a speed |
| 11:06:40 | 20 | swing up ahead of me. Employee So-and-So might be |
| 11:06:44 | 21 | jumping in the AC. The operator would back up, let |
| 11:06:47 | 22 | the employee in his cab with him and then continue |
| 11:06:51 | 23 | on, so it could be practicable. |
| 11:06:53 | 24 | BY MR. COX: |
| 11:06:53 | 25 | Q Do you know if that's occurred with |

| | | |
|---|---|---|
| 11:06:55 | 1 | Mr. Herrera? |
| 11:06:55 | 2 | A I do not know if that's what occurred. |
| 11:06:57 | 3 | Q So we agree that these machines, all of |
| 11:06:59 | 4 | these people on the gang when the gang is working, |
| 11:07:02 | 5 | they have jobs to do? |
| 11:07:03 | 6 | A Uh-huh. |
| 11:07:04 | 7 | Q Supervisors to supervise, machines to do |
| 11:07:06 | 8 | their work, et cetera? |
| 11:07:07 | 9 | A That's correct. |
| 11:07:07 | 10 | Q And that could be spread out over one |
| 11:07:09 | 11 | quarter to three quarters of a mile? |
| 11:07:12 | 12 | A That's correct. |
| 11:07:12 | 13 | Q All right. |
| 11:07:15 | 14 | You told us that members of the gang can |
| 11:07:19 | 15 | come back to assist the cleanup crew. |
| 11:07:23 | 16 | Do you know if that ever occurred on |
| 11:07:24 | 17 | July 24th or 25th or 26th? |
| 11:07:27 | 18 | A I don't know if it did or did not. |
| 11:07:30 | 19 | Q If every employee on the gang that was |
| 11:07:32 | 20 | working on the cleanup crew on July 25th and 26th |
| 11:07:36 | 21 | says, "Nobody ever came back to help him out," you |
| 11:07:39 | 22 | wouldn't have any reason to dispute that, would |
| 11:07:42 | 23 | you? |
| 11:07:42 | 24 | A No, I would not. |
| 11:07:43 | 25 | Q Now, when you talk about the gang when the |

| | | |
|---|---|---|
| 11:07:45 | 1 | machine is not working, they have to remove these |
| 11:07:50 | 2 | clips by hand; is that right? |
| 11:07:52 | 3 | A Yes, if the P-car itself can't pull a clip |
| 11:07:55 | 4 | off, then the next option is to pull it off by |
| 11:07:59 | 5 | hand. |
| 11:07:59 | 6 | Q Ideally you want the P-car to do it? |
| 11:08:01 | 7 | A Absolutely. |
| 11:08:02 | 8 | Q But if the P-car is not using or misses a |
| 11:08:06 | 9 | clip, then they have to get down and do it by hand? |
| 11:08:09 | 10 | A Uh-huh. |
| 11:08:10 | 11 | Q When they are removing a clip from a rail, |
| 11:08:12 | 12 | how close are they to the rail? |
| 11:08:14 | 13 | A How close are they? |
| 11:08:17 | 14 | Well, they are using a tool where you are |
| 11:08:19 | 15 | standing up, you apply a pull-down lever. |
| 11:08:21 | 16 | Q Standing next to the rail? |
| 11:08:22 | 17 | A Yes, within a foot of the rail, probably. |
| 11:08:25 | 18 | Q And the rail is -- temperature of the rail |
| 11:08:29 | 19 | is 30 degrees higher than the ambient temperature |
| 11:08:32 | 20 | if it's -- |
| 11:08:33 | 21 | A Could be. Not saying it is, but it could |
| 11:08:36 | 22 | be. |
| 11:08:36 | 23 | Q And that's -- |
| 11:08:37 | 24 | A Your car in a parking lot, the hood could |
| 11:08:40 | 25 | be 30 degrees higher than it is on the asphalt, as |

Page 106

| | | |
|---|---|---|
| 1:08:43 | 1 | well, when you are standing next to a truck. |
| 1:08:46 | 2 | Q  Great point. |
| 1:08:47 | 3 | A  Okay. |
| 1:08:53 | 4 | MR. COX:  Okay.  That's all I have.  Thank |
| 1:08:55 | 5 | you, sir. |
| 1:08:56 | 6 | THE WITNESS:  All right. |
| 1:08:57 | 7 | MR. SCHMITT:  Just a follow-up on what |
| 1:08:58 | 8 | questions Mr. Cox had. |
| 1:09:00 | 9 | THE WITNESS:  No problem. |
| 1:09:00 | 10 | |
| 1:09:00 | 11 | FURTHER EXAMINATION |
| 1:09:00 | 12 | BY MR. SCHMITT: |
| 1:09:00 | 13 | Q  With regards to the steel itself, as you |
| 1:09:03 | 14 | commented, if you touched the hood of your car, |
| 1:09:08 | 15 | obviously, that's hotter when it's sitting in the |
| 1:09:10 | 16 | sun, right? |
| 1:09:11 | 17 | A  Yes. |
| 1:09:11 | 18 | Q  All right. |
| 1:09:11 | 19 | Does Union Pacific then take that into |
| 1:09:13 | 20 | account, the fact that the steel itself -- on a |
| 1:09:16 | 21 | hot, sunny day, the steel rail can be hotter -- do |
| 1:09:19 | 22 | you take that into account in regards to your work, |
| 1:09:22 | 23 | what you are doing? |
| 1:09:23 | 24 | A  No.  An example I would use, "Would you |
| 1:09:25 | 25 | pay attention to it if you are going to stand next |

Page 107

| | | |
|---|---|---|
| 1:09:27 | 1 | to your vehicle because your vehicle is hotter?" |
| 1:09:30 | 2 | Q  Yeah. |
| 1:09:31 | 3 | A  No. |
| 1:09:32 | 4 | Q  The question is do you then address |
| 1:09:33 | 5 | whatever the heat index is for the people that are |
| 1:09:36 | 6 | on the track working near the track -- |
| 1:09:39 | 7 | A  We take the heat index from between the |
| 1:09:41 | 8 | rails on the tracks and off it. |
| 1:09:45 | 9 | Q  And then just your work schedule and |
| 1:09:48 | 10 | breaks and all that accordingly? |
| 1:09:50 | 11 | A  Right. |
| 1:09:51 | 12 | Q  All right. |
| 1:09:52 | 13 | The question about the amount of space |
| 1:09:54 | 14 | that a gang could be stretched out from one quarter |
| 1:09:57 | 15 | to three quarters of a mile -- do you recall that? |
| 1:09:59 | 16 | A  Yes. |
| 1:10:00 | 17 | Q  Am I correct that if it's up to three |
| 1:10:02 | 18 | quarters of a mile -- within that three quarters of |
| 1:10:04 | 19 | a mile, you are going to have the 23 to 27 pieces |
| 1:10:07 | 20 | of rail equipment itself? |
| 1:10:10 | 21 | A  Yes. |
| 1:10:10 | 22 | Q  In -- |
| 1:10:11 | 23 | A  With the majority of the vehicles, if |
| 1:10:13 | 24 | there's access -- like road access next to it. |
| 1:10:18 | 25 | Q  All right. |

Page 108

| | | |
|---|---|---|
| 11:10:18 | 1 | In addition to pickups, or trucks, |
| 11:10:19 | 2 | busses -- whatever else might be spread out |
| 11:10:21 | 3 | throughout the area? |
| 11:10:22 | 4 | A  Correct. |
| 11:10:23 | 5 | Q  All right. |
| 11:10:24 | 6 | If you had to use your radio -- if there |
| 11:10:26 | 7 | wasn't something that was right next to you, given |
| 11:10:28 | 8 | all of this equipment that is throughout this area, |
| 11:10:31 | 9 | if you had to use your radio to call to bring a |
| 11:10:34 | 10 | truck over, in your experience, what's the average |
| 11:10:36 | 11 | response time to get something next to an employee |
| 11:10:40 | 12 | where they could get into an air-conditioned |
| 11:10:42 | 13 | vehicle? |
| 11:10:42 | 14 | A  It depends on the availability of the road |
| 11:10:44 | 15 | access.  But usually most of the tracks have road |
| 11:10:47 | 16 | access.  It's within minutes. |
| 11:10:49 | 17 | Q  Minutes? |
| 11:10:50 | 18 | A  Within minutes. |
| 11:10:51 | 19 | MR. SCHMITT:  All right.  That's all I |
| 11:10:52 | 20 | have. |
| 11:10:55 | 21 | |
| 11:10:55 | 22 | FURTHER EXAMINATION |
| 11:10:55 | 23 | BY MR. COX: |
| 11:10:55 | 24 | Q  P-car cab is air conditioned, isn't it? |
| 11:10:58 | 25 | A  The model that you showed me. |

Page 109

| | | |
|---|---|---|
| 11:10:59 | 1 | Q  Okay. |
| 11:11:00 | 2 | A  That one was air conditioned. |
| 11:11:02 | 3 | Q  Is that the one -- |
| 11:11:04 | 4 | A  Now, I don't believe that was one we had |
| 11:11:06 | 5 | on the gang.  I don't believe the one we had on the |
| 11:11:09 | 6 | gang was air conditioned at the time. |
| 11:11:11 | 7 | Q  So some are and some aren't? |
| 11:11:12 | 8 | A  Some are, some aren't.  I don't remember |
| 11:11:14 | 9 | what type of P-car we were using at that time. |
| 11:11:18 | 10 | Q  We would have to leave that to the |
| 11:11:21 | 11 | operator of the P-car to answer that for us, |
| 11:11:23 | 12 | whether it was air conditioned or not? |
| 11:11:25 | 13 | A  He could have -- he may have a better |
| 11:11:26 | 14 | memory of it to remember. |
| 11:11:28 | 15 | Q  And that's another reason why you would |
| 11:11:32 | 16 | want the P-car used rather than doing the work |
| 11:11:32 | 17 | manually, particularly in these heat conditions? |
| 11:11:35 | 18 | A  Because of the AC? |
| 11:11:36 | 19 | Q  Yeah. |
| 11:11:37 | 20 | A  No, it makes sense all of the way around |
| 11:11:39 | 21 | to have a machine do it versus by hand.  Regardless |
| 11:11:42 | 22 | of AC in the winter or anything, you would |
| 11:11:45 | 23 | want to use the equipment to its fullest |
| 11:11:48 | 24 | responsibility. |
| 11:11:50 | 25 | Q  Thank you. |

## Page 110

| | | |
|---|---|---|
| 11:11:51 | 1 | A  You bet. |
| 11:11:51 | 2 | Q  Okay. |
| 11:11:52 | 3 | It's going to take me a minute to gather |
| 11:11:54 | 4 | these up. |
| 11:12:02 | 5 | Let's see, who is next. |
| 11:12:02 | 6 | THE REPORTER:  Do you -- do we want to do |
| 11:12:04 | 7 | a stipulation? |
| 11:12:05 | 8 | MR. COX:  Mr. Linford, you have the right |
| 11:12:06 | 9 | to read and sign this deposition, or you can waive |
| 11:12:11 | 10 | reading and signing.  Mr. Schmitt's office will get |
| 11:12:12 | 11 | you a copy to review it.  It's totally your choice |
| 11:12:18 | 12 | and Mr. Schmitt can coordinate that with you |
| 11:12:21 | 13 | however you want. |
| 11:12:21 | 14 | THE WITNESS:  I don't care. |
| 11:12:24 | 15 | MR. SCHMITT:  We are done. |
| 11:12:25 | 16 | THE VIDEOGRAPHER:  This is the end of |
| 11:12:26 | 17 | media number 2 and marks the conclusion of today's |
| 11:12:29 | 18 | deposition of Joe Linford.  We are off the record. |
| 11:12:32 | 19 | (Deposition concluded at 11:12 a.m.) |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

## Page 111

```
 1
 2
 3
 4
 5
 6
 7
 8          I, JOSEPH LINFORD, declare under
 9    penalty of perjury under the laws of the
10    State of California that the foregoing is
11    true and accurate.
12          Executed at _____,
13    California, this _____ day of _____,
14    2016.
15
16
17
18
19
20          _____
21               JOSEPH LINFORD
               (Signature waived)
22
23
24
25
```

## Page 112

```
 1              REPORTER'S CERTIFICATE
 2
 3          I, VICTORIA IMHOF WERTZ, RPR, CSR NO.
 4    7999, Certified Shorthand Reporter, certify:
 5          That the foregoing proceedings were
 6    taken before me at the time and place therein set
 7    forth, at which time the witness was put under oath
 8    by me;
 9          That the testimony of the witness and
10    all objections made at the time of the examination
11    were recorded stenographically by me and were
12    thereafter transcribed;
13          That the foregoing is a true and
14    correct transcript of my shorthand notes so taken.
15          I further certify that I am not a
16    relative or employee of any attorney or of any of
17    the parties, nor financially interested in the
18    action.
19          Dated this 21st day of June, 2016.
20
21
22
23          _____
24          VICTORIA IMHOF WERTZ, RPR, CSR No. 7999
25
```

## Page 113

```
 1      REPORTER CERTIFICATION OF CERTIFIED COPY
 2
 3
 4
 5          I, VICTORIA IMHOF WERTZ, RPR, CSR
 6    No. 7999, a Certified Shorthand Reporter in
 7    the State of California, certify that the
 8    foregoing pages 1 through 112 constitute a
 9    true and correct copy of the original
10    deposition of JOSEPH LINFORD, taken on
11    June 9th, 2016.
12          I declare under penalty of perjury
13    under the laws of the State of California
14    that the foregoing is true and correct.
15          Dated this 21st day of June,
16    2016.
17
18
19
20
21
22          _____
23          VICTORIA IMHOF WERTZ, RPR, CSR No. 7999
24
25
```