Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA AT OMAHA, NEBRASKA

```
- - - - - - - - - - - - - - - - - - - x   Case No. 8:15-cv-426-JMG-CRZ
                                       :
GUILLERMO HERRERA, III,                :
                                       :
              Plaintiff,               :
                                       :
         vs.                           :
                                       :
UNION PACIFIC RAILROAD COMPANY, a      :
Delaware corporation,                  :
                                       :
              Defendant.               :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

VIDEOTAPED DEPOSITION OF DENNIS DICKISON

November 11, 2016

Reported by
Tiffany Fisher, RPR
CSR No. 979



EXHIBIT NO. 9

Page 2

```
 1  VIDEOTAPED DEPOSITION OF DENNIS DICKISON, taken at the
 2  instance of the plaintiff, at the Boise Airport,
 3  3201 Airport Way, in the City of Boise, State of Idaho,
 4  commencing at 10:53 a.m., on November 11, 2016, before
 5  Tiffany Fisher, RPR, Court Reporter, a Notary Public in and
 6  for the State of Idaho, pursuant to notice, and in accordance
 7  with the Federal Rules of Civil Procedure.
 8
 9  APPEARANCES:
10  FOR THE PLAINTIFF
11       James L. Cox, Jr.
         BRENT COON & ASSOCIATES, PC
12       3801 East Florida Avenue, Suite 905
         Denver, Colorado 80210-2500
13       (303)756-3243
         jim.cox@bcoonlaw.com
14
15  FOR THE DEFENDANT
16       David J. Schmitt
         LAMSON, DUGAN & MURRAY, LLP
17       10306 Regency Parkway Drive
         Omaha, Nebraska 68114
18       (402)397-7300
         dschmitt@ldmlaw.com
19
         Torry N. Garland
20       UNION PACIFIC RAILROAD
         1400 West 52nd Avenue
21       Denver, Colorado 80221
         (303)405-5402
22       tngarlan@up.com
23  THE VIDEOGRAPHER
24       Larry Davenport
25
```

Page 3

```
 1                    W I T N E S S
 2
 3
 4                                                  PAGE:
    DENNIS DICKISON
 5      Examination by Mr. Cox............................  5
 6      Examination by Mr. Schmitt........................ 56
 7
 8
                      * * * * *
 9
                     E X H I B I T S
10
11                                                  PAGE:
12   1. Written Statement by Dennis Dickison...........  4
13
14
15                    * * * * *
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1  November 9, 2016
 2  BOISE, IDAHO
 3
 4        (Exhibit No. 58 was premarked for
 5  identification.)
 6        THE VIDEOGRAPHER:  Okay.  We are on the
 7  record, beginning tape No. 1.
 8        This begins the videotape No. 1 in the
 9  deposition of Dennis Dickison, in the matter of
10  Herrera vs. Union Pacific, in the
11  U.S. District Court, District of Nebraska.
12        Today's date is November 9, 2016, and
13  the time is 10:53.  This deposition is being taken
14  at the Boise Airport.
15        And the videographer's name is
16  Larry Davenport of Magna Legal Services.
17        And the court reporter is
18  Tiffany Fisher of Magna Legal Services.
19        Will counsel and all parties present
20  state their appearances and who they represent.
21        MR. COX:  I'm Jim Cox.  I'm
22  Guillermo Herrera's lawyer.
23        MR. SCHMITT:  I'm Dave Schmitt.  I represent
24  Union Pacific.
25        MR. GARLAND:  Torry Garland with
```

Page 5

```
 1  Union Pacific.
 2        THE VIDEOGRAPHER:  Madam Court Reporter, if
 3  you could please swear in the witness.
 4        THE REPORTER:  Would you raise your right
 5  hand, please.
 6        Do you solemnly swear or affirm under
 7  the penalty of perjury that the testimony you
 8  shall give today will be the truth, the whole
 9  truth, and nothing but the truth?
10        THE WITNESS:  Yes.
11        THE REPORTER:  Thank you.
12
13        DENNIS RAY DICKISON,
14  called as a witness by and on behalf of the
15  plaintiff, having been first duly sworn, was
16  examined and testified as follows:
17
18           EXAMINATION
19  BY MR. COX:
20     Q.  Mr. Dickison, good morning, sir.
21     A.  Good morning.
22     Q.  As you witnessed, I'm Jim Cox.  I'm
23  Guillermo Herrera's lawyer.
24        Mr. Schmitt and Mr. Garland and I
25  appreciate you taking the time to come down here
```



Page 6

1  today, to the airport in Boise, so we can take
2  your deposition about what you know about the work
3  circumstances on July 24th, 25th, and 26th in
4  2015.
5       You may know -- I don't know if you do
6  -- Guillermo Herrera has made a claim against the
7  U.P. for his heat injury that he suffered on
8  July 26th.  And that's what we're here about.
9       Give us your full name, please, sir.
10    A.  Dennis Ray Dickison.
11    Q.  And, Mr. Dickison, where do you live?
12    A.  Caldwell, Idaho.
13    Q.  And spell that for me.
14    A.  C-a-l-d-w-e-l-l.
15    Q.  And where is Caldwell?
16    A.  Thirty miles west.
17    Q.  Of Boise?
18    A.  Of Boise.
19    Q.  Tell me a little bit about yourself so
20  we can get to know a little bit about you.  Where
21  were you born?  Where were you raised?  Where did
22  you go to school?
23    A.  Born and raised in Baker City, Oregon.
24  Grew up there most of my life.  Moved over here to
25  Idaho about six years ago.

Page 7

1     Q.  Okay.  And how far did you go in
2  school?
3     A.  I went to one year of college after
4  high school --
5     Q.  Okay.
6     A.  -- then got married and started a
7  family.
8     Q.  Had to go to work, huh?
9     A.  Had to go to work.
10    Q.  I got it.
11        Let's talk a little bit about what you
12  have done for a living, starting with after the
13  year in college.  What have you done for a living?
14    A.  Oh, I worked freight docks when I was
15  younger.  I've been a mechanic most of my life.
16  That's what I went to school for.  I've been a
17  mechanic pretty much up until last year, when I
18  hired out for the railroad.
19    Q.  And when did you hire out with the
20  Union Pacific?
21    A.  March of 2015, is when I started.
22    Q.  And what job did you start at with the
23  U.P.?
24    A.  I started as a laborer on the system.
25    Q.  And what kind of gang did you work on

Page 8

1  in the system?
2     A.  Steel gang.
3     Q.  Same gang that you were working on in
4  July?
5     A.  Yes.  Yeah, I only worked one gang
6  while I was on the railroad.
7     Q.  That was No. 8501?
8     A.  Yes.
9     Q.  What did you do as a laborer on steel
10  gang --
11    A.  We started on wood ties.  So I did fire
12  control behind the heater car and then fed the
13  spikers.
14    Q.  And you say you started on wood ties.
15        And at the time of Guillermo's injury,
16  you all were working on concrete ties; right?
17    A.  Yes.
18    Q.  When did you all start working on --
19  when did you start working on concrete ties?
20    A.  When we moved from Oregon up to
21  California.
22    Q.  Now, just describe for us a little bit
23  how it's different for a steel gang -- and we have
24  learned that the steel gang is a gang that lays or
25  replaces steel rail.

Page 9

1         How is it different working on concrete
2  ties than wood ties?
3     A.  Well, the concrete ties are all held
4  together with clips and biscuits.  Everything's
5  there.  With the wood ties, you have the plates
6  and the spikes and the -- a lot more in depth into
7  setting the gauge of the rail and the wood ties
8  than there is on the concrete ties.
9     Q.  On the concrete ties, the gauge is
10  already predetermined; right?
11    A.  Right.
12    Q.  The concrete ties are made out of
13  concrete, obviously?
14    A.  Um-hmm.
15    Q.  And to them is attached a steel clip --
16  or how is the gauge on a concrete tie determined?
17    A.  There's a steel tower molded into the
18  concrete tie.  And then there's a plastic pad
19  under the rail, and then plastic biscuits that
20  center the rail and the towers.
21    Q.  Did you ever learn what one of those
22  concrete ties weighs?
23    A.  A lot.  I didn't get the actual weight,
24  but I know they're heavy.
25    Q.  Now, would these be eight-footers?



Page 10

1   A.  I believe so.
2   Q.  Okay.  And I'm not positive, but
3   approximately eight feet long?
4   A.  Yeah.  They were just standard ties,
5   most of what we did.
6   Q.  All right.  Now, we have heard some
7   testimony that the P-Car -- and we're going to
8   talk about this a little more.
9       We heard testimony that Mr. Herrera,
10  Mr. Marsing, Mr. Newman, at some point in time,
11  were having to clip or de-clip the rails and nip
12  up the concrete ties to bring the tie up to the
13  base of the rail to where the rail could be
14  clipped to the tie?
15  A.  Yes.
16  Q.  Is what I'm talking about making sense
17  to you?
18  A.  Yeah.  Yeah, when we got to Kansas,
19  there was a lot of crooked, skewed ties and low
20  ties, where they were actually lower than the
21  rail.
22  Q.  And what do you have to do -- let's
23  start first with a skewed tie.
24      What do you mean by a skewed tie?
25  A.  When it's not square with the rails, so

Page 11

1   it's crooked, and it makes it difficult to get the
2   biscuit in.
3   Q.  What do you have to do -- if you're not
4   using the P-Car, how do you get these -- what do
5   you have to do, physically, to get these ties
6   lined up with the rail?
7   A.  If they're crooked enough that you
8   can't get biscuits and clips on them, you have to
9   dig them out and move them with a jack.
10  Q.  And how do you do that?
11  A.  Dig all of the ballasts out from
12  between the ties, with shovels and forks, and then
13  put a jack between two ties and push the one
14  that's crooked.
15  Q.  And how does the track -- you use the
16  track jack for that, a standard track jack?
17  A.  Yeah.
18  Q.  How does that track jack work?
19      Remember, we may have some idea, but
20  we're going to be talking to jurors that probably
21  haven't worked on a railroad.
22  A.  Right.
23  Q.  So how does a track jack work?
24  A.  It's a standard hydraulic bottle-style
25  jack with a handle that you pump.

Page 12

1   Q.  And what do you all use for a handle on
2   that track jack?
3   A.  A jack handle.  We had a handle for the
4   jack.
5   Q.  Is it wood or metal?
6   A.  Metal.
7   Q.  Is it like a lining bar?
8   A.  No, it's just like a solid bar.
9   Q.  How much work is involved in using that
10  track jack to move a concrete tie?
11  A.  Quite a bit of work.  I mean, the most
12  strenuous part of the work is digging out the
13  ballast to where the tie is moveable.
14  Q.  Okay.  Now, let's talk about if the tie
15  is -- the concrete tie is low and has to be
16  brought up to -- the rail really doesn't move,
17  does it?
18  A.  No.
19  Q.  So you have to bring -- if the tie is
20  low, the concrete tie is low, you have to bring
21  the concrete tie up to the base of the rail?
22  A.  Um-hmm.
23  Q.  Is that a yes?  I do need a "yes" or a
24  "no."  Sorry.
25  A.  Yes, yes.

Page 13

1   Q.  And if I do that, I'm not being rude.
2   It's just so she can type a "yes" or a "no."
3   Okay?
4       So how do you get the concrete tie up
5   to the base of the rail, so that it can be clipped
6   to the base of the rail?
7   A.  You use a lining bar, and you dig out
8   the end of the tie a little bit.  And then you
9   have to wedge the bar under the tie and then pry
10  it up by hand.
11  Q.  And how hard of work is that?
12  A.  It's strenuous physical work.
13  Q.  Okay.  And do you have to hold the tie
14  up while somebody clips it?
15  A.  Someone puts a clip on it, yeah.
16  Q.  Okay.  So if you're nip -- and they
17  call that "nipping the tie up"?
18  A.  Yes.
19  Q.  So if you're nipping that tie up to the
20  base of the rail, not only do you have to -- well,
21  do you push down on the bar, or do you pull up?
22  A.  You push down on the bar.
23  Q.  And that creates a lever with the
24  ground that kicks the tie up toward the base of
25  the rails?



Page 14

```
 1       A.  Yes.
 2       Q.  And then one man has to hold the tie in
 3  position while another clips it on?
 4       A.  Yes.
 5       Q.  All right.  Now, let's talk about
 6  clipping these ties on -- or clipping these --
 7  clipping the rails on the -- how do you -- when
 8  you're not using the machine, when the machine is
 9  not being used, how do you clip those ties --
10  those rails to the ties?
11       A.  To hand-clip the rail, you use a tool
12  they call "the banana."  And it actually hooks on
13  top of the rail and then has a pin that goes
14  inside the clip, and then a lever, a big metal
15  lever, you pry over.  And it just pulls the clip
16  on.
17       Q.  And is this a steel clip?
18       A.  Yes.
19       Q.  And does it have some -- I don't know
20  what I would call it; you probably can describe it
21  better than I do -- some tension in it that you
22  have to overcome to get the rail to clip on -- to
23  get the clip to clip on the base of the rail?
24       A.  Yeah, it's a spring steel clip.
25       Q.  Okay.  And what kind of effort does
```

Page 15

```
 1  that take to do that?
 2       A.  It takes pretty good force to put a
 3  clip on, especially if you're fighting a low tie.
 4       Q.  Okay.  All right.  Thank you for that
 5  education.
 6           Now, let's move a little bit -- let me
 7  hand you what we have marked as Exhibit No. 58.
 8           Can you identify for me what Exhibit
 9  No. 58 is.
10       A.  It's a statement that I gave on the
11  phone to Sean Dillon, your investigator.
12       Q.  Okay.  Now, can you tell us a little
13  bit about how that occurred, what was -- how it is
14  that you talked to Sean and how it ended up being
15  in this form.
16       A.  He called me on -- I think it was two
17  or three occasions and asked me questions.  And I
18  answered to the best of my memory what happened on
19  the days leading up to and the day of
20  Guillermo Herrera getting sick.  And we went over
21  it.  And then he called and verified and went over
22  it again.  And then he sent me a copy of it to
23  read and double check.  And then I signed it and
24  sent it back to him.
25       Q.  Okay.  Have you had a chance to review
```

Page 16

```
 1  that?  I think my office sent you one --
 2       A.  Yeah.
 3       Q.  -- before the deposition?
 4       A.  Yeah.  I have actually got a couple
 5  copies of it that have been sent.
 6       Q.  Okay.  Is there anything in this
 7  statement that is inaccurate or you want to add or
 8  to change?
 9       A.  Nothing that I --
10       MR. SCHMITT:  Just a moment, I need -- for
11  the record, I need to object.  Object to form.
12  Leading.  Narrative.  Foundation.  Best evidence.
13       Go ahead.
14  BY MR. COX:
15       Q.  Is there anything in this statement,
16  Exhibit No. 58, that you want to change?
17       MR. SCHMITT:  Same objections.
18  BY MR. COX:
19       Q.  You can go ahead and answer.
20       A.  No.
21       Q.  Okay.  All right.  I'm going to kind of
22  use the statement to guide us through some of the
23  things that I want to talk about.
24           You told us you started working for the
25  U.P. in March of 2015?
```

Page 17

```
 1       A.  Yes.
 2       Q.  And you started on the 85 steel gang as
 3  a laborer, and then bid on the Camp Car operator
 4  position in early June.
 5           What is the Camp Car machine operator
 6  position?
 7       A.  The bid was actually -- I think the bid
 8  was called a "clipper/de-clipper operator," was
 9  the actual bid name.  And that covers the P-Cars,
10  which is the de-clippers, and then the Camp Car
11  which manipulates and clips the rail.
12       Q.  Okay.  And you received that bid
13  sometime in June; is that right?
14       A.  Yeah, I believe so.
15       Q.  All right.  Now, let's talk about, you
16  mentioned earlier that you had moved from Oregon
17  to California with the gang earlier in 2015.
18           Then the gang, as we understand, moved
19  from California to Kansas?
20       A.  Yes.
21       Q.  And I think we'll understand by the
22  time you testify, but that gang works on what are
23  called "compressed tabs"?
24       A.  Yes.
25       Q.  T1 and T2?
```



Page 18

```
 1      A.  Yes.
 2      Q.  So what does that mean?
 3      A.  So we work -- our schedule is normally
 4  eight days on and then seven days off.
 5      Q.  All right.  And when you all first got
 6  into Onaga, Kansas, was that the first day on the
 7  half that you resumed working?
 8      A.  Yes.
 9      Q.  Tell us a little bit about how the heat
10  and how the heat in Kansas compared to the heat in
11  California.
12      A.  Temperature-wise, I think they were
13  close to the same temperatures.  But the heat in
14  Kansas was -- a completely different feel to it
15  with the humidity down there.  It was -- it felt
16  hotter, and more draining to be out in, when you
17  were in Kansas, just because of the humidity.
18          You know, on a thermometer, I think the
19  temperatures were probably close to the same as
20  what we were dealing with in California, but the
21  feel was completely different.
22      Q.  Okay.  How did that heat affect working
23  conditions for the laborers?
24      A.  I think it made it harder.  I mean, it
25  was hard to cool down anywhere.  Being in Kansas,
```

Page 19

```
 1  there wasn't a lot of shade anywhere.  So even
 2  when you stopped to take a break, you couldn't get
 3  in the shade, really, to get out of the sun.
 4      Q.  Okay.
 5      A.  And then with the humidity, you're just
 6  sweating.  You can't -- you never dry out all day.
 7  You're sweaty all day.
 8      Q.  Okay.  You make a comment about just
 9  stepping outside the motel room, carrying work
10  equipment.
11      A.  Yeah.
12      Q.  Give us that example.
13      A.  The first time I really -- I mean,
14  driving down, the car I had didn't have air
15  conditioning.  So I could feel the heat when I
16  drove down there.
17          But the first time when it really set
18  in that there was a big difference was, you know,
19  when you leave the motel room at like 4:30 in the
20  morning and to walk 30 feet to your car, you
21  started sweating.
22      Q.  Okay.  Tell us about the first day
23  moving from when you began that next half.  You
24  had completed the preceding -- the
25  eight-day-before half in California.  The gang
```

Page 20

```
 1  then moves to Kansas.
 2          You drive from your home to join the
 3  gang in Kansas?
 4      A.  Yes.
 5      Q.  And you got there on what day?
 6      A.  I don't remember the date it was.  I'm
 7  not good with dates.  But the first day we got
 8  there was actually a late start for us.  Because
 9  the way our travel days worked out, we had a half
10  day for travel time.
11          So they chose to do a late start that
12  day.  So the majority of the gang actually started
13  at noon, the first day we showed up, to unload the
14  train.
15      Q.  Now, as a machine operator or an
16  operator assigned to a machine, do you have to be
17  there to unload your machine?
18      A.  Yes.
19      Q.  All right.  And we've learned -- and
20  I'm not trying to pry into your personal medical
21  background, but we have learned you were on some
22  kind of medical restriction at the time?
23      A.  Yes.  I had a small surgical procedure
24  on my off days that the supervisor knew about
25  before we finished our previous work half.  So I
```

Page 21

```
 1  was on light duty restrictions for lifting and
 2  pulling.
 3      Q.  Okay.  Now, was that as a result of an
 4  on-the-job injury --
 5      A.  No.
 6      Q.  -- or something --
 7      A.  No, it was an elective.
 8      Q.  Okay.  Okay.  And you had checked with
 9  your supervisor?
10      A.  Yeah.
11      Q.  And he was okay with you working light
12  duty?
13      A.  Yeah.
14      Q.  Okay.  Now, did that -- what did that
15  light duty mean?  Did that mean you had to stay on
16  the machine, or could you get off the machine and
17  help with the physical work?
18      A.  I could do pretty much anything, as
19  long as it didn't require lifting more than
20  15 pounds or exerting any pushing or pulling force
21  to exceed 15 pounds.
22      Q.  Okay.  Did that mean that you spent
23  most of the time on the machine?
24      A.  Yes.  Yeah, most of what we do on the
25  Clean-Up crew takes more than 15 pounds of force
```



Page 22

1  to complete.
2       Q.  Okay.  You're kind of grinning about
3  that.  I'm sure that --
4       A.  It's a strenuous job.
5       Q.  Okay.  All right.  Now, before you
6  started on the 24th, there was a job briefing.
7            And I'm sure one of the things that was
8  discussed in the job briefing was the weather
9  conditions, the heat, stay hydrated, that kind of
10 guidance; is that right?
11      A.  Yeah.  On the 24th, we didn't have a
12 very good job briefing because of the late start.
13 And all of the foremen -- the foreman and the
14 assistant foremen were already on the train,
15 getting all of the machines untied and prepared to
16 unload ahead of time.  So we didn't have a real
17 detailed job briefing on that first day.
18      Q.  Okay.  And then you get the machines
19 unloaded.  And then you travel -- we have learned,
20 or we will learn, that the trains are mounted on
21 flat cars, on special cars that are equipped with
22 rails.
23           So you just kind of drive the track
24 machines up on the flat cars, and then drive them
25 off when you get to the spot, and then you drive

Page 23

1  the track machines -- move those flat cars out of
2  the way, and drive the track machines, the 8051
3  track machines, to a tie-up site?
4       A.  Yes.
5       Q.  Okay.  So what happened on July 25th,
6  the next day?
7       A.  July 25th was our first actual working
8  day where we did production work.  And the day
9  started with a good detailed job briefing.  You
10 know, they talked to us about the heat and
11 hydration.  There was plenty of water and ice and
12 Gatorade and fruit there for all of us to take
13 with us.
14           And then we went out and started
15 production as normal.  Being on the Clean-Up crew
16 in the back, the main production part of the gang
17 moved ahead of us quite quickly because the
18 quality was poor due to low ties and crooked ties.
19 We were having to do a lot of cleanup work in the
20 back to make the track 100 percent.
21      Q.  Now, let's talk about that a little bit
22 more.
23           We understand that this 8051 steel gang
24 is a big gang?
25      A.  Yeah.

Page 24

1       Q.  A lot of people, a lot of machines
2  spread out over a big distance?
3       A.  Yes.
4       Q.  And then you said that the gang -- the
5  biggest part of the gang had moved ahead, but the
6  Clean-Up gang was falling behind?
7       A.  Yes.
8       Q.  Explain to us again, in a little more
9  detail, why that was the case.
10      A.  Due to the poor quality that the main
11 production part of the gang was producing, you
12 know, clips not being on, biscuits being broke or
13 missing, we were having to redo a lot of what they
14 had done.  You know, we don't take the rail in or
15 out, but we have to make sure the biscuits and
16 clips are all in to make the track safe for
17 travel.
18      Q.  Okay.  And what all is involved?  Is
19 much of what we talked about earlier involved in
20 doing the cleanup work?
21      A.  Yeah.  You know, if the biscuit's
22 broken and the clip's on, you've got to remove the
23 clip to replace the biscuit.  If the clips are
24 off, you just have to make sure the biscuits are
25 in and put a clip on it.

Page 25

1       Q.  Okay.  So, replacing a biscuit, then
2  tell us again what a biscuit is.
3       A.  It's just a little plastic biscuit that
4  sits between the tower and the rail.  And then the
5  clip actually, when it spring-clips into the
6  tower, sits on the biscuit and holds it into
7  place.
8       Q.  I see.
9            So if that biscuit is broken or
10 misplaced, not positioned correctly, what do you
11 all have to do?
12      A.  Remove the clip, remove any broken
13 pieces, if there's broken biscuit in there, and
14 then place a new biscuit into place.  You know,
15 use the Camp Car to manipulate the rail to get the
16 biscuit down in where it goes, and then put a clip
17 on it, either re-clip the clip that was there or
18 replace the clip if the clip was damaged.
19      Q.  Okay.  How about having to nip up the
20 ties that we were talking about earlier?  Were you
21 all having to do that on the 25th?
22      A.  I think we had to nip up a few ties.
23      Q.  Okay.  And explain to us a little bit
24 what the Camp Car is and what the P-Car is.  I'm
25 not sure when in the trial your testimony will be



Page 26

```
 1  put on.  So --
 2       A.  Right.
 3       Q.  -- they may have to hear it a couple
 4  times.
 5           But explain again what the --
 6       A.  Okay.  The P-Car is a de-clipping
 7  machine.  It's a clipper/de-clipper.  It can
 8  remove the clips.  It has got fingers that grab
 9  the clip and pull them off.  And it also has the
10  capability to squeeze clips back on.  But it
11  doesn't have the ability to manipulate the rail in
12  any way to get biscuits in.
13           The Camp --
14       Q.  Now, that's the P-Car?
15       A.  The P-Car.
16       Q.  Okay.
17       A.  The Camp Car is -- they refer to it as
18  a rail manipulator.  And it's actually designed to
19  pull the rail one way or the other, so you can get
20  the biscuit into place.  And then once the biscuit
21  is in place, it squeezes the clips on.
22       Q.  So the Camp Car does both?
23       A.  Yeah.
24       Q.  It manipulates the rail and unclips or
25  re-clips the --
```

Page 27

```
 1       A.  It only clips.
 2       Q.  It only clips?
 3       A.  Only P clips, yeah.  The P-Car removes
 4  clips and can install them.  The Camp Car only
 5  manipulates the rail and installs clips.
 6       Q.  I see.
 7           Okay.  And which comes first in the
 8  gang?
 9       A.  The P-Car is ahead of the Camp Car.
10  The Camp Car is the last machine in the production
11  gang.
12       Q.  All right.  Now, how many -- when the
13  -- and the P-Car works with -- we have heard it
14  referred to as the Clean-Up or quality --
15       A.  Yeah.
16       Q.  -- control gang?
17       A.  Yeah.
18       Q.  And I think we have an understanding,
19  but what is the purpose of the Clean-Up or quality
20  control gang?
21       A.  To fix anything that isn't right, done
22  from the main production gang.
23       Q.  Okay.  And a fully manned or fully
24  staffed Clean-Up or quality control gang has how
25  many machines and how many people?
```

Page 28

```
 1       A.  A normal staffed Clean-Up crew has two
 2  machines, one operator for each machine and then
 3  normally two laborers on the ground and then your
 4  assistant foreman.
 5       Q.  Okay.  And the two machines, again,
 6  are?
 7       A.  The P-Car and the Camp Car.
 8       Q.  And what was your job that day?
 9       A.  Camp Car operator.
10       Q.  Now, what is the 8-Man?
11       A.  The 8-Man is the machine that places
12  the biscuits and clips on in production mode.
13       Q.  And it works ahead of the P-Car?
14       A.  Yes.
15       Q.  Okay.  And it's the quality of the work
16  of the gang preceding the P-Car, including this
17  8-Man, that determines how much work will be left
18  for the Clean-Up crew?
19       A.  Yes.
20       Q.  And, again, how would you describe the
21  quality of the work of the -- or the quality of
22  the work of the gang ahead or the amount of work
23  that was -- that had to be done to clean up or get
24  the quality control good?
25       A.  It was bad when we first started down
```

Page 29

```
 1  there, the first few days.  We were probably
 2  having to fix anywhere from 50 to 70 percent.
 3       Q.  Of the --
 4       A.  Of what they had already done.  We were
 5  having to redo it and make it right.
 6       Q.  And was that true on the 25th?
 7       A.  Yes.
 8       Q.  Was that true on the 26th?
 9       A.  Yes.
10           And when we first started down there,
11  when the quality was bad, I had asked Joe Linford
12  why the quality was so bad, because he had asked
13  why we were so far behind.  And I told him it was
14  horrible.
15           And he said that the -- there's -- out
16  in front of the gang, they run the
17  tie-straightening crew, which they tamp the ties
18  up so that they're not low, and then straighten
19  them so they're all square.  And those machines
20  were actually down and being worked on, so they
21  weren't in production.  They weren't doing their
22  job --
23       Q.  I see.  Okay.
24       A.  -- was why they said the quality was so
25  bad.
```



Page 30

1  Q. And we know Joe Linford is one of the
2 supervisors of the gang?
3  A. Yes.
4  Q. All right. Now, you make this
5 statement, "The first few days in Onaga, the
6 Clean-Up crew was undermanned needing more
7 laborers."
8  Tell us what that means. Why are you
9 saying that?
10  A. We didn't have our laborers we normally
11 did. I was getting like -- we didn't -- sometimes
12 we didn't have any labor on the ground, so it was
13 just our machine operators and the foreman back
14 there trying to do the job.
15  And then Logan Newman, the bus driver,
16 came back and was working as our laborer, helping.
17  Jeremy Marsing, on the -- I believe the
18 25th, would have been -- came and helped on the
19 ground as a laborer.
20  Q. And was Guillermo Herrera working as a
21 laborer? Or...
22  A. He was supposed to be the P-Car
23 operator. And on the 25th, he operated the P-Car
24 for the majority of the day, helped on the ground
25 when he could. And then on the 26th, he was

Page 31

1 running the P-Car, but there was so much clips
2 that were having to be removed, he was missing a
3 lot and not getting them pulled.
4  So Scott Nicholson, the assistant
5 foreman, decided it would be better for him to not
6 use the P-Car and to just come back and pull them
7 by hand.
8  Q. What did you all -- now, that occurred
9 on the 26th?
10  A. Yes.
11  Q. All right. Why did that -- what's
12 your -- I mean, how did you learn that
13 Scott Nicholson wanted Guillermo Herrera to do it
14 by hand, rather than use the P-Car? Did you hear
15 it?
16  A. Yeah. He kept talking about how that's
17 faster, it will be faster. Because he's missing
18 so many clips, we were having to pull them anyway,
19 behind him. But there was so many clips being
20 pulled that by not using the machine, it creates a
21 lot of extra physical, manual labor.
22  Q. All right. And why is -- why are
23 the -- why is the P-Car not pulling the clips?
24 Or...
25  A. Either missing them, not seeing them,

Page 32

1 or sometimes when the -- because I ran a P-Car for
2 a little bit when we were in California. If the
3 ties are really crooked, the machine has trouble
4 getting ahold of the clip.
5  Q. It's not anything about the skill of
6 the operator, it's just the positioning of the
7 ties?
8  A. Right. And, well, he was new on the
9 machine. He hadn't run it a lot. So, I mean,
10 operator skill does fit into it, to a point.
11  Q. So, on the 25th, he had operated the
12 P-Car some, and had he labored some also on the
13 25th?
14  A. Yeah. Yeah, the P-Car operator always
15 labored some to help. But especially if we had to
16 move ties, they would come back and help move the
17 ties.
18  Q. And that's the process we talked about
19 earlier with the track jack?
20  A. Yes.
21  Q. And then if they have to nip up, that's
22 obviously a two-man -- if you have to nip the tie
23 up, that's obviously a two-man job?
24  A. Yes.
25  Q. All right. So -- and also on the 25th,

Page 33

1 there was plenty of liquid? Ice? Fruit?
2  A. Yeah. Yeah, as the machine operator in
3 the back and the Camp Car, I had my laborers to
4 worry about. Plus, at the end of the day, they
5 would bring other operators and laborers back from
6 the front of the gang to help us finish out our
7 day. So I always made sure we had lots of water
8 back there and ice in the coolers.
9  Q. Okay.
10  A. So we had -- on the 25th and 26th, we
11 had plenty of water.
12  Q. Okay. And are you satisfied that
13 everybody on the gang is hydrating as well as they
14 can under those conditions?
15  A. Yeah. That day -- those days, we were
16 drinking a lot of water. I mean, we went through
17 a lot of water between all of us. I mean, there
18 wasn't many of us back there. But...
19  Q. Everybody back there was drinking
20 water?
21  A. Yeah.
22  Q. Okay. Now, on the 25th, how far did
23 you all fall behind the main gang, the main body
24 of the gang?
25  A. You know, just off visual judging



Page 34

1  distance, I would say we were probably anywhere
2  from a quarter to a half mile behind the gang on
3  the 25th.
4       Q.  Did you ever -- on the 26th, how far
5  did the gang get ahead of you?
6       A.  They were a long ways ahead of us on
7  the 26th, because they had actually made it to a
8  section of track where we skipped some track,
9  skipped work areas.  And they made that skip ahead
10 of us on the 26th.  And I don't remember how long
11 the skip was, but I know -- I think it was a mile
12 or two that they had actually jumped ahead of us
13 to the next section of work.
14      Q.  We heard something about a cooling
15 tent, like a camping tent or a shade tent that had
16 ice and water and Gatorade and that kind of stuff.
17          Was there a cooling tent anywhere
18 around you all on the 26th?
19      A.  No.  On the 25th and 26th, neither day,
20 they were setting up their cooling stations with
21 like a shade canopy, and they had fans with
22 icewater under them and waters to drink, for
23 everybody to sit and cool down.
24          But we were far enough behind the main
25 gang both of those days, that we never actually

Page 35

1  reached where they had set up the cooling
2  stations.
3       Q.  Okay.  And the P-Car, is that cab air
4  conditioned?
5       A.  No.
6       Q.  How about on the Camp Car?
7       A.  No.  They're both open-cab machines.
8       Q.  Now, you talked about this a little bit
9  earlier.
10          On July 25th -- now we're talking about
11 the day before Guillermo's heat illness -- you
12 make the statement that the Clean-Up crew was
13 undermanned.  And I think you talked a little bit
14 about that earlier.
15      A.  Okay.
16      Q.  Who was on the Clean-Up crew on the
17 25th, and who was doing what work?
18      A.  On the 25th, it was myself on the
19 Camp Car, Guillermo on the P-Car.  And then we had
20 Scott Nicholson, the foreman.  And then
21 Jeremy Marsing came and helped off of his speed
22 swing.  For, I think, the majority of the day, he
23 was back there helping us.
24      Q.  I think we learned that his swing might
25 have been down and --

Page 36

1       A.  Yeah, they were working on something.
2  I don't know what they were -- I think it was air
3  conditioning or something they were trying to
4  repair on it.
5       Q.  Okay.  Now, we took Jeremy's deposition
6  a week or two ago.  I forgot to ask him -- he's a
7  good-sized man.
8       A.  Yeah, he's big like me.  He's a
9  good-sized guy.
10      Q.  And young and strong and fit?
11      A.  Yeah.
12      Q.  Kind of like you?
13      A.  Sure.
14      Q.  Okay.  Tell me about Guillermo Herrera
15 as a worker on the gang.
16      A.  As a worker, he seemed like a good
17 worker, hard worker, always pitched in to do his
18 part, seemed like a really nice, friendly guy.
19      Q.  Okay.
20      A.  He was shorter than a lot of us, wasn't
21 as big as some of us were.  And there is some
22 stuff that size does help, obviously.  So...
23      Q.  Okay.  Did you ever observe him -- did
24 you work with him in California?
25      A.  Not much.  Just the last couple days we

Page 37

1  were there is when he had come back to work with
2  us in the Clean-Up crew.
3       Q.  Moved from some part of the gang back
4  to the Clean-Up crew?
5       A.  Yeah.
6       Q.  During that period of time, had you
7  observed any physical problems with Guillermo, any
8  physical problems at all?
9       A.  Nothing that I noticed.
10     MR. SCHMITT:  Foundation.  Form.
11         To your knowledge, go ahead.
12     THE WITNESS:  Yeah, to my knowledge, I
13 hadn't noticed anything.
14 BY MR. COX:
15      Q.  All right.  On the 25th, you comment in
16 your statement that both Guillermo and Jeremy
17 attempted to educate assistant foreman Nicholson
18 about the need for the P-Car to lessen the
19 physical work load.
20         Tell me about that conversation or what
21 knowledge you have of that conversation.
22      A.  I just saw them all talking.  I was on
23 my machine, so I wasn't actually part of the
24 conversation.  But I had talked to him myself.
25 And then we had all tried -- because he was -- at



## Page 38

1  that point, he was already wanting to stop using
2  the P-Car. And we were trying to explain to him,
3  you know, that we had all done this before, we
4  knew the process and how it worked, that it was
5  there to reduce the amount of physical labor that
6  had to be put into it.
7      Q. Okay. So you all wanted him to use the
8  machine?
9      A. Um-hmm.
10     Q. And he -- you gave us the explanation
11 as to why not, he thought it was slower, or
12 explain it to me.
13     A. He thought it would be more efficient
14 to do it by hand because the P-Car was missing so
15 many clips that were still having to be pulled by
16 hand, that he thought there would be -- I guess,
17 you know, from what I took of it, is he thought --
18 he talked like he thought it would be more
19 efficient and faster to do it by hand, than to
20 have the machine going ahead, trying to do its
21 job, but not doing a good enough job, and then the
22 guys in the back still having to pick up the slack
23 for it.
24     Q. Okay. And as the assistant foreman, do
25 you have the sense that he was feeling any

## Page 39

1  pressure to catch up with the gang?
2      MR. SCHMITT: Foundation. Form.
3      How would he know?
4  BY MR. COX:
5      Q. Would your experience on the gang lead
6  you to believe that there was some pressure on the
7  Clean-Up crew to catch up with the rest of the
8  gang?
9      MR. SCHMITT: Object on foundation, form.
10     THE WITNESS: It was just our job back there
11 to do, to try to keep up with the gang. It was
12 all based on, you know, quality that we were
13 having to clean up.
14     But they never -- you know, I never was
15 aware of anybody actually getting after the
16 foreman or us, why aren't you keeping up.
17     MR. COX: Okay.
18     THE WITNESS: I was asked by Joe Linford,
19 after Guillermo had left the day he got sick, why
20 we were so far behind. And I explained to him the
21 quality, that it was just horrible and that we
22 didn't have enough help. And that's when he told
23 me that the machines were down up front, and
24 that's why the quality was what it was.
25 BY MR. COX:

## Page 40

1      Q. I see. Okay.
2      Now, we have taken Mr. Nicholson's
3  deposition. We understand that he was new to the
4  8051 gang, was new to the gang.
5      Is that your understanding?
6      A. Yes. I believe he started with us -- I
7  can't remember if he started when we were in
8  California. I think he started when we got to
9  Kansas --
10     Q. Okay.
11     A. -- if I remember correctly.
12     Q. Tell me about any conversation you had
13 with Mr. Nicholson.
14     First, did you form an opinion about
15 his level of experience working on a steel gang on
16 concrete ties, from either conversations with him
17 or observations of him?
18     MR. SCHMITT: Foundation. Form.
19     THE WITNESS: From talking with him, he had
20 never been on a Clean-Up crew on a steel gang on
21 concrete ties before. So he was new to that.
22     And he seemed willing to learn the
23 process. Because we had been back there, so we
24 knew the process. But the more we worked with him
25 and tried to explain things, he kept trying to

## Page 41

1  have us do it a different way. So in his mind, he
2  thought there was -- you know, it seemed that he
3  thought there was a better process than what we
4  already figured out, that worked. And he was
5  trying to get us to do it that way.
6      But for the most part, we kept doing
7  what we knew worked and working as fast as we
8  could in a safe manner.
9  BY MR. COX:
10     Q. Okay. Let's move now to July 26th.
11 I'm on page No. 3 of your statement.
12     You make the statement, "On the 26th,
13 the Clean-Up crew was undermanned again and we
14 were fairly far behind the main gang.
15 Logan Newman was pulled from his bus driving
16 duties to help us and arrived fairly early in the
17 day."
18     Tell us a little more about that.
19     A. Yeah. We started out the day without a
20 ground laborer, like we had the day before, where
21 it was just Guillermo and I and Scott Nicholson.
22     And then shortly after -- because
23 Logan Newman had to get everybody delivered to
24 their machines, as the bus driver. Once he
25 finished his duties, then he came back to work



Page 42

1   with us as a laborer, which was common.  He worked
2   with us quite a bit.
3       Q.  Okay.  And then what about the P-Car on
4   the 26th?
5       A.  The P-Car, you know, just like the
6   25th, Guillermo was struggling to pull clips with
7   it and missing a lot.  And so Scott had him coming
8   back to help us.  And then he finally started --
9   he decided we wouldn't use the P-Car and just bump
10  it ahead to the point where Scott himself was
11  actually getting on the machine and moving it
12  ahead.
13      And Guillermo was back with me and
14  Logan working on the ground.  And Logan had tried
15  running the P-Car for a while to see if he could
16  do better with it, and he wasn't having any better
17  luck.  So...
18      Q.  Okay.  When you talk about that P-Car
19  and Scott Nicholson bumping that P-Car up, would
20  he drive it ahead of you all some distance?
21      A.  Yes.
22      Q.  And then you all would work up and
23  catch up to it, and then he would move it forward
24  again?
25      A.  Yes.

Page 43

1       Q.  But he would not do any clipping --
2       A.  No.
3       Q.  -- or de-clipping with the P-Car?
4       A.  No, he was just moving it.
5       Q.  All right.  Now let's talk about on the
6   26th.
7       What did you observe about
8   Guillermo Herrera on the 26th, and what did he say
9   to you?  And just take us through that part of the
10  day.
11      A.  Okay.  The day seemed normal, talking.
12  You know, we were just -- our normal talking and
13  working.  And when we would stop to drink water,
14  take a break, we would visit.  And he seemed
15  irritated with Scott Nicholson that, you know, he
16  wasn't letting him run the machine.  But other
17  than that, he seemed normal to me, for what I knew
18  of him.
19      And then one of the times when
20  Logan Newman was up moving the P-Car or trying to
21  de-clip with it, Guillermo stopped me and said he
22  didn't feel well, that he needed to take a break,
23  and he walked off the tracks into the shade.
24      And then Scott Nicholson had come back.
25  And then they left.

Page 44

1       Q.  And who is "they"?
2       A.  Scott and Guillermo left.
3       And I wasn't sure what they were doing,
4   if they were switching out with Logan or what.
5   Then Logan came back, and we continued working.
6       And then a while later -- I don't know
7   how long -- Guillermo came back and worked some
8   more.  And I -- you know, I was told that -- I
9   didn't see it myself, but I was told that
10  Guillermo was up sitting in the mechanic's pickup
11  in the air conditioning, cooling down.
12      Then we worked a while longer.  I think
13  we had to move some ties.  I believe even the
14  surfacing gang had caught up to us.  And they came
15  up and helped move the ties and helped for a
16  little while, until we got far enough they could
17  start working again.
18      Q.  I see.
19      A.  And then after lunch, we had worked on
20  a ways further.  And the fuel truck came through
21  to fuel the machines.  So we stopped and took a
22  break.
23      And Guillermo and I sat in the fuel
24  truck, in the air conditioning, while they fueled
25  it.  And we took a break for about 15 minutes.

Page 45

1   Then we went back to work.
2       Q.  Let me interrupt you.
3       When you're sitting in the fuel truck,
4   how are you feeling?  Did Mr. Herrera tell you how
5   he was feeling?  Did you observe anything about
6   Mr. Herrera?
7       A.  Everything appeared normal to me.  We
8   were just talking a normal conversation.  I don't
9   remember what we were talking about.  You know,
10  obviously, we were talking about how good it felt
11  to sit in the fuel truck in the air conditioning.
12  But nothing seemed out of the ordinary enough to
13  throw any red flags anywhere.
14      Q.  What happened next?
15      A.  So after that, we went back to work,
16  continued our process.  And I don't know how long
17  we had worked, you know, maybe half hour or so
18  after we went back to work, Logan and Guillermo
19  stopped me to take a break.  Guillermo sat on the
20  shady side of the machine, had sat on the step and
21  was drinking water.
22      And then Logan was ready to go back to
23  work.  And Guillermo said he didn't feel well.  So
24  Logan offered to help him off the tracks to sit
25  down to rest, so he could keep resting and we



Page 46

```
 1   could start working again.
 2          And that's when he told me, "I can't
 3   walk."  That's what I remember him saying was, "I
 4   can't walk."
 5      Q.  Okay.  Now, they're sitting on your
 6   machine, which is the --
 7      A.  Camp Car.
 8      Q.  -- Camp Car.
 9          And can you hear this conversation?
10   Can you observe Mr. Herrera and hear that
11   conversation?
12      A.  Yeah.  I had actually shut the machine
13   off while we were sitting there taking a break, so
14   we could visit.
15      Q.  And you remember Guillermo Herrera
16   saying?
17      A.  "I can't walk," when Logan tried to get
18   him to -- Logan tried to get him to just move off
19   to the side and continue his break, resting, so we
20   could keep going.
21      Q.  All right.  And what happened then?
22      A.  So when Guillermo said, "I can't walk,"
23   I had a radio hanging on my machine that day,
24   which was not normal, but I did.  Scott Nicholson
25   was actually quite a ways down the tracks from us
```

Page 47

```
 1   because he had moved the P-Car ahead.  So I
 2   radioed to him that they needed to call somebody
 3   because Guillermo needed to go.  And none of us
 4   had cellphones with us.  And I didn't know if we
 5   were within radio distance to anybody else, so I
 6   radioed Scott.
 7          And then I could hear him radioing.
 8   And probably within 15 minutes or so when that
 9   happened, Bobby Herrera, the Surf gang foreman,
10   showed up with his van.  And then Scott and Logan
11   helped Guillermo off the tracks and into the van.
12      Q.  Okay.  Now, when you say you called
13   Scott and said Mr. Herrera has got to go, what did
14   you say?  What did you mean?  What was your
15   intention?
16      A.  I don't remember my exact words.  But I
17   radioed him saying, "Guillermo is sick.  He needs
18   to leave.  And we need to get someone to come get
19   him."
20      Q.  To leave to go where?  Not your
21   decision?
22      A.  That's not my decision.  It was just
23   that's what I knew we were supposed to do, is call
24   for a supervisor or a foreman to come get someone
25   if they said they needed to leave.
```

Page 48

```
 1      Q.  Okay.  Any other -- all right.
 2          What happened next?  Do you have any
 3   memory of anything else after Guillermo leaves in
 4   Bobby Herrera's van?
 5      A.  After Guillermo got in the van, I don't
 6   know what happened from there.  You know, that's
 7   the last I saw of him.
 8          After he left, we went back to work and
 9   had to finish our day.  And then shortly after
10   that is when they had stopped the front of the
11   gang and brought people back to help.
12      Q.  Okay.  Now, you say, "we continued to
13   work."
14          You're just working on the Camp Car?
15      A.  Yeah.
16      Q.  You're not doing any of the physical
17   work?
18      A.  No, no.  It was just me and
19   Logan Newman continued to do what we could.
20      Q.  Okay.  And then at the end of the day,
21   people from the gang up ahead of you were brought
22   back to help you all do what?
23      A.  Helped fix stuff.  They used hand tools
24   and work and help with the machine, as a laborer
25   on the ground.
```

Page 49

```
 1      Q.  Okay.  How many -- do you remember how
 2   many men came back?
 3      A.  I don't remember how many came back
 4   that day, because they had to do the stuff behind
 5   that they had done on the second section of track
 6   they had moved to, also.  So...
 7      Q.  Come back and finish up some of the
 8   work on the area where they had left to make that
 9   mile or two jump ahead?
10      A.  Yes.
11      Q.  I got it.
12          You made the statement that you assumed
13   that Bobby Herrera was taking Guillermo Herrera to
14   the hospital.
15      A.  Yeah, that's --
16      MR. SCHMITT:  Just a minute.  Object to the
17   form.  Leading.  Narrative.  Foundation.
18   BY MR. COX:
19      Q.  What assumption did you make about
20   where they were taking Guillermo Herrera?
21      MR. SCHMITT:  Same objections.
22      THE WITNESS:  I just assumed that they would
23   take him to the hospital, if he was as sick as he
24   said he felt.  You know, because heat -- I have
25   been sick from heat before, and it's not something
```



Page 50

1  you mess with.
2      But as far as what they did with him, I
3  have no clue where he went afterwards.  I heard
4  stories afterwards, but that's just all hearsay.
5  BY MR. COX:
6      Q.  Right.  Now, what breaks did you all
7  take during the day on the 26th?
8      A.  We took a lot of breaks throughout the
9  day.  I mean, some of them were just long enough
10 to drink water, you know, cool off for a second,
11 and keep working.  Then we took our normal,
12 every-so-often, you know, 10, 15 minute break, and
13 actually take a break.  And then we had our lunch
14 break.
15     Q.  Okay.  Did Scott Nicholson ever appear
16 stressed or concerned about the breaks you all
17 were taking?
18     MR. SCHMITT:  Object to foundation, form.
19     THE WITNESS:  To a point, when we were
20 taking breaks, the later in the day it got, the
21 more we were stopping.  And he said he was okay
22 with it, you know, told us, "Stop when you need
23 to."  But every time we stopped, he appeared to
24 want us to continue working.
25 BY MR. COX:

Page 51

1      Q.  And did you feel some pressure from
2  Mr. Nicholson to get back to work?
3      MR. SCHMITT:  Form.
4      THE WITNESS:  No.  We just -- we knew if we
5  needed to stop, we were supposed to stop.  That's
6  what they told us in briefing.  And no matter what
7  he said, if we felt we needed a break, we were
8  supposed to take a break.
9  BY MR. COX:
10     Q.  All right.  Now, give me a time
11 sequence here.
12         How much time passed between when
13 Guillermo first said he was having trouble working
14 and when he was hauled away by Bobby Herrera?  How
15 long was that?
16     A.  Are you talking the first time, when he
17 stopped and left for a while and then came back?
18     Q.  Yeah.
19     A.  I didn't have a watch or my phone or a
20 clock or anything.  I don't know an exact time.
21 But it was between the first time when he said he
22 didn't feel well and needed a break and then when
23 he finally said he was sick and left was probably,
24 I would estimate, at least two to three hours.
25     Q.  Based on your observation of

Page 52

1  Guillermo Herrera that day, when should something
2  have been done?
3      MR. SCHMITT:  Object to the form,
4  foundation.
5      THE WITNESS:  As far as my observation of
6  him, I never noticed anything other than him
7  saying he was hot and didn't feel good, the first
8  time that threw a red flag enough to warrant
9  anything major.
10         But as a personal, you know, I deal
11 with -- in past jobs, I've been responsible for
12 safety of my other employees.  And as a foreman,
13 if I was in that situation, I probably would have
14 had him removed from the tracks at that point.
15 BY MR. COX:
16     Q.  At what point?
17     MR. SCHMITT:  Same objections.
18     THE WITNESS:  The first time he was sick.
19 BY MR. COX:
20     Q.  Now, tell us a little bit about your
21 experience in other jobs, taking care of the
22 safety of --
23     MR. SCHMITT:  Form.
24 BY MR. COX:
25     Q.  -- people working with you.

Page 53

1      A.  Well, I've worked in shop settings.
2  I've been a mechanic most of my life.  So just
3  making sure people use the proper processes,
4  safety equipment, taking the right precautions.
5  And then if someone does get hurt, making sure you
6  get them the proper help they need.
7      Q.  Okay.  Now, did Scott Nicholson ever
8  chip in and work for any period of time?
9      A.  Very little.  There was a couple times
10 he helped for a couple minutes.  But as far as
11 actual useful help, he wasn't really physical.
12 Labor-wise, he wasn't there.
13         And we were all under the understanding
14 that that's not the assistant foreman's job.
15 They're not supposed to work as a laborer with us.
16 But most of them usually did assist because they
17 knew that we were shorthanded.
18     Q.  Mr. Nicholson has claimed that he
19 continually asked Guillermo if he was okay and if
20 he could continue working.
21         Did you ever hear Scott Nicholson have
22 any conversation like that with --
23     A.  I never heard that.  But when I'm on
24 the machine, running the machine, I can't hear any
25 side conversations that are going on.  You know, I



Page 54

1  can see people talk to each other, but I can't
2  hear what they're talking about.
3      Q.  Okay.
4      A.  So, at no point in the day do I
5  remember hearing him actually ask that, but it
6  doesn't mean that he didn't.
7      Q.  Okay.  But when you're away from your
8  machine or your machine is shut down, you can hear
9  what's going on?
10     A.  Right.
11     Q.  So, during that day, on the 26th, did
12 you ever hear Mr. Scott Nicholson inquire about
13 Guillermo, if he was okay or if he could continue
14 work?
15     MR. SCHMITT:  Object to the form.  Asked and
16 answered.
17     THE WITNESS:  Not that I recall.
18 BY MR. COX:
19     Q.  All right.  After -- well, strike that.
20         Anything else that you can recall
21 occurring on the 25th or the 26th about the work,
22 the amount of work, the physicality of the work,
23 the temperature, Scott Nicholson, anything else
24 that you can think of that --
25     A.  It was just -- I grew up in the western

Page 55

1  states, over here where it's dry.  So the humidity
2  to me was miserable and hard to deal with.  I
3  mean, it was something you're not used to.  And
4  then with the long days and the heat, you know, it
5  drains down on you bad.  I wasn't having to do a
6  ton of physical work because I was on the machine.
7  But it was definitely a hard situation to be in,
8  as a physical laborer, in my opinion.
9          You know, hydration was a factor.  We
10 all drank a lot of water.  Even though, running
11 the machine, I drank a ton of water, I still felt
12 like I could have drank more, but I couldn't
13 physically drink any more because I filled myself
14 so full of water trying to stay hydrated.
15         But in those conditions, you just feel
16 so hot and dry that it's just miserable.
17     Q.  Okay.
18     A.  We did have -- on the 26th, between
19 when Guillermo would come back to work and before
20 the fuel truck came, Bobby Steeley actually came
21 back to check on us.  And he gave us some of the
22 neck coolers.  And I think he had some of the ones
23 that you put in your hardhat, on your head.  He
24 had extra Gatorades he gave us then.
25     MR. COX:  All right.  Okay.

Page 56

1          All right.  Thanks very much,
2  Mr. Dickison.  I appreciate the time today.
3  Thanks for your help.
4      THE WITNESS:  Not a problem.
5
6          EXAMINATION
7  BY MR. SCHMITT:
8      Q.  Mr. Dickison, a few follow-up
9  questions, and I'll maybe go in reverse order.  We
10 talked about a lot of things.  You talked about
11 Bobby Steeley.
12         You just indicated, so on the 26th, the
13 day that Guillermo was taken from the track, that
14 Bobby Steeley then circulated through the gang and
15 brought some cooling items?
16     A.  Yeah, he brought us some cooling items,
17 because he knew, at that point in the day, that we
18 weren't going to reach the cooling station.  So he
19 had come back and brought us the neck coolers and
20 some extra Gatorade on top of what we had already
21 had for the day, and just check on us to see how
22 we were doing.
23     Q.  All right.  Mr. Steeley has been
24 deposed.  He had testified that he actually talked
25 with Guillermo to find out how he was doing,

Page 57

1  because Bobby was aware that Guillermo had
2  indicated at one point he wasn't feeling well.
3          Were you part of that conversation
4  when --
5      A.  I was not.
6      Q.  Okay.  What's your -- now,
7  Bobby Steeley, was he the safety captain?
8      A.  Yes.
9      Q.  And what's your impression of
10 Mr. Steeley?
11     A.  A good guy, great guy, worked hard to
12 try to get us anything we needed.
13     Q.  And that was true on the 25th and 26th?
14     A.  Yes.
15     Q.  All right.  You said the items that
16 were available, just looking at my notes, you had
17 water, Gatorade, fruit?
18     A.  Yes.
19     Q.  All right.  In addition to these
20 cooling neck coolers and other things?
21     A.  Yes.
22     Q.  All right.  Some of the other people
23 that have been identified as being involved out
24 there that day, Bobby Herrera, he was the
25 individual that actually picked up Mister -- or



Page 58

1  Guillermo in his van and took him away?
2     A.  Yes.
3     Q.  What's your impression of
4  Bobby Herrera?
5     A.  Bobby Herrera is a good guy, cares
6  about his guys, you know, really friendly, pitches
7  in and helps when he can.
8     Q.  Okay.  Any -- do you have any concern,
9  based on your experience with Bobby Herrera, that
10 he would not place the interests of the employees
11 first?
12    A.  No.
13    Q.  All right.  What about Charlie Diaz,
14 what's your impression of him?
15    A.  I always had a good impression of
16 Charlie.  He seemed really caring for the gang.
17 You know, he -- on a daily basis, he was coming
18 by, talking to us, making sure everything -- you
19 know, see how things were going, see if we needed
20 anything.  He did his best to get us stuff if we
21 asked about things, you know, different shade
22 items for our hardhats and stuff.
23    Q.  Did you ever have any concern with
24 Charlie Diaz that he wouldn't put the interests of
25 the employees first?

Page 59

1     A.  Nothing in my personal opinion, no.
2     Q.  All right.
3     A.  With my interaction with Charlie, he
4  seemed to care.
5     Q.  All right.  You had indicated that when
6  you're out there working on this gang that -- and
7  I made a note that you said that you're working as
8  quickly as you reasonably can, but you're doing it
9  in a safe manner.
10    A.  Yes.
11    Q.  Is that how you were working on the
12 25th and 26th?
13    A.  Yes.
14    Q.  All right.
15    A.  That's why we were stopping as often as
16 we were to drink water, is because with the heat
17 and humidity, we knew we needed to take extra
18 breaks.
19    Q.  And that's what you were doing that
20 day, taking as many breaks as you wanted?
21    A.  Yes.
22    Q.  All right.  Drinking as much water?
23 Whatever you wanted to do, you did?
24    A.  Yes.
25    Q.  All right.  Despite any comments by

Page 60

1  Mr. Nicholson about, "Hey, we should get back to
2  work," it sounds like, from what you said, you
3  went ahead and took whatever breaks you wanted?
4     A.  Yes.
5     MR. SCHMITT:  Okay.  The videographer just
6  indicated he needs to change his tape.  Why don't
7  we go off the record.  We'll allow him to do that,
8  and we'll come right back on the record.
9     THE WITNESS:  Okay.
10    THE VIDEOGRAPHER:  End of tape No. 1.  The
11 time is 11:51.  Off the record.
12       (Off the record.)  (Break taken from
13 11:51 a.m. to 11:52 a.m.)
14    THE VIDEOGRAPHER:  Back on the record,
15 beginning tape No. 2.  The time is 11:52.
16 BY MR. SCHMITT:
17    Q.  You had indicated Bobby Steeley came by
18 with these neck coolers and things, and one of the
19 reasons was because the cooling tent had been
20 further ahead of you down the track?
21    A.  Yeah.  It was my understanding that in
22 the area we were, there wasn't a lot of side roads
23 yet.  So there was only certain locations they had
24 enough room to set them up.
25    Q.  Okay.

Page 61

1     A.  And we were moving at such a slow pace,
2  due to the poor quality, and then having to stop
3  extra, to take extra breaks, that we didn't cover
4  very far, distance-wise.  So we didn't actually
5  make it to any of the cooling stations.
6     Q.  On the date of the -- let's talk about
7  the 26th, the date of Guillermo's incident,
8  though.
9        As I recall what you have said, is that
10 there were other vehicles that were there, where
11 breaks were taken in air conditioned vehicles?
12    A.  Yes.  I didn't actually see him take
13 the break.  But I heard that Guillermo had sat in
14 the mechanic's pickup, because the mechanic was
15 there most of the day working on the speed swing.
16    Q.  All right.
17    A.  And when he was gone from us for a
18 while, it was my understanding that that's what he
19 was doing, was sitting in the air conditioned van.
20       And then we did sit in the fuel truck
21 when it came through to fuel up the machines, and
22 took a break in the air conditioning then.
23    Q.  And did you indicate that both you and
24 Guillermo actually sat in the fuel truck, in the
25 air conditioned fuel truck together?



```
                                                          Page 62
 1       A.  Yes.
 2       Q.  All right.  You said that throughout
 3   the day, then, there's as many breaks as you want.
 4           And on these breaks, did you talk with
 5   Guillermo throughout the day?
 6       A.  Yeah, just normal conversations we had.
 7       Q.  All right.  Here's what my question is.
 8           Now, we know at the very end of the --
 9   or toward the end of the day when Guillermo says,
10   "Hey, my legs" -- or "I can't walk," the decision
11   was made, we're getting him off this track;
12   correct?
13       A.  Right.
14       Q.  Here's my question.  Up until that
15   point during all of your conversations with
16   Guillermo, did you ever have a concern about how
17   Guillermo was handling the heat or anything that
18   was going on with him?
19       A.  Nothing seemed out of the ordinary with
20   him.  I mean, everybody was complaining about the
21   heat --
22       Q.  Probably including you?
23       A.  -- that it was hot.
24           Including me.
25       Q.  All right.
```

```
                                                          Page 63
 1       A.  But nothing -- like I said before,
 2   nothing that threw any red flags to me that we
 3   should probably call someone's attention to do
 4   something different.
 5       Q.  During all of your conversations with
 6   Guillermo throughout the day, if you had been
 7   concerned based on your conversations with him, he
 8   doesn't seem coherent or anything that you're
 9   observing, if you had any concerns about how
10   Guillermo was handling the heat, would you have
11   done something different and called somebody?
12       A.  Yes.
13       Q.  All right.  And you didn't call
14   anybody?
15       A.  No.  As I said, there was nothing that
16   indicated to me that it was -- you know, everybody
17   was hot and didn't -- you know, miserable in the
18   heat.  But there was nothing to indicate that we
19   needed to call.
20       Q.  And the first time that there was any
21   indication that there was a problem with Guillermo
22   when he said, "I can't walk," you immediately
23   called for help?
24       A.  Immediately, yes.
25       MR. SCHMITT:  All right.  Okay.  That's all
```

```
                                                          Page 64
 1   I have.  Thank you very much.
 2       MR. COX:  I don't have any other questions.
 3       THE WITNESS:  Okay.
 4       MR. COX:  Thank you, sir.
 5       THE WITNESS:  Not a problem.
 6       THE VIDEOGRAPHER:  End of tape No. 2.  The
 7   time is 11:56.  End of deposition.  Off the
 8   record.
 9       (The deposition concluded at 11:57 a.m.)
10           (Signature waived.)
11              --o0o--
```

```
                                                          Page 65
 1            R E P O R T E R'S  C E R T I F I C A T E
 2
 3           I, Tiffany Fisher, RPR, a Notary Public
 4   in and for the State of Idaho, do hereby certify:
 5           That prior to being examined, the
 6   witness named in the foregoing deposition was by
 7   me duly sworn to testify the truth, the whole
 8   truth, and nothing but the truth;
 9           That said deposition was taken down by
10   me in shorthand at the time and place therein
11   named and thereafter reduced into typewriting
12   under my direction, and that the foregoing
13   transcript contains a full, true, and verbatim
14   record of the said deposition.
15           That it was stipulated by and between
16   counsel and the witness that signature of the
17   witness would be waived.
18           I further certify that I have no
19   interest in the event of the action.
20           WITNESS my hand and seal
21   November 15, 2016.
22
           NOTARY PUBLIC in and for the State of Idaho;
23         residing at Boise, Idaho.
24
           My commission expires September 13, 2022
25         CSR No. 979
```

