8:15-cv-00426-JMG-CRZ   Doc # 107-17   Filed: 05/26/17   Page 1 of 2 - Page ID # 681



**BUILDING AMERICA**

# ENGINEERING TRACK MAINTENANCE

Field Handbook

*REVISED*
*OCTOBER 1, 2007*

PB-22000H



EXHIBIT 18

### 7.3.3 Relationship between Ambient Temperature and Rail Temperature

On a sunny day, the rail temperature will be approximately 30 degrees Fahrenheit higher than the ambient temperature. An ambient temperature of 80 degrees Fahrenheit on a sunny day generally correlates to a rail temperature of approximately 110 degrees Fahrenheit. On cloudy days the rail temperature will be approximately 15 degrees Fahrenheit higher than the ambient temperature. For example if the ambient temperature is 100 degrees Fahrenheit and it is cloudy, the rail temperature would be approximately 115 degrees Fahrenheit.