IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

AT OMAHA, NEBRASKA

```
GUILLERMO HERRERA, III,        )
                               )
             Plaintiff,        )
                               )
     VS.                       )Case No.
                               )8:15-cv-426-JMG-CRZ
UNION PACIFIC RAILROAD         )
COMPANY, a Delaware            )
corporation,                   )
                               )
             Defendant.        )
```

DEPOSITION OF ROBERT HERRERA

JUNE 9, 2016

REPORTED BY:    IMHOF AND ASSOCIATES, INC.
                COURT REPORTERS AND VIDEOGRAPHERS
VICTORIA IMHOF WERTZ, RPR
CSR NO. 7999     20650 Adam Cir.   9431 Haven Ave.
                 Yorba Linda, CA   Suite 100
                       92886   Rancho Cucamonga, CA
                                                91730
Job No. 160609V2

Page 2

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF NEBRASKA
 3                    AT OMAHA, NEBRASKA
 4
 5
 6
 7
 8
 9   GUILLERMO HERRERA, III,    )
                                )
10            Plaintiff,   )
                                )
11        VS.              )Case No.
                    )8:15-cv-426-JMG-CRZ
12   UNION PACIFIC RAILROAD     )
     COMPANY, a Delaware        )
13   corporation,          )
                                )
14            Defendant.   )
15
16
17
18          DEPOSITION OF ROBERT HERRERA,
19   taken on behalf of the Plaintiff, at 9431 Haven
20   Avenue in the City of Rancho Cucamonga,
21   California, commencing at 11:27 a.m. and
22   concluding at 12:18 p.m. on JUNE 9, 2016, before
23   VICTORIA IMHOF WERTZ, RPR, CSR No. 7999.
24
25
```

Page 3

```
 1          APPEARANCES
 2   For the Plaintiff:   BRENT COON & ASSOCIATES, PC
                   BY:  JAMES L. COX, JR., ESQ.
 3              3801 East Florida Avenue
                Suite 905
 4              Denver, Colorado 80210
                (303) 756-3243
 5
     For the Defendant,  UNION PACIFIC RAILROAD COMPANY
 6   Union Pacific       LAW DEPARTMENT
     Railroad:      BY:  TORRY N. GARLAND, ESQ.
 7              1400 West 52nd Avenue
                Denver, Colorado 80221
 8              (303) 405-5402
                     - AND -
 9              LAMSON DUGAN & MURRAY, LLP
                BY:  DAVID J. SCHMITT, ESQ.
10              10306 Regency Parkway Drive
                Omaha, Nebraska  68114
11              (402) 397-7300
12
     Also present:    Jerry R. Pritchett;
13              Christobal Rivero,
                video technician
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                    I N D E X
 2   WITNESS        EXAMINATION           PAGE
 3   ROBERT HERRERA
 4       BY MR. COX           5
 5
 6
 7              EXHIBITS
 8             (None)
 9
10
11         INFORMATION REQUESTED
12             (None)
13
14         UNANSWERED QUESTIONS
15             (None)
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
11:27:09   1        RANCHO CUCAMONGA, CALIFORNIA
11:27:09   2          THURSDAY, JUNE 9, 2016
11:27:09   3               11:27 A.M.
11:27:10   4
11:27:10   5             ROBERT HERRERA,
11:27:10   6     called as a witness herein, having
11:27:10   7     first been duly sworn, was examined
11:27:10   8         and testified as follows:
11:27:10   9
11:27:28  10        THE VIDEOGRAPHER:  We are on the record
11:27:29  11   with Robert Herrera.
11:27:32  12
11:27:32  13             EXAMINATION
11:27:32  14   BY MR. COX:
11:27:32  15     Q  Mr. Herrera, good morning, sir.
11:27:34  16     A  Good morning.
11:27:35  17     Q  I'm Jim Cox.  I'm Guillermo Herrera's
11:27:38  18   lawyer.
11:27:39  19        Thank you for coming down today to give us
11:27:41  20   your memory of what occurred on July 26th, 2015.
11:27:46  21        State your full name for me, please.
11:27:47  22     A  Robert C. Herrera, Jr.
11:27:50  23     Q  Where do you live?
11:27:51  24     A  I live in Buckeye, Arizona.
11:27:54  25     Q  Who do you work for now?
```

```
                                                          Page 6
11:27:56   1        A  Union Pacific Railroad.
11:27:56   2        Q  How long have you worked for the
11:27:58   3   Union Pacific Railroad?
11:27:59   4        A  22 years.
11:28:00   5        Q  And during that 22 years, has it all been
11:28:03   6   in the Engineering Department?
11:28:05   7        A  Yes.
11:28:05   8        Q  What jobs have you had in the Engineering
11:28:07   9   Department for the UP?
11:28:09  10        A  Foreman.
11:28:10  11        Q  Have you been a foreman all of your
11:28:12  12   career?
11:28:13  13        A  Yes.
11:28:13  14        Q  And --
11:28:14  15        A  I was 18 years with Southern Pacific.  I
11:28:18  16   don't know if you want to hear that.
11:28:19  17        Q  No, that's true.
11:28:23  18           The predecessor or another railroad that
11:28:25  19   was bought by Union Pacific?
11:28:26  20        A  In '97, yes, sir.
11:28:28  21        Q  All right.
11:28:29  22           What was your job on the steel gang 8501
11:28:34  23   on July 24, 25, 26, 2015 -- July 26th, 2015 is the
11:28:45  24   date Guillermo Herrera had his heat illness, just
11:28:48  25   to give you a little reference.
```

```
                                                          Page 7
11:28:48   1        What was your job on that day?
11:28:51   2        A  Surfacing Gang foreman.
11:28:53   3        Q  And what are your responsibilities as the
11:28:55   4   Surfacing Gang foreman?
11:28:57   5        A  I have got a tamper and I've got a
11:28:59   6   regulator back there.  What we do is we come behind
11:29:03   7   8501.  My gang number is 8503, and we surface
11:29:10   8   behind them.  We make sure that the track is
11:29:12   9   aligned properly, got the correct cross-table on
11:29:16  10   it, on tangent track.  And on curves and stuff, we
11:29:21  11   make sure that we have got the superelevation as
11:29:25  12   required and our spirals and stuff, and just all
11:29:27  13   railroad, you know, taught to make the track
11:29:31  14   refined there behind the projects ahead of us.  So
11:29:35  15   we basically surface.
11:29:37  16        Q  Okay.
11:29:37  17           When your gang finishes, we have got nice
11:29:39  18   looking pads, rails, ballast, toe path, ballast
11:29:44  19   shoulder, nice looking track?
11:29:46  20        A  Yes, that's correct.
11:29:47  21        Q  All right.
11:29:48  22           How long have you been a Surfacing Gang
11:29:50  23   foreman on the 8503 assigned with 8501?
11:29:54  24        A  Going on six years.
11:30:03  25        Q  Is the -- is the quality control or
```

```
                                                          Page 8
11:30:07   1   cleanup crew -- is that the crew just ahead of you
11:30:10   2   in the sequence of events?
11:30:12   3        A  That would be correct.
11:30:17   4        Q  And you cannot do your surfacing work
11:30:22   5   until the cleanup crew has completed its work; is
11:30:28   6   that right?
11:30:28   7        A  Not necessarily.
11:30:30   8        Q  Fill me in.
11:30:31   9        A  But normally that is a pattern that we try
11:30:33  10   to, you know, do.
11:30:35  11        Q  All right.
11:30:37  12           And was the Surfacing Gang behind the
11:30:40  13   cleanup crew on July 25th and July 26th?
11:30:45  14        A  Yes, sir, it was.
11:30:45  15        Q  All right.
11:30:47  16           Do you have a memory of how far that gang
11:30:48  17   was spread out on the -- let's talk about the
11:30:51  18   morning of July 26th.
11:30:53  19           Would you have any reference point or any
11:30:55  20   way to know that?
11:30:56  21        A  From where I'm at to where the prep gang
11:30:58  22   is that starts the job?
11:31:00  23        Q  Yes.
11:31:05  24        A  And -- I'm going to say six miles, if I
11:31:09  25   recollect correctly.
```

```
                                                          Page 9
11:31:10   1        Q  Obviously, there was some gap in there
11:31:13   2   where you all were not working on the track, you
11:31:15   3   all had jumped some track?
11:31:18   4        A  We did -- we did have skips in there,
11:31:22   5   correct.
11:31:22   6        Q  All right.
11:31:25   7           So you have two machines, a tamper and a
11:31:28   8   regulator.
11:31:29   9           Just describe, generally -- we are trying
11:31:30  10   to educate the jury a little about what railroad
11:31:36  11   track was like -- which I personally find kind of
11:31:40  12   fascinating -- but what does a tamper do?
11:31:44  13        A  What a tamper does -- it comes behind
11:31:46  14   there and it makes the track -- in railroad terms,
11:31:50  15   the way that I know how to explain it is, if you
11:31:52  16   are going down and everybody just thinks you go
11:31:55  17   down the track there -- and on tangent track, which
11:31:58  18   is straight track there, if you have got any
11:32:00  19   adverse cross level or superelevation in your
11:32:03  20   spirals, the curves, what the tamper does, operator
11:32:07  21   does, ground man does, foreman does, and what I do,
11:32:11  22   and I was out there doing that morning -- I was out
11:32:12  23   in front of the tamper checking the tamper, marking
11:32:15  24   the curve and stuff, checking the cross level to
11:32:17  25   make sure -- to see what cross level would have in
```

Page 10

```
11:32:17    1    there, if any damage was done, any abnormalities.
11:32:17    2         And it was pretty decent track.  The cross
11:32:26    3    level was off maybe about a half inch.  The spirals
11:32:29    4    were pretty accurate.  Also with some
11:32:30    5    superelevation -- it needed some superelevation.
11:32:33    6    We didn't have the rock to protect the work
11:32:37    7    required in superelevation.  What we did is we come
11:32:40    8    around there.
11:32:40    9         So what we did is we just come around
11:32:40   10    there and we do all of our work with the tamper,
11:32:43   11    with the regulator depending what was in front of
11:32:46   12    us -- ahead of us -- because we have no access to
11:32:48   13    rock there.  If we go out and do something, it's
11:32:50   14    built to UP standards.
11:32:53   15         Every day, every project, I have got to be
11:32:56   16    out there and looking at the track and seeing what
11:32:57   17    kind of condition it's in there.  And then
11:33:00   18    afterwards when we go through there with our
11:33:03   19    tamper, with our regulator to get the lining we
11:33:04   20    want, the cross level we want and uniformity of a
11:33:08   21    track there, I have to check it every night behind
11:33:10   22    the gang.  And that particular project, the track
11:33:14   23    was actually pretty decent.  We just refined it a
11:33:18   24    little bit there.
11:33:19   25    Q   Good.
```

Page 11

```
11:33:20    1         Now, when you are talking about rock, you
11:33:21    2    are talking about ballast?
11:33:22    3    A   Yeah, that would be correct.
11:33:24    4    Q   The rock or ballast that supports the
11:33:26    5    ties, supports the tracks?
11:33:28    6    A   Yes.
11:33:28    7    Q   And when you are talking about cross
11:33:30    8    level, you are talking about the top of one tie to
11:33:32    9    the top of the other tie, are they level?  Or if
11:33:32   10    they are in a curve, is the elevation appropriate
11:33:35   11    for the curve?
11:33:36   12    A   And that would be the "rail," correct.
11:33:37   13    Q   Did I say "tie"?
11:33:39   14    A   Yes.
11:33:39   15    Q   Sorry.  I meant "rail."
11:33:39   16    A   That would be the rail, correct.
11:33:42   17    Q   What is the ballast regulator?
11:33:46   18    A   What it does is once we got through this,
11:33:48   19    the tamper, we raise the track enough to get the
11:33:51   20    cross level that we want or the spiral, the
11:33:55   21    elevation, the superelevation in our curves.  Once
11:34:00   22    we get it where we want it at, where it's
11:34:02   23    acceptable within our FRA requirements, the ballast
11:34:05   24    regulator has got wings on it.  He comes behind the
11:34:09   25    tamper and stuff.  And he pulls the ballast up into
```

Page 12

```
11:34:12    1    the tracks, over both rails there with his wings
11:34:15    2    there.  And then with his plow, he comes out and
11:34:18    3    pushes it where it needs to be.
11:34:21    4         When all of that process is done, he will
11:34:24    5    come and broom it, get all of the excess ballast
11:34:27    6    out of the rails and stuff.  And that's just part
11:34:29    7    of the formula to hold that track in place.  It's
11:34:32    8    critical.
11:34:33    9    Q   Okay.
11:34:34   10         There's one operator on the regulator?
11:34:36   11    A   That would be correct.
11:34:37   12    Q   And is there one operator on the tamper?
11:34:39   13    A   There's two.
11:34:40   14    Q   Two.  All right.
11:34:43   15         And are there any other employees on your
11:34:45   16    gang?
11:34:45   17    A   Yeah, I have got another tamper in the
11:34:48   18    front.  Another regulator up in front, also.  They
11:34:54   19    go before and they basically do the same thing.
11:34:56   20    What we do is with that front tamper, front
11:34:59   21    regulator there, it makes them more efficient for
11:35:02   22    the gang to move through there and they come out
11:35:04   23    there and take out any holes or anything that's not
11:35:07   24    a normal process there.
11:35:09   25    Q   I got it.
```

Page 13

```
11:35:10    1         But in terms of the gang, a portion of
11:35:12    2    your Surfacing Gang that's behind the cleanup crew,
11:35:15    3    you have got two machines, one operator on the
11:35:18    4    ballast regulator, two operators on the tamper and
11:35:22    5    you are back and forth between the two parts of
11:35:25    6    your gang, I gather?
11:35:27    7    A   And also I have Omaha track back behind
11:35:29    8    us, they are a contractor there.  They pick up any
11:35:32    9    rail that's back there or any OTM, which is plates,
11:35:36   10    spikes, and other material there.  And I'm in
11:35:38   11    charge of them, also.
11:35:40   12    Q   I see.
11:35:41   13         This is a contractor that the UP has hired
11:35:42   14    to do that?
11:35:44   15    A   That would be correct.
11:35:45   16    Q   All right.
11:35:45   17         So they are, like, the final cleanup crew?
11:35:46   18    They pick up old rail, old on-track material, OTM,
11:35:52   19    anything that's left behind, they are tidying that
11:35:54   20    up?
11:35:55   21    A   Yeah.  They are normally behind -- between
11:35:57   22    my tamper and regulator.  That's normally where I
11:36:02   23    keep them at.
11:36:03   24    Q   Okay.
11:36:04   25         Is the cab of the regulator air
```

Page 14

```
11:36:06   1    conditioned?
11:36:06   2        A    Yes.
11:36:07   3        Q    Is the cab of the tamper air conditioned?
11:36:10   4        A    Yes.
11:36:10   5        Q    Do you remember on July 26th, 2015 where
11:36:13   6    the second part of your Surfacing Gang was in
11:36:16   7    relationship to the cleanup crew?
11:36:20   8        A    We were probably about three quarters of a
11:36:22   9    mile behind him.
11:36:24  10        Q    And you know what I mean by the "cleanup
11:36:26  11    crew"?  They call it "quality control" or "cleanup
11:36:29  12    crew"?  It's the P-car and the camp car?
11:36:33  13            Those guys that are -- you know what I'm
11:36:35  14    talking about?
11:36:36  15        A    Yes, I do.
11:36:36  16        Q    Okay.
11:36:43  17            Do you have a memory as to where the
11:36:45  18    cleanup crew was on July 26th, 2015 in terms of the
11:36:51  19    rest of the gang that was ahead of it?  Do you have
11:36:54  20    any idea about that?
11:36:56  21        A    I know we were in between switches there,
11:36:59  22    Clark.  I think we are closer to the east end there
11:37:02  23    with the cleanup there.
11:37:04  24        Q    How far were they away from the next
11:37:06  25    machines ahead of them?  How close or how far?
```

Page 15

```
11:37:12   1        A    I honestly don't remember.
11:37:14   2        Q    Okay.
11:37:15   3        A    I don't remember.
11:37:16   4        Q    You know, it's over a year ago.  I know
11:37:19   5    it's not quite a year ago.  If you don't remember,
11:37:21   6    tell me.  That's fine.
11:37:37   7            Do you have a memory of what the weather
11:37:38   8    was like that day anyway?
11:37:41   9            The records show clear.
11:37:43  10            Do you have any other memory of what the
11:37:46  11    weather was like on that day?
11:37:48  12        A    No.
11:37:48  13        Q    I'm talking about sun or clouds.
11:37:51  14        A    It was a clear day.  As far as I can
11:37:53  15    recollect, it was a clear day.  It was probably
11:37:55  16    about 100 degrees.  It was warm.  I was out walking
11:38:01  17    track -- which I do, you know -- and it was
11:38:04  18    probably -- it was clear.  It was about 100
11:38:06  19    degrees.  Maybe a little over.  I don't recollect
11:38:09  20    exactly.
11:38:10  21        Q    Okay.
11:38:10  22            As part of your job as the Surfacing Gang
11:38:13  23    foreman -- do you need to know the temperature of
11:38:16  24    the rail?  Does that affect in any fashion your
11:38:19  25    work in surfacing the track?
```

Page 16

```
11:38:21   1        A    Actually, we do their -- I began passing
11:38:26   2    there.  And if it exceeds the certain temperature,
11:38:30   3    we have to protect our work there.  In doing that,
11:38:32   4    we put out an FX at 2-F or F-1 there.  And that
11:38:39   5    protects the work of the steel gang plus my
11:38:42   6    surfacing gang.  The surfacing gang is the one
11:38:45   7    that's most critical there when it gets to a
11:38:48   8    certain temperature or threshold, you know, then we
11:38:50   9    have to protect our work behind us, what we are
11:38:52  10    doing for that day and every day.  And we do have
11:38:54  11    to have some knowledge of the rail temperature and
11:38:56  12    the temperature also for the various different
11:38:59  13    locations that we are working.
11:39:00  14        Q    Okay.
11:39:01  15            I'm learning something here finally.
11:39:03  16    Thank goodness, I'm still learning.
11:39:06  17            I don't understand FX and all of that.
11:39:08  18    Explain to me why that's a concern to you as a
11:39:11  19    Surfacing Gang Foreman.  What does all of that
11:39:13  20    mean?
11:39:15  21        A    All that means is we are doing a certain
11:39:17  22    work out there.  And the temperature hits a
11:39:22  23    threshold of what's on our timetable, our
11:39:24  24    instructions there, that's how we protect the
11:39:26  25    different work that we are doing out there on what
```

Page 17

```
11:39:29   1    the heat index is doing.  And all of that is
11:39:31   2    documented on our timetables and stuff.  And we are
11:39:36   3    given this information and we use that on a daily
11:39:38   4    basis.
11:39:40   5            We cannot go out there and do track work
11:39:42   6    and not protect the work or have some knowledge of
11:39:46   7    remedial action there of the job that we are doing
11:39:50   8    when it hits various temperatures.
11:39:52   9        Q    Are you talking about remedial action on
11:39:54  10    the rail or the track?  Or something about the
11:39:56  11    employees?
11:39:56  12        A    The track.
11:39:57  13        Q    Okay.
11:39:59  14            Now, explain to the jury a little bit -- I
11:40:01  15    think everybody finds this fascinating -- how much
11:40:04  16    rail can move when it's hot and how much it can
11:40:08  17    contract when it's cold.
11:40:11  18        A    Rail on the track or just rail laying?
11:40:14  19        Q    Let's talk about a -- let's take a 30 feet
11:40:18  20    of rail, 141-pound piece of rail just laying on the
11:40:24  21    ground, temperature of 90-something and what's that
11:40:27  22    rail going to do during the day as it warms up and
11:40:28  23    cools down?
11:40:28  24        A    It could grow -- 39 foot, it could grow
11:40:35  25    maybe a 16th or 18th of an inch.
```

Page 18

```
11:40:38   1    Q  By that, you mean expand?
11:40:40   2    A  Yes, sir.
11:40:40   3    Q  Then you take that out over so many miles
11:40:43   4  of track, how does heat or cold affect that length
11:40:47   5  of track when it's -- that length of rail when it's
11:40:51   6  laid on the track?
11:40:53   7    A  The form that they use, I'm not really,
11:40:58   8  really 100 percent sure how much it would move, you
11:41:01   9  know, even on the various changes of the weather.
11:41:03  10  But it will compress, and you know, track there on
11:41:08  11  this cool enough or if it's warm enough.
11:41:12  12    Q  And is that part of what you are guarding
11:41:14  13  against, that heat expansion and contraction?
11:41:17  14    A  Yes.
11:41:17  15    Q  All right. Okay.
11:41:32  16        And had you had any contact with
11:41:34  17  Guillermo Herrera before he suffered the heat
11:41:41  18  illness on July 26th?
11:41:43  19    A  That day, that morning. Earlier there I
11:41:47  20  was out walking track. Right in front of my
11:41:51  21  surfacing gang there and I was walking around
11:41:53  22  towards cleanup and stuff. And I was out just
11:41:56  23  checking the track, looking at the track there and
11:41:58  24  watching the quality behind the gang there and
11:42:01  25  marking curves and stuff. And I was walking up
```

Page 19

```
11:42:04   1  towards cleanup there. And I was maybe about an
11:42:07   2  eighth of a mile away from him, and I had seen
11:42:09   3  Mr. Herrera over there in the bushes off to the
11:42:12   4  side there. And I waved at him and I walked by.
11:42:15   5  And he got my attention. He asked me to come over
11:42:19   6  and talk to him. I think that was about 10:00,
11:42:22   7  10:30, the best I can remember, I went over there
11:42:25   8  and talked to him, asking him how he was doing. He
11:42:29   9  was in the shade there. And he asked me what I was
11:42:32  10  doing. How was I doing? And stuff. He wanted a
11:42:34  11  civil conversation and stuff.
11:42:37  12        I said, "What's the matter? Everything
11:42:38  13  okay? You just cooling off?"
11:42:41  14        And he says, "Oh, no, it's just this
11:42:42  15  assistant foreman back here" -- he says -- "he kind
11:42:48  16  of changed the pattern that we used to do our job
11:42:51  17  back here. And he is not really familiar with the
11:42:54  18  process that we use back here."
11:42:56  19        And I said, "Well, he is the foreman back
11:42:58  20  there. Give him time there. You guys work
11:42:59  21  together. You know, we are a work group. We have
11:42:59  22  got to help each other out. You have got to be
11:42:59  23  patient with him."
11:43:04  24        Then going further in the conversation
11:43:06  25  with him, he -- to me, he took exception with the
```

Page 20

```
11:43:09   1  fact that I guess the assistant foreman there was
11:43:12   2  rotating the men, giving them a break to run their
11:43:17   3  equipment. And I told Guillermo, "He was probably
11:43:20   4  doing that to give you guys a break because of the
11:43:23   5  heat and stuff."
11:43:25   6        And just, kind of like to me, he took
11:43:28   7  exception to that stuff. I've been out there 40
11:43:30   8  years and stuff. And I just tried to explain it to
11:43:33   9  him. And I had seen that I wasn't getting nowhere.
11:43:35  10  And I just says, "You know, give him time, mijo.
11:43:39  11  You guys work together. You are a work group
11:43:42  12  there. You guys are a team there." He goes,
11:43:45  13  "Okay, boss."
11:43:46  14        So after that, I went about my duties
11:43:48  15  there, you know?
11:43:50  16    Q  Did he mention to you that he was
11:43:51  17  concerned that the assistant foreman,
11:43:53  18  Scott Nicholson, was not using the P-car to clip
11:43:57  19  the rails, making you guys do it by hand?
11:44:00  20    A  No, at no point, no.
11:44:01  21    Q  Did you observe that? Did you know
11:44:02  22  whether the P-car was being used to declip the
11:44:07  23  rails or not?
11:44:08  24    A  I honestly don't know.
11:44:10  25    Q  It's supposed to be used?
```

Page 21

```
11:44:11   1    A  Yeah, that's part of its job, yeah.
11:44:13   2    Q  Do you have any memory in that
11:44:15   3  conversation of Mr. Guillermo -- Mr. Herrera
11:44:18   4  talking with you about -- and I think I asked you
11:44:22   5  about this -- Scott Nicholson not using the car?
11:44:25   6  Did that come up in the conversation at all?
11:44:27   7    A  No, sir, it did not.
11:44:29   8    Q  Now, you said he was in the shade.
11:44:32   9        Are there bushes there? Or trees? Or
11:44:34  10  what's the terrain like?
11:44:35  11    A  Yeah, there was some trees there.
11:44:37  12    Q  Okay.
11:44:37  13        So he was in the shade of the tree? Did
11:44:40  14  it look like he was taking a break?
11:44:42  15    A  Yeah, that's what it looked like.
11:44:45  16    Q  Okay.
11:44:45  17        Did you know Guillermo before?
11:44:47  18    A  Just that he was part of the work group
11:44:49  19  there. I had seen him out there. You know, I
11:44:52  20  didn't know him personally, you know?
11:44:55  21    Q  Had you ever talked to him before?
11:44:56  22    A  "Hi." That kind of stuff.
11:44:59  23    Q  That's it?
11:44:59  24    A  Yeah.
11:45:00  25    Q  Okay.
```

Page 22

```
11:45:00   1        How did Mr. Herrera seem at about 10:30
11:45:03   2   when you saw him?
11:45:04   3        A   He seemed fine to me, personally, yeah.
11:45:07   4        Q   All right.
11:45:08   5        Anything else?
11:45:08   6        Any other contact or interaction with
11:45:12   7   Mr. Herrera that day before the heat illness struck
11:45:15   8   him?
11:45:16   9        A   No, no.  That was it.
11:45:17  10        Q   All right.
11:45:20  11        How did you learn that Mr. Herrera had
11:45:22  12   suffered a heat illness?
11:45:24  13        A   I was called on the radio.
11:45:27  14        Q   Tell me about that.
11:45:29  15        A   I was -- back behind the tamper there and
11:45:33  16   I was getting ready to go back up and talk to one
11:45:36  17   of my operators there.  It was one of the
11:45:38  18   contractors -- excuse me -- one of the contractors
11:45:40  19   there.
11:45:41  20        He was just about loaded there and I got
11:45:43  21   him off there having a job briefing and saying,
11:45:45  22   "I'm probably not going to have time to get you
11:45:48  23   unloaded today," but I said, "in the morning, we
11:45:52  24   will get you unloaded."
11:45:53  25        At that time, I got a call -- Bob Herrera.
```

Page 23

```
11:45:57   1   And I had my handset there.  It was a little bit
11:46:00   2   broken up there.  And I said, "Hey, give me a
11:46:04   3   minute there.  Let me see what's going on."
11:46:06   4        And it was Nichols.  He called me and
11:46:06   5   said, "Hey, Bob, I need some help up there."  And
11:46:10   6   he says, "I got Guillermo up here.  And he needs a
11:46:15   7   ride into the office there.  He is not feeling
11:46:16   8   good."
11:46:16   9        I said, "Okay.  I will be right there."
11:46:18  10        So I got ahold of Scott Viera, who is,
11:46:22  11   like, a foreman, but he is one of my operators.  I
11:46:22  12   said, "Scotty, I'm going to be of pocket.  I'm
11:46:24  13   going to go up here to cleanup and see what's going
11:46:25  14   on."
11:46:26  15        I said, "If Troy Passey calls, you are in
11:46:28  16   charge of the game."
11:46:29  17        All of that took about a minute and a
11:46:32  18   half.  I mean, by going up there, Scotty is just
11:46:32  19   right here on the side of me and up here making my
11:46:33  20   way to my van.  And I get up there to where
11:46:39  21   Scott Nicholson is.  And he comes and he says,
11:46:40  22   "Hey, I have got Guillermo here, I need you to take
11:46:44  23   him to charter Joe or take him -- he wants to go --
11:46:47  24   he wants to go to the motel.  He wants to go home."
11:46:51  25        And I said, "That's fine.  That's fine."
```

Page 24

```
11:46:53   1        While they are bringing him over here, I
11:46:55   2   see that they are assisting him.  So I get my phone
11:46:58   3   there and I think I called Joe on the radio.  I
11:47:01   4   didn't get no answer.  I called for Charley on the
11:47:04   5   radio.  I didn't get no answer.  So I called
11:47:06   6   Charley on the cell phone.
11:47:08   7        I said, "Charley, I have got an employee
11:47:10   8   over here that may need some attention here."
11:47:13   9        I says, "Where are you at?"
11:47:16  10        And he said where he was at.  And I said,
11:47:18  11   "What are the chances you could meet me there at
11:47:22  12   Emmet?  And we got Guillermo, he is -- they are
11:47:26  13   assisting him over to the van."
11:47:29  14        "I don't know what's going on here,
11:47:31  15   Charley."
11:47:33  16        I said, "It's a good idea maybe you or Joe
11:47:36  17   meet me here and get him -- you know, see what we
11:47:39  18   can do to help him."
11:47:42  19        Q   Let me interrupt you there.
11:47:44  20        You get a call on the radio from
11:47:46  21   Scott Nichols -- is it "Nichols" or "Nicholson"?
11:47:49  22        A   I honestly don't know.
11:47:51  23        Q   Anyway, it's the assistant foreman from
11:47:52  24   the cleanup crew?
11:47:54  25        A   That would be correct.
```

Page 25

```
11:47:55   1        Q   He calls you on the radio and says what?
11:47:57   2        A   He asked me that he needed some help and
11:47:59   3   that he has got Guillermo and tried to get ahold of
11:48:05   4   the foreman there, Steve Gallop.  He wasn't able
11:48:07   5   to.  And when he told me that he was -- he
11:48:12   6   was -- trying to remember the exact words.
11:48:20   7        He just asked me if I could come to the
11:48:23   8   cleanup car.  He had an employee there that was a
11:48:28   9   "little dehydrated" -- I believe was the words.
11:48:32  10        I said, "Sure.  I will be right over."  I
11:48:36  11   was over there in about five minutes.
11:48:37  12        Q   What time of day was this, about?
11:48:45  13        A   1:00, 1:30.
11:48:49  14        Q   And Scott Nicholson or the assistant
11:48:52  15   foreman, Scott, said, "He is a little dehydrated"?
11:48:56  16   Is that what he said to you?
11:48:59  17        A   Yeah.  I believe so.
11:49:02  18        Q   And does Scott Nicholson, to your
11:49:05  19   knowledge, have any medical training to determine a
11:49:08  20   person's medical condition?
11:49:10  21        A   I'm not sure.
11:49:10  22        Q   All right.
11:49:11  23        So you get in your van, drive over -- how
11:49:15  24   far are you from that cleanup crew physically?
11:49:19  25        A   About three quarters of a mile, maybe a
```

Page 26

```
11:49:22   1    mile.
11:49:22   2       Q   And there's a right of way road there
11:49:24   3    along the track, is there?
11:49:26   4       A   Yes, sir.
11:49:26   5       Q   You drive up, what do you first observe?
11:49:28   6       A   I first observe a -- them bringing
11:49:32   7    Guillermo over to my van.  And they are assisting
11:49:37   8    him.  He opened the door.  They sat him in there.
11:49:41   9    And that's the first that I was made aware that we
11:49:45   10   had a situation going on.
11:49:46   11      I mean, I had just talked to him a couple
11:49:48   12   hours earlier and he was fine.  You know, I'm not a
11:49:51   13   doctor, and I don't have a degree -- but --
11:49:55   14      Q   When you say they were helping him or
11:49:58   15   carrying him, what does that look like?  Who is
11:50:01   16   "they"?  And what are they doing?
11:50:03   17      A   Two of the employees that work for
11:50:06   18   Scott Nicholson were assisting him.  They weren't
11:50:09   19   carrying him, assisting him over there.  Just the
11:50:12   20   humane thing to do.
11:50:14   21      Q   Did he have their arms around him?  Or he
11:50:16   22   had his arm around his shoulder?
11:50:18   23      A   I don't remember.  I think they just had
11:50:21   24   him by the arm there.
11:50:22   25      Q   Did you form an impression as to why they
```

Page 27

```
11:50:24   1    were doing that?
11:50:29   2       A   Just to comfort him.  I would say.
11:50:31   3       Q   I mean, was he having trouble walking?
11:50:42   4       A   No, no.
11:50:42   5       Q   What I'm trying to get to is why are they
11:50:45   6    helping him?
11:50:46   7       A   I don't know.  That's just the way it
11:50:48   8    played out.  I can't -- I don't know.
11:50:50   9       Q   So you open the door to your van --
11:50:52   10      A   No, I didn't open the door.  I sat in the
11:50:55   11   driver's seat.  They opened the door and assisted
11:50:58   12   me in.
11:50:59   13      Q   Into the front seat of your van?
11:51:01   14      A   Yes, sir.  That's correct.  On the
11:51:02   15   passenger side.
11:51:03   16      Q   What did those people say to you?  The
11:51:05   17   people that were helping Guillermo to the van?
11:51:07   18   What did they say to you?
11:51:08   19      A   I didn't spend a lot of time there.  Once
11:51:12   20   I had seen Guillermo there, my concern was to get
11:51:15   21   him to the job site, maybe to the doctor's office.
11:51:20   22   Whatever.
11:51:22   23      And I told Nichols -- I says -- and Scott
11:51:28   24   told me -- he says that he wanted to go to the
11:51:31   25   motel.  You know?
```

Page 28

```
11:51:32   1       Q   Guillermo wanted to go to the hotel?
11:51:34   2       A   He wanted to go to the hotel, yeah.
11:51:37   3       Q   From your training on UP about heat stress
11:51:41   4    illness, are you aware that a person who is having
11:51:44   5    heat stress illness is many times confused and
11:51:46   6    doesn't have particularly good judgment?  Is that
11:51:49   7    part of your training?
11:51:51   8           MR. SCHMITT:  Objection to the form.
11:51:52   9           Go ahead.
11:51:53   10          THE WITNESS:  I didn't see where it even
11:51:57   11   entered my mind that he was in that state.  You
11:52:03   12   know, I just -- you know, I just talked to him a
11:52:07   13   couple of hours earlier.
11:52:09   14   BY MR. COX:
11:52:09   15      Q   I'm not talking about a couple hours
11:52:10   16   earlier.  I'm talking about at the time they load
11:52:14   17   him into your van, did either of the guys that were
11:52:18   18   helping carry Guillermo to your van say anything to
11:52:21   19   you about his condition?
11:52:23   20      A   No.
11:52:24   21      Q   All right.
11:52:25   22      Did Guillermo say anything to you?
11:52:27   23      A   He really didn't.  He really didn't.  The
11:52:30   24   conversation me and him had were with me and
11:52:33   25   Charley there was -- I initiated most of it.
```

Page 29

```
11:52:36   1       Q   What did you say to him?
11:52:38   2       A   I asked him, "Do you need any water?"  I
11:52:42   3    said, "Are you comfortable?"  And I put the seat
11:52:46   4    belt on for him.
11:52:48   5       I asked him, "Are you on any
11:52:50   6    medication?"  I said -- I asked him the last time
11:52:55   7    he had ate.  You know?  And he responded.  And I
11:53:00   8    said, "Do you need to go to the doctor?"  And he
11:53:04   9    said, "No, I just need a break."  He says, "I want
11:53:08   10   to go to the motel."
11:53:10   11      Q   Okay.
11:53:12   12      Now, then what happened?
11:53:15   13      A   Then after that there, I put my seat belt
11:53:18   14   on.  I drive over to the Emmet store there, which
11:53:22   15   is about three and a half miles away.  And I meet
11:53:24   16   up with the supervisor, Charley Diaz.
11:53:27   17      Q   Where is the Emmet store?
11:53:29   18      A   From where we was working in Clark, it was
11:53:32   19   about three and a half miles away out on the
11:53:35   20   interstate there away from where we was working
11:53:37   21   at.
11:53:38   22      Q   Where was Charley Diaz when you talked to
11:53:40   23   him?
11:53:41   24      A   "Charley Diaz"?
11:53:43   25      Q   I'm sorry.  "Carlos Diaz."
```

```
                                                    Page 30
11:53:44   1          Where was Mr. Diaz when you talked to
11:53:46   2    him?
11:53:46   3       A  I believe he was on the road coming out
11:53:49   4    our way, coming out of Onaga.
11:53:53   5       Q  And let me see if there's any chance of us
11:54:01   6    being able to orient where people were.
11:54:05   7          I'm not going to mark this yet.  Take a
11:54:08   8    look at that.  That's a Google map and I'm not
11:54:11   9    really proud of it, but you see, this is Onaga
11:54:15  10    (indicating).  And I think this shows -- I think
11:54:18  11    that's the railroad track.  I'm not positive.
11:54:21  12          Does this help give you any help in
11:54:23  13    orienting where you were -- where you were working,
11:54:25  14    where the job site was, where you met Mr. Diaz?
11:54:29  15    Does this help at all with any of that?
11:54:32  16       A  No.
11:54:33  17       Q  Okay.
11:54:33  18          We will just do it by memory then.
11:54:36  19          So you called Mr. Diaz.
11:54:39  20          Did you know where he was?
11:54:41  21       A  No.
11:54:41  22       Q  What did you say to Mr. Diaz?  You called
11:54:44  23    him on the radio or on the phone?
11:54:46  24       A  I called him on the cell phone.
11:54:49  25       Q  Let's see.
```

```
                                                    Page 31
11:54:52   1          What is your cell phone number?
11:54:53   2       A  (623) --
11:54:54   3       Q  Hang on.  I have got to write it down.
11:55:02   4    "(623)"?
11:55:03   5       A  229-2377.
11:55:09   6       Q  All right.
11:55:09   7          Now, let see if I can -- give me a minute
11:55:14   8    here.
11:55:15   9          UP provided me phone records and I'm just
11:55:18  10    seeing if I can -- did you get him?  Or did he have
11:55:47  11    to call you back?
11:55:48  12       A  No, I believe he picked up.  Charley, back
11:56:09  13    then -- I don't know that he does now -- he had two
11:56:13  14    cell phones.
11:56:19  15       Q  Oh, okay.  Because I'm not seeing a call
11:56:22  16    from (623) area code on here anywhere.
11:56:52  17          Is your -- how close -- what town are you
11:56:54  18    from, again?
11:56:55  19       A  Buckeye, Arizona.
11:56:57  20       Q  How far is that from Phoenix?
11:57:00  21       A  About 30 miles, west, near Interstate 10.
11:57:04  22       Q  Okay.
11:57:06  23          Well, maybe we can verify that with
11:57:08  24    Mr. Diaz.
11:57:09  25          So about what time is it that you called
```

```
                                                    Page 32
11:57:11   1    Mr. Diaz?
11:57:14   2       A  About 1:45, maybe 1:30.
11:57:18   3       Q  Okay.
11:57:18   4          Have you done anything to verify that?
11:57:20   5       A  No, no.
11:57:21   6       Q  Okay.
11:57:21   7          By the way, have you kept any records or
11:57:23   8    notes or anything about what occurred that day?
11:57:26   9       A  No.
11:57:26  10       Q  All right.
11:57:27  11          What did you say to Mr. Diaz when you
11:57:29  12    called him?
11:57:31  13       A  When I called him on the cell phone?
11:57:33  14       Q  Yes, sir.
11:57:34  15       A  I told him, "I have Guillermo in the
11:57:37  16    truck."  And I said, "I talked to him."
11:57:40  17          He said, "Bob, is he coherent?"
11:57:43  18          I says, "Yeah."
11:57:45  19          He says, "Are you on your way out?"
11:57:46  20          I says, "Yeah."
11:57:48  21          He says, "I will meet you there at Emmet
11:57:50  22    store."
11:57:52  23          He was there probably five minutes after I
11:57:53  24    got Guillermo up there -- even put him in the shade
11:57:57  25    even though my van has a great air conditioner and
```

```
                                                    Page 33
11:58:00   1    stuff -- wanted to get him comfortable and stuff.
11:58:03   2          And says, "Hey, Charley is on his way
11:58:06   3    here.  He will meet us here."
11:58:09   4          And I asked him, "Are you doing okay?"
11:58:11   5          And he said, "Yeah."
11:58:13   6          I said, "Do you want to go to the
11:58:15   7    hospital?" -- I asked him twice.
11:58:17   8          And he says, "I just want to go to the
11:58:20   9    motel."
11:58:21  10       Q  Why would he want to go to the motel?
11:58:23  11       A  I don't know.  I mean, I don't know.
11:58:25  12       Q  Is it -- I mean, did you have any sense
11:58:27  13    about his health?  Or his physical condition?  Or
11:58:30  14    his emotional condition?  What -- did any question
11:58:34  15    come into your head, "Why does he want to go to the
11:58:38  16    motel"?
11:58:39  17       A  He is not the first employee to say that,
11:58:42  18    you know?
11:58:45  19          I mean, after 40 years, I have had a lot
11:58:47  20    of different jobs -- you know, we are men.  You
11:58:52  21    know?  I don't know.  He wanted to go to the motel.
11:58:56  22    So I'm just not really sure.
11:58:59  23       Q  Okay.
11:59:00  24       A  I can only tell you what he told me.
11:59:02  25       Q  Okay.
```

```
                                                                Page 34
11:59:04    1          What happened next?
11:59:06    2              As I understand it, you have taken him out
11:59:08    3   of the van and put him in the shade.  Or did you
11:59:11    4   park the van in the shade?
11:59:13    5       A   I parked the van in the shade.
11:59:16    6       Q   He is still in the van?
11:59:17    7       A   Yes, sir.
11:59:17    8       Q   All right.
11:59:18    9          What happened next?
11:59:19   10       A   When Charley showed up there, me and
11:59:21   11   Charley would assist him out of the -- my van, put
11:59:25   12   him in his truck.  And then after that, they made
11:59:28   13   their way towards the office there.  We have a
11:59:30   14   cooling station up there.  And they headed up that
11:59:34   15   way.  And by the time I got him help to Charley
11:59:39   16   there, it was probably about 30 minutes.
11:59:42   17       Q   All right.
11:59:43   18          And then what did you do, return to your
11:59:45   19   gang?
11:59:45   20       A   I went back to my duties, yes.
11:59:47   21       Q   All right.
11:59:48   22          What -- did you ever hear Mr. Herrera say
11:59:50   23   anything to Mr. Diaz?
11:59:54   24       A   No.
11:59:54   25       Q   All right.

                                                                Page 35
11:59:55    1       A   Nope.
11:59:55    2       Q   Did you have to help Mr. Herrera from your
12:00:00    3   van to Mr. Diaz's truck?
12:00:02    4       A   We assisted him to the truck.
12:00:06    5       Q   And did you put him in the front seat of
12:00:10    6   Mr. Diaz's truck?
12:00:11    7       A   Yes, sir.  We did.
12:00:12    8       Q   And did you have to help him with the seat
12:00:14    9   belt?
12:00:15   10       A   Yes, sir, I did.
12:00:16   11       Q   All right.
12:00:17   12          Anything else that you can recall
12:00:19   13   happening?
12:00:28   14       A   He did ask me in Spanish to help him,
12:00:31   15   which I did.
12:00:32   16       Q   What does that mean?
12:00:34   17       A   When we are putting him in Charley's seat
12:00:37   18   there, he whispered in my ear, "Ayudame" -- that
12:00:42   19   means, "Help me."  You know?
12:00:44   20          And I helped him into the seat in
12:00:46   21   Charley's truck, you know.
12:00:50   22       Q   I'm not sure I understand.
12:00:52   23          Is there a cultural significance to that?
12:00:54   24       A   No.
12:00:54   25       Q   So he whispers in your ear and the -- I'm

                                                                Page 36
12:00:57    1   sorry, I don't speak Spanish well enough, but the
12:01:01    2   translation is "help me"?
12:01:03    3       A   "Help me."
12:01:04    4       Q   Do you have any sense as to why he would
12:01:06    5   do that?
12:01:07    6       A   No, no.
12:01:08    7       Q   Okay.
12:01:13    8          And after you get him in Mr. Diaz's truck,
12:01:15    9   you return to the gang?
12:01:16   10       A   That is correct.
12:01:17   11       Q   Did you have any other interaction with
12:01:19   12   Mr. Herrera that day?
12:01:21   13       A   No, I did not.
12:01:22   14       Q   Since -- at any time since, have you
12:01:25   15   spoken to him?
12:01:26   16       A   I haven't seen him or spoken to him.
12:01:29   17       Q   Okay.
12:01:55   18          All right.
12:02:11   19          Is the -- where is Emmet?  Where did you
12:02:13   20   all -- where did you stop?  Where did you and
12:02:16   21   Mr. Diaz make the exchange with Mr. Herrera?
12:02:20   22       A   Emmet store.
12:02:21   23       Q   Where is that?
12:02:22   24       A   From where we was working at the job site
12:02:26   25   there, Clark, it was probably about three and a

                                                                Page 37
12:02:28    1   half miles.  From Onaga, where we had our job
12:02:32    2   briefing that morning, I'm saying it was 12 miles.
12:02:35    3       Q   Give me some directions in compass.
12:02:38    4          Where was the job briefing in Onaga that
12:02:40    5   morning?  Was it in Onaga?
12:02:42    6       A   In Onaga, it's a small little town there
12:02:46    7   parallel to railroad tracks.
12:02:47    8       Q   Does the UP have a depot or facility
12:02:50    9   there?  Where did you all have the job briefing
12:02:52   10   that morning?
12:02:53   11       A   Right there in Onaga.  We have our own
12:02:57   12   trailers.  He have with a CPI trailer there.  We
12:03:01   13   have a foreman, timekeeper's trailer and then we
12:03:05   14   have our safety supply trailer, also.
12:03:07   15       Q   Are those trailers that move with the
12:03:09   16   gang?
12:03:09   17       A   Yes.
12:03:10   18       Q   When you all started working in Onaga,
12:03:13   19   these trailers were positioned in Onaga somewhere?
12:03:16   20       A   Yes.
12:03:16   21       Q   That's where you will have the job
12:03:18   22   briefing and --
12:03:19   23       A   Yes, sir.
12:03:19   24       Q   Do you remember where that was in Onaga?
12:03:21   25   Would you have any memory?  "Corner of this and
```

Page 38

```
12:03:24   1    that"?
12:03:24   2         A  No.
12:03:25   3         Q  All right.
12:03:26   4            And how far was it from Onaga to the job
12:03:28   5    site?
12:03:31   6            You keep talking about Clark.  Is Clark a
12:03:34   7    siding or a city?
12:03:37   8         A  Siding.
12:03:37   9         Q  How far is it from Onaga?
12:03:41  10         A  15 miles, I believe.
12:03:43  11         Q  And then what I'm trying to get to is how
12:03:47  12    did you get from where you picked Guillermo Herrera
12:03:50  13    up at the job site to Emmet to the little store --
12:03:56  14         A  I didn't pick hip up at the job site.
12:04:00  15         Q  I mean --
12:04:01  16         A  Job briefing, yeah.
12:04:03  17         Q  No, Mr. Herrera -- I thought you picked
12:04:05  18    him up -- I thought Mr. Nicholson and two fellows
12:04:07  19    loaded him into your truck --
12:04:11  20         A  At Clark.
12:04:12  21         Q  -- or "van" -- at Clark?
12:04:14  22         A  Yeah.
12:04:15  23         Q  And then you drove to -- I think you
12:04:17  24    described it as Emmet and met Mr. Diaz?
12:04:20  25         A  Yes.
```

Page 39

```
12:04:20   1         Q  Where is Emmet in relationship to Onaga,
12:04:22   2    for example?  Is it on the way to Onaga?
12:04:25   3         A  Yeah, in a sense.  Yeah.
12:04:27   4         Q  And give me the route you drove.  Your
12:04:31   5    memory --
12:04:31   6         A  I don't remember.  We worked so many
12:04:32   7    places.  It's been a year.  I honestly don't know
12:04:35   8    the roads.  I can just tell you in miles, you know,
12:04:38   9    the best way I can remember.
12:04:41  10         Q  Well, were you headed to his motel?  Were
12:04:43  11    you headed in the direction of his motel?
12:04:45  12         A  No.
12:04:45  13         Q  Were you headed in the direction of Onaga?
12:04:49  14         A  Yes.  When I met Charley at Emmet, that
12:04:53  15    was on the way.
12:04:54  16         Q  All right.
12:04:59  17            When you loaded Mr. Herrera into
12:05:01  18    Mr. Diaz's truck, that's the last time you saw
12:05:03  19    him?
12:05:04  20         A  Correct.
12:05:05  21         Q  Have you participated at all in any
12:05:08  22    investigation about what happened to Mr. Herrera
12:05:10  23    that day?
12:05:16  24         A  No.
12:05:16  25         Q  Have you had any conversations with
```

Page 40

```
12:05:18   1    Mike Rolow in the past several weeks about this
12:05:21   2    case or Mr. Herrera's claim against the railroad?
12:05:26   3         A  The only conversation I had with Mike in
12:05:29   4    regards to this setting here is that I would have
12:05:32   5    to make myself available on the 8th, 9th and 10th.
12:05:36   6    That's pretty much the only conversation he and I
12:05:39   7    had about this situation.
12:05:40   8         Q  He didn't talk with you at all about any
12:05:43   9    of Mr. Herrera's claims or anything that he was
12:05:46  10    claiming or his illness or anything like that?
12:05:49  11         A  No, no, no.
12:05:50  12         Q  Okay.  All right.
12:06:00  13            If Mr. -- summarize for me how Mr. Herrera
12:06:03  14    appeared to you.
12:06:05  15         A  When I first seen him in the morning at 10
12:06:08  16    o'clock?  Or later in the --
12:06:10  17         Q  Later.
12:06:11  18            When Mr. Nicholson and those two fellows
12:06:13  19    bring him over to load him up into your van, how
12:06:17  20    did he appear to you?
12:06:18  21            MR. SCHMITT:  Objection, asked and
12:06:19  22    answered and form on "loaded."  And in terms of
12:06:22  23    assisting.
12:06:23  24            Go ahead.
12:06:27  25            THE WITNESS:  I don't -- I'm not a doctor.
```

Page 41

```
12:06:29   1    I know he looked fine.
12:06:32   2    BY MR. COX:
12:06:32   3         Q  Was his speech normal?
12:06:33   4         A  Yeah.
12:06:34   5         Q  Did he talk to you?
12:06:35   6         A  Yes.
12:06:35   7         Q  You said earlier you had to initiate all
12:06:37   8    of the conversations.
12:06:39   9            When he spoke to you, did he appear to you
12:06:41  10    to be fine?
12:06:41  11         A  Yeah, yeah.  Both --
12:06:43  12         Q  Why then -- did you have any sense in your
12:06:45  13    question, "Why are they putting him in my van,
12:06:49  14    calling for an air-conditioned van and putting him
12:06:51  15    in my van?"  Why are they doing that?
12:06:54  16         A  We have cooler sayings out there.  We
12:06:56  17    leave our vehicles running and that happens
12:06:58  18    periodically during the way when it gets warm.  He
12:07:01  19    is not the first person that I have had to go and
12:07:04  20    check on.  That's just the format that we use out
12:07:08  21    there.  We are concerned about our employees out
12:07:10  22    there.  It's a tough job.
12:07:12  23         Q  But you weren't on your way to a cooling
12:07:14  24    station?
12:07:15  25         A  No.
```

```
                                              Page 42
12:07:15   1        Q   When you went to Emmet, you weren't on
12:07:18   2    your way to a cooling station?
12:07:20   3        A   No.
12:07:20   4        Q   When did you go to Emmet instead of a
12:07:23   5    cooling station?
12:07:24   6        A   My van is the equivalent of the cooling
12:07:30   7    station.  It's got AC.
12:07:32   8        Q   I understand that, where were you heading?
12:07:35   9            Where were you going with Mr. Herrera?
12:07:37  10        A   To meet Charley Diaz at Emmet.
12:07:42  11        Q   Do you know where he was going from there?
12:07:43  12        A   He was taking him to the office with a
12:07:47  13    cooling station.
12:07:49  14        Q   There's a cooling station in Onaga?
12:07:52  15        A   Yeah, or CPI there.
12:07:55  16        Q   That's different -- do you have a memory
12:07:57  17    on that job site of having any tents with any
12:08:01  18    coolers and a battery operated fan?
12:08:05  19        A   Yes.
12:08:05  20        Q   You didn't take him to that, the tented
12:08:07  21    area?
12:08:08  22        A   It's not air conditioned.  He wanted to go
12:08:10  23    to the van.  He wanted to go in.  He wanted to go
12:08:13  24    to the motel.  I acted appropriately.  I'm not
12:08:15  25    going to argue with an individual, you know?

                                              Page 43
12:08:18   1        Q   I understand.
12:08:19   2            So were you on your way to the CPI cooling
12:08:22   3    trailer in Onaga?
12:08:24   4        A   If I would not have been able to get ahold
12:08:27   5    of Charley, that's what I would have did.  I would
12:08:30   6    have made it a point to get ahold of Mike Rolow or
12:08:33   7    one of the supervisors and say, "This is the
12:08:37   8    situation I have got."
12:08:39   9            I would have taken him to the hospital if
12:08:40  10    he asked me, you know?
12:08:42  11        Q   Okay.
12:08:45  12            Now, when did you talk to Charley -- to
12:08:49  13    Mr. Diaz about meeting him with Mr. Herrera?  Was
12:08:53  14    that before you left the job site with him in your
12:08:57  15    van or en route?
12:08:58  16        A   No, after I saw them assisting him,
12:09:02  17    bringing him to my van, I called Charley and said,
12:09:05  18    "You have got to meet me.  Where are you at?"
12:09:08  19        Q   Why did you -- or go ahead.
12:09:11  20        A   And I says, "They are bringing Guillermo
12:09:15  21    into my van here and I can't get ahold of Joe.  Can
12:09:20  22    you meet me here?
12:09:22  23            Do you want to bring him in?"
12:09:24  24            Charley says, "I will meet you.  Where are you
12:09:26  25    at?"

                                              Page 44
12:09:27   1            I says, "I'm right here at Clark."
12:09:30   2            He says, "I'm en route.  I will meet you
12:09:32   3    there at Emmet at the store."
12:09:34   4        Q   Okay.
12:09:35   5            Is Emmet -- okay.  Did you -- did Mr. Diaz
12:09:41   6    say anything to you about where he was taking
12:09:44   7    Mr. Herrera?
12:09:45   8        A   No.
12:09:52   9        Q   So the only air-conditioned cooling
12:09:55  10    station that's available to gang 8501 is in Onaga;
12:10:04  11    is that right?
12:10:04  12        A   Sometimes we use our mechanic's truck, we
12:10:07  13    use welding trucks, we use my van, you know,
12:10:11  14    depending on the temperature.  If a guy wants to
12:10:14  15    get into one of the vehicles that has AC, we oblige
12:10:17  16    him.
12:10:18  17            You know?
12:10:19  18        Q   I understand.
12:10:20  19        A   That happens periodically.
12:10:22  20        Q   My question was, was that the only cooling
12:10:24  21    station?
12:10:24  22        A   I don't know.
12:10:25  23            MR. SCHMITT:  Objection to the form.
12:10:26  24    Asked and answered.
12:10:27  25    ///

                                              Page 45
12:10:27   1    BY MR. COX:
12:10:27   2        Q   Is it the only air-conditioned facility
12:10:31   3    available to the gang?
12:10:32   4            Not a truck, not a trailer, not a machine,
12:10:35   5    but is it the only air-conditioned facility
12:10:39   6    available to the gang is the one in Onaga?
12:10:44   7            MR. SCHMITT:  Object to the form.  Do you
12:10:48   8    mean separate structure?
12:10:50   9            MR. COX:  He knows what I mean.
12:10:59  10    BY MR. COX:
12:10:59  11        Q   Do you understand my question?
12:11:03  12        A   No.
12:11:03  13        Q   What is the CPI or cooling station that's
12:11:07  14    in Onaga?  What does that look like?
12:11:09  15        A   It's a boxcar there.  It's probably
12:11:15  16    8-by-20.
12:11:18  17        Q   And it's got an air conditioning unit?
12:11:22  18        A   That's where the foremans, assistant
12:11:23  19    foremans, we have our job briefings there.
12:11:26  20    Supervisors go in there and do their work in there.
12:11:29  21    When it hits a certain temperature, we use that as
12:11:32  22    a cooling station.
12:11:33  23        Q   All right.
12:11:34  24            Is that the only cooling station of that
12:11:36  25    design available to your gang?
```

Page 46

| | | |
|---|---|---|
| 12:11:42 | 1 | A Yes. |
| 12:11:43 | 2 | Q And were you headed to that cooling |
| 12:11:45 | 3 | station? |
| 12:11:48 | 4 | A No. |
| 12:11:48 | 5 | Q You were just headed to Emmet to meet |
| 12:11:50 | 6 | Mr. Diaz? |
| 12:11:50 | 7 | A Yes. |
| 12:11:51 | 8 | Q And what happened from there, you don't |
| 12:11:53 | 9 | know? |
| 12:11:53 | 10 | A I don't know. |
| 12:11:57 | 11 | Q And you don't see any opinion based on |
| 12:12:02 | 12 | your observation of Mr. Herrera as to why Assistant |
| 12:12:08 | 13 | Foreman Nicholson and the two other people were |
| 12:12:12 | 14 | assisting Mr. Herrera to your van? You don't have |
| 12:12:15 | 15 | any opinion about why they were doing that? |
| 12:12:17 | 16 | A No. |
| 12:12:17 | 17 | Q Did you call anyone else? |
| 12:12:25 | 18 | You told us you tried to notify Mr. Rolow |
| 12:12:28 | 19 | and Joe Linford. |
| 12:12:30 | 20 | Did you call anyone else? |
| 12:12:56 | 21 | A No. |
| 12:12:56 | 22 | MR. COX: Okay. |
| 12:12:57 | 23 | Let's go off the record. Let me just see |
| 12:12:59 | 24 | if I can find on this record the call. Let's just |
| 12:13:02 | 25 | go off the record for just a second here. |

Page 47

| | | |
|---|---|---|
| 12:13:05 | 1 | THE VIDEOGRAPHER: We are going off the |
| 12:13:05 | 2 | record. |
| 12:14:16 | 3 | (Pause in the proceedings.) |
| 12:14:16 | 4 | THE VIDEOGRAPHER: We are back on the |
| 12:14:18 | 5 | record. |
| 12:14:18 | 6 | BY MR. COX: |
| 12:14:18 | 7 | Q I want to go back for a minute to when you |
| 12:14:20 | 8 | walked up from your gang to the cleanup crew about |
| 12:14:24 | 9 | 10:30 in the morning. |
| 12:14:26 | 10 | You said at that time Guillermo Herrera |
| 12:14:29 | 11 | appeared fine to you? |
| 12:14:30 | 12 | A Yes, sir. |
| 12:14:30 | 13 | Q All right. |
| 12:14:31 | 14 | No droopy face? No speech problems? No |
| 12:14:35 | 15 | nothing like that? |
| 12:14:36 | 16 | A Correct. Nothing. Nothing. |
| 12:14:39 | 17 | Q Okay. |
| 12:15:03 | 18 | That's all of the questions I have, |
| 12:15:05 | 19 | Mr. Herrera. Thank you for coming down here today. |
| 12:15:09 | 20 | A Yes, sir. |
| 12:15:09 | 21 | MR. SCHMITT: I will wait with my |
| 12:15:10 | 22 | questions until the time of trial. So we are |
| 12:15:12 | 23 | done. |
| 12:15:14 | 24 | MR. COX: Do you want to explain to your |
| 12:15:16 | 25 | employee their rights under the deposition? |

Page 48

| | | |
|---|---|---|
| 12:15:18 | 1 | THE VIDEOGRAPHER: Off? |
| 12:15:19 | 2 | MR. COX: Oh, yeah. |
| 12:15:21 | 3 | THE VIDEOGRAPHER: Thank you. This is the |
| 12:15:22 | 4 | end of media number 1 and marks the conclusion of |
| 12:15:25 | 5 | today's deposition of Robert Herrera. |
| 12:15:29 | 6 | We are off the record. |
| 12:15:36 | 7 | MR. SCHMITT: Mr. Herrera, under the rules |
| 12:15:37 | 8 | of deposition, you can read and sign the deposition |
| 12:15:40 | 9 | or you can waive it. You just need to let the |
| 12:15:44 | 10 | court reporter know if you would like to read and |
| 12:15:46 | 11 | sign the transcript or if you want to waive it. |
| 12:15:48 | 12 | It's up to you. |
| 12:15:50 | 13 | THE WITNESS: I would like to have that, |
| 12:15:52 | 14 | yeah. |
| 12:17:17 | 15 | THE REPORTER: Mr. Schmitt, did you want a |
| 12:17:17 | 16 | copy of these depos? |
| 12:17:17 | 17 | MR. SCHMITT: I will take an E-tran, also |
| 12:17:38 | 18 | condensed, four-to-a-page, with Word Index, and I |
| 12:17:45 | 19 | also would like copies of all of the videos, too. |
| 12:17:51 | 20 | THE REPORTER: Mr. Garland, did you need |
| 12:17:54 | 21 | any copies? |
| 12:17:56 | 22 | MR. GARLAND: No, no. |
| 12:18:00 | 23 | (Deposition concluded at 12:18 p.m.) |
| | 24 | |
| | 25 | |

Page 49

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | I, ROBERT HERRERA, declare under |
| 9 | penalty of perjury under the laws of the |
| 10 | State of California that the foregoing is |
| 11 | true and accurate. |
| 12 | Executed at _____, |
| 13 | California, this _____ day of _____, |
| 14 | 2016. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | _____ |
| 21 | ROBERT HERRERA |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1                REPORTER'S CERTIFICATE
 2
 3         I, VICTORIA IMHOF WERTZ, RPR, CSR NO.
 4  7999, Certified Shorthand Reporter, certify:
 5         That the foregoing proceedings were
 6  taken before me at the time and place therein set
 7  forth, at which time the witness was put under oath
 8  by me;
 9         That the testimony of the witness and
10  all objections made at the time of the examination
11  were recorded stenographically by me and were
12  thereafter transcribed;
13         That the foregoing is a true and
14  correct transcript of my shorthand notes so taken.
15         I further certify that I am not a
16  relative or employee of any attorney or of any of
17  the parties, nor financially interested in the
18  action.
19         Dated this 21st day of June, 2016.
20
21
22
23         _____
24         VICTORIA IMHOF WERTZ, RPR, CSR No. 7999
25
```

```
 1         REPORTER CERTIFICATION OF CERTIFIED COPY
 2
 3
 4
 5         I, VICTORIA IMHOF WERTZ, RPR, CSR
 6  No. 7999, a Certified Shorthand Reporter in
 7  the State of California, certify that the
 8  foregoing pages 1 through 50 constitute a
 9  true and correct copy of the original
10  deposition of ROBERT HERRERA, taken on
11  June 19th, 2016.
12         I declare under penalty of perjury
13  under the laws of the State of California
14  that the foregoing is true and correct.
15         Dated this 21st day of June,
16  2016.
17
18
19
20
21         _____
22         VICTORIA IMHOF WERTZ, RPR, CSR No. 7999
23
24
25
```