# Heat Index

How to read the chart: Find the temperature on the left hand side, then move to the right until you find the column for the approximate relative humidity. That number will be the temperature that it will "feel" like. For example, a temperature of 95°F and relative humidity of 50% will "feel" like 107°. Add up to 15° if in the direct sun.

### Heat Index Chart
Temperature (°F) vs. Relative Humidity

|     | 10% | 15% | 20% | 25% | 30% | 35% | 40% | 45% | 50% | 55% | 60% | 65% | 70% | 75% | 80% |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 115 | 111 | 115 | 120 | 127 | 135 | 143 | 151 |     |     |     |     |     |     |     |     |
| 110 | 105 | 108 | 112 | 117 | 123 | 130 | 137 | 143 | 151 |     |     |     |     |     |     |
| 105 | 100 | 102 | 105 | 109 | 113 | 118 | 123 | 129 | 135 | 142 | 149 |     |     |     |     |
| 100 | 95  | 97  | 99  | 101 | 104 | 107 | 110 | 115 | 120 | 126 | 132 | 136 | 144 |     |     |
| 95  | 90  | 91  | 93  | 94  | 96  | 98  | 101 | 104 | 107 | 110 | 114 | 119 | 124 | 130 | 136 |
| 90  | 85  | 86  | 87  | 88  | 90  | 91  | 93  | 95  | 96  | 98  | 100 | 102 | 106 | 109 | 113 |
| 85  | 80  | 81  | 82  | 83  | 84  | 85  | 86  | 87  | 88  | 89  | 90  | 91  | 93  | 95  | 97  |
| 80  | 75  | 76  | 77  | 77  | 78  | 79  | 79  | 80  | 81  | 81  | 82  | 83  | 85  | 86  | 86  |
| 75  | 70  | 71  | 72  | 72  | 73  | 73  | 74  | 74  | 75  | 75  | 76  | 76  | 77  | 77  | 78  |

### Heat Index/Heat Disorders

| Heat Index | Possible heat disorders for people in higher risk groups |
|---|---|
| 130 or higher | Heatstroke/sunstroke highly likely with continued exposure. |
| 105-130 | Sunstroke, heat cramps or heat exhaustion likely, and heat stroke possible with prolonged exposure and/or physical activity. |
| 90-105 | Sunstroke, heat cramps and heat exhaustion possible with prolonged exposure and/or physical activity. |
| 80-90 | Fatigue possible with prolonged exposure and/or physical activity. |

Source: National Weather Service

