IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | |
|---|---|
| GUILLERMO HERRERA, III, | ) Case No.: 8:15-cv-426-JMG-CRZ |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S SUPPLEMENTAL** |
| | ) **RESPONSES AND OBJECTIONS TO** |
| UNION PACIFIC RAILROAD COMPANY, a | ) **PLAINTIFF'S FIRST REQUEST** |
| Delaware corporation, | ) **FOR PRODUCTION OF** |
| | ) **DOCUMENTS** |
| Defendant. | ) |

COMES NOW the Defendant, UNION PACIFIC RAILROAD COMPANY ("Union Pacific") and for its Supplemental Response and Objections to Plaintiff's First Request for Production of Documents, states and alleges as follows:

**REQUEST NO. 1:** Please provide all texts, emails, and voice mails by any employee of the Union Pacific Railroad, particularly supervisory personnel, relating in any fashion to the circumstances surrounding Mr. Herrera's injuries, his medical treatment, and decisions regarding his medical treatment.

RESPONSE: Objection. Defendant objects to this request as overly broad, unduly burdensome, vague, unlimited in time and, as written, seeks the disclosure of information which may be protected by the attorney-client and/or work product privileges. Subject to the foregoing, and without waiver of same, Defendant agrees to search for email communications and records of telephone calls involving company cell phones or computers assigned to Mike Rolow, Joe Linford and Carlos Diaz for the period July 26-29, 2015, as they are the three employees

involved in this incident with access to company-owned computers and cell phones; and if non-privileged, responsive information is identified it will be produced.

**SUPPLEMENTAL RESPONSE:** See attached record of calls for company cell phones utilized by Mike Rolow (801- -2970), Joe Linford (307- -2055) and Carlos Diaz (480- -5369), records of text messages between Rolow and Linford, records of text messages between Rolow and Diaz, and emails relating to Herrera incident being produced herewith.

**REQUEST NO. 3:** Please provide all records of telephone calls, emails or texts from the service provider for any phone of any supervisor involved in the investigation of Mr. Herrera's injuries, or decision making regarding his medical care.

**RESPONSE:** Objection. Defendant objects to this request as overly broad, unduly burdensome, vague and unlimited in time, and may seek the disclosure of information protected by the attorney/client or work product privileges. Further, these records are in the possession of the service provider and would be equally available to plaintiff as they are to defendant through a request for records from the service provider. Subject to the foregoing, and without waiver of same, to the extent the information requested in response to this Request is not already covered in response to Request No. 1, above, Defendant agrees to provide cell phone records for the cell phones used by Mike Rolow, Joe Linford and Carlos Diaz for the period July 26-29, 2015, as they are the three employees involved in this incident assigned to company-owned cell phones; and if non-privileged, responsive information is identified it will be produced.

**SUPPLEMENTAL RESPONSE:** See attached record of calls for company cell phones utilized by Mike Rolow (801- -2970), Joe Linford (307- -2055) and Carlos Diaz

2

(480- -5369), records of text messages between Rolow and Linford, records of text messages between Rolow and Diaz, and emails relating to Herrera incident being produced herewith.

**REQUEST NO. 10.:** Please provide all records of the measurements of the temperature of the rail around where Mr. Herrera was working on July 24, 25 and 26, 2015.

RESPONSE: See job briefings, temperature logs, production reports and reports of production delays for Gang 8501 being produced herewith.

**SUPPLEMENTAL RESPONSE: See additional production reporting and engineering heat control records for July 25 and 26, 2015 being produced herewith.**

**REQUEST NO. 11.:** Please provide all documentation of what items were provided to Mr. Herrera to guard against heat injuries, including, but not limited to:

(a) water;

(b) ice;

(c) fruit;

(d) Squenchers or Gatorade;

(e) cooling station.

RESPONSE: Receipts for supplies purchased at the Onaga Country Market in Onaga, Kansas will be produced.

**SUPPLEMENTAL RESPONSE: In addition to the receipts for supplies purchased at the Onaga Country Market in Onaga, Kansas previously produced, see attached list of materials ordered for Gang 8501 through Union Pacific's eProcurement for the month of July 2015.**

3

**REQUEST NO. 13:** Please provide all medical records obtained by the Union Pacific Railroad relating to Mr. Herrera's heat injuries.

RESPONSE: All medical records obtained, to date, by plaintiff authorization are being sent to counsel for plaintiff under separate cover. See also the records produced with Defendant's Rule 26(a) Disclosures on or about January 29, 2016 and in a supplemental production dated April 15, 2016.

**SUPPLEMENTAL RESPONSE: See additional records obtained, to date, by plaintiff authorization from Dr. Bennett Machanic, East Side Occupational Medical Center, Sierra Providence East Medical Center and Summit Urgent Care Clinic.**

**REQUEST NO. 16:** Please provide all work orders for the work performed by the gang or gangs to which Mr. Herrera was assigned on July 24, July 25 and July 26, 2015.

RESPONSE: See production reports and reports of production delays being produced herewith.

**SUPPLEMENTAL RESPONSE: See additional production reports for July 25 and 26, 2015 being produced herewith.**

**REQUEST NO. 19:** Please provide the CV of John Grogan, Director of Industrial Hygiene, Union Pacific Railroad.

RESPONSE: The requested information will be produced.

**SUPPLEMENTAL RESPONSE: See Grogan CV being produced herewith.**

**REQUEST NO. 26:** Please provide a copy of Dennis Duffy's policy letter of November 22, 2005 addressed to "All Operating Department Management Employees; Subject: Employee Personal Injury Response," including the attached documents containing current FRA reporting

4

guidelines and Union Pacific Railroad's Policy Statement and Complaint Procedures for harassment and intimidation relating to reporting personal injuries and occupational illnesses, and any subsequent policy letter regarding this subject since November 22, 2005.

RESPONSE: See documents dated November 22, 2005 and February 29, 2009 produced herewith.

**SUPPLEMENTAL RESPONSE: See document dated May 29, 2015 which is the current Personal Injury Response Policy for the Union Pacific Operating Department and was the policy in effect at the time of plaintiff's reported injury. Also produced herewith are additional prior versions dated February 28, 2011 and February 28, 2013.**

REQUEST NO. 28: Please provide telephone billing records of Charlie Diaz, Bobbie Steely, Mike Rolow, Bobby Herrera, and any other employee or supervisor of Union Pacific Railroad documenting the time of all phone calls made or texts exchanged that relate in any fashion to Plaintiff's heat-related illness of July 26, 2015. Plaintiff is not requesting the complete itemized bill; only that portion of the phone record or phone bill that documents the time and duration of any call or text made between any employees or managers of the Union Pacific Railroad relating to Plaintiff's heat-related injury on July 26, 2015. Please indicate whether the calls or texts were made on a phone provided by the Union Pacific Railroad or the individual's private phone. Please identify the phone numbers on the bills or records, and the person to whom that phone number is assigned. By way of explanation, counsel for Plaintiff seeks the time of the call or text, the duration of the call, from whom the call or text was made, and to whom the call or text was made for every call or text made by any manager or employee of the Union Pacific Railroad relating to Plaintiff's injury on July 26, 2015.

5

RESPONSE: Objection. Defendant objects to this request as vague and indefinite, overly broad, unduly burdensome, unlimited in time, and seeks the disclosure of information not likely to lead to the discovery of admissible information. Defendant further objects to the extent the request seeks the disclosure of information protected by the attorney/client and/or work product privileges. Further, Defendant objects to the production of information from personal phones as it seeks the disclosure of information which is confidential, privileged, and would constitute an invasion of the privacy rights of employees who are not parties to this lawsuit. Subject to the foregoing, and without waiver of same, to the extent the information requested in response to this Request is not already covered in response to Request No. 1, above, Defendant agrees to provide cell phone billing records for the cell phones used by Mike Rolow, Joe Linford and Carlos Diaz for the period July 26-29, 2015, as they are the three employees involved in this incident assigned to company-owned cell phones; and if non-privileged, responsive information is identified it will be produced.

**SUPPLEMENTAL RESPONSE: See attached record of calls for company cell phones utilized by Mike Rolow (801- -2970), Joe Linford (307- -2055) and Carlos Diaz (480- -5369), records of text messages between Rolow and Linford and records of text messages between Rolow and Diaz.**

REQUEST NO. 29: Please provide any file of Plaintiff maintained by the Health Services Department or Medical Director of the Union Pacific Railroad.

RESPONSE: See documents produced with Defendant's Rule 26(a) Initial Disclosures on or about January 29, 2016 and supplemental records being produced herewith.

**SUPPLEMENTAL RESPONSE:**   See additional documents being produced herewith.

                     UNION PACIFIC RAILROAD COMPANY, A Delaware corporation, Defendant,

BY:   /s/ William M. Lamson, Jr.
      William M. Lamson, Jr., #12374
      LAMSON, DUGAN & MURRAY, LLP
      10306 Regency Parkway Drive
      Omaha, NE  68114
      (402) 397-7300 = Telephone
      (402) 397-7824 = Facsimile
      wlamson@ldmlaw.com

      ITS ATTORNEYS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Supplemental Response and Objections to Plaintiff's First Request for Production of Documents were served upon the following attorneys designated below via Federal Express this 6th day of June, 2016:

James L. Cox, Jr.
Brent Coon & Associates, PC
3801 E. Florida Ave., Suite 905
Denver, CO  80210-2500

      /s/William M. Lamson, Jr.
      William M. Lamson, Jr.

623054

Carlos Diaz Cell Phone
480-   -5369

| CALL_DT | CALL_DUR | CALL_DIR_I | TO_NBR | | EXTN | | SMRY_DESC | VNDR_CODE | CALL_CITY | ORIG_CITY | MSG_FROM | MSG_TO | REC_SRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/2015 12:08 | 3:00 | OUT | | | | | JOSEPH LINFORD | VERI | AFTON     WY | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 12:08 | 3:00 | IN | | | | | | VERI | INCOMING  CL | MANHATTAN KS | | | CELL_CALL |
| 7/26/2015 12:22 | 6:00 | IN | | | | | | VERI | INCOMING  CL | OROVILLE  CA | | | CELL_CALL |
| 7/26/2015 12:36 | 6:00 | OUT | | | | | | VERI | GILBERT   AZ | TOPEKA    KS | | | CELL_CALL |
| 7/26/2015 12:36 | 6:00 | IN | | | | | | VERI | INCOMING  CL | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 13:04 | 1:00 | OUT | | | | | | VERI | INDIO     CA | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 13:05 | 6:00 | OUT | | | | | | VERI | INDIO     CA | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 13:05 | 6:00 | IN | | | | | | VERI | INCOMING  CL | TOPEKA    KS | | | CELL_CALL |
| 7/26/2015 14:21 | 1:00 | OUT | 480 | 2822 | 480 | 5369 | | VERI | PHOENIX   AZ | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 14:22 | 6:00 | OUT | 530 | 8245 | 480 | 5369 | | VERI | MARYSVILLE CA | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 14:27 | 3:00 | OUT | 480 | 2822 | 480 | 5369 | | VERI | PHOENIX   AZ | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 14:36 | 30:00 | OUT | 520 | 2521 | 480 | 5369 | | VERI | BOWIE     AZ | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:17 | 2:00 | OUT | 307 | 1293 | 480 | 5369 | | VERI | CHEYENNE  WY | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:18 | 3:00 | OUT | 402 | 9845 | 480 | 5369 | | VERI | OMAHA     NE | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:23 | 2:00 | IN | 307 | 2055 | 480 | 5369 | JOSEPH LINFORD | VERI | INCOMING  CL | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:23 | 2:00 | OUT | 480 | 5369 | 307 | 2055 | | VERI | GILBERT   AZ | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:36 | 3:00 | OUT | 402 | 2582 | 480 | 5369 | | VERI | LONG PINE NE | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:39 | 2:00 | OUT | 760 | 9863 | 480 | 5369 | | VERI | INDIO     CA | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 15:39 | 2:00 | IN | 480 | 5369 | 760 | 9863 | | VERI | INCOMING  CL | TOPEKA    KS | | | CELL_CALL |
| 7/26/2015 16:04 | 5:00 | OUT | 480 | 5369 | 801 | 2970 | | ATT | PHOENIX, AZ | Salt Lake City 4G,UT | | | CELL_CALL |
| 7/26/2015 16:11 | 1:00 | IN | 480 | 5369 | 307 | 2055 | | VERI | INCOMING  CL | EMMETT    KS | | | CELL_CALL |
| 7/26/2015 16:11 | 2:00 | OUT | 307 | 2055 | 480 | 5369 | JOSEPH LINFORD | VERI | AFTON     WY | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:13 | 1:00 | OUT | 801 | 2970 | 480 | 5369 | MICHAEL ROLOW  II | VERI | SALT LAKE UT | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:14 | 4:00 | IN | 402 | 9845 | 480 | 5369 | | VERI | INCOMING  CL | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:18 | 1:00 | IN | 402 | 9845 | 480 | 5369 | | VERI | INCOMING  CL | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:23 | 2:00 | OUT | 801 | 2970 | 480 | 5369 | MICHAEL ROLOW  II | VERI | SALT LAKE UT | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:26 | 3:00 | OUT | 402 | 2582 | 480 | 5369 | | VERI | LONG PINE NE | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:35 | 1:00 | OUT | | | | | | ATT | PHOENIX, AZ | Salt Lake City 4G,UT | | | CELL_CALL |
| 7/26/2015 16:36 | 3:00 | IN | | | | | | ATT | INCOMING, CL | Salt Lake City 4G,UT | | | CELL_CALL |
| 7/26/2015 16:39 | 2:00 | OUT | | | | | | VERI | OMAHA     NE | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:40 | 1:00 | OUT | | | | | | VERI | LONG PINE NE | HAVENSVILL KS | | | CELL_CALL |
| 7/26/2015 16:44 | 1:00 | OUT | | | | | | VERI | LONG PINE NE | HAVENSVILL KS | | | CELL_CALL |

1

Carlos Diaz Cell Phone

480-   -5369

| Date/Time | Duration | Dir | Contact | Carrier | Location 1 | Location 2 | Type |
|---|---|---|---|---|---|---|---|
| 7/26/2015 16:47 | 4:00 | OUT | RMCC | VERI | TOLL-FREE CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:01 | 1:00 | OUT | MICHAEL ROLOW II | VERI | SALT LAKE UT | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:04 | 5:00 | IN | MICHAEL ROLOW II | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:14 | 2:00 | IN | | VERI | INCOMING CL | OROVILLE CA | CELL_CALL |
| 7/26/2015 17:18 | 2:00 | OUT | | VERI | OMAHA NE | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:21 | 2:00 | OUT | JOSEPH LINFORD | VERI | AFTON WY | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:21 | 2:00 | IN | | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/26/2015 17:27 | 1:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:28 | 2:00 | IN | JOSEPH LINFORD | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:28 | 2:00 | OUT | | VERI | GILBERT AZ | EMMETT KS | CELL_CALL |
| 7/26/2015 17:31 | 5:00 | IN | AT&T LISTED NUMBER | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 17:36 | 3:00 | OUT | MICHAEL ROLOW II | VERI | SALT LAKE UT | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 18:45 | 4:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 19:13 | 2:00 | OUT | | VERI | MARYSVILLE CA | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 19:16 | 7:00 | OUT | | VERI | OMAHA NE | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 19:18 | 10:00 | IN | | ATT | INCOMING, CL | Salt Lake City 4G,UT | CELL_CALL |
| 7/26/2015 20:04 | 1:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 20:09 | 2:00 | IN | | ATT | INCOMING, CL | Salt Lake City 4G,UT | CELL_CALL |
| 7/26/2015 20:18 | 10:00 | OUT | MICHAEL ROLOW II | VERI | SALT LAKE UT | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 21:07 | 2:00 | OUT | | VERI | MANHATTAN KS | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 21:09 | 2:00 | OUT | MICHAEL ROLOW II | VERI | SALT LAKE UT | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 21:11 | 10:00 | OUT | JOSEPH LINFORD | VERI | AFTON WY | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 21:11 | 10:00 | IN | | VERI | INCOMING CL | MANHATTAN KS | CELL_CALL |
| 7/26/2015 21:20 | 3:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 21:24 | 1:00 | OUT | | VERI | MANHATTAN KS | HAVENSVILL KS | CELL_CALL |
| 7/26/2015 21:54 | 41:00 | OUT | | VERI | PHOENIX AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 6:57 | 2:00 | OUT | | VERI | GILBERT AZ | FLORENCE AZ | CELL_CALL |
| 7/27/2015 7:01 | 2:00 | IN | | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/27/2015 7:01 | 2:00 | OUT | TROY PASSEY | VERI | POCATELLO ID | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 7:13 | 2:00 | OUT | | ATT | PHOENIX, AZ | Salt Lake City 4G,UT | CELL_CALL |
| 7/27/2015 7:31 | 2:00 | OUT | | VERI | INDIO CA | MAYETTA KS | CELL_CALL |
| 7/27/2015 7:32 | 2:00 | IN | | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |
| 7/27/2015 8:13 | 1:00 | IN | MICHAEL ROLOW II | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |
| 7/27/2015 8:57 | 2:00 | IN | GEORGE NELSON | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |

UP Herrera 00579

Carlos Diaz Cell Phone

480-   -5369

| Date/Time | Duration | Direction | Contact | Carrier | Origin | Destination | Type |
|---|---|---|---|---|---|---|---|
| 7/27/2015 9:00 | 34:00 | OUT | | VERI | OMAHA NE | TOPEKA KS | CELL_CALL |
| 7/27/2015 9:55 | 16:00 | IN | | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |
| 7/27/2015 10:11 | 6:00 | OUT | | VERI | INDIO CA | TOPEKA KS | CELL_CALL |
| 7/27/2015 10:11 | 6:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 10:18 | 1:00 | OUT | | VERI | PHOENIX AZ | TOPEKA KS | CELL_CALL |
| 7/27/2015 10:37 | 3:00 | OUT | | VERI | LONG PINE NE | TOPEKA KS | CELL_CALL |
| 7/27/2015 10:50 | 1:00 | OUT | | VERI | LONG PINE NE | TOPEKA KS | CELL_CALL |
| 7/27/2015 10:55 | 6:00 | IN | | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |
| 7/27/2015 11:38 | 3:00 | IN | | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |
| 7/27/2015 11:38 | 3:00 | OUT | | VERI | GILBERT AZ | EMMETT KS | CELL_CALL |
| 7/27/2015 11:51 | 16:00 | OUT | | VERI | PHOENIX AZ | TOPEKA KS | CELL_CALL |
| 7/27/2015 11:58 | 11:00 | OUT | | VERI | GILBERT AZ | FLORENCE AZ | CELL_CALL |
| 7/27/2015 12:07 | 2:00 | OUT | | VERI | PHOENIX AZ | TOPEKA KS | CELL_CALL |
| 7/27/2015 13:08 | 10:00 | OUT | | VERI | GILBERT AZ | NORTH PLAT NE | CELL_CALL |
| 7/27/2015 13:09 | 10:00 | IN | RICHARD BENNETT | VERI | INCOMING CL | SAINT MARY KS | CELL_CALL |
| 7/27/2015 13:19 | 1:00 | OUT | GEORGE NELSON | VERI | TUCSON AZ | EMMETT KS | CELL_CALL |
| 7/27/2015 13:58 | 11:00 | IN | GEORGE NELSON | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/27/2015 14:57 | 3:00 | OUT | | VERI | GILBERT AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 14:58 | 3:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 15:00 | 1:00 | OUT | | VERI | GILBERT AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 15:00 | 2:00 | OUT | | VERI | GILBERT AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 15:00 | 1:00 | IN | | VERI | INCOMING CL | TOPEKA KS | CELL_CALL |
| 7/27/2015 15:02 | 7:00 | IN | | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/27/2015 15:02 | 7:00 | OUT | JOSEPH LINFORD | VERI | AFTON WY | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 15:11 | 12:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 15:11 | 1:00 | OUT | | VERI | GILBERT AZ | KANSAS CIT MO | CELL_CALL |
| 7/27/2015 15:23 | 6:00 | OUT | | VERI | PHOENIX AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 15:37 | 1:00 | OUT | | VERI | GILBERT AZ | FLORENCE AZ | CELL_CALL |
| 7/27/2015 15:45 | 1:00 | OUT | | VERI | GILBERT AZ | MAYETTA KS | CELL_CALL |
| 7/27/2015 15:45 | 1:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 16:56 | 1:00 | OUT | GEORGE NELSON | VERI | TUCSON AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 16:58 | 11:00 | OUT | | VERI | GILBERT AZ | MANHATTAN KS | CELL_CALL |
| 7/27/2015 16:59 | 11:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 17:50 | 4:00 | OUT | | VERI | MARYSVILLE CA | HAVENSVILL KS | CELL_CALL |

UP Herrera  00580

Carlos Diaz Cell Phone

480- -5369

| Date/Time | Duration | Direction | Contact | Carrier | Origin | Destination | Type |
|---|---|---|---|---|---|---|---|
| 7/27/2015 17:50 | 4:00 | IN | | VERI | INCOMING CL | MANHATTAN KS | CELL_CALL |
| 7/27/2015 17:54 | 34:00 | OUT | | VERI | PHOENIX AZ | HAVENSVILL KS | CELL_CALL |
| 7/27/2015 18:29 | 1:00 | OUT | | VERI | MARYSVILLE CA | MANHATTAN KS | CELL_CALL |
| 7/27/2015 18:29 | 1:00 | IN | | VERI | INCOMING CL | MANHATTAN KS | CELL_CALL |
| 7/27/2015 22:25 | 5:00 | OUT | | VERI | PHOENIX AZ | MANHATTAN KS | CELL_CALL |
| 7/28/2015 5:15 | 3:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 7:38 | 1:00 | OUT | | VERI | EL PASO TX | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 8:34 | 2:00 | OUT | | VERI | GILBERT AZ | WAMEGO KS | CELL_CALL |
| 7/28/2015 8:40 | 3:00 | IN | | VERI | INCOMING CL | WAMEGO KS | CELL_CALL |
| 7/28/2015 8:40 | 3:00 | OUT | | VERI | GILBERT AZ | TOPEKA KS | CELL_CALL |
| 7/28/2015 9:15 | 1:00 | OUT | | VERI | LONG PINE NE | WAMEGO KS | CELL_CALL |
| 7/28/2015 9:26 | 2:00 | OUT | | VERI | LONG PINE NE | WAMEGO KS | CELL_CALL |
| 7/28/2015 11:02 | 2:00 | IN | | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 11:03 | 2:00 | OUT | TROY PASSEY | VERI | POCATELLO ID | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 11:04 | 2:00 | IN | | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/28/2015 13:14 | 3:00 | OUT | | VERI | CHEYENNE WY | EMMETT KS | CELL_CALL |
| 7/28/2015 17:05 | 3:00 | IN | MICHAEL ROLOW II | VERI | INCOMING CL | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 17:05 | 3:00 | OUT | | ATT | PHOENIX, AZ | Hutchinson 4G,KS | CELL_CALL |
| 7/28/2015 17:24 | 3:00 | OUT | | VERI | EL PASO TX | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 17:27 | 23:00 | OUT | | VERI | PHOENIX AZ | HAVENSVILL KS | CELL_CALL |
| 7/28/2015 19:39 | 3:00 | IN | | VERI | INCOMING CL | MANHATTAN KS | CELL_CALL |
| 7/28/2015 20:55 | 6:00 | IN | | VERI | INCOMING CL | MANHATTAN KS | CELL_CALL |
| 7/29/2015 9:07 | 1:00 | OUT | | VERI | OMAHA NE | HAVENSVILL KS | CELL_CALL |
| 7/29/2015 9:09 | 1:00 | OUT | | VERI | OMAHA NE | HAVENSVILL KS | CELL_CALL |
| 7/29/2015 9:12 | 1:00 | OUT | | VERI | OMAHA NE | HAVENSVILL KS | CELL_CALL |
| 7/29/2015 9:57 | 12:00 | OUT | | VERI | PHOENIX AZ | HAVENSVILL KS | CELL_CALL |
| 7/29/2015 10:28 | 1:00 | OUT | | VERI | OMAHA NE | EMMETT KS | CELL_CALL |
| 7/29/2015 13:04 | 2:00 | OUT | | VERI | GILBERT AZ | WAMEGO KS | CELL_CALL |
| 7/29/2015 13:05 | 2:00 | IN | | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/29/2015 14:16 | 1:00 | IN | TROY PASSEY | VERI | INCOMING CL | EMMETT KS | CELL_CALL |
| 7/29/2015 14:16 | 1:00 | OUT | | VERI | GILBERT AZ | CENTRALIA KS | CELL_CALL |
| 7/29/2015 16:08 | 9:00 | OUT | | VERI | RIVERSIDE CA | HAVENSVILL KS | CELL_CALL |
| 7/29/2015 18:38 | 3:00 | OUT | | ATT | PHOENIX, AZ | Hutchinson 4G,KS | CELL_CALL |
| 7/29/2015 18:39 | 3:00 | IN | MICHAEL ROLOW II | VERI | INCOMING CL | MANHATTAN KS | CELL_CALL |

UP Herrera 00581

Carlos Diaz Cell Phone

480-    -5369

| Date/Time | Duration | Dir | Contact | Carrier | From | To | Type |
|---|---|---|---|---|---|---|---|
| 7/29/2015 18:45 | 1:00 | OUT | MICHAEL ROLOW  II | VERI | SALT LAKE  UT | MANHATTAN  KS | CELL_CALL |
| 7/29/2015 18:45 | 1:00 | IN | | ATT | INCOMING, CL | Hutchinson 4G,KS | CELL_CALL |
| 7/29/2015 20:36 | 1:00 | OUT | | VERI | KEARNEY   NE | MANHATTAN  KS | CELL_CALL |
| 7/29/2015 21:17 | 12:00 | OUT | | VERI | PHOENIX   AZ | MANHATTAN  KS | CELL_CALL |

5

UP Herrera    00582