HR Reporting System

**Complete Training History**
**Name: CARLOS DIAZ**
**Empl Id: 0258586**

| COMPLETION DATE | CODE | DESCRIPTION | DURATION IN HRS |
|---|---|---|---|
| 08/18/2016 | QS103 | PREVENTING ENGINEERING RELATE | 1.0 |
| 07/25/2016 | SUP036 | PROCUREMENT POLICY COMPLIANCE | 0.3 |
| 07/24/2016 | QS65 | QSM - PREVENTING ON-TRACK EQU | 0.3 |
| 07/24/2016 | QS96 | QSM - REDUCE SLIP,TRIP AND FA | 0.5 |
| 06/29/2016 | SB33 | ONE-ON-ONE - 2ND | 1.0 |
| 06/09/2016 | QS97 | QSM - HEAT STRESS QUALITY SAF | 1.0 |
| 06/08/2016 | ES45F | TRACK BUCKLING PREVENTION/CWR | 4.0 |
| 05/24/2016 | THM16 | THE HOW MATTERS | 0.5 |
| 04/11/2016 | ESGEPE | GENERAL ENVIRONMENTAL PERMIT | 1.0 |
| 04/11/2016 | ESRME | ESRME - ENGINEERING SERVICES | |
| 04/11/2016 | HCPTE | HEARING CONSERVATION PROGRAM | 0.3 |
| 04/11/2016 | MDATE | MANAGERS DRUG AND ALCOHOL TRA | 4.0 |
| 04/11/2016 | PXHSE | HEAT STRESS TRAINING FOR SUPE | 1.0 |
| 04/11/2016 | QSCTE | TRACK SAFETY STANDARDS CONCRE | 0.5 |
| 04/11/2016 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 04/11/2016 | STCAE | WORKING IN GRADE CROSSING APP | 1.0 |
| 04/10/2016 | EBEICE | MINIMIZING TRAIN DELAY USING | 0.5 |
| 04/10/2016 | ESATRE | ADJACENT TRACK RULE - ELECTRO | 4.0 |
| 04/10/2016 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 04/10/2016 | ESTSE | FRA REFRESHER TRAINING | 2.0 |
| 04/10/2016 | EV03E | SPILL PREVENTION CONTROL AND | 1.0 |
| 04/10/2016 | EV13E | STORM WATER POLLUTION PREVENT | 1.0 |
| 04/10/2016 | EV25E | WASTE MANAGEMENT TRAINING / R | 0.5 |
| 04/10/2016 | HZ72E | INSTRUCTIONS FOR HANDLING HAZ | 1.0 |
| 03/28/2016 | DOTHSE | DOT HOURS OF SERVICE TRAINING | 1.0 |
| 03/28/2016 | ESCGE | CRANE GROUNDMAN TRAINING | 1.0 |
| 03/28/2016 | ESCRE | ESCRE CRANE SAFETY REFRESHER | 2.0 |
| 03/28/2016 | ESDOTE | DOT /CDL REFRESHER TRAINING | 1.0 |
| 03/28/2016 | ESFIE | FIRE PREVENTION TRAINING | 0.5 |
| 03/28/2016 | ESFPE | BRIDGE WORKER SAFETY | 1.0 |
| 03/28/2016 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 03/28/2016 | SFNDE | DOT NEW DRIVER REQUIRED TRAINI | 1.0 |
| 03/28/2016 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 03/15/2016 | QS97 | QSM - HEAT STRESS QUALITY SAF | 1.0 |

EXHIBIT

tabbies

64

UP Herrera 0601

# HR Reporting System

| Date | Code | Description | Hours |
|---|---|---|---|
| 02/15/2016 | ENTH | TOWN HALL MEETINGS-TRACK PROG | 2.0 |
| 02/15/2016 | ES45S | TRACK BUCKLING PREVENTION/CWR | 4.0 |
| 02/15/2016 | MDHP | HEALTH PROMOTION: PROGRAM OVE | 0.3 |
| 02/15/2016 | OPRF | TOTAL SAFETY CULTURE - REFRES | 4.0 |
| 02/15/2016 | PXRD | OPERATION RED BLOCK AWARENESS | 1.0 |
| 02/14/2016 | EEO11 | EEO OVERVIEW | 0.5 |
| 02/14/2016 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 02/14/2016 | HCPT | HEARING CONSERVATION PRG TRNG | 0.3 |
| 02/14/2016 | HCPTE | HEARING CONSERVATION PROGRAM | 0.3 |
| 02/14/2016 | PXD6 | BASIC MEDIC FIRST AID/CPR-V6 | 4.0 |
| 02/14/2016 | SFRP | RESPIRATORYPROTECTION | 1.0 |
| 02/14/2016 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 02/13/2016 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 02/13/2016 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 02/13/2016 | SFGHSC | HAZARD COMMUNICATION: THE GLO | 0.3 |
| 01/15/2016 | SB32 | ONE-ON-ONE - 1ST | 1.0 |
| 01/11/2016 | HZ89 | HAZARDOUS MATERIALS EMERGENCY | |
| 11/25/2015 | Q248 | ENTERPRISE RECORDS MANAGEMENT | 0.5 |
| 10/14/2015 | SUP036 | PROCUREMENT POLICY COMPLIANCE | 0.3 |
| 09/11/2015 | QS65 | QSM - PREVENTING ON-TRACK EQU | 0.3 |
| 07/24/2015 | SB33 | ONE-ON-ONE - 2ND | 1.0 |
| 06/05/2015 | DOTHSE | DOT HOURS OF SERVICE TRAINING | 1.0 |
| 06/05/2015 | EBEICE | MINIMIZING TRAIN DELAY USING | 0.5 |
| 06/05/2015 | ESDOTE | DOT /CDL REFRESHER TRAINING | 1.0 |
| 06/05/2015 | ESGDE | RAILROAD MAINTENANCE GRINDING | 1.0 |
| 06/05/2015 | ESGEPE | GENERAL ENVIRONMENTAL PERMIT | 1.0 |
| 06/05/2015 | HCPTE | HEARING CONSERVATION PROGRAM | 0.3 |
| 06/05/2015 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 06/05/2015 | HZ72E | INSTRUCTIONS FOR HANDLING HAZ | 1.0 |
| 06/05/2015 | JEV002 | PHISHING | |
| 06/05/2015 | MEDRT | MEDICAL RULES TRAINING | 0.3 |
| 06/05/2015 | PXHSE | HEAT STRESS TRAINING FOR SUPE | 1.0 |
| 06/05/2015 | SFNDE | DOT NEW DRIVER REQUIRED TRAINI | 1.0 |
| 06/05/2015 | STCAE | WORKING IN GRADE CROSSING APP | 1.0 |
| 06/02/2015 | PLCOIE | THE HOW MATTERS | 0.5 |
| 03/19/2015 | EV03E | SPILL PREVENTION CONTROL AND | 1.0 |
| 03/19/2015 | QS97 | QSM - HEAT STRESS QUALITY SAF | 1.0 |
| 03/19/2015 | SFGHSC | HAZARD COMMUNICATION: THE GLO | 0.3 |

HR Reporting System

| | | | |
|---|---|---|---|
| 03/18/2015 | ESCRE | ESCRE CRANE SAFETY REFRESHER | 2.0 |
| 03/18/2015 | ESRME | ESRME - ENGINEERING SERVICES | |
| 03/18/2015 | ESTSE | FRA REFRESHER TRAINING | 2.0 |
| 03/18/2015 | ETSTE | TUNNEL SAFETY PROGRAM | 1.0 |
| 03/18/2015 | EV13E | STORM WATER POLLUTION PREVENT | 1.0 |
| 03/18/2015 | EV25E | WASTE MANAGEMENT TRAINING / R | 0.5 |
| 03/18/2015 | QS65 | QSM - PREVENTING ON-TRACK EQU | 0.3 |
| 03/18/2015 | QSCTE | TRACK SAFETY STANDARDS CONCRE | 0.5 |
| 03/17/2015 | ESFIE | FIRE PREVENTION TRAINING | 0.5 |
| 03/17/2015 | ESFPE | BRIDGE WORKER SAFETY | 1.0 |
| 03/17/2015 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 03/17/2015 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 03/17/2015 | SF79E | CONFINED SPACE ENTRY | 0.5 |
| 03/16/2015 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 03/11/2015 | ESCGE | CRANE GROUNDMAN TRAINING | 1.0 |
| 03/10/2015 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 03/05/2015 | MDATE | MANAGERS DRUG AND ALCOHOL TRA | 4.0 |
| 02/12/2015 | QS97 | QSM - HEAT STRESS QUALITY SAF | 1.0 |
| 02/11/2015 | QS65 | QSM - PREVENTING ON-TRACK EQU | 0.3 |
| 01/15/2015 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 01/14/2015 | EEO11 | EEO OVERVIEW | 0.5 |
| 01/14/2015 | ENTH | TOWN HALL MEETINGS-TRACK PROGR | 2.0 |
| 01/14/2015 | ES45S | TRACK BUCKLING PREVENTION/CWR | 4.0 |
| 01/14/2015 | ESRU | MOFW RULES UPDATE | 8.0 |
| 01/14/2015 | HCPT | HEARING CONSERVATION PRG TRNG | 0.3 |
| 01/14/2015 | HCPTE | HEARING CONSERVATION PROGRAM | 0.3 |
| 01/14/2015 | OPRF | TOTAL SAFETY CULTURE - REFRES | 4.0 |
| 01/14/2015 | PXRD | OPERATION RED BLOCK AWARENESS | 1.0 |
| 01/14/2015 | SFRP | RESPIRATORYPROTECTION | 1.0 |
| 01/14/2015 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 01/07/2015 | JEV001 | IOS DEVICE POLICY | |
| 12/13/2014 | ESRU | MOFW RULES UPDATE | 8.0 |
| 12/11/2014 | QS65 | QSM - PREVENTING ON-TRACK EQU | 0.3 |
| 09/24/2014 | Q248 | ENTERPRISE RECORDS MANAGEMENT | 0.5 |
| 06/10/2014 | ESATR | ADJACENT TRACK RULE | 4.0 |
| 05/30/2014 | PLCOIE | CHIEF EXECUTIVE OFFICER'S ETH | 0.5 |
| 05/15/2014 | ESSSDS | SMITH SYSTEM DRIVING - DRIVER | 4.0 |
| 05/14/2014 | ESSSDS | SMITH SYSTEM DRIVING - DRIVER | 4.0 |

HR Reporting System

| 03/27/2014 | ESRITE | FRA RAIL INTEGRITY TESTING | 1.0 |
| 03/26/2014 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 03/26/2014 | ESRITE | FRA RAIL INTEGRITY TESTING | 1.0 |
| 03/26/2014 | ESUDE | UNLOADING DIESEL FUEL FROM TA | 0.5 |
| 03/26/2014 | PXHSE | HEAT STRESS TRAINING FOR SUPE | 1.0 |
| 03/26/2014 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 03/26/2014 | SF79E | CONFINED SPACE ENTRY | 0.5 |
| 03/26/2014 | SFGHS | HAZARD COMMUNICATION: THE GLO | 0.8 |
| 03/26/2014 | VIED | RAIL SECURITY AWARENESS COURS | 1.0 |
| 03/04/2014 | ESOAE | OPERATING ASSESSMENT TEST ORI | 2.5 |
| 02/23/2014 | ESOAE | OPERATING ASSESSMENT TEST ORI | 2.5 |
| 02/15/2014 | ESSSDC | SMITH SYSTEM DRIVING - CLASSR | 4.0 |
| 02/14/2014 | ES45S | TRACK BUCKLING PREVENTION/CWR | 4.0 |
| 02/14/2014 | ESTAF | SINGLE TRACK AUTHORITY FORM | 1.0 |
| 02/14/2014 | EV03E | SPILL PREVENTION CONTROL AND | 1.0 |
| 02/14/2014 | EV13E | STORM WATER POLLUTION PREVENT | 1.0 |
| 02/14/2014 | EV25E | WASTE MANAGEMENT TRAINING / R | 0.5 |
| 02/14/2014 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 02/14/2014 | HCPT | HEARING CONSERVATION PRG TRNG | 0.3 |
| 02/14/2014 | PXD6 | BASIC MEDIC FIRST AID/CPR-V6 | 4.0 |
| 02/14/2014 | SFRP | RESPIRATORYPROTECTION | 1.0 |
| 02/13/2014 | ES00E | ON TRACK SAFETY | 1.0 |
| 02/13/2014 | ESECPE | ENVIRONMENTAL COMPLIANCE AND | 1.0 |
| 02/13/2014 | ESFIE | FIRE PREVENTION TRAINING | 0.5 |
| 02/13/2014 | ESFPE | BRIDGE WORKER SAFETY | 1.0 |
| 02/13/2014 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 02/13/2014 | ESRME | ESRME - ENGINEERING SERVICES | |
| 02/13/2014 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 02/13/2014 | HZ72E | INSTRUCTIONS FOR HANDLING HAZ | 1.0 |
| 12/20/2013 | ESAET | ANNUAL ENGINEERING TRAINING | 20.0 |
| 12/20/2013 | GTDTM | GETTING THINGS DONE TIME MANA | 9.0 |
| 12/20/2013 | OPLEAD | LEVERAGING LEADER STANDARD WO | 5.3 |
| 12/20/2013 | UPILSW | THE UP WAY INTERMEDIATE - LEA | 4.0 |
| 12/19/2013 | GTDTM | GETTING THINGS DONE TIME MANA | 9.0 |
| 12/18/2013 | ESERA | ENGINEERING SERVICES E-RAMP | 4.0 |
| 12/17/2013 | ESARU | ADVANCED ENGINEERING SERVICES | 20.0 |
| 12/09/2013 | HZ89 | HAZARDOUS MATERIALS EMERGENCY | |
| 12/02/2013 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |

UP Herrera 0604

HR Reporting System

| Date | Code | Description | Hours |
|---|---|---|---|
| 10/31/2013 | HCPT | HEARING CONSERVATION PRG TRNG | 0.3 |
| 10/31/2013 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 10/21/2013 | ESOAE | OPERATING ASSESSMENT TEST ORI | 2.5 |
| 09/14/2013 | SFGHS | HAZARD COMMUNICATION: THE GLO | 0.8 |
| 09/10/2013 | ES94E | ES94 OXY-FUEL SAFETY PROCEDUR | 0.5 |
| 05/20/2013 | PLCOIE | PRESIDENT'S LETTER ANNUAL TRA | 0.5 |
| 03/07/2013 | VIED | RAIL SECURITY AWARENESS AND F | 1.0 |
| 03/04/2013 | ESECPE | ENVIRONMENTAL COMPLIANCE AND | 1.0 |
| 03/04/2013 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 03/04/2013 | EV20E | ANNUAL FIRE EXTINGUISHER TRAI | 0.3 |
| 03/04/2013 | PXHSE | HEAT STRESS TRAINING FOR SUPE | 1.0 |
| 03/04/2013 | QS97 | QSM - HEAT STRESS QUALITY SAF | 1.0 |
| 03/04/2013 | SF03E | HAZARD COMMUNICATION EMPLOYEE | 0.5 |
| 03/04/2013 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 03/04/2013 | SF79E | CONFINED SPACE ENTRY | 0.5 |
| 03/04/2013 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 02/22/2013 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 02/21/2013 | ESCRE | ESCR CRANE SAFETY REFRESHER | 2.0 |
| 02/21/2013 | ESGDE | RAILROAD MAINTENANCE GRINDING | 1.0 |
| 02/21/2013 | ETSTE | TUNNEL SAFETY PROGRAM | 1.0 |
| 02/21/2013 | EV03E | SPILL PREVENTION CONTROL AND C | 1.0 |
| 02/21/2013 | EV13E | STORM WATER POLLUTION PREVENTI | 1.0 |
| 02/21/2013 | EV25E | WASTE MANAGEMENT TRAINING / RE | 0.5 |
| 02/21/2013 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 02/19/2013 | QS98 | QSM- ELIMINATION OF TRACK AUT | 0.5 |
| 02/15/2013 | SB32 | ONE-ON-ONE - 1ST | 1.0 |
| 02/14/2013 | QS98 | QSM- ELIMINATION OF TRACK AUT | 0.5 |
| 02/13/2013 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 02/07/2013 | ES45S | TRACK BUCKLING PREVENTION/CWR | 4.0 |
| 02/07/2013 | ESRU | MOFW RULES UPDATE | 8.0 |
| 02/07/2013 | HCPT | HEARING CONSERVATION PRG TRNG | 0.3 |
| 02/07/2013 | MDHP | HEALTH PROMOTION: PROGRAM OVE | 0.3 |
| 02/07/2013 | SFRP | RESPIRATORYPROTECTION | 1.0 |
| 02/06/2013 | EEO11 | EEO OVERVIEW | 0.5 |
| 02/06/2013 | EEO11W | EQUAL OPPORTUNITY: EQUAL RESP | 0.5 |
| 02/06/2013 | ENTH | TOWN HALL MEETINGS-TRACK PROG | 2.0 |
| 02/06/2013 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 02/06/2013 | ESFIE | FIRE PREVENTION TRAINING | 0.5 |

HR Reporting System

| 02/06/2013 | ESFPE | BRIDGE WORKER SAFETY | 1.0 |
| 02/06/2013 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 02/06/2013 | ESRME | ESRME - ENGINEERING SERVICES | |
| 02/06/2013 | OPRF | TOTAL SAFETY CULTURE - REFRES | 4.0 |
| 10/23/2012 | Q217 | THE SCIENCE OF FATIGUE AND ALE | 0.5 |
| 10/08/2012 | DOTGFC | DEPARTMENT OF TRANSPORTATION G | |
| 07/10/2012 | SFCS | CHAIN SAW SAFETY | 1.5 |
| 07/09/2012 | STCAE | WORKING IN GRADE CROSSING APPR | 1.0 |
| 06/22/2012 | UPWB | WHISTLE BLOWER STATUTE | 1.0 |
| 06/13/2012 | Q248 | RECORDS MANAGEMENT | 0.5 |
| 05/22/2012 | QS97 | QSM - HEAT STRESS QUALITY SAFE | 1.0 |
| 05/08/2012 | QS97 | QSM - HEAT STRESS QUALITY SAFE | 1.0 |
| 04/20/2012 | ESCPI | CONTINUOUS PROCESS IMPROVEMENT | 8.0 |
| 04/20/2012 | ESEL | ENGINEERING LEADERSHIP TRAININ | 32.0 |
| 04/20/2012 | PXINTR | INSPIRING TRUST | 4.0 |
| 04/20/2012 | PXSTR | THE SPEED OF TRUST | 8.0 |
| 03/31/2012 | ES45SE | TRACK BUCKLING PREVENTION/CWR | |
| 03/31/2012 | ESECPE | ENVIRONMENTAL COMPLIANCE AND P | 1.0 |
| 03/21/2012 | ESRME | ESRME - ENGINEERING SERVICES R | |
| 03/21/2012 | ESTSE | FRA REFRESHER TRAINING | 2.0 |
| 03/21/2012 | ESTSEQ | FRA REFRESHER QUIZ | 0.5 |
| 03/21/2012 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 03/21/2012 | EV20E | ANNUAL FIRE EXTINGUISHER TRAI | 0.3 |
| 03/21/2012 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 03/02/2012 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 03/02/2012 | ES00E | ON TRACK SAFETY | 1.0 |
| 03/02/2012 | ESCGE | CRANE GROUNDMAN TRAINING | 1.0 |
| 03/02/2012 | ESCBE | CONTINUOUS PROCESS IMPROVEMENT | 1.0 |
| 03/02/2012 | ESFIE | FIRE PREVENTION TRAINING | 0.5 |
| 03/02/2012 | ESFPE | BRIDGE WORKER SAFETY | 1.0 |
| 03/02/2012 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 03/02/2012 | EV03E | SPILL PREVENTION CONTROL AND C | 1.0 |
| 03/02/2012 | EV13E | STORM WATER POLLUTION PREVENTI | 1.0 |
| 03/02/2012 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 03/02/2012 | EV20E | ANNUAL FIRE EXTINGUISHER TRAI | 0.3 |
| 03/02/2012 | EV25E | WASTE MANAGEMENT TRAINING / RE | 0.5 |
| 03/02/2012 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 03/02/2012 | HZCHE | IDENTIFICATION AND PROPER DISP | 0.5 |

UP Herrera 0606