IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

AT OMAHA, NEBRASKA

| | |
|---|---|
| GUILLERMO HERRERA, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )Case No. |
| | )8:15-cv-426-JMG-CRZ |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendant. | ) |

DEPOSITION OF CARLOS DIAZ

JUNE 9, 2016

REPORTED BY:    IMHOF AND ASSOCIATES, INC.
                COURT REPORTERS AND VIDEOGRAPHERS
VICTORIA IMHOF WERTZ, RPR
CSR NO. 7999    20650 Adam Cir.   9431 Haven Ave.
                Yorba Linda, CA  Suite 100
                    92886  Rancho Cucamonga, CA
                                           91730
Job No. 160609V4

EXHIBIT NO. 31

Page 2

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF NEBRASKA
3    AT OMAHA, NEBRASKA
4
5
6
7
8
9    GUILLERMO HERRERA, III,    )
                                )
10        Plaintiff,   )
                       )
11   VS.          )Case No.
                  )8:15-426-JMG-CRZ
12   UNION PACIFIC RAILROAD    )
     COMPANY, a Delaware       )
13   corporation,             )
                              )
14        Defendant.   )
15
16
17
18        DEPOSITION OF CARLOS DIAZ,
19   taken on behalf of the Plaintiff, at 9431 Haven
20   Avenue in the City of Rancho Cucamonga,
21   California, commencing at 4:00 p.m. and concluding
22   at 5:07 p.m. on JUNE 9, 2016, before VICTORIA
23   IMHOF WERTZ, RPR, CSR No. 7999.
24
25

Page 3

1         APPEARANCES
2    For the Plaintiff:   BRENT COON & ASSOCIATES, PC
          BY:  JAMES L. COX, JR., ESQ.
3         3801 East Florida Avenue
          Suite 905
4         Denver, Colorado 80210
          (303) 756-3243
5
     For the Defendant,   UNION PACIFIC RAILROAD COMPANY
6    Union Pacific     LAW DEPARTMENT
     Railroad:     BY:  TORRY N. GARLAND, ESQ.
7         1400 West 52nd Avenue
          Denver, Colorado 80221
8         (303) 405-5402
          - AND -
9         LAMSON DUGAN & MURRAY, LLP
          BY:  DAVID J. SCHMITT, ESQ.
10        10306 Regency Parkway Drive
          Omaha, Nebraska  68114
11        (402) 397-7300
12
     Also present:    Jerry R. Pritchett;
13        Christobal Rivero,
          video technician
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              I N D E X
2    WITNESS       EXAMINATION         PAGE
3    CARLOS DIAZ
4         BY MR. COX            6
5         BY MR. SCHMITT        51
6
7         FURTHER EXAMINATION    PAGE
8         BY MR. COX            62
9
10        EXHIBITS
11        (None)
12
13    INFORMATION REQUESTED
14        (None)
15
16    UNANSWERED QUESTIONS
17        (None)
18
19
20
21
22
23
24
25

Page 5

13:29:46   1         RANCHO CUCAMONGA, CALIFORNIA
13:29:46   2         THURSDAY, JUNE 9, 2016
16:00:19   3              4:00 p.m.
16:00:22   4
16:00:22   5         CARLOS DIAZ,
16:00:22   6    called as a witness herein, having
16:00:22   7    first been duly sworn, was examined
16:00:22   8    and testified as follows:
16:00:22   9
16:00:28   10        THE VIDEOGRAPHER:  This is the beginning
16:00:28   11   of media 1 for Carlos Diaz.  We are on the record.
16:00:33   12
16:00:33   13        EXAMINATION
16:00:33   14   BY MR. COX:
16:00:33   15   Q   Mr. Diaz, good afternoon, sir.
16:00:35   16   A   Good afternoon.
16:00:37   17   Q   Could you give us your full name and tell
16:00:38   18   us where you live.
16:00:40   19   A   Carlos Diaz.  I live in Chandler, Arizona.
16:00:47   20   Q   Who do you work for now?
16:00:49   21   A   Union Pacific Railroad.
16:00:50   22   Q   What is your job with the UP now?
16:00:54   23        Excuse me.
16:00:55   24   A   Track supervisor.
16:00:57   25   Q   And what gang are you working on?

## Page 6

| | | |
|---|---|---|
| 16:01:01 | 1 | A  8501. |
| 16:01:03 | 2 | Q  And what is your job on gang 8501? |
| 16:01:08 | 3 | A  It's to supervise the men and equipment. |
| 16:01:15 | | That's about it. |
| 16:01:16 | 5 | Q  Is there a part of the gang that you are |
| 16:01:17 | 6 | responsible for?  Or are you one of the overall |
| 16:01:20 | 7 | supervisors? |
| 16:01:21 | 8 | A  One of two overall supervisors. |
| 16:01:23 | 9 | Q  And who is the other supervisor? |
| 16:01:26 | 10 | A  Joe Linford. |
| 16:01:29 | 11 | Q  And on -- what was your job in July of '15 |
| 16:01:34 | 12 | at the time of Guillermo Herrera's injury? |
| 16:01:37 | 13 | A  Track supervisor. |
| 16:01:38 | 14 | Q  Same position? |
| 16:01:39 | 15 | A  Yes. |
| 16:01:40 | 16 | Q  Same gang? |
| 16:01:40 | 17 | A  Yes. |
| 16:01:40 | 18 | Q  All right. |
| 16:01:42 | 19 | How do you and Mr. Martinez split up the |
| 16:01:46 | 20 | supervisory responsibility -- or did you -- in July |
| 16:01:48 | 21 | of 2015? |
| 16:01:51 | 22 | A  No, we just -- just take care of the gang. |
| 16:01:54 | 23 | When he is not there or I'm there, we just do |
| 16:01:57 | 24 | what's necessary to keep the gangs running. |
| 16:02:00 | 25 | Q  Does one supervisor have the front half |

## Page 7

| | | |
|---|---|---|
| 16:02:02 | 1 | and the back half?  Or one rail or another?  Is |
| 16:02:06 | 2 | there any way you all chop up the work on the |
| 16:02:08 | 3 | gang? |
| 16:02:09 | 4 | A  No, we just -- just work together. |
| 16:02:11 | 5 | Q  Just cosupervise? |
| 16:02:13 | 6 | A  Yes. |
| 16:02:13 | 7 | Q  Okay. |
| 16:02:19 | 8 | All right. |
| 16:02:20 | 9 | How long had you worked for the UP? |
| 16:02:22 | 10 | A  Since April 1984. |
| 16:02:27 | 11 | Q  Were you with the UP or SP?  Or what's |
| 16:02:31 | 12 | your history? |
| 16:02:32 | 13 | A  Southern Pacific. |
| 16:02:34 | 14 | Q  Southern Pacific? |
| 16:02:34 | 15 | A  Yes. |
| 16:02:35 | 16 | Q  And then UP? |
| 16:02:36 | 17 | A  Yes. |
| 16:02:36 | 18 | Q  What jobs have you held -- has all of your |
| 16:02:39 | 19 | time been in the Engineering Department? |
| 16:02:41 | 20 | A  Yes. |
| 16:02:41 | 21 | Q  What jobs have you held? |
| 16:02:44 | 22 | A  From track laborer to track foreman. |
| 16:02:47 | 23 | Q  You worked your way all of the way up? |
| 16:02:49 | 24 | A  Yes. |
| 16:02:49 | 25 | Q  Or at least as high as you probably want |

## Page 8

| | | |
|---|---|---|
| 16:02:52 | 1 | to go? |
| 16:02:53 | 2 | A  Yes. |
| 16:02:59 | 3 | Q  Okay. |
| 16:03:06 | 4 | Mr. Diaz, we have talked to a lot of |
| 16:03:07 | 5 | witnesses today and probably by the time we get to |
| 16:03:10 | 6 | you in the trial, the jury will have learned a lot. |
| 16:03:13 | 7 | So I want to kind of get right to it. |
| 16:03:17 | 8 | How did you learn that Guillermo Herrera |
| 16:03:19 | 9 | was suffering from a heat injury on July 26th, |
| 16:03:23 | 10 | 2015? |
| 16:03:24 | 11 | A  I just heard it on the radio. |
| 16:03:27 | 12 | Q  From whom? |
| 16:03:29 | 13 | A  I just heard somebody calling for them to |
| 16:03:33 | 14 | pick up a man to put him in his van to cool him |
| 16:03:39 | 15 | down. |
| 16:03:41 | 16 | Q  And what did you do when you heard that? |
| 16:03:45 | 17 | A  I just called Bob and told him to meet me |
| 16:03:50 | 18 | and put him with me and see how he was feeling. |
| 16:03:55 | 19 | Q  Okay. |
| 16:03:59 | 20 | Let's see if I can find these. |
| 16:04:00 | 21 | Do -- let's see -- you don't happen to |
| 16:04:07 | 22 | know -- oh, no, how did you call Bobby Herrera? |
| 16:04:14 | 23 | Did you call him on the phone or radio? |
| 16:04:18 | 24 | A  Radio. |
| 16:04:21 | 25 | Q  Okay. |

## Page 9

| | | |
|---|---|---|
| 16:04:30 | 1 | What instructions did you give him? |
| 16:04:33 | 2 | A  To? |
| 16:04:34 | 3 | Q  To Bobby Herrera? |
| 16:04:36 | 4 | A  To meet me at a place called, "Emmet," |
| 16:04:41 | 5 | that's a gas station there to transfer him over to |
| 16:04:44 | 6 | come to me. |
| 16:04:45 | 7 | Q  Why did you do that? |
| 16:04:49 | 8 | A  Because we wanted to see how he was |
| 16:04:53 | 9 | feeling and I heard that he was -- you know, wasn't |
| 16:04:53 | 10 | feeling well, so then a supervisor would pick him |
| 16:04:56 | 11 | up and help him out and see what the problem was. |
| 16:05:00 | 12 | Q  Okay. |
| 16:05:00 | 13 | Is there any reason -- well, strike that. |
| 16:05:04 | 14 | Well, I can't -- is there any reason at |
| 16:05:06 | 15 | that point in time an ambulance was not called for |
| 16:05:09 | 16 | him? |
| 16:05:10 | 17 | Or do you know why an ambulance was not |
| 16:05:12 | 18 | called for him? |
| 16:05:12 | 19 | A  No, no. |
| 16:05:18 | 20 | Q  Okay. |
| 16:05:18 | 21 | It's the first time that you saw |
| 16:05:20 | 22 | Guillermo Herrera there at Emmet's gas station? |
| 16:05:24 | 23 | A  Yes. |
| 16:05:24 | 24 | Q  Had you seen him earlier in the day? |
| 16:05:28 | 25 | A  No. |

| | | Page 10 |
|---|---|---|
| 16:05:28 | 1 | Q  Had you seen him on July 25th, for |
| 16:05:31 | 2 | example? |
| 16:05:33 | 3 | A  I don't remember. |
| 16:05:37 | 4 | Q  Okay. |
| 16:05:37 | 5 | That's a long time ago. |
| 16:05:40 | 6 | All right. |
| 16:05:41 | 7 | When you saw Mr. Herrera there at Emmet's |
| 16:05:45 | 8 | gas station, he arrives in Mr. Herrera's van?  Am I |
| 16:05:50 | 9 | right on that? |
| 16:05:51 | 10 | A  Yes. |
| 16:05:52 | 11 | Q  Tell me what observations you made of |
| 16:05:55 | 12 | Guillermo Herrera at that time. |
| 16:05:57 | 13 | A  Well, he was sitting on the passenger seat |
| 16:05:59 | 14 | of a van and I pulled up with the passenger, so I |
| 16:06:05 | 15 | can transfer him over to my truck. |
| 16:06:07 | 16 | Q  Did you or Mr. Herrera have to help |
| 16:06:12 | 17 | Guillermo Herrera into your truck? |
| 16:06:15 | 18 | A  Yes, we assisted him getting him into my |
| 16:06:19 | 19 | truck.  My truck is kind of high.  It's a high-rail |
| 16:06:22 | 20 | pickup.  So it's kind of high, assisted, falling |
| 16:06:28 | 21 | over or stumbling. |
| 16:06:30 | 22 | Q  When you say "assisted," what do you mean |
| 16:06:32 | 23 | by that? |
| 16:06:33 | 24 | A  Just grab him by the arm and help him into |
| 16:06:35 | 25 | the truck. |

| | | Page 11 |
|---|---|---|
| 16:06:37 | 1 | Q  Okay. |
| 16:06:37 | 2 | Did you speak with him? |
| 16:06:38 | 3 | A  No, just asked him how he was feeling. |
| 16:06:39 | 4 | Q  What did he say? |
| 16:06:41 | 5 | A  He just said he was hot. |
| 16:06:42 | 6 | Q  Okay. |
| 16:06:45 | 7 | Had you known Guillermo Herrera before to |
| 16:06:47 | 8 | speak with him? |
| 16:06:49 | 9 | A  In what way? |
| 16:06:51 | 10 | Q  Had you ever talked with him before? |
| 16:06:53 | 11 | I'm trying to see if you can give me a |
| 16:06:55 | 12 | comparison to how he was talking at that time |
| 16:06:58 | 13 | compared to how he talked normally. |
| 16:07:00 | 14 | A  No, I just got on the gang.  I was with a |
| 16:07:03 | 15 | gang just about two months. |
| 16:07:04 | 16 | Q  Okay. |
| 16:07:05 | 17 | A  So I would rather just be familiar myself |
| 16:07:08 | 18 | with the whole gang.  There was 75 people in |
| 16:07:11 | 19 | there. |
| 16:07:12 | 20 | Q  Okay. |
| 16:07:12 | 21 | So you really didn't have any kind of |
| 16:07:14 | 22 | one-on-one contact with Guillermo to gauge how he |
| 16:07:18 | 23 | spoke before July 26th? |
| 16:07:20 | 24 | A  No. |
| 16:07:20 | 25 | Q  Okay. |

| | | Page 12 |
|---|---|---|
| 16:07:24 | 1 | What happened next? |
| 16:07:27 | 2 | A  Just took him towards Onaga, about an |
| 16:07:30 | 3 | hour's drive from where we were at.  We just took |
| 16:07:33 | 4 | him in to make sure he stayed cool and had |
| 16:07:38 | 5 | something to drink.  Get him off the track and get |
| 16:07:43 | 6 | him out of the heat. |
| 16:07:46 | 7 | Q  Where did you take him? |
| 16:07:46 | 8 | A  To a job briefing in Onaga. |
| 16:07:50 | 9 | Q  That's where we heard a CPI, or the |
| 16:07:51 | 10 | container is that has the air conditioning and |
| 16:07:51 | 11 | maybe the foremen's desk and all of that kind of |
| 16:07:53 | 12 | stuff? |
| 16:07:54 | 13 | A  Yes. |
| 16:07:54 | 14 | Q  Is that where you were headed with him? |
| 16:07:57 | 15 | Or did -- |
| 16:07:58 | 16 | A  That's where all of our vehicles were at. |
| 16:07:59 | 17 | It's a job briefing area.  We would just take him |
| 16:08:02 | 18 | there. |
| 16:08:05 | 19 | Q  Okay. |
| 16:08:05 | 20 | Do you recall any conversation as you are |
| 16:08:07 | 21 | driving from Emmet -- is Emmet -- is that on an |
| 16:08:11 | 22 | interstate?  Or where is Emmet -- that gas station? |
| 16:08:14 | 23 | Do you remember? |
| 16:08:15 | 24 | A  It's a highway, but just a common road. |
| 16:08:21 | 25 | Q  Okay. |

| | | Page 13 |
|---|---|---|
| 16:08:21 | 1 | You wouldn't -- I have tried to orient |
| 16:08:23 | 2 | this a little bit.  You wouldn't happen to remember |
| 16:08:25 | 3 | what the number of the county road was or |
| 16:08:28 | 4 | anything? |
| 16:08:29 | 5 | A  No, sir. |
| 16:08:29 | 6 | Q  Okay. |
| 16:08:30 | 7 | Where -- what siding or what part of the |
| 16:08:32 | 8 | track was the gang working on? |
| 16:08:34 | 9 | I understand it's spread out over some |
| 16:08:37 | 10 | distance.  But generally, where was the section of |
| 16:08:39 | 11 | track that you all were working on in relationship |
| 16:08:42 | 12 | to Onaga?  Like south?  East?  West?  North? |
| 16:08:48 | 13 | A  I would say north.  I'm not positive too |
| 16:08:51 | 14 | much. |
| 16:08:51 | 15 | Q  Okay. |
| 16:08:52 | 16 | In the route -- in the drive from the gas |
| 16:08:56 | 17 | station at Emmet to the job briefing site, did you |
| 16:09:03 | 18 | have a conversation with Mr. Herrera? |
| 16:09:06 | 19 | A  Just asked how he was feeling and if I had |
| 16:09:09 | 20 | to stop or anything, let me know. |
| 16:09:11 | 21 | Q  Okay. |
| 16:09:12 | 22 | A  Not much talking. |
| 16:09:15 | 23 | Q  Not much talking? |
| 16:09:17 | 24 | A  No. |
| 16:09:17 | 25 | Q  Okay. |

## Page 14

```
16:09:18   1        Did you make any observations of his
16:09:20   2    condition?  What was he doing?  Was he sleeping?
16:09:23   3    Was he -- what?  What observations --
16:09:27   4        A  He was just sitting there.  I told him to
16:09:29   5    stay awake.  I didn't want him going to sleep or
16:09:34   6    anything like that, so I just watched him and asked
16:09:37   7    him how he was feeling mostly.
16:09:39   8        Q  Okay.
16:09:40   9        Why were you heading to the job briefing
16:09:41  10    place -- job briefing site?
16:09:43  11        A  That's where everybody's vehicle was at.
16:09:45  12    So I figured if he needed to cool down and that way
16:09:48  13    he will be there close by his vehicle.  That's
16:09:53  14    where we meet.
16:09:54  15        Q  Where his vehicle was?
16:09:56  16        A  Yes.
16:09:56  17        Q  Okay.
16:09:56  18        Did you have a thought that if he cools
16:09:58  19    down, he would just drive home?
16:10:01  20        A  No, no, we just thought -- he carpooled
16:10:03  21    with another guy.  Just made sure he was all right.
16:10:08  22    That's all.
16:10:08  23        Q  I guess my question was:  Were you heading
16:10:10  24    to get him into the cooling container there at the
16:10:14  25    job site?  Or where were you going?  And why?  I
```

## Page 15

```
16:10:18   1    guess is what I'm --
16:10:21   2        A  That's where our job briefing place is at.
16:10:24   3        Q  Sort of a central location?
16:10:27   4        A  Yes.
16:10:27   5        Q  What were your thoughts?
16:10:29   6        What were you thinking was going to happen
16:10:30   7    or that you would do when you got there?
16:10:34   8        A  I was just making sure he was okay.  You
16:10:36   9    know, just take him there and if he needed any
16:10:40  10    assistance or anything, if he found anything I
16:10:43  11    could do to help him.
16:10:45  12        Q  Okay.
16:10:45  13        What happened when you got to the job
16:10:47  14    site -- job briefing site?
16:10:50  15        A  Well, I went there and then Bob Steely
16:10:54  16    came out and tried to figure out how he was
16:10:59  17    feeling.  Looking at him, make sure he was all
16:11:01  18    right.  Talking to him and seeing how he was
16:11:03  19    feeling about that.
16:11:05  20        Q  Was there a discussion about him going to
16:11:06  21    the hospital at that time?
16:11:08  22        A  No, we asked him if we needed to.  I asked
16:11:10  23    him if he needed to -- "If you feel you need to get
16:11:14  24    going."  And he told me he didn't have to go.
16:11:19  25    Just, "Give me some rest and cool down."  That's
```

## Page 16

```
16:11:23   1    about it.
16:11:24   2        Q  Sometime you and Mr. Steely took him to
16:11:26   3    the hospital, right?
16:11:27   4        A  Yes.
16:11:27   5        Q  When was that?
16:11:28   6        In other words, how long was he at the job
16:11:31   7    briefing site before you all took him to the
16:11:33   8    hospital?
16:11:34   9        A  I would say 20 to 30 minutes.
16:11:38  10        Q  Okay.
16:11:39  11        And how did he get to the hospital?
16:11:41  12        A  I drove him there.
16:11:43  13        Q  And Mr. Steely told us he got in the back
16:11:46  14    seat?
16:11:48  15        A  Yes.
16:11:49  16        Q  When you -- was there any conversation
16:11:50  17    with Mr. Herrera -- Guillermo Herrera on the drive
16:11:55  18    to the hospital?
16:11:57  19        A  No, because it was only a couple of blocks
16:11:59  20    away from there.
16:12:01  21        Q  Okay.
16:12:04  22        Did Mr. Herrera remain in your truck the
16:12:07  23    whole time you all were at the job briefing site?
16:12:10  24        A  Yes.
16:12:10  25        Q  Did you get out?
```

## Page 17

```
16:12:12   1        A  No.
16:12:12   2        Q  Did Bobby Steely come up to the truck?
16:12:15   3        A  Yes.
16:12:16   4        Q  Did he lean in your window or
16:12:18   5    Mr. Herrera's window?
16:12:19   6        A  Mr. Herrera's window.
16:12:21   7        Q  And who made the decision to go to the
16:12:25   8    hospital?
16:12:26   9        A  He did.
16:12:27  10        Q  Mr. Herrera?
16:12:29  11        A  Yes.
16:12:29  12        Q  And is it your testimony that's the first
16:12:32  13    time he asked to go to the hospital?
16:12:34  14        A  Yes.
16:12:36  15        Q  Have you ever received any training in
16:12:40  16    heat prevention illness -- heat illness prevention
16:12:45  17    from the Union Pacific Railroad that you should not
16:12:51  18    rely on the person with the heat stress injury to
16:12:55  19    decide whether he should go to the hospital or not?
16:12:58  20        MR. SCHMITT:  Object, form.
16:13:02  21    BY MR. COX:
16:13:02  22        Q  Have you ever received that kind of
16:13:03  23    training from the UP?
16:13:04  24        MR. SCHMITT:  Form.
16:13:05  25        Go ahead.
```

Page 18

| | | |
|---|---|---|
| 6:13:07 | 1 | THE WITNESS: No. No, not in that manner, |
| 6:13:08 | 2 | no. |
| 6:13:09 | 3 | BY MR. COX: |
| 6:13:09 | 4 | Q All right. |
| 6:13:10 | 5 | What conversation was there from the job |
| 6:13:13 | 6 | briefing site to the hospital in Onaga? |
| 6:13:18 | 7 | Did you talk with him? Did Mr. Herrera |
| 6:13:20 | 8 | talk with you? Did Mr. Steely say anything? Can |
| 6:13:24 | 9 | you recall any conversation? |
| 6:13:26 | 10 | A No. No, like I said, it was only two |
| 6:13:28 | 11 | blocks away. So we took him right there. |
| 6:13:31 | 12 | Q What happened when you all got to the |
| 6:13:33 | 13 | hospital? |
| 6:13:34 | 14 | You were driving, Bobby is in the back |
| 6:13:37 | 15 | seat, Guillermo Herrera is in the front seat. |
| 6:13:40 | 16 | What happened when you all got to the |
| 6:13:41 | 17 | hospital? |
| 6:13:42 | 18 | A Well, we took him to the emergency room |
| 6:13:45 | 19 | door. Then the nurse came out. And we helped |
| 6:13:47 | 20 | him -- Bobby and I and the nurse put him on a |
| 6:13:51 | 21 | wheelchair and wheeled him in. |
| 6:13:53 | 22 | Q And did you go in with Mr. Herrera? |
| 6:13:55 | 23 | A Yes, I followed him. Yes. |
| 6:13:58 | 24 | Q Okay. |
| 6:13:58 | 25 | And did you go into the room that he was |

Page 19

| | | |
|---|---|---|
| 6:13:59 | 1 | being treated in in the emergency? |
| 6:14:02 | 2 | A Yes, I stood there by the door. |
| 6:14:04 | 3 | Q Okay. |
| 6:14:05 | 4 | And did you ever come in the room where |
| 6:14:08 | 5 | Bobby -- where Mr. Herrera was? |
| 6:14:10 | 6 | A Yes, I was standing at the door inside the |
| 6:14:12 | 7 | room, yes. |
| 6:14:14 | 8 | Q All right. |
| 6:14:17 | 9 | What conversations, if any, did you have |
| 6:14:18 | 10 | with any nurses or doctors that were treating |
| 6:14:21 | 11 | Mr. Herrera? |
| 6:14:25 | 12 | A Just "let me know if he is okay." Because |
| 6:14:30 | 13 | I had to call my manager to let him know that we |
| 6:14:33 | 14 | had an incident on the gang. I had to take |
| 6:14:36 | 15 | somebody to the hospital. |
| 6:14:37 | 16 | Q Is part of the reason you are in the room |
| 6:14:39 | 17 | to get updated on his medical condition so you can |
| 6:14:42 | 18 | let your superiors know his medical condition? |
| 6:14:45 | 19 | A No, that was the only room that you could |
| 6:14:47 | 20 | be there, so I was there. |
| 6:14:48 | 21 | Q That was a bad question. |
| 6:14:54 | 22 | Why were you in the room? And why were |
| 6:14:56 | 23 | you talking to the nurse and doctor about |
| 6:15:00 | 24 | Guillermo's condition? |
| 6:15:00 | 25 | A When? |

Page 20

| | | |
|---|---|---|
| 16:15:01 | 1 | Q When he was in the room in the hospital? |
| 16:15:03 | 2 | A There was no doctor there yet. It was |
| 16:15:05 | 3 | just a nurse. |
| 16:15:07 | 4 | Q Did you talk with her about his medical |
| 16:15:10 | 5 | condition? |
| 16:15:11 | 6 | A No. |
| 16:15:11 | 7 | Q I assume it was a woman. |
| 16:15:13 | 8 | Was it a woman? |
| 16:15:13 | 9 | A Yes, it was a woman. No, I didn't talk to |
| 16:15:19 | 10 | her about his condition. Just he felt he was |
| 16:15:19 | 11 | overheated, so she administered some IV to him. |
| 16:15:23 | 12 | Q Were you present when that was done, the |
| 16:15:27 | 13 | IV? |
| 16:15:27 | 14 | A I wasn't sure -- watching it, no. Because |
| 16:15:30 | 15 | I had to make my call to the manager, coming in and |
| 16:15:33 | 16 | out, and letting him know what was going on with |
| 16:15:35 | 17 | the situation. |
| 16:15:36 | 18 | Q That's part of the question -- part of the |
| 16:15:43 | 19 | reason you were there, I guess, was to check on him |
| 16:15:45 | 20 | and let them know how he was doing; is that |
| 16:15:47 | 21 | right? |
| 16:15:47 | 22 | A Yes. |
| 16:15:48 | 23 | Q Part of the reason why you were there was |
| 16:15:50 | 24 | to find out his medical condition so you could |
| 16:15:53 | 25 | update his supervisors about his medical condition; |

Page 21

| | | |
|---|---|---|
| 16:15:56 | 1 | is that right? |
| 16:15:56 | 2 | MR. SCHMITT: Form. |
| 16:15:57 | 3 | Go ahead. |
| 16:15:58 | 4 | THE WITNESS: Well, I cared for him. You |
| 16:16:00 | 5 | know, just to make sure he was okay. |
| 16:16:03 | 6 | BY MR. COX: |
| 16:16:03 | 7 | Q I understand. |
| 16:16:04 | 8 | Explain to me, then, why you have to call |
| 16:16:05 | 9 | your supervisors. |
| 16:16:06 | 10 | A Well, that's what we have got to do, let |
| 16:16:10 | 11 | them know that we have an incident on our gang, we |
| 16:16:12 | 12 | had a man taken to the hospital. They want to know |
| 16:16:14 | 13 | why. |
| 16:16:15 | 14 | Q Okay. |
| 16:16:18 | 15 | What happens next while you all were at |
| 16:16:21 | 16 | the hospital? |
| 16:16:21 | 17 | A What do you mean? |
| 16:16:23 | 18 | Q Did a doctor come in? Did you -- did |
| 16:16:28 | 19 | you -- |
| 16:16:28 | 20 | A No, they just administered the IV's. |
| 16:16:33 | 21 | That's what they did for, like, an hour and a |
| 16:16:36 | 22 | half or something. |
| 16:16:37 | 23 | Q And how long were you at the hospital? |
| 16:16:39 | 24 | A Well, a certain amount of times -- it was |
| 16:16:41 | 25 | like from 4:30 and then they released him at 8 |

Page 22

16:16:46   1   o'clock with the doctor.
16:16:48   2       Q   Were you there the whole time?
16:16:50   3       A   Yes.
16:16:50   4       Q   What did you do during that four, five,
16:16:53   5   six hours that he was there?
16:16:54   6       A   I --
16:16:55   7       Q   Let me just check.  Let's be clear on how
16:16:58   8   long he was there at the hospital.  Hang on one
16:17:06   9   second.
16:17:07  10       The records will reflect that he was
16:17:08  11   admitted at 4:36 through the emergency room and
16:17:18  12   discharged at 21:52 -- which is what?  9:52.  So he
16:17:32  13   was there a little over five hours.
16:17:35  14       Were you there that whole time?
16:17:37  15       A   Yes, I was.
16:17:38  16       Q   What else was done?
16:17:40  17       What else did you observe being done for
16:17:42  18   Guillermo Herrera in the hospital?
16:17:44  19       A   That's all that I observed.  They
16:17:47  20   administered the IV.  And in the meantime, we had
16:17:52  21   to do our protocol for our MCC.  Then we called the
16:17:57  22   urinalysis lady to check his urine to make sure.
16:18:02  23   It's what we normally do in our procedures in the
16:18:05  24   incident.
16:18:05  25       Q   So one of the procedures is he was given a

Page 23

16:18:10   1   urinalysis for blood and alcohol?
16:18:16   2       A   For any incident, yes.
16:18:17   3       Q   Did that come back negative?  Do you
16:18:20   4   know?
16:18:20   5       A   No, they don't inform us of that.
16:18:22   6       Q   Okay.
16:18:23   7       Did you ever speak with his doctor?  A
16:18:25   8   doctor named Dr. Kelly?
16:18:27   9       A   No, just at the end when they released
16:18:28  10   him.  It was about eight o'clock and we had to wait
16:18:32  11   about an hour for the lady -- urine lady to come.
16:18:36  12   She got lost.  So about eight o'clock, they said he
16:18:40  13   can go.  And they gave him some tests and pills and
16:18:44  14   he should take a day off.  And Guillermo was
16:18:48  15   asking, "Do I get paid?"
16:18:50  16       And I said we would cover to help him with
16:18:52  17   the pay.  That was it.  The doctor says he needs a
16:18:59  18   day off, so I said, "Okay.  That's fine.  We will
16:19:02  19   help him out."
16:19:03  20       Q   What do you mean, "help him out"?
16:19:05  21       A   Well, just go home -- help him out with
16:19:08  22   pay or him whatever he needs to get better.
16:19:11  23       Q   Okay.
16:19:12  24       A   We are not going to put him back out into
16:19:14  25   the heat until he feels like he can do his work.

Page 24

16:19:17   1       Q   And were those instructions that Dr. Kelly
16:19:20   2   gave you or gave Guillermo that he was to be off
16:19:24   3   work at least the next day?
16:19:25   4       A   For one day is what he told me.
16:19:27   5       Q   Did he -- we know Dr. Kelly gave a release
16:19:30   6   to return to work form.
16:19:34   7       Did he give that -- it's a little thing on
16:19:36   8   a prescription pad.
16:19:38   9       Did he give that to you?  Or did he give
16:19:40  10   that to Guillermo?  Who did he give that to?
16:19:42  11       A   He didn't give it to me.  I didn't see who
16:19:44  12   he gave it to.
16:19:46  13       Q   Okay.
16:19:51  14       When you left, where did you -- when you
16:19:53  15   left the hospital, what did you do?
16:19:57  16       A   I went home.  I went back to --
16:19:59  17       Q   Okay.
16:20:00  18       A   He had one of his friends was there.  He
16:20:02  19   got there at quitting time, about 6:00.  His buddy
16:20:07  20   that he rides with, he showed up, too.
16:20:10  21       Q   Do you know his name?
16:20:11  22       Is it Miguel Hernandez?
16:20:14  23       A   Mike Hernandez.
16:20:16  24       Q   Okay.
16:20:16  25       What -- did you have to call any other

Page 25

16:20:18   1   supervisors that night to fill them in on what was
16:20:21   2   going on pursuant to your protocol?
16:20:24   3       A   No, no, I just -- I let Mike Rolow, my
16:20:28   4   manager, that they released him.  And they told me
16:20:31   5   to take a day off.  He said, "That's fine.  Go
16:20:36   6   check up on him."
16:20:38   7       Q   Did Mike Rolow come to the Onaga area the
16:20:41   8   next day to investigate?
16:20:42   9       A   Yes.
16:20:43  10       Q   What did you do the next day?
16:20:44  11       We know that July 26th is a Sunday.  Out
16:20:47  12   there on the job, days of the week really don't
16:20:50  13   matter to you all too much, I gather, right?
16:20:54  14       I mean --
16:20:54  15       A   Well, I knew it was a Sunday.
16:20:56  16       Q   Okay.
16:20:57  17       So Sunday is the day it occurs.
16:21:00  18   Mike Rolow shows up on Monday.
16:21:02  19       What did you do on Monday as it relates to
16:21:05  20   Guillermo Herrera?
16:21:07  21       A   Well, I drove Mike Rolow to go fill out a
16:21:10  22   form, you know, the accident -- that we filled out
16:21:13  23   52032.  Went to Onaga to his hotel room, so he
16:21:18  24   could fill it out.
16:21:19  25       Q   Was that Monday, the next day?  Or was

## Page 26

| | | |
|---|---|---|
| 16:21:21 | 1 | that Tuesday, two days later? What's your memory? |
| 16:21:24 | 2 | A I'm not sure what day. |
| 16:21:26 | 3 | Q Okay. |
| 16:21:30 | 4 | When you -- and you went to Mr. Herrera's |
| 16:21:32 | 5 | motel room to -- |
| 16:21:35 | 6 | A I drove Mike Rolow there. |
| 16:21:37 | 7 | Q Did you go into the room -- |
| 16:21:39 | 8 | A I went to say hello to him and ask him how |
| 16:21:42 | 9 | he was feeling. He said he was feeling good, and |
| 16:21:45 | 10 | then I walked back out. |
| 16:21:47 | 11 | Q He said he was feeling good? |
| 16:21:48 | 12 | A Yes, in shorts, and offered to us water. |
| 16:21:52 | 13 | And I already had a drink, so Mike said, we have to |
| 16:21:56 | 14 | fill out this 52032 form. |
| 16:21:58 | 15 | Q Were you present at all when the 52032 |
| 16:22:02 | 16 | form or personal injury report form was filled |
| 16:22:04 | 17 | out? |
| 16:22:04 | 18 | A No, I have them outside in my truck. |
| 16:22:06 | 19 | Q Bill Herring was also there; is that |
| 16:22:08 | 20 | right? |
| 16:22:08 | 21 | A Yes. |
| 16:22:09 | 22 | Q He is the claims manager or risk |
| 16:22:11 | 23 | management representative of the UP? |
| 16:22:13 | 24 | A Yes, that's correct. |
| 16:22:14 | 25 | Q Was he there when Mr. Herrera was filling |

## Page 27

| | | |
|---|---|---|
| 16:22:16 | 1 | out his P.I. report? |
| 16:22:19 | 2 | A No, we were both outside. |
| 16:22:20 | 3 | Q So it's Mike Rolow -- and to your |
| 16:22:23 | 4 | recollection, it's Mike Rolow and Guillermo Herrera |
| 16:22:26 | 5 | filling out the personal injury report? |
| 16:22:28 | 6 | A Yes. |
| 16:22:29 | 7 | Q All right. |
| 16:22:40 | 8 | What happened after that? |
| 16:22:41 | 9 | I guess Mr. Rolow came back to your truck. |
| 16:22:43 | 10 | And tell me what happened next. |
| 16:22:45 | 11 | A That was it in relation to that. |
| 16:22:48 | 12 | Q Okay. |
| 16:22:49 | 13 | Tell me what else happened that -- in the |
| 16:22:52 | 14 | days that follow regarding Mr. Herrera, what else |
| 16:22:57 | 15 | happened? |
| 16:22:58 | 16 | A Well, I was told that -- that evening, I |
| 16:23:00 | 17 | got a call from Mike that Bill Herring set up to |
| 16:23:05 | 18 | see the UP doctor, make sure he was all right -- in |
| 16:23:10 | 19 | Kansas City, and then have me call him to arrange |
| 16:23:12 | 20 | for the next day -- I'm not sure what day it |
| 16:23:15 | 21 | was -- to pick him up in the morning and take him |
| 16:23:17 | 22 | to Kansas City. |
| 16:23:18 | 23 | Q You were going to take him to Kansas City? |
| 16:23:21 | 24 | A Yes, yes. He agreed when I talked to |
| 16:23:23 | 25 | Mr. Herrera. And a couple of hours later, he |

## Page 28

| | | |
|---|---|---|
| 16:23:28 | 1 | called back and he said he was going to go see his |
| 16:23:31 | 2 | own doctor, don't bother picking him up. |
| 16:23:35 | 3 | Q What happened the next couple of days? |
| 16:23:37 | 4 | A That's all I heard from him. I never |
| 16:23:38 | 5 | heard from him again. |
| 16:23:39 | 6 | Q Did you ever hear from Mr. Herrera or |
| 16:23:42 | 7 | anyone else about his efforts to get back to |
| 16:23:45 | 8 | El Paso where he lived? |
| 16:23:46 | 9 | A Yes, they -- if I would buy him a plane |
| 16:23:50 | 10 | ticket. |
| 16:23:51 | 11 | Q What was that? |
| 16:23:52 | 12 | A If I would buy him a plane ticket to go |
| 16:23:54 | 13 | home, but I don't have that authorization to buy |
| 16:23:58 | 14 | employees plane tickets. |
| 16:23:59 | 15 | Q Okay. |
| 16:23:59 | 16 | So he had called and asked you to buy him |
| 16:23:59 | 17 | a plane ticket to go home? |
| 16:24:01 | 18 | A That's correct. |
| 16:24:01 | 19 | Q And you are not permitted under the rules |
| 16:24:03 | 20 | to do that? |
| 16:24:04 | 21 | A No. |
| 16:24:04 | 22 | Q Did you refer him to someone or take that |
| 16:24:07 | 23 | request of his to someone else who had the |
| 16:24:09 | 24 | authority to do that? |
| 16:24:10 | 25 | A Yeah, it was about nine o'clock when he |

## Page 29

| | | |
|---|---|---|
| 16:24:12 | 1 | called me on that. So I told him I would try to |
| 16:24:15 | 2 | get ahold of Mike so he could get the |
| 16:24:17 | 3 | authorization. And I couldn't get ahold of him. |
| 16:24:20 | 4 | Q How about the next day? Did you do |
| 16:24:22 | 5 | anything to try to help him get back to El Paso? |
| 16:24:25 | 6 | A I don't know if he ever got ahold of Mike. |
| 16:24:28 | 7 | But they never told me anything. I didn't hear |
| 16:24:32 | 8 | anything more about it. |
| 16:24:34 | 9 | Q Let's see. |
| 16:24:36 | 10 | All right. Anything else that you can |
| 16:24:37 | 11 | think about -- or recall about Guillermo Herrera |
| 16:24:42 | 12 | and his heat illness -- what the doctor -- strike |
| 16:24:46 | 13 | that. |
| 16:24:48 | 14 | Did you ever learn from anybody on the |
| 16:24:52 | 15 | Union Pacific Railroad that Guillermo Herrera |
| 16:24:55 | 16 | suffered a heat exhaustion -- that the doctors |
| 16:25:02 | 17 | diagnosed him as having a heat exhaustion? |
| 16:25:05 | 18 | Did you ever learn that? |
| 16:25:05 | 19 | A No. |
| 16:25:06 | 20 | Q Did anybody on the UP update you or the |
| 16:25:09 | 21 | other people on the gang about what had happened to |
| 16:25:11 | 22 | Guillermo Herrera or anything like that? |
| 16:25:16 | 23 | A No. |
| 16:25:16 | 24 | Q Was there a safety stand-down or job -- a |
| 16:25:20 | 25 | discussion at the job briefing the next morning |

## Page 30

```
16:25:22   1   about Mr. Herrera, what had happened and what could
16:25:25   2   be done to prevent it from happening again?
16:25:28   3       A   Yes, we covered almost every morning
16:25:30   4   because of the heat.  We always cover it and go
16:25:33   5   over it.  And you know, you have got to take care
16:25:35   6   of yourself and you are doing those yourself.
16:25:39   7   Something comes up, mention something to somebody
16:25:42   8   let us know so we can get you out of there.
16:25:45   9       Q   It sounds to me like the UP leaves it to
16:25:48  10   the employee to decide how the employee is feeling
16:25:51  11   and doing in the heat?  Is that --
16:25:55  12       A   Yeah.
16:25:55  13       MR. SCHMITT:  Just a minute.
16:25:56  14       Are you finished?
16:25:57  15       MR. COX:  Yeah.
16:25:58  16       MR. SCHMITT:  Objection to the form.
16:25:59  17   Mischaracterizes the testimony.
16:26:01  18       Go ahead.
16:26:02  19       THE WITNESS:  It is work.  But I'm not a
16:26:03  20   doctor to know, you know, just if they'd tell us
16:26:06  21   they are feeling overheated or they are feeling
16:26:10  22   exhausted.  "Let us know and we will put you in a
16:26:12  23   cool spot and take care of you."
16:26:15  24       So it is work and it is hot.  So we do the
16:26:18  25   best we can to protect the man.
```

## Page 31

```
16:26:23   1   BY MR. COX:
16:26:23   2       Q   Is there -- what training or guidance have
16:26:25   3   you received from Union Pacific Railroad about what
16:26:27   4   steps to take if an employee has tried to cool down
16:26:32   5   in a truck or in a van but is still expressing
16:26:37   6   symptoms of weakness, sweating heavily, headache,
16:26:41   7   any of those symptoms?
16:26:43   8       What training have you received as to what
16:26:44   9   should be done then with the employee?
16:26:47  10       A   Well, we just try to cool them down.  And
16:26:49  11   we -- I ask them or Joe does ask if they need any
16:26:54  12   medical assistance, you know, we will provide it.
16:26:57  13   If you wanted to go, we will take you.  There's no
16:26:59  14   problem with taking someone to the hospital if they
16:27:01  15   asked to go.  We don't prevent them from not going.
16:27:05  16       Q   Have you ever received any training from
16:27:06  17   the Union Pacific Railroad about whether or not it
16:27:12  18   is reasonably safe to rely on the person in heat
16:27:15  19   stress to decide whether or not he should go to the
16:27:18  20   hospital?
16:27:19  21       MR. SCHMITT:  Same objection.  Asked and
16:27:23  22   answered.
16:27:23  23       THE WITNESS:  No, we just -- hopefully,
16:27:27  24   everything goes for the best.  Hopefully he tells
16:27:29  25   us how he is feeling.  And then we mention, "If you
```

## Page 32

```
16:27:33   1   need to go to the hospital, we will take you."
16:27:36   2   BY MR. COX:
16:27:36   3       Q   Do you have any explanation as to how it
16:27:44   4   can be that within a matter of minutes, he is in
16:27:51   5   the truck -- in your truck at the job briefing
16:27:58   6   site, a couple of minutes later, back at the
16:28:02   7   hospital and getting IVs and getting a diagnosis of
16:28:08   8   heat exhaustion?  Do you have any explanation as to
16:28:11   9   how that could have occurred?
16:28:13  10       MR. SCHMITT:  Form.  Foundation.
16:28:14  11       THE WITNESS:  No, no.  I'm not a doctor.
16:28:17  12   I don't know why she did what she does.
16:28:35  13   BY MR. COX:
16:28:35  14       Q   And do you have the medical training or
16:28:39  15   expertise to determine if a person is suffering
16:28:42  16   from heat exhaustion or not?
16:28:45  17       A   No, I'm not an expert.
16:29:00  18       Q   And now, you say you followed
16:29:02  19   Guillermo Herrera into the hospital room.
16:29:08  20       Did he ever invite you to come into the
16:29:10  21   room?
16:29:14  22       "Come on with me, Mr. Diaz, into the
16:29:17  23   treatment room"?
16:29:19  24       Did he ever do anything like that?
16:29:20  25       A   No, I just followed him by instincts.
```

## Page 33

```
16:29:39   1       Q   Have you ever received any training from
16:29:40   2   the Union Pacific Railroad about what's called a
16:29:44   3   "whistle-blower statute" or "FRSA," Federal
16:29:49   4   Railroad Safety Act 20109 that basically instructs
16:29:53   5   employees of the Union Pacific Railroad not to
16:29:57   6   delay or interfere with an employee's medical
16:30:00   7   treatment?  Have you received any training on that
16:30:03   8   subject?
16:30:05   9       A   Well, not -- no, not like that.
16:30:20  10       Q   During the earlier part of July 26th,
16:30:24  11   2015, I think I asked you -- but you don't have a
16:30:28  12   memory of going back to the cleanup or cleanup crew
16:30:33  13   to see how they were doing?  You didn't go back
16:30:35  14   there?
16:30:36  15       A   Not that day, no.
16:30:38  16       Q   Okay.
16:30:39  17       What do you know about an assistant
16:30:42  18   foreman, Scott Nicholson?  Do you know him?  Do you
16:30:44  19   remember him?
16:30:46  20       He was the assistant foreman of the
16:30:49  21   cleanup crew.
16:30:51  22       A   Yes, he was new to the gang, but -- I'm
16:30:54  23   not certain how long he had been with us, but he
16:30:56  24   was new to the gang.
16:30:58  25       Q   Okay.
```

Page 34

```
16:31:01   1        Did you ever receive any information that
16:31:05   2   Mr. Nicholson was not using the P-car all of the
16:31:10   3   time to declip the rail?  Did you ever learn that?
16:31:14   4        MR. SCHMITT:  Objection to the form.
16:31:15   5        THE WITNESS:  What do you mean?
16:31:16   6   BY MR. COX:
16:31:16   7        Q  Did Mr. Guillermo Herrera, Mr. Dickison,
16:31:21   8   Mr. Mansing -- did any of those people ever come up
16:31:26   9   to you, or to your knowledge any other foreman, and
16:31:30  10   advise that Mr. Nicholson was not using the P-car
16:31:36  11   to declip the rail?  That he was making them do it
16:31:40  12   by hand?
16:31:41  13        A  There is some hand work required on that
16:31:42  14   job, so whether they use it specifically 100
16:31:46  15   percent, no -- not using the P-car at all times.
16:31:49  16        Q  Why is the P-car there?
16:31:52  17        A  To help them assist.  It carries tools and
16:31:57  18   extra clips and biscuits that get damaged in the
16:32:00  19   back when they replace it.  Get the quality in the
16:32:03  20   rear.
16:32:04  21        Q  But its primary purpose is to declip the
16:32:08  22   rail; is that right?
16:32:09  23        A  It clips, also.
16:32:10  24        Q  Okay.
16:32:11  25        To clip or declip the rail?
```

Page 35

```
16:32:12   1        A  Yes.
16:32:13   2        Q  That's its primary purpose?
16:32:16   3        A  Yes.
16:32:37   4        Q  And if the P-car is operating properly, do
16:32:41   5   you expect it to be used on the cleanup gang to
16:32:43   6   clip or declip the rail?
16:32:46   7        A  It's there to assist.  It doesn't do the
16:32:48   8   work 100 percent.  You know, there's hand work
16:32:52   9   required back there by everybody who is back there
16:32:55  10   working.
16:32:58  11        Q  How does hand work assist the P-car?
16:33:01  12        I'm not sure I understand.
16:33:04  13        A  Sometimes the clips won't come off with
16:33:06  14   the machine, so you have got to do it by hand, do
16:33:09  15   it with a clipper -- hand declippers.
16:33:13  16        Q  Okay.
16:33:13  17        Do you have any knowledge about whether or
16:33:14  18   not the P-car was used at all on the morning of
16:33:19  19   July 26th, 2015?
16:33:21  20        A  It was with him.  Whether they were -- I'm
16:33:25  21   sure they were using it.  But that's all I know on
16:33:28  22   that.
16:33:29  23        Q  Okay.
16:33:31  24        But you haven't talked to any of the
16:33:32  25   members of that cleanup crew about whether
```

Page 36

```
16:33:35   1   Mr. Nicholson was letting them use it or not?  You
16:33:38   2   haven't talked to them?
16:33:39   3        A  No, not that day I didn't.
16:33:41   4        Q  Did you at any other time learn about
16:33:43   5   whether Mr. Nicholson was letting them use the
16:33:46   6   P-car or not?
16:33:47   7        A  They do use it.  I have never not known
16:33:49   8   that they haven't used it.
16:34:42   9        Q  Let me read to you from the medical record
16:34:46  10   at Community Health Care System -- that's the
16:34:50  11   hospital in Onaga.
16:34:52  12        This is a dictation by John Kelly, M.D.,
16:34:55  13   the doctor who summarizes the treatment that
16:34:59  14   Mr. Herrera received at the hospital.
16:35:04  15        The assessment or diagnosis is "Heat
16:35:06  16   exhaustion, hypokalemia secondary to above" -- and
16:35:12  17   I'm not even sure what that is -- third, "weakness
16:35:15  18   secondary to above."
16:35:18  19        He says in here, he was given a
16:35:20  20   prescription for K-Dur and instructed to take one
16:35:25  21   tablet daily.  He is not to work tomorrow.  If he
16:35:27  22   was feeling better the next day, he may resume
16:35:30  23   work, but at light duty and staying in a cool
16:35:33  24   environment, and then gradually may resume his
16:35:37  25   normal duties, as tolerated.
```

Page 37

```
16:35:40   1        He is advised that because he has had heat
16:35:42   2   exhaustion, he may be more prone to it this summer
16:35:47   3   and in the future, so he needs to use extra
16:35:49   4   caution.  Then he says, "His supervisor is with him
16:35:52   5   the whole time and is aware of this and will assist
16:35:54   6   in monitoring how he progresses."
16:35:58   7        Did you talk with Dr. Kelly about
16:36:02   8   assisting and monitoring how Mr. Herrera progressed
16:36:06   9   over the next couple of days?
16:36:08  10        A  That's when I mentioned earlier that we
16:36:11  11   will watch him and we will help him out.  We do
16:36:13  12   what it takes to make sure he is in good shape.
16:36:33  13        Q  Who on the gang is responsible for
16:36:36  14   determining the heat index that will be present on
16:36:39  15   the gang each day?  Who calculates that?
16:36:45  16        A  Well, we have a chart that we go by.  We
16:36:50  17   take the air temperature and humidity and we go
16:36:54  18   from there.
16:36:55  19        Q  But who is "we"?  Who actually does it for
16:36:58  20   gang 8501 in July?
16:37:00  21        A  Sometimes it's Bob Steely or the
16:37:02  22   timekeeper.  We mentioned in the job briefing, it's
16:37:05  23   going to be this particular heat index, we are
16:37:10  24   required to take certain amount of breaks in a
16:37:14  25   certain amount of time per hour.
```

Page 38

```
16:37:17   1    Q  Okay.
16:37:17   2       Do you know how to do that?
16:37:18   3    A  Well, yeah, if I look at the chart, I
16:37:22   4  can.
16:37:24   5    Q  Okay.  Let's look at the chart.
16:37:47   6       Okay.  Here is -- I think we have marked
16:37:49   7  this as Exhibit 15.  And I have turned to the chart
16:37:53   8  in there.
16:37:54   9       Is that the chart you are talking about?
16:37:55  10       I tell you what, first look at that.
16:37:58  11  That's the policy safety meeting process.  Heat
16:38:02  12  Stress Prevention, that's a UP document.
16:38:05  13       Are you familiar with that document?
16:38:07  14    A  Yes, it is.
16:38:08  15    Q  And is this the (indicating) heat index
16:38:11  16  chart that you are referring to in that document?
16:38:15  17    A  Yes.
16:38:19  18    Q  Using that document, let's assume that on
16:38:28  19  July 26th at 9:52 in the morning, the ambient
16:38:46  20  temperature is 79 degrees Fahrenheit.
16:38:50  21       So if you want to -- if you want to -- all
16:38:55  22  right.
16:38:55  23       So let's start with 79 degrees.  And we
16:38:58  24  were advised that you averaged up.  And the
16:39:02  25  relative humidity is 79 degrees.
```

Page 39

```
16:39:06   1    A  Okay.
16:39:09   2    Q  Okay.
16:39:10   3       Now, is it true that someone working on
16:39:14   4  the track -- strike that.
16:39:17   5       Is it true that on the UP, the temperature
16:39:19   6  on the track is higher than the ambient
16:39:22   7  temperature?
16:39:24   8    A  Yes.
16:39:25   9    Q  By -- do you have any training as to how
16:39:28  10  much higher the temperature on the track is?
16:39:30  11    A  No, it varies.
16:39:32  12    Q  Varies depending on what?
16:39:35  13    A  How hot it gets.
16:39:38  14    Q  Okay.
16:39:38  15       What would -- if you were calculating the
16:39:41  16  heat index, what would you add to the ambient
16:39:44  17  temperature to determine the heat index for people
16:39:47  18  that were working on a track?  How many degrees?
16:39:49  19    A  No, we don't -- I don't add that in there.
16:39:52  20  If it's -- I just take what the ambient temperature
16:39:55  21  is.
16:39:57  22    Q  Okay.
16:40:16  23       Let me show you Exhibit 19.
16:40:22  24       This is an OSHA document that advises
16:40:24  25  that, "Exposure to full sunshine can increase heat
```

Page 40

```
16:40:28   1  index values by up to 15 degrees Fahrenheit."
16:40:32   2       Have you ever been trained by the UP to
16:40:34   3  consider when you were calculating the heat index
16:40:38   4  whether it's sunny or not?
16:40:40   5       MR. SCHMITT:  Object to the form.
16:40:42   6  Improper question.  Foundation.
16:40:45   7       THE WITNESS:  No, I don't recall that.
16:41:00   8  No.
16:41:32   9  BY MR. COX:
16:41:32  10    Q  What is the purpose of the heat index?
16:41:34  11  What is your understanding of the purpose of the
16:41:37  12  heat index?
16:41:41  13    A  Well, just -- this chart that we have to
16:41:44  14  give the guys proper breaks, make sure that they
16:41:47  15  can handle that particular hour, if it doesn't
16:41:50  16  change.  If it changes, take longer breaks and make
16:41:54  17  sure they are getting the right -- proper rest,
16:41:56  18  drinking their water.  That's what I understand it
16:41:59  19  is.
16:41:59  20    Q  And are there different procedures that
16:42:01  21  have to take place if the heat index is in the
16:42:05  22  yellow range or the high heat procedure or the
16:42:10  23  extreme heat procedure -- are there different
16:42:12  24  procedures on the UP that should be followed when
16:42:14  25  that heat index, for example, is in the red or
```

Page 41

```
16:42:18   1  extreme heat portion of the heat index?
16:42:24   2    A  Well, it would be longer breaks because it
16:42:26   3  gets that much hotter.  So longer breaks.  Make
16:42:29   4  sure the body gets acclimated to the heat so we
16:42:34   5  take longer breaks.
16:42:36   6    Q  How important is it to you as a supervisor
16:42:39   7  of that gang that you know the accurate heat index
16:42:42   8  at any time during the day to determine what extra
16:42:45   9  procedures need to be taken?
16:42:48  10    A  Well, we do follow the heat index.  So if
16:42:52  11  it's going to stay in the red at a certain time,
16:42:56  12  it's going to continue staying in the red until we
16:43:00  13  quit, so that's what we follow.
16:43:02  14    Q  What was the practice on 8501 when the
16:43:04  15  heat index was in the red or extreme heat?
16:43:07  16    A  Well, make sure that they take the proper
16:43:09  17  breaks, they are getting their water breaks, we
16:43:13  18  provide food for them, make sure they are taking
16:43:16  19  everything -- keep their body -- that they are
16:43:20  20  feeling good.
16:43:21  21    Q  How is that done?  How do you all do that
16:43:24  22  specifically?  Do the supervisors walk by and
16:43:26  23  monitor the guys?
16:43:29  24       Or is the word spread through foreman and
16:43:32  25  assistant foreman?  How do you all do that on the
```

Page 42

```
16:43:35   1   gang?
16:43:37   2        Here is why I'm asking:  The employees,
16:43:39   3   laborers, machine operators, they really -- do they
16:43:43   4   have a way to calculate the heat index at any
16:43:46   5   particular time?
16:43:47   6        Well, like I said, it's not going to cool
16:43:50   7   down any.  If it's already in the red, it's going
16:43:53   8   to stay in the red through our day, through the
16:43:55   9   rest of the shift.  So we stay with that.
16:43:58  10        Q   Okay.
16:43:58  11        How are the laborers and machine operators
16:44:00  12   on the gang advised of what the heat index is?
16:44:06  13        A   Well, they know it's hot.  We go through
16:44:09  14   our secondary job briefings, their assistant
16:44:14  15   foreman.  As the temperature rises, we know it gets
16:44:17  16   up there, so we take our mandatory breaks, what we
16:44:17  17   need.
16:44:20  18        Q   Okay.
16:44:22  19        What mandatory breaks do you take when
16:44:23  20   it's extreme heat on the heat index?
16:44:27  21        A   Here is the -- usually take 15 to 20
16:44:29  22   minutes per hour.
16:44:32  23        Q   Okay.
16:44:32  24        And how is that instituted on the gang?
16:44:37  25   How do you all implement that on the gang?  How is
```

Page 43

```
16:44:40   1   that enforced on the gang?
16:44:42   2        A   Through our assistant foremen and foremen
16:44:44   3   that we talk about at the morning at our morning
16:44:48   4   job briefings to make sure we are getting them,
16:44:50   5   make sure we are taking our breaks.
16:44:53   6        Q   And in the case of the cleanup crew, that
16:44:56   7   would have fallen to Scott Nicholson, that
16:44:59   8   responsibility?
16:44:59   9        A   Yes.
16:45:00  10        Q   Above him, who was the foreman of that
16:45:02  11   cleanup crew?
16:45:05  12        A   Steve Gallop.
16:45:06  13        Q   Have you ever talked to Steve Gallop or
16:45:10  14   Scott Nicholson about what breaks were provided for
16:45:13  15   the workers on the cleanup crew that day?
16:45:17  16        A   No, we covered every morning to make sure
16:45:20  17   they are taking their breaks.  We trust that they
16:45:23  18   do it.  We do ask employees, "Are you guys taking
16:45:27  19   your breaks?"
16:45:28  20        They say, "Yeah, we are taking our breaks.
16:45:30  21   We are getting our water.  We are getting our
16:45:33  22   fruit."
16:45:34  23        Q   But I'm interested more specifically on
16:45:37  24   July 26th, 2015.
16:45:39  25        Did you ever talk with Mr. Nicholson or
```

Page 44

```
16:45:41   1   Mr. Gallop about what breaks were provided for
16:45:44   2   people on the cleanup crew?
16:45:46   3        Not in general terms that morning, but
16:45:49   4   specifically.
16:45:49   5        A   No, everybody has the same rules.  That
16:45:51   6   one is -- has different rules from the front to the
16:45:54   7   back.  We all do the same thing.
16:45:56   8        Q   How do you all take the 15-minute break?
16:46:00   9   Does the whole gang shut down for 15 minutes every
16:46:03  10   hour and stop and water up?
16:46:05  11        A   Well, we start at different -- the front
16:46:06  12   gang will start work and back gang will rest
16:46:11  13   without doing anything until we break out.  We are
16:46:14  14   a very large gang.  We have different machines.
16:46:17  15   They do different jobs.  So long as they go
16:46:21  16   through, the assistant foreman up front will watch
16:46:23  17   his time.  If they have been working for an hour,
16:46:26  18   they will take a break.  Then the back crew hasn't
16:46:28  19   done anything yet until we break out in the front.
16:46:31  20   So it's a long process before the back crew even
16:46:35  21   starts work during that day.  They will wait out
16:46:37  22   there two hours until we get the front half of the
16:46:40  23   gang going.
16:46:41  24        Q   I see.
16:46:41  25        A   We go out there eight o'clock and the back
```

Page 45

```
16:46:45   1   gang or cleanup crew could be out there 10 o'clock
16:46:48   2   until before they even start.
16:46:51   3        Q   After you've been out there for a day like
16:46:53   4   July 25th, when you all returned from the siding to
16:46:57   5   the main line track to begin work again, doesn't
16:47:00   6   everybody in the gang resume work in about the same
16:47:03   7   position that they left the day before?
16:47:05   8        A   No.  No, because we have to get the track
16:47:08   9   back in order for them to run trains, so we have
16:47:11  10   got to have all of our work complete that night.
16:47:13  11        Q   Okay.  I understand that.
16:47:14  12        But on the 26th, after working on the
16:47:17  13   25th, you send the machines into the siding.  The
16:47:21  14   morning of the 26th, you bring the machines out of
16:47:24  15   the siding to start working again.
16:47:28  16        Does the gang resume working -- the
16:47:31  17   different machines resume working on the track
16:47:34  18   where they stopped the day before?
16:47:36  19        A   Yes, the front end will have to do their
16:47:38  20   work in order to break out before their rear
16:47:41  21   machines to start their work.
16:47:44  22        So the cleanup crew will sit a couple of
16:47:47  23   hours almost every morning before they even start.
16:47:50  24        Q   Okay.
16:47:53  25        Well, let's say they have all been working
```

| | | Page 46 |
|---|---|---|
| 16:47:55 | 1 | a couple of hours.  The whole gang has been working |
| 16:47:58 | 2 | for two or three hours.  Everybody is working. |
| 16:48:00 | 3 | Everybody is moving. |
| 16:48:05 | 4 | How -- for example, is it the policy that |
| 16:48:07 | 5 | the whole gang stops for 15 minutes in this high |
| 16:48:10 | 6 | heat -- or extreme heat condition -- everybody |
| 16:48:14 | 7 | stops for 15 minutes and will resume 15 minutes |
| 16:48:17 | 8 | later? |
| 16:48:18 | 9 | MR. SCHMITT:  Objection, asked and |
| 16:48:18 | 10 | answered.  He has already answered. |
| 16:48:20 | 11 | Go ahead. |
| 16:48:21 | 12 | BY MR. COX: |
| 16:48:21 | 13 | Q  I mean -- |
| 16:48:22 | 14 | A  No, no, because we start at different |
| 16:48:24 | 15 | times. |
| 16:48:25 | 16 | Q  Why could that not be the policy to make |
| 16:48:27 | 17 | sure that everybody on the gang gets a 15-minute |
| 16:48:31 | 18 | break every hour? |
| 16:48:32 | 19 | MR. SCHMITT:  They already do. |
| 16:48:33 | 20 | Object to the form.  Improper |
| 16:48:35 | 21 | hypothetical.  Foundation. |
| 16:48:37 | 22 | Go ahead. |
| 16:48:38 | 23 | THE WITNESS:  I don't understand what you |
| 16:48:40 | 24 | are trying to ask me. |
| 16:48:41 | 25 | /// |

| | | Page 47 |
|---|---|---|
| 16:48:41 | 1 | BY MR. COX: |
| 16:48:41 | 2 | Q  Okay. |
| 16:48:42 | 3 | You don't have any personal knowledge that |
| 16:48:43 | 4 | that cleanup crew was given a 15-minute break every |
| 16:48:47 | 5 | hour, do you? |
| 16:48:49 | 6 | A  No. |
| 16:48:49 | 7 | Q  You don't know for sure that that |
| 16:48:51 | 8 | occurred? |
| 16:48:51 | 9 | A  That day? |
| 16:48:53 | 10 | Q  Yes, sir. |
| 16:48:53 | 11 | A  The 26th? |
| 16:48:55 | 12 | Q  Yes. |
| 16:48:57 | 13 | A  No. |
| 16:48:58 | 14 | Q  Okay. |
| 16:48:58 | 15 | I know that's supposedly the policy on the |
| 16:49:00 | 16 | railroad, but what I'm trying to find out is is |
| 16:49:04 | 17 | there some way that we could make sure that that |
| 16:49:08 | 18 | occurred on extremely hot days like July 26th? |
| 16:49:14 | 19 | In other words, be sure that you and |
| 16:49:16 | 20 | Linford, as the supervisors of this gang, could be |
| 16:49:19 | 21 | sure that everybody is getting a 15-minute break |
| 16:49:22 | 22 | every hour? |
| 16:49:23 | 23 | A  Yeah, if we see them, we will ask -- we |
| 16:49:26 | 24 | will ask the employees and they will tell us the |
| 16:49:28 | 25 | truth if they are not getting their breaks.  We ask |

| | | Page 48 |
|---|---|---|
| 16:49:31 | 1 | them -- we ask them how they are feeling.  "Are you |
| 16:49:34 | 2 | guys getting your breaks every hour?" |
| 16:49:37 | 3 | They will let you know, trust me, if they |
| 16:49:39 | 4 | are not getting their rest. |
| 16:49:41 | 5 | Q  Again, just to clarify, you had not been |
| 16:49:43 | 6 | back to the cleanup crew the morning of July 26th? |
| 16:49:47 | 7 | A  No, not that morning. |
| 16:49:48 | 8 | Q  So you didn't have any way of knowing |
| 16:49:50 | 9 | whether they were getting their breaks or not? |
| 16:49:53 | 10 | MR. SCHMITT:  Himself, personally? |
| 16:49:54 | 11 | MR. COX:  Correct. |
| 16:49:55 | 12 | MR. SCHMITT:  Asked and answered. |
| 16:49:56 | 13 | But go ahead. |
| 16:49:58 | 14 | THE WITNESS:  No, no, I did not go back |
| 16:50:00 | 15 | there that day. |
| 16:50:01 | 16 | BY MR. COX: |
| 16:50:01 | 17 | Q  Do you think that -- does your training on |
| 16:50:03 | 18 | the UP lead you to believe that the policy of a |
| 16:50:05 | 19 | 15-minute break every hour when it's extreme heat |
| 16:50:09 | 20 | pursuant to the heat index -- do you think that's a |
| 16:50:13 | 21 | good idea? |
| 16:50:13 | 22 | MR. SCHMITT:  Object to form.  Foundation. |
| 16:50:15 | 23 | He is not an expert witness. |
| 16:50:16 | 24 | MR. COX:  Just his training from the UP. |
| 16:50:20 | 25 | THE WITNESS:  Well, the person is |

| | | Page 49 |
|---|---|---|
| 16:50:22 | 1 | responsible for himself.  You know, if you are |
| 16:50:26 | 2 | tired and it's been 20 minutes, you need a water |
| 16:50:28 | 3 | break, go ahead and take one.  It doesn't have to |
| 16:50:31 | 4 | be on the hour every hour.  We don't implement |
| 16:50:34 | 5 | that. |
| 16:50:34 | 6 | We just said, "If you need your break, we |
| 16:50:38 | 7 | want to make sure you are getting your breaks. |
| 16:50:41 | 8 | It's required.  Get your proper rest to cool down." |
| 16:50:44 | 9 | We don't want nobody to overheat.  We |
| 16:50:46 | 10 | don't want to see no injuries.  We don't want that. |
| 16:50:49 | 11 | Joe and I are adamant about we were doing our |
| 16:50:52 | 12 | things right. |
| 16:51:04 | 13 | BY MR. COX: |
| 16:51:04 | 14 | Q  Who is responsible for establishing the |
| 16:51:07 | 15 | production goal for this gang? |
| 16:51:10 | 16 | MR. SCHMITT:  Objection, foundation. |
| 16:51:12 | 17 | BY MR. COX: |
| 16:51:12 | 18 | Q  If you know. |
| 16:51:13 | 19 | A  That would be our upper management. |
| 16:51:15 | 20 | Q  And what is the production goal? |
| 16:51:21 | 21 | What we mean by that when we talk |
| 16:51:23 | 22 | about -- on the job briefing form, when we talk |
| 16:51:23 | 23 | about a -- when we talk about today's goal? |
| 16:51:31 | 24 | Do you see what I'm talking about right |
| 16:51:32 | 25 | there? |

Page 50

| | | |
|---|---|---|
| 16:51:33 | 1 | Who determines what each day's goal is for |
| 16:51:39 | 2 | feet of track laid? |
| 16:51:40 | 3 | A   That's what the railroad puts -- what we |
| 16:51:43 | 4 | are told to try to do.  If that's 1. -- or |
| 16:51:46 | 5 | whatever -- one mile.  That's what they want to do |
| 16:51:49 | 6 | so we could be productive and cost effective. |
| 16:51:52 | 7 | Q   Okay. |
| 16:51:53 | 8 | A   That's how they determine that. |
| 16:51:54 | 9 | Q   When is that goal communicated to you? |
| 16:51:58 | 10 | Like, the night before?  The morning before?  A |
| 16:52:00 | 11 | week before?  How is that goal communicated to you? |
| 16:52:04 | 12 | A   That's all determined how much time you |
| 16:52:07 | 13 | are going to give us, be able to stop the trains |
| 16:52:10 | 14 | for us.  It varies.  They are going to give us a |
| 16:52:12 | 15 | five-hour day, of course, it's going to be smaller. |
| 16:52:17 | 16 | If they are going to be ten hours, stopping |
| 16:52:19 | 17 | trains -- so it's basically cost effectiveness.  So |
| 16:52:22 | 18 | the more you can do, the more the company saves |
| 16:52:25 | 19 | money, of course.  That's what we are, a production |
| 16:52:29 | 20 | gang. |
| 16:52:30 | 21 | Q   And "that's what we are, a production |
| 16:52:32 | 22 | gang," what do you mean by that? |
| 16:52:34 | 23 | A   Well, we do our job.  You know, we are |
| 16:52:37 | 24 | there to do a -- what they tell us to do, that's |
| 16:52:40 | 25 | what we do, our production.  That's what we are. |

Page 51

| | | |
|---|---|---|
| 16:52:45 | 1 | We are a relay gang and that's what we do. |
| 16:53:22 | 2 | MR. COX:  Okay. |
| 16:53:23 | 3 | Mr. Diaz, that's all of the questions I |
| 16:53:24 | 4 | have.  Thank you, sir. |
| 16:53:26 | 5 | THE WITNESS:  Okay. |
| 16:53:27 | 6 | |
| 16:53:27 | 7 | EXAMINATION |
| 16:53:27 | 8 | BY MR. SCHMITT: |
| 16:53:27 | 9 | Q   Mr. Diaz, I want to ask you some |
| 16:53:29 | 10 | follow-ups. |
| 16:53:30 | 11 | In regards to these production goals, is |
| 16:53:32 | 12 | it fair to say that regardless of what the goals |
| 16:53:33 | 13 | are, that you are going to be acting consistent |
| 16:53:35 | 14 | with whatever the weather conditions are that day? |
| 16:53:38 | 15 | You are going to take those into account and not |
| 16:53:41 | 16 | work in a manner that would, you know, create a |
| 16:53:44 | 17 | risk due to that -- due to the temperatures just to |
| 16:53:47 | 18 | try to meet a goal? |
| 16:53:49 | 19 | A   No. |
| 16:53:49 | 20 | Q   Is that true? |
| 16:53:50 | 21 | A   No, we don't do that.  We just do what we |
| 16:53:52 | 22 | can. |
| 16:53:52 | 23 | Q   All right. |
| 16:53:53 | 24 | A   That's what we ask of our men, "Do what |
| 16:53:57 | 25 | you can." |

Page 52

| | | |
|---|---|---|
| 16:53:58 | 1 | Q   And you had indicated as far as the breaks |
| 16:54:00 | 2 | that were taking place, it's a 15- to 20-minute |
| 16:54:03 | 3 | break every hour, and that's a mandatory minimum |
| 16:54:06 | 4 | when you have the extreme heat procedures you had |
| 16:54:08 | 5 | indicated, correct? |
| 16:54:09 | 6 | A   Yes, sir. |
| 16:54:10 | 7 | Q   And is it also the policy and procedure of |
| 16:54:14 | 8 | Union Pacific that any employee could take any |
| 16:54:16 | 9 | number of additional breaks that they want if they |
| 16:54:19 | 10 | feel that they would like to? |
| 16:54:20 | 11 | A   Yes, we let them know that. |
| 16:54:22 | 12 | Q   All right. |
| 16:54:23 | 13 | So the 15 to 20 minutes doesn't mean that |
| 16:54:25 | 14 | that's all a person gets?  If they want more, they |
| 16:54:28 | 15 | get more? |
| 16:54:28 | 16 | A   Yes. |
| 16:54:28 | 17 | Q   And you had testified that the employee |
| 16:54:31 | 18 | has a responsibility in regards to making sure that |
| 16:54:36 | 19 | they are taking appropriate actions in regards to |
| 16:54:39 | 20 | whatever the heat is that day and to take care of |
| 16:54:42 | 21 | themselves? |
| 16:54:42 | 22 | A   Yes. |
| 16:54:42 | 23 | Q   All right. |
| 16:54:44 | 24 | I have heard some witnesses that have |
| 16:54:45 | 25 | testified that no one knows their body better than |

Page 53

| | | |
|---|---|---|
| 16:54:49 | 1 | the actual employee himself or herself. |
| 16:54:53 | 2 | Is that preached on the railroad? |
| 16:54:55 | 3 | A   That's correct. |
| 16:54:55 | 4 | Q   All right. |
| 16:54:58 | 5 | Now, in regards to this testimony or the |
| 16:55:04 | 6 | policies or the practices in determining when |
| 16:55:08 | 7 | someone needs to get off the track or what have |
| 16:55:10 | 8 | you, and when an employee should be making a |
| 16:55:13 | 9 | decision -- I'm just going to ask you this:  And we |
| 16:55:16 | 10 | will just take an extreme example -- if you, for |
| 16:55:18 | 11 | example, have an employee that is unconscious, are |
| 16:55:22 | 12 | you going to make that decision for that employee |
| 16:55:25 | 13 | himself or herself and take that person to the |
| 16:55:29 | 14 | hospital? |
| 16:55:29 | 15 | A   Yes, while he is unconscious, yes. |
| 16:55:33 | 16 | Q   Sure.  And that's my point. |
| 16:55:35 | 17 | Mr. Cox is asking you some questions, "Are |
| 16:55:37 | 18 | you aware that an employee can't make their own |
| 16:55:39 | 19 | decisions" -- is it fair to say that when an |
| 16:55:44 | 20 | employee -- I mean, are you looking for whether or |
| 16:55:45 | 21 | not they appear to be confused or can communicate |
| 16:55:48 | 22 | with you appropriately? |
| 16:55:50 | 23 | Is that one of the things that you are |
| 16:55:51 | 24 | trying to assess when you are talking to them? |
| 16:55:53 | 25 | A   Yes. |

16:55:53 1   Q  All right.
16:55:54 2       If you have a concern that the individual
16:55:55 3   is confused or doesn't appear as though they are
16:55:58 4   able to appropriately evaluate themselves, and you
16:56:04 5   know, be conscious and alert and aware, are you in
16:56:07 6   that scenario, going to make the decision for them
16:56:10 7   and take them to the hospital?
16:56:11 8   A  Yes, I would take them if I saw that, yes.
16:56:14 9   Q  Sure.
16:56:15 10      All right.
16:56:16 11      At any time, did Mr. Herrera indicate to
16:56:18 12  you or give you a concern that he was somehow
16:56:21 13  unable to -- inadequate to accurately assess his
16:56:25 14  own condition and tell you when he wanted to go to
16:56:28 15  the hospital?
16:56:29 16  A  No, because I asked them, "If you needed
16:56:32 17  to go, would you let me know?"  He said he would.
16:56:36 18  First he said, "No, no, I don't need to go."  And
16:56:39 19  then at 4:30, he said, "Can you take me?"
16:56:43 20      I said, "For sure, I will take you."
16:56:46 21  Q  And you immediately took him as soon as he
16:56:49 22  asked?
16:56:50 23  A  Yes.
16:56:50 24  Q  All right.
16:56:51 25      In regards to these questions about

16:56:54 1   measuring temperature -- there's been some
16:56:56 2   testimony -- are there people out on the gang that
16:56:59 3   are taking -- assessing the heat index and the
16:57:02 4   actual condition of the heat index at the track
16:57:05 5   area on your gang throughout the day?
16:57:07 6   A  Yes, we do them at every station.  We put
16:57:12 7   the air temperature, ambient temperature and rail
16:57:15 8   temperature on our -- our stations, we put it on
16:57:20 9   the rail.
16:57:21 10  Q  All right.
16:57:22 11      You are assessing, or whoever is doing
16:57:24 12  this work, they are looking at the air temperature,
16:57:27 13  the humidity, whatever the conditions are, to
16:57:28 14  assess the actual heat index for the actual
16:57:31 15  employees that are working at this actual track?
16:57:34 16  A  Yes.
16:57:35 17  Q  All right.
16:57:36 18      So this issue of these measurements and
16:57:39 19  whether or not you should add ten degrees here or
16:57:43 20  15 degrees there, or whatever it might be, is it
16:57:46 21  fair to say that the measurements that are taken is
16:57:49 22  what are based on the actual track conditions
16:57:52 23  themselves at the track?
16:57:55 24  A  Yes.
16:57:56 25      MR. COX:  Form and foundation.

16:57:57 1       THE WITNESS:  Yes, that's why we go by on
16:58:00 2   a number we put on the track.  We do -- you do put
16:58:03 3   it throughout our stations, our ambient and our
16:58:06 4   rail temperature.
16:58:08 5   BY MR. SCHMITT:
16:58:08 6   Q  All right.
16:58:09 7       Now, this issue in regards to -- at the
16:58:16 8   hospital, and Bobby Steely and you both accompanied
16:58:21 9   Mr. Herrera to the hospital; is that right?
16:58:23 10  A  Yes.
16:58:23 11  Q  And Bobby Steely had testified that he was
16:58:26 12  a good friend of Mr. Herrera.
16:58:28 13      Was that your understanding, too?
16:58:30 14  A  Yes, he has been with the gang longer.
16:58:32 15  That's why.
16:58:32 16  Q  Sure.
16:58:33 17      And as I understand what you had indicated
16:58:36 18  earlier, at some point in time, you do go back to
16:58:40 19  the doorway or back by the room where Mr. Herrera
16:58:42 20  is located; is that true?
16:58:46 21  A  Yes.
16:58:46 22      MR. COX:  That misstates.
16:58:47 23  BY MR. SCHMITT:
16:58:47 24  Q  Here is my question:  Did you ever talk
16:58:49 25  with Mr. Herrera about whether or not it was okay

16:58:51 1   for you to be okay in the room with him?  Did you
16:58:54 2   ask him that?
16:58:55 3   A  No, no.  I just -- I was just right
16:58:58 4   there --
16:58:58 5   Q  Okay.
16:58:59 6   A  -- making sure he was all right.
16:59:01 7   Q  All right.
16:59:02 8       Did you ever have a conversation with
16:59:03 9   Mr. Herrera asking him whether -- "Is it okay for
16:59:06 10  me to be here?"
16:59:07 11      MR. COX:  Same question.  Asked and
16:59:08 12  answered.  And identical question.
16:59:11 13      THE WITNESS:  No, no, I never asked him.
16:59:13 14      MR. COX:  Identical answer.
16:59:14 15  BY MR. SCHMITT:
16:59:14 16  Q  Did Mr. Herrera ever indicate to you that
16:59:18 17  he didn't want you in the room?
16:59:20 18  A  No.
16:59:20 19  Q  Did he ever say or do anything that made
16:59:22 20  it appear to you that he was uncomfortable with you
16:59:25 21  being there?
16:59:26 22  A  No.
16:59:26 23      MR. COX:  Form and foundation.
16:59:28 24      THE WITNESS:  Sorry.  No, no, he did
16:59:30 25  not.

Page 58

| | | |
|---|---|---|
| 6:59:31 | 1 | BY MR. SCHMITT: |
| 6:59:31 | 2 | Q  All right. |
| 6:59:32 | 3 | As far as -- if I understand what you said |
| 6:59:33 | 4 | earlier, you were in and out of the room? Or in |
| 6:59:36 | 5 | and out -- you were leaving making calls kind of |
| 6:59:39 | 6 | coming back and forth? |
| 6:59:40 | 7 | A  Yes. |
| 6:59:40 | 8 | Q  Was it Bobby Steely -- was he the one that |
| 6:59:45 | 9 | was in the room the whole time? |
| 6:59:46 | 10 | A  I don't know if he was there in the room |
| 6:59:48 | 11 | the whole time or not. |
| 6:59:48 | 12 | Q  Because you weren't there? |
| 6:59:49 | 13 | A  Yes. |
| 6:59:50 | 14 | Q  Is it fair to say that you were not the |
| 6:59:52 | 15 | person that was in the room -- that you were never |
| 6:59:53 | 16 | in the room the whole time?  Is that true? |
| 6:59:55 | 17 | A  Yes, that's true. |
| 6:59:56 | 18 | Q  All right. |
| 7:00:00 | 19 | In regards to these -- this conversation, |
| 7:00:05 | 20 | did you ever talk with any doctors or nurses |
| 7:00:09 | 21 | outside of Mr. Herrera's presence? |
| 7:00:12 | 22 | A  No. |
| 7:00:12 | 23 | Q  All right. |
| 7:00:14 | 24 | And this conversation with the -- with the |
| 7:00:19 | 25 | doctor -- when did that take place -- when the |

Page 59

| | | |
|---|---|---|
| 7:00:22 | 1 | doctor was making these statements about he needs |
| 7:00:24 | 2 | to have the next day off? |
| 7:00:26 | 3 | A  At the end of the -- the diagnoses he gave |
| 7:00:29 | 4 | when he gave him the prescription pill or potassium |
| 7:00:33 | 5 | that he told me he gave him. |
| 7:00:36 | 6 | Q  All right. |
| 7:00:37 | 7 | A  That's what he told me.  He needs to take |
| 7:00:40 | 8 | a day off.  And I said, "That's fine.  We'll have |
| 7:00:42 | 9 | him off, then." |
| 7:00:42 | 10 | Q  This is a statement the doctor made to |
| 7:00:44 | 11 | you? |
| 7:00:44 | 12 | A  Yes. |
| 7:00:45 | 13 | Q  You weren't going up to the doctor and |
| 7:00:46 | 14 | asking this doctor for information, were you? |
| 7:00:48 | 15 | A  No. |
| 7:00:48 | 16 | Q  When the doctor made the statement to you, |
| 7:00:50 | 17 | where was Mr. Herrera?  Was he right there? |
| 7:00:53 | 18 | A  He was sitting on his bed. |
| 7:00:54 | 19 | Q  So the doctor makes this statement to you |
| 7:00:57 | 20 | about taking the next day off and Mr. Herrera is |
| 7:01:00 | 21 | sitting right there? |
| 7:01:01 | 22 | A  Yes. |
| 7:01:02 | 23 | Q  This is in his presence? |
| 7:01:03 | 24 | A  Yes. |
| 7:01:03 | 25 | Q  So at any time, did you ever speak with |

Page 60

| | | |
|---|---|---|
| 17:01:05 | 1 | any of Mr. Herrera's health care providers |
| 17:01:09 | 2 | individually one on one, outside of Mr. Herrera's |
| 17:01:12 | 3 | presence? |
| 17:01:13 | 4 | A  No. |
| 17:01:13 | 5 | Q  All right. |
| 17:01:14 | 6 | And is the only conversation that you ever |
| 17:01:16 | 7 | had with this -- or that any conversation where you |
| 17:01:19 | 8 | were present where the doctor was saying something |
| 17:01:21 | 9 | is what you just told us at the time of discharge |
| 17:01:23 | 10 | when he said he needs to be off the next day? |
| 17:01:27 | 11 | A  Yes. |
| 17:01:27 | 12 | Q  That's the only conversation? |
| 17:01:28 | 13 | A  Yes. |
| 17:01:35 | 14 | Q  And I think you said earlier that as far |
| 17:01:37 | 15 | as the nurses -- if there were any statements with |
| 17:01:41 | 16 | the nurses, were any statements or conversations |
| 17:01:42 | 17 | that took place -- were they always with |
| 17:01:45 | 18 | Mr. Herrera being right there and present? |
| 17:01:48 | 19 | A  Yes. |
| 17:01:48 | 20 | Q  All right. |
| 17:01:50 | 21 | Bobby Steely said that -- he testified |
| 17:01:52 | 22 | that he was talking with Mr. Herrera throughout the |
| 17:01:55 | 23 | time that he was in the -- in his room and joking |
| 17:01:58 | 24 | with him and things like that. |
| 17:02:01 | 25 | Is that your understanding -- at least |

Page 61

| | | |
|---|---|---|
| 17:02:01 | 1 | when you were there? |
| 17:02:02 | 2 | A  Yes, they talked.  He was talking to us. |
| 17:02:05 | 3 | Q  All right. |
| 17:02:06 | 4 | A  Again, as they were administering the IV. |
| 17:02:09 | 5 | He was talking in the lobby. |
| 17:02:11 | 6 | Q  All right. |
| 17:02:15 | 7 | A  He thanked us for being there, being with |
| 17:02:18 | 8 | him and stuff like that. |
| 17:02:19 | 9 | Q  When Mr. Herrera thanked you for being |
| 17:02:21 | 10 | present there, did you take that, in your mind, |
| 17:02:23 | 11 | that he was happy that you were there, that he was |
| 17:02:26 | 12 | consenting to you being present in that room? |
| 17:02:28 | 13 | MR. COX:  I'm going to object.  Form and |
| 17:02:30 | 14 | foundation. |
| 17:02:31 | 15 | THE WITNESS:  No, not where they |
| 17:02:33 | 16 | consented, no.  We were just being there with him. |
| 17:02:35 | 17 | You know? |
| 17:02:39 | 18 | BY MR. SCHMITT: |
| 17:02:39 | 19 | Q  Did Mr. Herrera ever ask you to stay -- to |
| 17:02:42 | 20 | stay with him? |
| 17:02:43 | 21 | A  He never said not to.  You know, he was |
| 17:02:46 | 22 | just -- we never just there, you know, as a friend. |
| 17:02:51 | 23 | You know?  That's what we were doing.  We were just |
| 17:02:53 | 24 | making -- just checking for his well-being. |
| 17:02:57 | 25 | Q  And you have testified earlier to Mr. Cox |

| | | Page 62 |
|---|---|---|
| 17:02:59 | 1 | that you were concerned about him? |
| 17:03:00 | 2 | A  Sure. |
| 17:03:04 | 3 | Q  All right. |
| 17:03:08 | 4 | MR. SCHMITT:  That's all I have.  Thank |
| 17:03:09 | 5 | you very much. |
| 17:03:10 | 6 | |
| 17:03:10 | 7 | FURTHER EXAMINATION |
| 17:03:10 | 8 | BY MR. COX: |
| 17:03:10 | 9 | Q  I'm interested, Mr. Diaz -- are you a |
| 17:03:12 | 10 | friend of Guillermo Herrera's? |
| 17:03:14 | 11 | A  Well, he was a coworker -- |
| 17:03:17 | 12 | Q  Okay. |
| 17:03:17 | 13 | A  -- I should say. |
| 17:03:19 | 14 | Q  Okay. |
| 17:03:27 | 15 | I think I asked -- I know I did ask -- do |
| 17:03:34 | 16 | you -- have you ever seen a -- strike that. |
| 17:03:38 | 17 | Just give me one minute.  Here, let's go |
| 17:03:40 | 18 | off the record one second.  I have got to find a |
| 17:03:42 | 19 | document. |
| 17:03:44 | 20 | THE VIDEOGRAPHER:  We are going off the |
| 17:03:45 | 21 | record. |
| 17:04:14 | 22 | (Recess taken.) |
| 17:04:14 | 23 | THE VIDEOGRAPHER:  We are back on the |
| 17:04:15 | 24 | record. |
| 17:04:16 | 25 | MR. COX:  That's all of the questions I |

| | | Page 63 |
|---|---|---|
| 17:04:17 | 1 | have, Mr. Diaz.  Thanks for coming down. |
| 17:04:19 | 2 | THE WITNESS:  Okay. |
| 17:04:21 | 3 | MR. SCHMITT:  Nothing further.  I will |
| 17:04:22 | 4 | reserve the rest of my questions until the time of |
| 17:04:24 | 5 | the trial. |
| 17:04:26 | 6 | THE VIDEOGRAPHER:  This is the end of |
| 17:04:27 | 7 | media number 1, and marks the conclusion of today's |
| 17:04:30 | 8 | deposition of Carlos Diaz. |
| 17:04:33 | 9 | We are off the record. |
| 17:04:44 | 10 | MR. SCHMITT:  You have the right to read |
| 17:04:45 | 11 | and sign your deposition -- which means that it |
| 17:04:49 | 12 | will be mailed to you, you will have to read it |
| 17:04:50 | 13 | over.  You will have 30 days then to sign it and |
| 17:04:54 | 14 | mail it back to the court reporter, or you can just |
| 17:04:56 | 15 | waive that right. |
| 17:04:58 | 16 | It's entirely up to you what you would |
| 17:04:59 | 17 | like to do, but you just need to let the court |
| 17:05:04 | 18 | reporter know. |
| 17:05:04 | 19 | THE WITNESS:  What do you mean? |
| 17:05:06 | 20 | MR. SCHMITT:  It's your decision.  Many |
| 17:05:07 | 21 | witnesses waive, but if you would like it sent to |
| 17:05:10 | 22 | you -- |
| 17:05:10 | 23 | THE WITNESS:  Yes, we can waive it.  It's |
| 17:05:13 | 24 | what happened.  So I will waive. |
| 17:05:16 | 25 | MR. SCHMITT:  All right. |

| | | Page 64 |
|---|---|---|
| 17:07:54 | 1 | MR. COX:  Okay. |
| 17:07:56 | 2 | (Deposition concluded at 5:07 p.m.) |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

| | | Page 65 |
|---|---|---|
| | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | I, CARLOS DIAZ, declare under |
| | 9 | penalty of perjury under the laws of the |
| | 10 | State of California that the foregoing is |
| | 11 | true and accurate. |
| | 12 | Executed at _____, |
| | 13 | California, this _____ day of _____, |
| | 14 | 2016. |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | _____ |
| | 21 | CARLOS DIAZ |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1          REPORTER'S CERTIFICATE

2

3        I, VICTORIA IMHOF WERTZ, RPR, CSR NO.

4  7999, Certified Shorthand Reporter, certify:

5       That the foregoing proceedings were

6  taken before me at the time and place therein set

7  forth, at which time the witness was put under oath

8  by me;

9       That the testimony of the witness and

10  all objections made at the time of the examination

11  were recorded stenographically by me and were

12  thereafter transcribed;

13       That the foregoing is a true and

14  correct transcript of my shorthand notes so taken.

15       I further certify that I am not a

16  relative or employee of any attorney or of any of

17  the parties, nor financially interested in the

18  action.

19       Dated this 21st day of June, 2016.

20

21

22

23      _____

24      VICTORIA IMHOF WERTZ, RPR, CSR No. 7999

25

---

1    REPORTER CERTIFICATION OF CERTIFIED COPY

2

3

4

5       I, VICTORIA IMHOF WERTZ, RPR, CSR

6  No. 7999, a Certified Shorthand Reporter in

7  the State of California, certify that the

8  foregoing pages 1 through 66 constitute a

9  true and correct copy of the original

10  deposition of CARLOS DIAZ, taken on

11  June 9th, 2016.

12       I declare under penalty of perjury

13  under the laws of the State of California

14  that the foregoing is true and correct.

15       Dated this 21st day of June,

16  2016.

17

18

19

20

21

22     _____

23     VICTORIA IMHOF WERTZ, RPR, CSR No. 7999

24

25