IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | |
|---|---|
| GUILLERMO HERRERA, III, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, <br><br> Defendant. | Case No.: 8:15-cv-426-JMG-CRZ <br><br> **DEFENDANT'S ANSWERS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES** |

COMES NOW the Defendant, UNION PACIFIC RAILROAD COMPANY ("Union Pacific") and for its Answers to Plaintiff's Third Set of Interrogatories, states and alleges as follows:

**INTERROGATORY NO. 24:** Mr. Robert (Bobby) Herrera testified in his deposition that he called Mr. Carlos Diaz on his cell phone as coworkers were assisting Mr. Guillermo Herrera to Mr. Robert Herrera's van. (Robert Herrera Deposition, 24:1-18.) Mr. Robert Herrera estimated he made this call about 1:00 or 1:30. (Robert Herrera Deposition, 25:12-13.)

Counsel for Plaintiff has reviewed the cell phone records of Mr. Diaz and cannot locate on those records the call from Mr. Robert Herrera. Counsel for Plaintiff was not provided the cell phone records of Mr. Robert Herrera in Defendant's Supplemental Responses and Objections to Plaintiff's First Request for Production of Documents.

Please state when Mr. Robert Herrera called Mr. Carlos Diaz on his cell phone as co-workers were assisting Mr. Guillermo Herrera to Mr. Robert Herrera's van.

EXHIBIT NO. 31

**ANSWER:** Robert Herrera does not have a company-issued cell phone and Union Pacific does not have access to the telephone records of Robert Herrera. Union Pacific does not know if or when Robert Herrera may have telephoned Carlos Diaz. However, Robert Herrera's memory is different than Mr. Diaz's memory in that Mr. Diaz testified he and Robert Herrera communicated by radio, and not by cell phone, on the day of the incident in question. (Diaz Deposition, 8:11-24). In addition, counsel for plaintiff already took the deposition of Robert Herrera and questioned him regarding this matter.

UNION PACIFIC RAILROAD COMPANY, A Delaware corporation, Defendant,

By: /s/ David J. Schmitt
William M. Lamson, Jr., #12374
David J. Schmitt, #19123
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300 = Telephone
(402) 397-7824 = Facsimile
wlamson@ldmlaw.com
dschmitt@ldmlaw.com

and

Torry N. Garland, #21624
Union Pacific Railroad Company
1400 West 52nd Avenue
Denver, CO 80221
(303) 405-5402
(303) 405-5413 – Facsimile
tngarlan@up.com

ITS ATTORNEYS

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answers to Plaintiff's Third Set of Interrogatories were served upon the following attorneys designated below by email this 30th day of November, 2016:

James L. Cox, Jr.
Brent Coon & Associates, PC
3801 E. Florida Ave., Suite 905
Denver, CO  80210-2500

/s/David J. Schmitt
David J. Schmitt

635525