IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | | |
|---|---|---|
| GUILLERMO HERRERA, III, | ) | Case No.: 8:15-cv-426-JMG-CRZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that Plaintiff's Twenty-First Supplemental Rule 26(a)(1) Disclosure was served upon William M. Lamson, Jr., and David J. Schmitt of Lamson, Dugan & Murray, LLP; and Torry N. Garland, Union Pacific Railroad Company, via e-mail on this 5th day of September, 2017.

        s/James L. Cox, Jr.
        James L. Cox, Jr., Nebraska Bar #20223
        Attorney for Plaintiff
        BRENT COON & ASSOCIATES, PC
        3801 E. Florida Ave., Suite 905
        Denver, CO 80210-2500
        Telephone: (303) 756-3243
        Fax: (303) 756-3595
        jim.cox@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2017, the foregoing **CERTIFICATE OF SERVICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| William M. Lamson, Jr., Esq. | Torry N. Garland, Esq. |
| David J. Schmitt, Esq. | Union Pacific Railroad Company |
| wlamson@ldmlaw.com | tngarlan@up.com |
| dschmitt@ldmlaw.com | |

        s/James L. Cox, Jr.
        James L. Cox, Jr.