IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GUILLERMO HERRERA, III, | Case No.: 8:15-cv-426-JMG-CRZ |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | |
| Defendant. | |

COME NOW the Plaintiff and Defendant and hereby stipulate that the above-captioned matter be dismissed with prejudice to any future action, each party to pay their own costs, complete record waived.

Dated this 4th day of October, 2017.

GUILLERMO HERRERA, III, Plaintiff

By: /s/ James L. Cox, Jr.
    James L. Cox, Jr.
    Brent Coon & Associates
    3801 East Florida Avenue, Suite 905
    Denver, CO 80210
    (303) 756-3243
    ATTORNEYS FOR PLAINTIFF

UNION PACIFIC RAILROAD COMPANY, Defendant,

By: /s/ David J. Schmitt
    David J. Schmitt, #19123
    LAMSON, DUGAN & MURRAY, LLP
    10306 Regency Parkway Drive
    Omaha, NE 68114
    (402) 397-7300 = Telephone
    (402) 397-7824 = Facsimile
    dschmitt@ldmlaw.com

and

Torry N. Garland, #21624
Union Pacific Railroad Company
1400 West 52nd Avenue
Denver, CO 80221
(303) 405-5402
(303) 405-5413 – Facsimile
tngarlan@up.com
ATTORNEYS FOR DEFENDANT

#655422