IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GUILLERMO HERRERA, III,<br><br>                  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>                  Defendant. | 8:15-CV-426<br><br><br>JUDGMENT |

On the parties' joint Stipulation for Dismissal with Prejudice (filing 139), this action is dismissed with prejudice, each party to bear their own costs, and complete record waived.

Dated this 4th day of October, 2017.

BY THE COURT:

_/s/ John M. Gerrard_
John M. Gerrard
United States District Judge